# EXHIBIT 19



              











