# EXHIBIT 22





        Google Play Search

Apps | Categories | Home | Top charts | New releases

My apps
Shop

Games
Family
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

# Google Home

**Google LLC** **Lifestyle** ★★★★ 675,434

Everyone

You don't have any devices.

Add to Wishlist

Install

Set up, manage, and control your Google Home and Chromecast devices, plus hundreds of connected home products like lights, cameras, thermostats, and more – all from the Google Home app.

One view of your home.
Control, organize, and manage compatible lights, cameras, TVs, and more, all from just one place. It works like a remote with hundreds of smart devices from the brands you love, including Google Home and Chromecast devices, Google Nest thermostats, and Google Nest cameras.

A tap or two is all it takes.
The app gives you shortcuts for the things you do most, like playing music or dimming the lights when you want to start a movie. Control it all with just a tap – and get to the good stuff faster. Create routines that allow you to turn on lights, check the weather, play the news, and more with one simple command.

One app. Hundreds of possibilities.
Make home life even more comfortable. Explore new content and features, and make the most of your Google Home and other compatible devices.

* Some features may not be available in all regions. Compatible devices required.

COLLAPSE

REVIEWS

Review Policy

4.1                    5
                              4
  ★ ★ ★ ★ ☆                    3
                              2
  👤 675,434 total             1



**steve wales**

★ ☆ ☆ ☆ ☆  November 30, 2019                              👍 252   ⋮

I've been a Google home user for a couple of years with an extensive arrangement of homes, hubs, minis, and Chromecasts and third party switches. All was working just fine but now, no matter how many times I reboot the home devices, factory reset, I cannot get any groups to work. Rang Google CS and ...

[Full Review]



**Jose JK Leduc**

★ ★ ★ ★ ☆  December 1, 2019                               👍 19   ⋮

It certainly has improved greatly since my last review. Even the app layout, selecting and adjusting sub menus has been refreshed. The only issues we're seeing now is in the routines section. Bedtime routines for sleep sounds when enabled are only supposed to run for an hour which was working proper...

[Full Review]



**Trevor Sherman**

★ ★ ★ ☆ ☆  November 28, 2019                              👍 33   ⋮

Groups still not working. Of course I love you guys at Google Home but the group problem that we are all aware of is getting annoying now. I recently purchased a third device and when I added it to a group it would no longer work. The three devices work well in a group if casting from my mobile or t...

[Full Review]



**Lewis Masters**

★ ☆ ☆ ☆ ☆  November 29, 2019                              👍 20   ⋮

Well my first time using a google product has been awful. I try to link a device, and it finds nothing. Half of the options literally dont work on the app. I press and it does nothing. For example, music. I press music, nothing happens, I press promotions and it works. And of course all the buttons ...

[Full Review]

**Google LLC** November 29, 2019

Hi Lewis, thanks for reaching out. Try rebooting each device and make sure they're all on the same network and that they're all within 15-20 ft of your router. For more help, feel free to contact us here: https://support.google.com/googlenest/?hl=en#topic=7029097&amp;contact=1

**READ ALL REVIEWS**

---

**WHAT'S NEW**

With the Google Home app you can control and manage compatible lights, cameras, TVs, and more – all from one place.

New in this update:
Bug fixes and improvements

---

**ADDITIONAL INFORMATION**

| Updated | Size | Installs |
|---|---|---|
| November 21, 2019 | 11M | 100,000,000+ |

| Current Version | Requires Android | Content Rating |
|---|---|---|
| 2.15.50.9 | 5.0 and up | Everyone |
| | | Learn More |

| Permissions | Report | Offered By |
|---|---|---|
| View details | Flag as inappropriate | Google LLC |

**Developer**

Visit website

apps-help@google.com

Privacy Policy

1600 Amphitheatre
Parkway, Mountain View
94043



More by Google LLC

See more

YouTube Music - St
Google LLC
★ ★ ★ ★ ☆

Google Play Games
Google LLC
★ ★ ★ ★ ☆

Similar     See more



Apps for Chromeca
i-art
★ ★ ★ ★ ☆



Your Phone Compa
Microsoft Corporation
★ ★ ★ ★ ☆



Dropbox
Dropbox, Inc.
★ ★ ★ ★ ☆



SmartThings
Samsung Electronics C
★ ★ ★ ★ ☆

©2019 Google    Site Terms of Service   Privacy   Developers   Artists   About Google | Location: United States   Language: English
By purchasing this item, you are transacting with Google Payments and agreeing to the Google Payments Terms of Service and Privacy Notice.