# EXHIBIT 23



# App Store Preview

This app is available only on the App Store for iPhone and iPad.



## Google Home [12+]
Your home in your hands
**Google LLC**

#1 in Lifestyle

★★★★½  4.5, 209.6K Ratings

Free

## Screenshots  iPhone   iPad

   

Set up, manage, and control your Google Home, Google Nest, and Chromecast devices, plus thousands of connected home products like lights, cameras, thermostats, and more – all from the Google Home app.

One view of your home.

The Home tab gives you shortcuts for the things you do most, like playing music or dimming the lights when you want to start a movie. Control it all with just a tap – and get to the good stuff faster. The Feed tab highlights the most important events in your home all in one place. Here you'll also find ways to get more out of your devices and improve your home setup.

Create routines that allow you to turn on lights, check the weather, play the news, and more with one simple command.

See all the active audio and video streams on all your home devices in one place, change their volumes, skip to the next track, or quickly change which speakers they're playing from.

Understand what's going on at home with a glance. The Google Home app is designed to show you the status of your home and keep you up to date with what you missed. Check in on your home anytime and see a recap of recent events. You can also get a notification if something important happens while you're away.

Set up your Nest Wifi in minutes using the Google Home app. Manage your network from your mobile device. Run speed tests, set up a guest network, and easily share your Wi-Fi password with family and

friends. Decide which devices to prioritize for faster speeds and use parental controls like Wi-Fi pause to manage online time for the kids.

* Some products and features may not be available in all regions. Compatible devices required.

## What's New

Version History

Bug fixes and improvements.

Version 2.15.517

## Ratings and Reviews

**4.5** out of 5

209.6K Ratings





th3doorMATT, 10/11/2018

**Google Home Facelift A Success!!**
The first iteration of the Google Home app was fine for launch, but there are certain features and refinements that were missing, then they made it a little convoluted by    *more*



AthanasiaN, 04/28/2019

**You learn more by testing**
I honestly wasn't expecting much since I stayed at a home that had Alexa. I genuinely love the Google home so much. It's easy to maneuver and I like that it resumes from   *more*



pmulz, 08/26/2018

**In response to "kahnpro"…**
I know what you're thinking…😲omg . Same thing I thought when my buddy was doing some browsing(not your typical amateurish cpu skills here i mind you) & reading DEE   *more*

## Information

| | |
|---|---|
| Seller | Google LLC |
| Size | 255.8 MB |
| Category | Lifestyle |
| Compatibility | Requires iOS 11.0 or later. Compatible with iPhone, iPad, and iPod touch. |
| Languages | English, Afrikaans, Arabic, Armenian, Bengali, Bulgarian, Burmese, Cambodian, Catalan, Croatian, Czech, Danish, Dutch, Estonian, Filipino, Finnish, Frenc *more* |
| Age Rating | 12+<br>Infrequent/Mild Sexual Content and Nudity<br>Infrequent/Mild Cartoon or Fantasy Violence<br>Infrequent/Mild Realistic Violence<br>Infrequent/Mild Profanity or Crude Humor<br>Infrequent/Mild Horror/Fear Themes<br>Infrequent/Mild Mature/Suggestive Themes |
| Copyright | © 2013 Google Inc. |
| Price | Free |

Developer Website ↗    App Support ↗    Privacy Policy ↗

## Supports



**Family Sharing**
With Family Sharing set up, up to six family members can use this app.

## More By This Developer

See All


Google
Utilities


Google Earth
Travel


Google Translate
Reference


Gmail - Email by Google
Productivity


Google Drive
Productivity

Google Chrome
Utilities

## You May Also Like

See All


Zillow Real Estate & R...
Lifestyle


Realtor.com Real Estat...
Lifestyle


Nest
Lifestyle


happn — Dating app
Lifestyle


Tinder
Lifestyle


Hinge: Dating & Relati...
Lifestyle

More ways to shop: Visit an Apple Store, call 1-800-MY-APPLE, or find a reseller.

Copyright © 2019 Apple Inc. All rights reserved.    Privacy Policy | Terms of Use | Sales and Refunds | Legal | Site Map    🇺🇸 Choose your country or region