# EXHIBIT 26

Google Play Search D

Apps | Categories | Home | Top charts | New releases

My apps
Shop

Games
Family
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

# YouTube Music - Stream Songs & Music Videos

**Google LLC** **Music & Audio** ★★★★ 776,204

Teen

Contains Ads

You don't have any devices.

Add to Wishlist

Install

YouTube Music is a new music app that allows you to easily find what you're looking for and discover new music. Get playlists and recommendations served to you based on your context, tastes, and what's trending around you.

A new music streaming service from YouTube
- This is a completely reimagined music service with official releases from your favorite artists.

Find the music you want
- Easily find the albums, singles, live performances, covers, and remixes you're looking for.
- Don't know a song's name? Just search for the lyrics or describe it.

Discover new music
- Get music recommendations based on taste, location, and time of day.
- Use "The Hotlist" to keep up with what's trending.

Uninterrupted listening with Music Premium
- Listen ad-free
- Don't worry about your music stopping when you lock your screen or use other apps.
- Download your favorites or let us do it for you by enabling Offline Mixtape.

Get one free month of Music Premium to listen ad-free, offline, and with your screen locked, then pay just $9.99 a month. Existing YouTube Red or Google Play Music members and users of either service who have already received a 30 day trial are not eligible. Monthly charges auto-renew for Music Premium membership outside of trial periods.

COLLAPSE

REVIEWS

Review Policy

3.9

★★★★☆

776,204 total

**Neelam Desai**

★★★☆☆ November 28, 2019

118

Good, just needs 1 fix. The app plays music that I never would have searched for and that I love. That's awesome. Much better in this regard than Amazon Music. But, this app doesn't allow me to continue listening to music while using other apps on my phone. I suspect You-Tube does this so it doesn't ...

Full Review

**Nick Pinkham**

★★★★☆ November 27, 2019

58

I personally really like it. The random song feature is great because it picks out songs based on your most recent song search and it's a great chance to learn about new songs. It's a better Spotify, but only if you can afford Premium. And the only reason I say this is because you have to pay Premiu...

Full Review

**Hrewzz _**

★★★★★ November 28, 2019

49

You can play while not on the actual app. And your not limited at all but a couple things, spotify doesn't help at all. This is much better than spotify which i've been using which is a mistake. And you can choose playlists and music instead of having to listen to music until you found your pick. An...

Full Review

**Brandon G.**

★★★★☆ November 28, 2019

43

Works as advertised. I'm using a cheap (Tetra) Android phone with limited data plan. I use the app at night to download my playlists on wifi then I can listen to them all day on bluetooth without killing my phone's battery. App has frozen at startup 4 time in 3 months. I closed it and restarted the ...

Full Review

READ ALL REVIEWS

WHAT'S NEW

YouTube Music has been completely redesigned. Quickly find the music you're looking for and get music served to you based on what's right for the moment you're in. Want to listen without interruptions? Get 1 free month of Music Premium to listen ad-free, offline, and with your screen locked.

ADDITIONAL INFORMATION

| | | |
|---|---|---|
| **Updated** | **Size** | **Installs** |
| November 25, 2019 | Varies with device | 100,000,000+ |
| **Current Version** | **Requires Android** | **Content Rating** |
| Varies with device | Varies with device | Teen<br>Learn More |

**Interactive Elements**
Users Interact, Digital Purchases

**Permissions**
View details

**Report**
Flag as inappropriate

**Offered By**
Google LLC

**Developer**
Visit website
ytmusic-support@google.com
Privacy Policy
1600 Amphitheatre Parkway, Mountain View 94043

## More by Google LLC

See more

Google Home
Google LLC

Google Play Games
Google LLC

## Similar

See more

Free Music Downlo
Best Free Music Player

Free music player f
MWM - Free music and

Spotify: Listen to ne
Spotify Ltd.

Deezer Music Playe
Deezer Mobile

©2019 Google Site Terms of Service Privacy Developers Artists About Google | Location: United States Language: English
By purchasing this item, you are transacting with Google Payments and agreeing to the Google Payments Terms of Service and Privacy Notice.









