# EXHIBIT 27



# App Store Preview

This app is available only on the App Store for iPhone and iPad.



## YouTube Music [17+]
Stream Songs and play videos
Google LLC

#5 in Music

★★★★★ 4.6, 206.8K Ratings

Free · Offers In-App Purchases

## Screenshots  iPhone  iPad






YouTube Music is a new music app that allows you to easily find what you're looking for and discover new music. Get playlists and recommendations served to you based on your context, tastes, and what's trending around you.

A new music streaming service from YouTube
This is a completely reimagined music service with official releases from your favorite artists.

Find the music you want
● Easily find the albums, singles, live performances, covers and remixes you're looking for.
● Don't know a song's name? Just search the lyrics or describe it.

Discover new music
● Get music recommendations based on taste, location, and time of day.
● Use "The Hotlist" to keep up with what's trending.

Upgrade to YouTube Music Premium to enjoy these benefits:
● Listen ad-free
● Don't worry about your music stopping when you lock your screen or use other apps.
● Download your favorites or let us do it for you by enabling Offline Mixtape.

If you subscribe via iTunes:

Payment will be charged to iTunes Account at confirmation of purchase. Subscription automatically renews

unless auto-renew is turned off at least 24 hours before the end of the current period. Account will be charged for renewal within 24 hours prior to the end of the current period at the rate of the selected plan. Subscriptions and auto-renewal may be managed by going to Account Settings after purchase.

Monthly price: $12.99 USD / $12.99 CAD / $15.99 AUD / $16.99 NZD / £12.99 / €12.99 / $129 pesos MXN / $9.89 USD (KR only) / 129 kr NOK / 129 kr SEK / 129 kr DKK / 229 ₽ / ₹129.00 / $3.99 USD (AR) / ₹129.00 IN / R79.99 ZA / $7.99 USD (CR, EC, DO, UY, VE, GT, BO, HN, SV, PY, NI, PA) / 25.99 zł / RON28.99 / 199.00 Kč / Ft1,990.00 / lev11.99 / $6.49 (BY) / €7.99 (SK, SI) / €8.99 (GR, MT, CY, LT, LV, EE) / $8.99 (MK) / 17.99 Turkish Lira (TR) / kn79.99 (HR) / $14.87 (IS) / ₪29.90 (IL) / dh27.99 (AE) / $6.99 (QA) / $6.49 (BH, KW, OM, LB) / RP65,000 (ID) / NT$190.00 (TW) / ฿169.00 (TH) / ₱169.00 (PH) / $78.00 (HK) / RM 19.90 (MY) / $12.98 (SG)

YouTube paid service terms: https://www.youtube.com/t/terms_paidservice
Privacy policy: https://www.google.com/policies/privacy

In-App Purchases
1. YouTube Premium $15.99
2. YouTube Music Premium $12.99

## What's New

Version History

We update our app all the time in order to make your YouTube Music experience better. We polished a few things, fixed bugs, and made some performance improvements.

Version 3.45

## Ratings and Reviews

**4.6** out of 5         206.8K Ratings





Stay.Jaded, 01/24/2019

**Love the app just ONE thing…**

Im sure other people would agree but just putting it out there and hope you take it into consideration. But under "Library" in the "Artist" column once you've subscribed t more



shame on turkey, 05/14/2019

**Wayyyy too many repeats**

When i first downloaded this app, i was getting ready to get rid of every other music app and subscription i have. Thankfully i didnt though. This is because the first day or t more



AlaskaMarina, 07/13/2018

**change it back!**

Been LOVING this app for a long time until the latest update. i don't understand the logic of the new format at all! Before you could see dozens of songs on the home screen, lot more

## Information

| | |
|---|---|
| Seller | Google LLC |
| Size | 230.2 MB |
| Category | Music |
| Compatibility | Requires iOS 10.0 or later. Compatible with iPhone, iPad, and iPod touch. |
| Languages | English, Afrikaans, Albanian, Amharic, Arabic, Armenian, Azerbaijani, Basque, Belarusian, Bengali, Bosnian, Bulgarian, Burmese, Cambodian, Catalan, more |
| Age Rating | 17+ Infrequent/Mild Realistic Violence Infrequent/Mild Cartoon or Fantasy Violence Infrequent/Mild Horror/Fear Themes Frequent/Intense Mature/Suggestive Themes |
| Copyright | © 2015 Google Inc. |
| Price | Free |
| In-App Purchases | 1. YouTube Premium    $12.99<br>2. YouTube Red    $9.99<br>3. YouTube Red    $10.99<br>more |

Developer Website ↗   App Support ↗   License Agreement   Privacy Policy ↗

## Supports

Family Sharing
With Family Sharing set up, up to six family

Siri
Get things done within this app using just

12/5/2019  

Case 3:21-cv-07559-WHA   Document 1-27   Filed 09/29/20   Page 4 of 4

## More By This Developer

See All




Google
Utilities


Google Earth
Travel


Google Translate
Reference


Gmail - Email by Google
Productivity


Google Drive
Productivity


Google Chrome
Utilities

## You May Also Like

See All


Pandora: Music & Pod…
Music


Shazam
Music


Deezer: Music & Podc…
Music


Spotify: Music and Po…
Music

SoundCloud - Music &…
Music

Smule - The Social Sin…
Music

More ways to shop: Visit an Apple Store, call 1-800-MY-APPLE, or find a reseller.

Copyright © 2019 Apple Inc. All rights reserved.    Privacy Policy | Terms of Use | Sales and Refunds | Legal | Site Map         Choose your country or region

chrome-extension://mcbpblocgmgfnpjjppndjkmgjaogfceg/fsCaptured.html    3/3