# EXHIBIT 35

 The Keyword

GOOGLE NEST

# House music: New multi-room audio control from Nest



Chris Chan
Product Manager, Google Nest

Published Aug 18, 2020

    

As a new parent, my Nest home audio system has become a go-to, whether it's to keep my daughter entertained during bathtime with some music…or keep myself entertained with a podcast while I'm making a bottle at 3 a.m. Controlling the audio throughout my home, no matter who's listening, has been incredibly helpful.

Today, we're expanding that control. You can already manually group Nest devices in order to play the same music on various speakers at the same time, and now we're launching multi-room control so you can dynamically group multiple cast-enabled Nest devices (speakers, Smart Displays, Chromecasts) in real-time to fill multiple rooms with music. Multi-room control works with your favorite audio apps, including YouTube Music, Spotify, Pandora and more. If you have more than one Google Assistant-enabled smart speaker or Smart Display, tap the icon in the bottom left corner of the screen when any audio content is playing, and you'll easily be able to add or remove your other devices throughout your home.




This update helps Nest devices come together as a whole-home audio system. Here are a few other ways I take advantage of mine:

Move music from one room to another: Stream transfer lets you easily move music, videos, podcasts and more between compatible devices in your home using your voice, the Google Home app or the touchscreen on your Nest smart display.

Experience stereo sound: Stereo pair two Nest Mini or Google Home Max devices in the Google Home app for room-filling sound and even more immersive left and right channel separation.

Get new music recommendations: YouTube Music and Spotify Premium subscribers can ask, "Hey Google, recommend some music" and Google Assistant will offer multiple choices from artists and genres that they like, and others like them to choose from.

The multi-room control interface will start rolling out to all Nest Hub, Nest Hub Max and other compatible Assistant-enabled Smart Displays today, and the same functionality will be coming to the Google Home app later this fall.

POSTED IN:
GOOGLE NEST —
GOOGLE ASSISTANT

---

## Related stories



**GOOGLE ASSISTANT**

Get a better handle on the work day at home with Google

Sep 23, 2020



**GOOGLE NEST**

Need a dose of Disney+? Just ask!

Sep 22, 2020



**NEWS**

Playlists tha news home

Sep 2, 2020

OK