# EXHIBIT 36

5/1/2019 Google's hardware extravaganza: Ad giant takes on Sonos, Roku, Linksys, Amazon, Oculus... you name it • The Register

Case 3:21-cv-07559-WHA   Document 1-36   Filed 09/29/20   Page 2 of 9

Log in  |  Sign up  |  Forums




**Personal Tech**

# Google's hardware extravaganza: Ad giant takes on Sonos, Roku, Linksys, Amazon, Oculus... you name it

No market is safe from search engine monster

By Kieren McCarthy in San Francisco   4 Oct 2016 at 23:42    59     SHARE ▼



In just 90 minutes on Tuesday morning, Google took an enormous leap into the hardware market, offering new products to compete with Sonos in the music streaming market, Roku in video streaming, Linksys in routers, Amazon in voice assistants, Oculus in virtual reality, and Apple in phones.

> The sheer depth and breadth of the offering is something that only a very, very few companies in the world would even consider. Sony, maybe, at a push.

It's a huge shift for the [data-hoarding company](), and to pull it off it has hired top talent from outside the organization: former president of Motorola Rick Osterloh arrived in April; former Microsoft, Apple and Amazon exec David Foster arrived literally this week.

Foster reports to Osterloh and Osterloh to Google CEO Sundar Pichai. To demonstrate the size of the move, Pichai opened the event, and showing just how far Google is looking to stretch, he barely even mentioned the products that he was there to showcase.

The magic tie-in for Pichai is Google's artificial intelligence and machine learning tools: they will be the secret sauce in these new devices. A marriage of hardware and software that only Apple has ever successfully pulled off.

And what a list. There is:

- The Pixel phone: a direct challenge [to the iPhone]().
- Google Home: Amazon's Echo but in a smaller, curvier format.
- Daydream virtual reality headset: cheaper and more comfortable than Oculus and others.
- Chromecast audio and video streaming: with multi-room support.
- Google Wifi: a mesh system of routers aimed at stealing an emerging market.
- Possibly one or two others that we've forgotten.

Where to start... the new stuff.

## Take me home

[Google Home]() is an identikit version of Amazon's popular [Echo]() – the voice-powered speaker and assistant. It will cost less than the Echo – $129 compared to $179. And based on our playing around with it, it may be better.

5/1/2019 Google hardware extravaganza: Ad giant takes on Sonos, Roku, Linksys, Amazon, Oculus... you name it • The Register

Case 3:21-cv-07559-WHA    Document 1-36    Filed 09/29/20    Page 4 of 9



Google's version is smaller – in fact, surprisingly small – and curved, made to look a little like a chunky candle. It offers everything the Echo does: streaming music; answering questions, working with smart home products, but threatens to offer more.

Google Homes will work with one another, allowing music to be spread into different rooms on command – like the very popular Sonos music system. And they will work with both Google's AI systems, providing answers to questions, and its hardware – like the Chromecast.

In a demo, Google VP product management, Rishi Chandra, walked through a scenario where he asked the Home (Google, you need to work on a better name) to play "that Shakira song from Zootopia." Google does the smart processing – the song is called *Try Everything* – and starts playing it. Now that is a remarkable jump and the kind of intuitive possibility that has made the Echo a success, but taken just one step further.

Chandra also demoed the ability for Google to provide all sorts of useful things about you – culled from your calendar, email, contacts etc. It has also worked on the funky uses: "flip a coin" he asks Home. It responds with the sound of a coin being tossed and landing. "Tails," it responded.

5/1/2019 Google hardware extravaganza: Ad giant talks up Sonos, Roku, Linksys, Amazon rivals... you name it • The Register

Case 3:21-cv-07559-WHA    Document 1-36    Filed 09/29/20    Page 5 of 9

He also asked it to start playing a particular TV show on his TV – and it did, through his attached Chromecast.

We spoke with Chandra after the main event. He has several Google Homes in his home and we walked through some of the issues that only someone who has an Echo in their home will know. It's the same for Google Home: sometimes it just doesn't understand what you're saying, and man is that frustrating. "It's not perfect, but we are making it better and better," he added enthusiastically.

The only thing we remain unsure about is the quality of the sound. Despite Google setting up several home-like walled-off environments to demonstrate the hardware, it was still too crowded to get a good sense of the quality. If Google manages similar quality audio and similar quality voice recognition as the Echo, it is onto a winner.

Downsides: it seems unlikely that the small Home will have anywhere near the quality sound that comes from a Sonos system, so the multi-room setup is nice but probably not a replacement. And of course, all the demos relied on everything being held on Google's servers.

Just like Apple, Google has realized that to get a really great experience it basically needs to control every aspect it can. Working with third parties is tough – and you have to persuade them to bother.

**Likelihood of success for Google Home:** High.

**Sponsored:** Becoming a Pragmatic Security Leader

Next page: **Google's living in virtual reality**

Page: **1** 2 3 Next →

Tips and corrections

59 Comments

 Sign up to our Newsletter   -   Get IT in your inbox daily

**MORE**   Wifi   Pixel   Home   Chromecast

   

5/1/2019  Google's hardware extravaganza: Ad giant takes on Sonos, Roku, Linksys, Amazon, Oculus... you name it • The Register

Case 3:21-cv-07559-WHA     Document 1-36     Filed 09/29/20     Page 6 of 9

## You Might Also Like

Recommended by



**'Plane Hacker' Roberts: I put a network sniffer**



**Fine, we'll do it the Huawei, says Uncle**



**This is the final straw, evil Microsoft.**



Sponsored

**Why Everybody is Snapping Up These New**

Next Tech

5/1/2019 Google's hardware extravaganza: Ad giant talks up Sonos, Roku, Linksys, Amazon rivals... you name it • The Register

Case 3:21-cv-07559-WHA Document 1-36 Filed 09/29/20 Page 7 of 9

| | |
|---|---|
|  **Sponsored** |  **Sponsored** |
|  **Sponsored** |  **Sponsored** |

**One Thing All Liars Have in Common,**
TruthFinder

**Goodbye, Gantt Charts. Say Hello To The**
monday.com

**Born Before 1985? Gov't Will Pay**
LowRateShop

**Top Gut Doctor: I Beg All Americans**
United Naturals

## Whitepapers

 **5 Steps to Develop Your Cloud Data Management Strategy**
Your cloud data management strategy in 5 steps

 **Understanding the Economics of Flash Storage**
In today's world, IT organizations want everything to be better, faster, and cheaper.

 **A Modern Approach to MFA for Office 365 Users**
While this brings the huge benefits of not having to manage your own server infrastructure, it also brings on new challenges of needing to protect access to your corporate resources from any entry point.

 **Not All End User Experience Monitoring Solutions Are Created Equal**
Digitization has undoubtedly changed the way companies do business with their customers, partners and employees.

## More from The Register

 **Vodafone's NBN plans may include voice-over-WiFi, virtual landlines**
Carrier already this overseas, seeks Oz punters' opinions on 'NBN extras' plan, name

 **Europe to splash €120m on free WiFi for ~8,000 villages and cities**
Liberté, égalité, connectivité

5/1/2019 Google's hardware extravaganza: Ad giant takes on Sonos, Roku, Linksys, Amazon, Oculus... you name it • The Register

Case 3:21-cv-07559-WHA    Document 1-36    Filed 09/29/20    Page 8 of 9



### Oz 'gifted education' program pitching WiFi, vax scare stories

Victoria's Dept of Education vetting questioned



### LTE-U vs. WiFi fight gets closer to a settlement

Broadcom brief the FCC on the last sticking point slowing spectrum-sharing agreement



### Google declares victory for its Wifi router before it's even shipped

We won because we built it from the ground up, Google insists



### Optus kicks off WiFi calling in Australia

Stable locked, Skype rides bolting horse

## Sponsored links

**Get The Register's Headlines in your inbox daily - quick signup!**

5/1/2019 Google's hardware extravaganza: Ad giant talks on Nexus, Goku, Lindsey, Amazon, shucks... you name it • The Register

Case 3:21-cv-07559-WHA    Document 1-36    Filed 09/29/20    Page 9 of 9

## About us

[Who we are](#)

[Under the hood](#)

[Contact us](#)

[Advertise with us](#)

## More content

[Week's headlines](#)

[Top 20 stories](#)

[Alerts](#)

[Whitepapers](#)

## Situation Publishing

[The Next Platform](#)

[Continuous Lifecycle London](#)

[M-cubed](#)

[Webinars](#)



**The Register** - Independent news and views for the tech community. Part of Situation Publishing

   

## Sign up to our Newsletters

Join our daily or weekly newsletters, subscribe to a specific section or set [News alerts](#)



Biting the hand that feeds IT © 1998–2019

Cookies    Privacy    Ts&Cs