# EXHIBIT 40



# Methodology

**1620 online surveys**

   **800 Smart Speaker owners**

   **820 Non-owners**

   **Adults 18+**

   **Data weighted to Smart Speaker owner estimates from Infinite Dial 2017**

**15 in-home interviews with Smart Speaker owners**

   **Conducted in Atlanta, Chicago, Los Angeles, New Jersey, and Allentown, PA**









# Smart Speaker Owners:

Alexa only
76%

Google Home only
16%

Both
8%







# How many Smart Speakers do you own?

## Smart Speaker Owners

**One 58%**

**Two 24%**

**Three or more 18%**

n p r

edison research



# 45%
of Smart Speaker Owners

# plan to purchase another Smart Speaker









# Smart Speaker Owners

## Compared to the first month of ownership, are you now using your Smart Speaker...?

**More often
47%**

**About the same
36%**

**Less often
17%**





**Smart Speaker Owners**
# Reasons for wanting a Smart Speaker:

| Reason | % |
|---|---|
| Listen to music | 90 |
| Ask questions without needing to type | 87 |
| It seemed like a fun new gadget | 86 |
| Listen to news and information | 77 |
| Control audio with your voice | 71 |
| To make it easier to do things | 69 |
| Quality of sound | 65 |
| Set alarms | 63 |

% saying reason

Page 1/2









**42%** of Smart Speaker Owners **say that their Smart Speakers are essential to their everyday lives**





How much do you agree/disagree...

**Smart Speaker Owners
Strongly Agree/Agree:**

# 65%

"You wouldn't want to go back to life without your Smart Speaker"





# Smart Speaker Owners
## % Using Smart Speaker regularly for the following:



| | |
|---|---|
| Play music | 68 |
| Get the weather | 58 |
| General question | 52 |
| News | 45 |
| Timers/Alarms | 43 |
| Check the time | 43 |
| AM/FM music radio | 38 |
| Control devices | 33 |
| AM/FM news talk | 32 |
| Add to to-do list | 26 |
| Sports update | 26 |
| Add to shopping list | 26 |
| Traffic | 24 |
| Check/add to calendar | 23 |

| | |
|---|---|
| Jokes | 22 |
| AM/FM sports radio | 22 |
| Cooking requests | 18 |
| Games | 18 |
| Podcasts | 17 |
| Stock prices | 16 |
| Translate | 14 |
| Audiobooks | 14 |
| Read to children | 14 |
| Find local businesses | 13 |
| Order food | 13 |
| Lead a workout | 12 |
| Order an item | 10 |
| Flight information | 10 |







# Smart Speaker Owners
## % Using Smart Speaker regularly for the following:

| Task | Value |
|------|-------|
| Play music | |
| Get the weather | |
| General question | |
| News | |
| Timers/Alarms | |
| Check the time | |
| AM/FM music radio | |
| Control devices | |
| AM/FM news talk | 32 |
| Add to to-do list | 26 |
| Sports update | 26 |
| Add to shopping list | 26 |
| Traffic | 24 |
| Check/add to calendar | 23 |

| Task | Value |
|------|-------|
| Jokes | 22 |
| AM/FM sports radio | 22 |
| requests | 18 |
| Games | 18 |
| Podcasts | 17 |
| ...k prices | 16 |
| ...ranslate | 14 |
| ...diobooks | 14 |
| Read to children | 14 |
| Find local businesses | 13 |
| Order food | 13 |
| ...d a workout | 12 |
| ...rder an item | 10 |
| Flight information | 10 |

**Using an average of 58**

**7.5**

**of these 28 task types regularly**





# Listen to Podcasts:

**Smart Speaker Owners:** 70%

**Non-Owners:** 45%







# How do you listen to audio most often?
## Smart Speaker Owners

| | |
|---|---|
| Smartphone/tablet | 28 |
| AM/FM Radio | 20 |
| Smart Speaker | 18 |
| Speaker connected to smartphone | 17 |
| Computer | 8 |
| iPod/Mp3 | 7 |
| CD | 2 |





# Listen to Internet Streaming sources:

**Smart Speaker Owners:**  **94%**

**Non-Owners:** **71%**





# Have a paid subscription to an Internet Audio service:

**Smart Speaker Owners:** **57%**

**Non-Owners:** **37%**





How much do you agree/disagree...

Smart Speaker Owners
**Strongly Agree/Agree:**

# 28%

"Getting your Smart Speaker led you to pay for a music service subscription"





How much do you agree/disagree...

Smart Speaker Owners
**Strongly Agree/Agree:**

**70%**

"You are listening to more audio since you got your Smart Speaker"





# Smart Speaker Owners

**65%**
listening to more
## Music
since getting speaker

**28%**
listening to more
## News/Talk
since getting speaker

**20%**
listening to more
## Podcasts
since getting speaker

**18%**
listening to more
## Audiobooks
since getting speaker





Those who listen to **Music** on a Smart Speaker

Median **4** hours **15** mins of music listening on a Smart Speaker in the typical week

Those who listen to **News** on a Smart Speaker

Median **1** hour **15** mins of news listening on a Smart Speaker in the typical week

Those who listen to **Podcasts** on a Smart Speaker

Median **1** hour **22** min of podcast listening on a Smart Speaker in the typical week







**29%**
of Smart Speaker Owners

use the "Flash/News briefing" feature on their Smart Speakers



How much do you agree/disagree...



Smart Speaker Owners
**Strongly Agree/Agree:**

72%

"You don't know enough about your Smart Speaker to use all its features"





# % using Smart home capabilities:

## Smart Speaker Owners

**Home lighting, thermostat, appliances** — **35%**

**Home security** — **34%**

**Outdoor lighting/ equipment, sprinklers** — **20%**







# Smart Speaker Owners With Children in Household

## 57%

### said entertaining children was a reason for wanting Smart Speaker





How much do you agree/disagree...

Smart Speaker Owners
with children in household
**Strongly Agree/Agree:**

"The children in your household enjoy Alexa"

# 88%





How much do you agree/disagree...

Smart Speaker Owners
with children in household
**Strongly Agree/Agree:**

# 80%

"[Alexa/Google Home] has made it easier to entertain the children in the household"





How much do you agree/disagree...

Smart Speaker Owners
**Strongly Agree/Agree:**

# 61%

"Having your Smart Speaker is like having someone to talk to"





How much do you agree/disagree...

Smart Speaker Owners
**Strongly Agree/Agree:**

# 69%

"You have encouraged your friends to get a Smart Speaker"





# Reasons why you do not currently own a Smart Speaker:

**Base: Non-owners who have expressed interest in owning a smart speaker**

| | |
|---|---|
| Smart speakers are too expensive | **60** |
| You don't know enough about the speakers yet | **48** |
| You are worried you wouldn't use it enough | **41** |
| You worry that hackers could use it to access your home or personal info | **41** |
| It bothers you that smart speakers are always listening | **36** |
| You are worried you would spend more money with one | **35** |
| You worry that it could allow the government to listen | **34** |

% saying reason







# Non-Owners

## How likely are you to purchase a Smart Speaker in the next six months?

**Very likely**
**13%**

**Not at all likely**
**46%**

**Somewhat likely**
**41%**



# Smart Speakers...

...have quickly become essential to many owners

...encourage more audio listening

...make life easier, especially for parents









