IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SONOS, INC., | § § | |
| Plaintiff, | § § | Case No. 6:20-cv-881-ADA |
| v. | § § | |
| GOOGLE LLC, | § § | |
| Defendant. | § § | |

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Alyssa Caridis, counsel for Sonos, Inc., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Alyssa Caridis may appear on behalf of Sonos, Inc., in the above case.

IT IS FURTHER ORDERED that Alyssa Caridis, if she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-1(f)(2).

SIGNED this the _____ day of _____, 20____.

_____
UNITED STATES DISTRICT JUDGE