**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| SONOS, INC., § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> GOOGLE LLC, § <br> § <br> Defendant. § <br> § | CIVIL ACTION No. 6:20-cv-00881-ADA <br><br> JURY TRIAL DEMANDED |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT GOOGLE LLC TO ANSWER OR OTHERWISE RESPOND**

BEFORE THE COURT is the Unopposed Motion for Extension of Time for Defendant Google LLC to Answer or Otherwise Respond (the "Unopposed Motion"). The Court has considered the Unopposed Motion and finds that it should be and is hereby GRANTED.

IT IS THEREFORE ORDERED that the deadline for Defendant Google LLC to answer or otherwise respond to the Complaint for Patent Infringement is extended until and including November 19, 2020.

SIGNED this _____ day of _____, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT COURT JUDGE