IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>  Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 6:20-cv-00881-ADA |

**GOOGLE LLC'S FEDERAL RULE OF CIVIL PROCEDURE 7.1**
**<u>DISCLOSURE STATEMENT</u>**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE ALAN D ALBRIGHT:

  Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Google LLC discloses the following: Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

| | |
|---|---|
| Date: November 19, 2020 | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br><br>By: */s/ Paige Arnette Amstutz*<br>Charles K. Verhoeven (*pro hac vice* pending)<br>charlesverhoeven@quinnemanuel.com<br>Melissa Baily (*pro hac vice* pending)<br>melissabaily@quinnemanuel.com<br>Jordan Jaffe (*pro hac vice* pending)<br>jordanjaffe@quinnemanuel.com<br>Lindsay Cooper (*pro hac vice* pending)<br>lindsaycooper@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br> SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone:    (415) 875 6600<br>Facsimile:    (415) 875 6700<br><br>Paige Arnette Amstutz<br>Texas State Bar No. 00796136<br>SCOTT, DOUGLASS & MCCONNICO, LLP<br>303 Colorado Street, Suite 2400<br>Austin, TX  78701<br>Telephone:  (512) 495-6300<br>Facsimile:  (512) 495-6399<br>pamstutz@scottdoug.com<br><br>*Counsel for Defendant Google LLC* |

### CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on November 19, 2020, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

                                                                         */s/ Paige Arnette Amstutz*
                                                                         Paige Arnette Amstutz