IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>   Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>   Defendant. | Case No. 6:20-cv-00881-ADA |

**MOTION FOR ADMISSION PRO HAC VICE**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Melissa J. Baily, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Google LLC in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Quinn Emanuel Urquhart & Sullivan LLP with offices at:

    Mailing address: 50 California Street, 22nd Floor

    City, State, Zip Code: San Francisco, CA 94105

    Telephone: (415) 875-6336   Facsimile: (415) 875-6700

2. Since August 30, 2005, Applicant has been and presently is a member of and in good standing with the Bar of the State of California. Applicant's bar license number is 237649.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| Supreme Court of The State of California | August 30, 2005 |
| Northern District of California | September 21, 2005 |
| Central District of California | August 26, 2012 |
| Ninth Circuit Court of Appeals | April 3, 2006 |
| New York State Court of Appeals | February 4, 2002 |
| Federal Circuit Court of Appeals | February 2, 2007 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

None

5. I have not previously applied to appear Pro Hac Vice in this district court in Case[s]:

None

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

None

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

None

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or

Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

| | |
|---|---|
| Co-counsel: | Paige Arnette Amstutz |
| Mailing address: | Scott, Douglass & McConnico, LLP |
| | 303 Colorado Street, Suite 2400 |
| City, State, Zip Code: | Austin, TX 78701 |
| Telephone: | (512) 495-6300 |

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Melissa J. Baily to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Melissa J. Baily
[printed name of Applicant]

*Melissa J Baily*
[signature of Applicant]

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 19th day of November 2020.

Melissa J. Baily
[printed name of Applicant]

*Melissa J Baily*
[signature of Applicant]