IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 6:20-cv-00881-ADA |

**DECLARATION OF JAMES JUDAH IN SUPPORT OF
GOOGLE LLC'S RULE 12(B)(3) MOTION TO STAY OR DISMISS
<u>PURSUANT TO THE FIRST-TO-FILE RULE</u>**

I, James Judah, declare and state as follows:

1. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP representing Google LLC ("Google") in this matter. If called as a witness, I could and would testify competently to the information contained herein.

2. I am representing Google in *Certain Audio Players and Controllers, Components Thereof and Products Containing Same*, Inv. No. 337-TA-1191, an investigation pending before the International Trade Commission involving Google and Sonos ("*Sonos I*"). The parties took 33 fact depositions in *Sonos I*, which included 17 depositions of Google employees, nine depositions of Sonos employees, and seven depositions of third parties. None of the individuals who were deposed in *Sonos I* were based in Texas.

3. Fifteen of the 17 Google employees who were deposed in *Sonos I* are based in the San Francisco Bay Area, including ███████████████████████████████████████ ███████████████████████████. The two Google employees not based in the San Francisco Bay Area are based in Kitchener, Canada, and Chicago, Illinois.

4. Five of the nine Sonos witnesses who were deposed in *Sonos I* are based in California. The Sonos witnesses not based in California are based in Illinois and Massachusetts.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on November 18, 2020, in Hillsborough, California.

DATED: November 18, 2020

By: /s James Judah
James Judah