# EXHIBIT 6

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### California Northern District

**Notice of Electronic Filing**

The following transaction was entered on 10/26/2020 at 11:59 AM and filed on 10/26/2020

**Case Name:** Google LLC v. Sonos, Inc.
**Case Number:** 3:20-cv-06754-WHA
**Filer:**
**Document Number:** 26(No document attached)

**Docket Text:**
CLERK'S NOTICE RESETTING MOTION HEARING AND INITIAL CASE MANAGEMENT CONFERENCE. Pursuant to [25] Renotice motion hearing re [11] MOTION to Dismiss *or Transfer to the Western District of Texas*, Motion Hearing as to [11] MOTION to Dismiss *or Transfer to the Western District of Texas* set for 11/19/2020 at 08:00 AM before Judge William Alsup. The Initial Case Management Conference set for 1/21/2021 is advanced to 11/19/2020 at 08:00 AM to be held in conjunction with the Motion Hearing. Case Management Statement due by 11/12/2020.

This proceeding will be held by AT&T Conference Line. The court circulates the following conference number to allow the equivalent of a public hearing by telephone.

For conference line information, see: https://apps.cand.uscourts.gov/telhrg/

All counsel, members of the public and press please use the following dial-in information below to access the conference line:

Dial In: (888) 684-8852

Access Code: 3707514

The Court may be in session with proceedings in progress when you connect to the conference line. Therefore, mute your phone if possible and wait for the Court to address you before speaking on the line. For call clarity, parties shall NOT use speaker phone or earpieces for these calls, and where at all possible, parties shall use landlines.

PLEASE NOTE: Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited. See General Order 58 at Paragraph III.

(Related documents(s) [11]) *(This is a text-only entry generated by the court. There is no document associated with this entry.)*(amd2S, COURT STAFF) (Filed on 10/26/2020)


**3:20-cv-06754-WHA Notice has been electronically mailed to:**

Alyssa M. Caridis     acaridis@orrick.com, casestream@ecf.courtdrive.com, jkellett@orrick.com

Bas de Blank     basdeblank@orrick.com, adalton@orrick.com, svirrueta@orrick.com

Charles Kramer Verhoeven     charlesverhoeven@quinnemanuel.com, charles-verhoeven-2471@ecf.pacerpro.com, rhodapiland@quinnemanuel.com

Clement S. Roberts     croberts@orrick.com, acaridis@orrick.com, tchurch@orrick.com

Jordan Ross Jaffe    jordanjaffe@quinnemanuel.com, ecf-0b041b054580@ecf.pacerpro.com, ecf-49d7324e74e5@ecf.pacerpro.com, gina--herrera--4586@ecf.pacerpro.com, ginaherrera@quinnemanuel.com

Lindsay Cooper    lindsaycooper@quinnemanuel.com, calendar@quinnemanuel.com, lindsay-cooper-quinn-emanuel-urquhart-sullivan-llp-9732@ecf.pacerpro.com

Melissa J Baily    melissabaily@quinnemanuel.com, gina--herrera--4586@ecf.pacerpro.com, ginaherrera@quinnemanuel.com, melissa-bailey-2321@ecf.pacerpro.com

Sean Sang-Chul Pak    seanpak@quinnemanuel.com, elenemebuke@quinnemanuel.com, josephleroy@quinnemanuel.com, sean-pak-2146@ecf.pacerpro.com, sheilaflowers@quinnemanuel.com

**3:20-cv-06754-WHA Please see [Local Rule 5-5](); Notice has NOT been electronically mailed to:**