# EXHIBIT 21

## Possible People Information

**Person Overview**

**ERIK J REED**

6130 LEDGEWOOD TE

DUBLIN, CA 94568-8820 | ALAMEDA County

**Phone Number(s):**

925-803-5776

355-4923

**SSN:**

561-37-XXXX - issued in CA in 1975-1976

**DOB:**

12/XX/1963 (Age: 56)



**Date of Birth Summary**

| Date of Birth | Source |
| --- | --- |
| 12/XX/1963 (Age: 56) | Address Historical #1    Address Historical #2    Address Historical #3    Address Historical #4    People Find    People Household #1    People Household #2 |

**SSN Summary**

| SSN | Source |
| --- | --- |
| 561-37-XXXX - issued in CA in 1975-1976 | People Find |

**Name Variations**

| Name | Source |
| --- | --- |
| ERIK REED | People Find #1    People Find #2    People Find #3    People Find #4 |
| MR ERIC REED | People Household |
| ERIK JAMES REED | Professional License #1    Professional License #2 |

**Addresses**

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.

## Address

### 6130 LEDGEWOOD TE, DUBLIN, CA 94568-8820 | ALAMEDA County

*Reported 09/10/2018 - 09/10/2018*

| By People Find 09/10/2018 - 09/10/2018 | People Find |
| --- | --- |

### 2722 E SUGAR HILL TER, DUBLIN, CA 94568-4621 | ALAMEDA County

*Reported 01/01/2002 - 03/31/2015*

| By People Find 03/31/2015 - 03/31/2015 | People Find |
| --- | --- |
| By New Movers 09/24/2014 - 09/24/2014 | New Movers |
| By People Household 01/01/2002 - 07/31/2014 | People Household |
| By Professional License | Professional License |
| By Real Property Deeds | Real Property Deeds |

### 2722 SUGAR HILL TE, DUBLIN, CA 94568-4621 | ALAMEDA County

*Reported 07/23/2014 - 08/16/2014*

| By People Find 07/23/2014 - 08/16/2014 | People Find #1 | People Find #2 |
| --- | --- | --- |

### DUBLIN, CA 94568 | ALAMEDA County

*Reported 01/01/2002 - 11/30/2012*

| By People Household 01/01/2002 - 11/30/2012 | People Household |
| --- | --- |

### 6130 LEDGEWOOD TER, DUBLIN, CA 94568-8820 | ALAMEDA County

*Reported 01/01/2002 - 09/30/2012*

| By People Household 01/01/2002 - 09/30/2012 | People Household |
| --- | --- |
| By Address Historical | Address Historical |
| By Professional License | Professional License |
| By Real Property Deeds | Real Property Deeds #1    Real Property Deeds #2    Real Property Deeds #3    Real Property Deeds #4    Real Property Deeds #5 |
| By Real Property Tax Assessor | Real Property Tax Assessor |

### 2112 900 HIGH SCHOOL WA, MOUNTAIN VIEW, CA 94041-1971 | SANTA CLARA County

*Reported 11/13/2000 - 01/23/2003*

| By People Find 11/13/2000 - 11/13/2000 | People Find |
| --- | --- |

### 7 ANDORRA CT, PACIFICA, CA 94044-3521 | SAN MATEO County

*Reported 06/01/1996 - 01/23/2003*

| By People Find 01/23/2003 - 01/23/2003 | People Find |
| --- | --- |
| By Real Property Deeds | Real Property Deeds #1    Real Property Deeds #2    Real Property Deeds #3    Real Property Deeds #4    Real Property Deeds #5 |

### 1302 ROSITA RD, PACIFICA, CA 94044-4336 | SAN MATEO County

*Reported 11/01/1994 - 01/23/2003*

| By People Find 01/23/2003 - 01/23/2003 | People Find |
| --- | --- |
| By Real Property Deeds | Real Property Deeds #1    Real Property Deeds #2 |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

**900 HIGH SCHOOL WAY APT 2112, MOUNTAIN VIEW, CA 94041-1971 | SANTA CLARA County**

*Reported 11/13/2000 - 11/13/2000*

By People Find 11/13/2000 - 11/13/2000          People Find

**402 REDLANDS AVE, CLAREMONT, CA 91711-1637 | LOS ANGELES County**

*Reported N/A*

By Address Historical          Address Historical

**PO BOX 9155, PALO ALTO, CA 94309 | SANTA CLARA County**

*Reported N/A*

By Address Historical          Address Historical #1          Address Historical #2

### Phone Numbers

| Phone | Source |
|---|---|
| 925-803-5776 | People Find    \|    People Household #1    \|    People Household #2 |
| 355-4923 | People Find |

## Possible Asset Information

### Real Property Tax Assessor Records

| Property Address | Assessed Total Value | Tax Year | View Full Text |
|---|---|---|---|
| 6130 LEDGEWOOD TER DUBLIN, CA 94568-8820 | | 2019 | Full-Text |

### Real Property Transactions

| Property Address | Sale Price | Mortgage Amount | Recording Date | View Full Text |
|---|---|---|---|---|
| 2722 E SUGAR HILL TER DUBLIN, CA 94568-4621 | | | 09/10/2014 | Full-Text |
| 6130 LEDGEWOOD TER DUBLIN, CA 94568-8820 | | | 09/26/2012 | Full-Text |
| 6130 LEDGEWOOD TER DUBLIN, CA 94568-8820 | | | 11/02/2011 | Full-Text |
| 6130 LEDGEWOOD TER DUBLIN, CA 94568-8820 | | | 08/16/2010 | Full-Text |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Property Address | Sale Price | Mortgage Amount | Recording Date | View Full Text |
|---|---|---|---|---|
| 6130 LEDGEWOOD TER DUBLIN, CA 94568-8820 | | | 02/02/2004 | Full-Text |
| 6130 LEDGEWOOD TER DUBLIN, CA 94568-8820 | | | 07/14/2003 | Full-Text |
| 7 ANDORRA CT PACIFICA, CA 94044-3521 | | | 03/25/2002 | Full-Text |
| 7 ANDORRA CT PACIFICA, CA 94044-3521 | | | 12/06/1999 | Full-Text |
| 7 ANDORRA CT PACIFICA, CA 94044-3521 | | | 02/25/1998 | Full-Text |
| 1302 ROSITA RD PACIFICA, CA 94044-4336 | | | 05/15/1996 | Full-Text |
| 1302 ROSITA RD PACIFICA, CA 94044-4336 | | | 05/15/1996 | Full-Text |
| 7 ANDORRA CT PACIFICA, CA 94044-3521 | | | 05/10/1996 | Full-Text |
| 7 ANDORRA CT PACIFICA, CA 94044-3521 | | | 05/10/1996 | Full-Text |

## Possible Business & Employment

### Professional Licenses

| License Type | License Issue Date | License Expiration Date | View Full Text |
|---|---|---|---|
| | | | Full-Text |
| | | | Full-Text |

## Full-Text Documents

**The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.**

**All Full-Text Documents**

# New Movers Records (1)

To Summary

| New Movers Record |
| --- |

## Source Information

| | |
| --- | --- |
| Information Current Through: | 10/15/2020 |
| Database Last Updated: | 10/13/2020 |
| Update Frequency: | MONTHLY |
| Current Date: | 10/21/2020 |
| Source: | Data by Infogroup, Copyright © 2020, All Rights Reserved. |

## Household Information

| | |
| --- | --- |
| Address: | 2722 E SUGAR HILL TER DUBLIN, CA 94568-4621 |
| County: | ALAMEDA |
| Date: | 09/24/2014 |

## Head of Household Information

| | |
| --- | --- |
| Name: | MR ERIK J REED |
| Age Range: | 45-49 |

End of Document                    © 2020 Thomson Reuters. No claim to original U.S. Government Works.

# Historical Address Records (4)

To Summary

| Address Historical |
| --- |

## Individual Information

| | |
| --- | --- |
| Name: | REED, ERIK J |
| Date of Birth: | 12/XX/1963 |

## Historical Address Information

| | |
| --- | --- |
| Address: | 9155 PO BOX PALO ALTO, CA 94309 |

End of Document                    © 2020 Thomson Reuters. No claim to original U.S. Government Works.

To Summary

| Address Historical |
| --- |

**The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.**

## Individual Information

| Name: | REED, ERIK J |
| Date of Birth: | 12/XX/1963 |

## Historical Address Information

| Address: | 402 REDLANDS AVE CLAREMONT, CA 91711-1637 |

End of Document                                    © 2020 Thomson Reuters. No claim to original U.S. Government Works.

To Summary

**Address Historical**

## Individual Information

| Name: | REED, ERIK J |
| Date of Birth: | 12/XX/1963 |

## Historical Address Information

| Address: | 6130 LEDGEWOOD TER DUBLIN, CA 94568-8820 |

End of Document                                    © 2020 Thomson Reuters. No claim to original U.S. Government Works.

To Summary

**Address Historical**

## Individual Information

| Name: | REED, ERIK J |
| Date of Birth: | 12/XX/1963 |

## Historical Address Information

| Address: | PO BOX 9155 PALO ALTO, CA 94309 |

End of Document                                    © 2020 Thomson Reuters. No claim to original U.S. Government Works.

## People Find Records (4)

To Summary

**People Finder - Historic Tracker Record**

## Source Information

| Information Current Through: | 09/30/2020 |
| Database Last Updated: | 10/06/2020 |
| Update Frequency: | MONTHLY |
| Current Date: | 10/21/2020 |
| Source: | TRANS UNION |

## Last Known Address Information

| Current Address: | 2722 SUGAR HILL TE DUBLIN, CA 94568-4621 |
| Address First Reported: | 07/23/2014 |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.

## Individual Information

| Name: | REED, ERIK |
|---|---|
| On File Since: | 07/23/2014 |

End of Document    © 2020 Thomson Reuters. No claim to original U.S. Government Works.

To Summary

**People Finder - Historic Tracker Record**

## Source Information

| Information Current Through: | 09/30/2020 |
|---|---|
| Database Last Updated: | 10/06/2020 |
| Update Frequency: | MONTHLY |
| Current Date: | 10/21/2020 |
| Source: | TRANS UNION |

## Individual Information

| Name: | REED, ERIK J |
|---|---|
| Also Known As: | REED, ERIK |
| SSN: | 561-37-XXXX |
| Date of Birth: | 12/XX/1963 |
| Historic Phone Number: | 355-4923 |
| On File Since: | 02/01/1984 |

## Last Known Address Information

| Current Address: | 6130 LEDGEWOOD TE DUBLIN, CA 94568-8820 |
|---|---|
| Address First Reported: | 09/10/2018 |

## Other Address Information

| Previous Address: | 900 HIGH SCHOOL WA 2112 MOUNTAIN VIEW, CA 94041-1971 |
|---|---|
| Address First Reported: | 11/13/2000 |
| Previous Address: | 7 ANDORRA CT PACIFICA, CA 94044-3521 |
| Address First Reported: | 06/01/1996 |
| Previous Address: | 1302 ROSITA RD PACIFICA, CA 94044-4336 |
| Address First Reported: | 11/01/1994 |

End of Document    © 2020 Thomson Reuters. No claim to original U.S. Government Works.

To Summary

**People Finder - Historic Tracker Record**

## Source Information

| Information Current Through: | 09/30/2020 |
|---|---|
| Database Last Updated: | 10/06/2020 |

## Last Known Address Information

| Current Address: | 2722 E SUGAR HILL TE DUBLIN, CA 94568-4621 |
|---|---|
| Phone Number 1: | 925-803-5776 |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Update Frequency: | MONTHLY | Address First Reported: | 03/31/2015 |
| Current Date: | 10/21/2020 | | |
| Source: | TRANS UNION | | |

## Individual Information

| Name: | REED, ERIK |
| Also Known As: | REED, ERIK J |
| On File Since: | 03/31/2015 |

End of Document

To Summary

© 2020 Thomson Reuters. No claim to original U.S. Government Works.

**People Finder - Historic Tracker Record**

## Source Information

## Last Known Address Information

| Information Current Through: | 09/30/2020 |
| Database Last Updated: | 10/06/2020 |
| Update Frequency: | MONTHLY |
| Current Date: | 10/21/2020 |
| Source: | TRANS UNION |

| Current Address: | 2722 SUGAR HILL TE DUBLIN, CA 94568-4621 |
| Address First Reported: | 08/16/2014 |

## Individual Information

| Name: | REED, ERIK |
| On File Since: | 08/16/2014 |

End of Document

© 2020 Thomson Reuters. No claim to original U.S. Government Works.

## Real Property Tax Assessor Records (1)

To Summary

**Real Property Tax Assessor Record**

### Source Information

| Tax Roll Certification Date: | 07/01/2019 |
| Owner Information Current Through: | 07/01/2020 |
| County Last Updated: | 09/02/2020 |
| Current Date: | 10/21/2020 |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Source: | TAX ASSESSOR |
|---|---|

**Owner Information**

| Owner(s): | LI SHENGGAO (TE) |
|---|---|
| | WANG WEIWEI (TE) |
| Ownership Rights: | TRUSTEE |
| Absentee Owner: | ABSENTEE (MAIL AND SITUS NOT=) |
| Property Address: | 6130 LEDGEWOOD TER<br>DUBLIN, CA 94568-8820 |
| Mailing Address: | 20010 PACIFICA DR<br>CUPERTINO, CA 95014-3111 |

**Property Information**

| County: | ALAMEDA |
|---|---|
| Assessor's Parcel Number: | 985-25-78 |
| Property Type: | SINGLE FAMILY RESIDENCE - TOWNHOUSE |
| Land Use: | SINGLE FAMILY RESIDENCE |
| Lot Size: | 9093 |
| Lot Acreage: | 0.2087 |
| Municipality: | DUBLIN INCORP |
| Lot Number: | 69 |

**Tax Assessment Information**

| Tax Year: | 2019 |
|---|---|
| Valuation Method: | ASSESSED |
| Tax Code Area: | 26025 |

**Building/Improvement Characteristics**

| Number of Buildings: | 1 |
|---|---|
| Year Built: | 20020000 |
| Total Area: | 7000009093 |
| Living Square Feet: | 4086 |
| Number of Bedrooms: | 5 |
| Number of Bathrooms: | 5.00 |
| Full Baths: | 4 |
| Garage Type: | UNDEFINED TYPE - 2 CAR GARAGE |
| Parking Spaces: | 2 |
| Number of Stories: | 2.00 |
| Style/Shape: | L-SHAPE |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Construction Type: | WOOD |
|---|---|
| Construction Quality: | GOOD |

**Last Market Sale Information**

| Sale Date: | 07/25/2014 |
|---|---|
| Seller Name: | REED ERIK J & MELINDA C |
| Consideration: | FULL |
| Deed Type: | GRANT DEED |
| Type of Sale: | RESALE |
| Mortgage Loan Type: | CONVENTIONAL |
| Mortgage Term: | 30 YEARS |
| Mortgage Deed Type: | DEED OF TRUST |
| Lender Name: | GOOGAIN INC |
| Recording Date: | 07/30/2014 |
| Document Number: | 188101 |
| Title Company: | FIDELITY NATIONAL TITLE |

**Previous Transaction Information**

| Previous Document Number: | 598934 |
|---|---|
| Sale Date: | 12/17/2002 |
| Consideration: | FULL |
| Deed Type: | DEED OF TRUST |
| Type of Sale: | SUBDIVISION/NEW CONSTRUCTION |
| Number of Parcels: | Y Y |
| Recording Date: | 12/20/2002 |

**Historical Tax Assessor Information**

| Historical Tax Assessor Record: 1. | |
|---|---|
| Tax Year: | 2018 |
| Assessor's Parcel Number: | 985-25-78 |
| Absentee Owner: | ABSENTEE (MAIL AND SITUS NOT=) |
| Owner: | LI SHENGGAO (TE), WANG WEIWEI (TE) |
| Property Address: | 6130 LEDGEWOOD TER DUBLIN, CA 94568-8820 |
| Mailing Address: | 20010 PACIFICA DR CUPERTINO, CA 95014-3111 |
| Historical Tax Assessor Record: 2. | |
| Tax Year: | 2017 |
| Assessor's Parcel Number: | 985-0025-078 |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| | |
|---|---|
| **Absentee Owner:** | ABSENTEE (MAIL AND SITUS NOT=) |
| **Owner:** | LI SHENGGAO (TE), WANG WEIWEI (TE) |
| **Property Address:** | 6130 LEDGEWOOD TER<br>DUBLIN, CA 94568-8820 |
| **Mailing Address:** | 20010 PACIFICA DR<br>CUPERTINO, CA 95014-3111 |
| **Historical Tax Assessor Record: 3.** | |
| **Tax Year:** | 2016 |
| **Assessor's Parcel Number:** | 985-0025-078 |
| **Homestead Exempt:** | HOMEOWNER EXEMPTION |
| **Absentee Owner:** | OWNER OCCUPIED |
| **Owner:** | LI SHENGGAO (TE), WANG WEIWEI (TE) |
| **Property Address:** | 6130 LEDGEWOOD TER<br>DUBLIN, CA 94568-8820 |
| **Mailing Address:** | 6130 LEDGEWOOD TER<br>DUBLIN, CA 94568-8820 |
| **Historical Tax Assessor Record: 4.** | |
| **Tax Year:** | 2015 |
| **Assessor's Parcel Number:** | 985-0025-078 |
| **Homestead Exempt:** | HOMEOWNER EXEMPTION |
| **Absentee Owner:** | OWNER OCCUPIED |
| **Owner:** | LI & WANG FAMILY TRUST |
| **Property Address:** | 6130 LEDGEWOOD TER<br>DUBLIN, CA 94568-8820 |
| **Mailing Address:** | 6130 LEDGEWOOD TER<br>DUBLIN, CA 94568-8820 |
| **Historical Tax Assessor Record: 5.** | |
| **Tax Year:** | 2014 |
| **Assessor's Parcel Number:** | 985-0025-078 |
| **Homestead Exempt:** | HOMEOWNER EXEMPTION |
| **Absentee Owner:** | OWNER OCCUPIED |
| **Owner:** | LI SHENGGAO, WANG WEIWEI |
| **Property Address:** | 6130 LEDGEWOOD TER<br>DUBLIN, CA 94568-8820 |
| **Mailing Address:** | 6130 LEDGEWOOD TER<br>DUBLIN, CA 94568-8820 |
| **Historical Tax Assessor Record: 6.** | |
| **Tax Year:** | 2013 |

Thomson Reuters. No claim to original U.S. Government Works.

11

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Assessor's Parcel Number: | 985-0025-078 |
|---|---|
| Absentee Owner: | SITUS FROM SALE (OCCUPIED) |
| Owner: | LI SHENGGAO, WANG WEIWEI |
| Property Address: | 6130 LEDGEWOOD TER<br>DUBLIN, CA 94568-8820 |
| Mailing Address: | 6130 LEDGEWOOD TER<br>DUBLIN, CA 94568-8820 |
| **Historical Tax Assessor Record: 7.** | |
| Tax Year: | 2012 |
| Assessor's Parcel Number: | 985-0025-078 |
| Homestead Exempt: | HOMEOWNER EXEMPTION |
| Absentee Owner: | OWNER OCCUPIED |
| Owner: | REED ERIK J, REED MELINDA C |
| Property Address: | 6130 LEDGEWOOD TER<br>DUBLIN, CA 94568-8820 |
| Mailing Address: | 6130 LEDGEWOOD TER<br>DUBLIN, CA 94568-8820 |
| **Historical Tax Assessor Record: 8.** | |
| Tax Year: | 2011 |
| Assessor's Parcel Number: | 985 -0025-078 |
| Homestead Exempt: | HOMEOWNER EXEMPTION |
| Absentee Owner: | OWNER OCCUPIED |
| Owner: | REED ERIK J, REED MELINDA C |
| Property Address: | 6130 LEDGEWOOD TER<br>DUBLIN, CA 94568-8820 |
| Mailing Address: | 6130 LEDGEWOOD TER<br>DUBLIN, CA 94568-8820 |
| **Historical Tax Assessor Record: 9.** | |
| Tax Year: | 2010 |
| Assessor's Parcel Number: | 985 -0025-078 |
| Homestead Exempt: | HOMEOWNER EXEMPTION |
| Absentee Owner: | OWNER OCCUPIED |
| Owner: | REED ERIK J, REED MELINDA C |
| Property Address: | 6130 LEDGEWOOD TER<br>DUBLIN, CA 94568-8820 |
| Mailing Address: | 6130 LEDGEWOOD TER<br>DUBLIN, CA 94568-8820 |

Thomson Reuters. No claim to original U.S. Government Works.

12

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Historical Tax Assessor Record: 10. | |
|---|---|
| Tax Year: | 2009 |
| Assessor's Parcel Number: | 985 -0025-078 |
| Homestead Exempt: | HOMEOWNER EXEMPTION |
| Absentee Owner: | OWNER OCCUPIED |
| Owner: | REED ERIK J, REED MELINDA C |
| Property Address: | 6130 LEDGEWOOD TER<br>DUBLIN, CA 94568-8820 |
| Mailing Address: | 6130 LEDGEWOOD TER<br>DUBLIN, CA 94568-8820 |
| Historical Tax Assessor Record: 11. | |
| Tax Year: | 2008 |
| Assessor's Parcel Number: | 985 -0025-078 |
| Homestead Exempt: | HOMEOWNER EXEMPTION |
| Absentee Owner: | OWNER OCCUPIED |
| Owner: | REED ERIK J, REED MELINDA C |
| Property Address: | 6130 LEDGEWOOD TER<br>DUBLIN, CA 94568-8820 |
| Mailing Address: | 6130 LEDGEWOOD TER<br>DUBLIN, CA 94568-8820 |
| Historical Tax Assessor Record: 12. | |
| Tax Year: | 2007 |
| Assessor's Parcel Number: | 985 -0025-078 |
| Homestead Exempt: | HOMEOWNER EXEMPTION |
| Absentee Owner: | OWNER OCCUPIED |
| Owner: | REED ERIK J, REED MELINDA C |
| Property Address: | 6130 LEDGEWOOD TER<br>DUBLIN, CA 94568-8820 |
| Mailing Address: | 6130 LEDGEWOOD TER<br>DUBLIN, CA 94568-8820 |
| Historical Tax Assessor Record: 13. | |
| Tax Year: | 2006 |
| Assessor's Parcel Number: | 985 -0025-078 |
| Homestead Exempt: | HOMEOWNER EXEMPTION |
| Absentee Owner: | OWNER OCCUPIED |
| Owner: | REED ERIK J, REED MELINDA C |
| Property Address: | 6130 LEDGEWOOD TER<br>DUBLIN, CA 94568-8820 |

**The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.**

| Mailing Address: | 6130 LEDGEWOOD TER |
| | DUBLIN, CA 94568-8820 |
| **Historical Tax Assessor Record: 14.** | |
| Tax Year: | 2001 |
| Assessor's Parcel Number: | 985 -0025-078 |
| Absentee Owner: | ABSENTEE (MAIL AND SITUS NOT=) |
| Owner: | SHEA HOMES SOUTHWEST INC |
| Property Address: | 6130 LEDGEWOOD TER |
| | DUBLIN, CA 94568-8820 |
| Mailing Address: | 2580 SHEA CENTER DR |
| | LIVERMORE, CA 94551-7547 |
| **Historical Tax Assessor Record: 15.** | |
| Assessor's Parcel Number: | 985 -0025-078 |
| Owner: | SHEA HOMES LTD PARTNERSHIP |
| Property Address: | 6130 LEDGEWOOD TER |
| | DUBLIN, CA 94568-8820 |
| Mailing Address: | 25 METRO DR 300 |
| | SAN JOSE, CA 95110-1340 |

ADDITIONAL PROPERTIES POSSIBLY CONNECTED TO OWNER may have been located. The owner's mailing address is associated with other properties as indicated by tax assessor records. Additional charges may apply.

TRANSACTION HISTORY REPORT may be available for this property. The report contains details about all available transactions associated with this property. The report may include information about sales, ownership transfers, refinances, construction loans, 2nd mortgages, or equity loans based on recorded deeds. Additional charges may apply.

End of Document                                        © 2020 Thomson Reuters. No claim to original U.S. Government Works.

# Real Property Transactions (13)

To Summary

**Real Property Transaction Record**

## Source Information                    ## Transaction Information

| Filings Current Through: | 09/12/2020 | | Transaction Date: | 08/04/2010 |
| County Last Updated: | 10/15/2020 | | Deed Type: | TRUST DEED/ |
| Frequency of Update: | WEEKLY | | | MORTGAGE |
| Current Date: | 10/21/2020 | | Document Type: | DEED OF TRUST |
| Source: | COUNTY RECORDER | | Type of Transaction: | REFINANCE |
| | | | Mortgage Type: | CONVENTIONAL |
| | | | Mortgage Term: | 15 YEARS |
| ## Owner Information | | | Mortgage Deed Type: | DEED OF TRUST |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Owner(s): | ERIK J & MELINDA C REED | Mortgage Date: | 08/04/2010 |
|---|---|---|---|
| | | Mortgage Due Date: | 09/01/2025 |
| Absentee Owner: | SITUS FROM SALE (OCCUPIED) | Lender Name: | WELLS FARGO BK NA |
| | | Address: | NEWARK, NJ 07101-4701 |
| Property Address: | 6130 LEDGEWOOD TER DUBLIN, CA 94568-8820 | Recording Date: | 08/16/2010 |
| | | Document Number: | 234552 |
| Mailing Address: | 6130 LEDGEWOOD TER DUBLIN, CA 94568-8820 | | CHICAGO TITLE CO. |
| | | Refinance Loan: | LOAN TO VALUE IS MORE THAN 50% |

## Property Information

| County: | ALAMEDA |
|---|---|
| Assessor's Parcel Number: | 985 -0025-078 |
| Property Type: | SINGLE FAMILY RESIDENCE - TOWNHOUSE |
| Land Use: | SINGLE FAMILY RESIDENCE |
| Building Square Feet: | 4086 |

TAX ASSESSOR RECORD may be available for this property. The record contains information from the office of the local real property tax assessor office. In addition to identifying the current owner, the record may include tax assessment information, the legal description, and property characteristics. Additional charges may apply.

TRANSACTION HISTORY REPORT may be available for this property. The report contains details about all available transactions associated with this property. The report may include information about sales, ownership transfers, refinances, construction loans, 2nd mortgages, or equity loans based on recorded deeds. Additional charges may apply.

End of Document

To Summary

© 2020 Thomson Reuters. No claim to original U.S. Government Works.

**Real Property Transaction Record**

## Source Information

| Filings Current Through: | 09/04/2020 |
|---|---|
| County Last Updated: | 10/15/2020 |
| Frequency of Update: | WEEKLY |
| Current Date: | 10/21/2020 |
| Source: | COUNTY RECORDER |

## Transaction Information

| Consideration: | ESTIMATED |
|---|---|
| Deed Type: | DEED OF TRUST |
| Type of Transaction: | REFINANCE |
| Mortgage Type: | CONVENTIONAL |
| Mortgage Deed Type: | DEED OF TRUST |
| Lender Name: | RESIDENTIAL LENDING CORP |

## Owner Information

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Owner(s): | MELINDA C REED | Address: | SAN FRANCISCO, CA 94132 |
|---|---|---|---|
| Property Address: | 1302 ROSITA RD PACIFICA, CA 94044-4336 | Recording Date: | 05/15/1996 |
| Mailing Address: | 7 ANDORRA CT PACIFICA, CA 94044-3521 | Document Number: | 58526 |
| | | Title Company: | OLD REPUBLIC TITLE |
| | | InterFamily Transaction: | YES |
| | | Refinance Loan: | YES |

## Property Information

| County: | SAN MATEO |
|---|---|
| Assessor's Parcel Number: | 023820300 |
| Property Type: | SINGLE FAMILY RESIDENCE - TOWNHOUSE |
| Building Square Feet: | 1410 |

TAX ASSESSOR RECORD may be available for this property. The record contains information from the office of the local real property tax assessor office. In addition to identifying the current owner, the record may include tax assessment information, the legal description, and property characteristics. Additional charges may apply.

TRANSACTION HISTORY REPORT may be available for this property. The report contains details about all available transactions associated with this property. The report may include information about sales, ownership transfers, refinances, construction loans, 2nd mortgages, or equity loans based on recorded deeds. Additional charges may apply.

End of Document                                        © 2020 Thomson Reuters. No claim to original U.S. Government Works.

To Summary

---

**Real Property Transaction Record**

## Source Information

## Transaction Information

| Filings Current Through: | 09/04/2020 |
|---|---|
| County Last Updated: | 10/15/2020 |
| Frequency of Update: | WEEKLY |
| Current Date: | 10/21/2020 |
| Source: | COUNTY RECORDER |

| Transaction Date: | 05/21/1999 |
|---|---|
| Consideration: | SALE PRICE (FULL) |
| Deed Type: | GRANT DEED |
| Type of Transaction: | NOMINAL |
| Recording Date: | 12/06/1999 |
| Document Number: | 198816 |
| Construction Type: | RESALE |
| InterFamily Transaction: | YES |
| Purchase Payment: | CASH |

## Owner Information

| Owner(s): | ERIK J REED |
|---|---|
| Owner Relationship: | HUSBAND/WIFE |
| Property Address: | 7 ANDORRA CT PACIFICA, CA 94044-3521 |
| Mailing Address: | 7 ANDORRA CT |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| | PACIFICA, CA 94044-3521 |
|---|---|

## Property Information

| County: | SAN MATEO |
|---|---|
| Assessor's Parcel Number: | 023-830-040 |
| Property Type: | SINGLE FAMILY RESIDENCE - TOWNHOUSE |
| Land Use: | SINGLE FAMILY RESIDENCE |

TAX ASSESSOR RECORD may be available for this property. The record contains information from the office of the local real property tax assessor office. In addition to identifying the current owner, the record may include tax assessment information, the legal description, and property characteristics. Additional charges may apply.

TRANSACTION HISTORY REPORT may be available for this property. The report contains details about all available transactions associated with this property. The report may include information about sales, ownership transfers, refinances, construction loans, 2nd mortgages, or equity loans based on recorded deeds. Additional charges may apply.

End of Document                                                                    © 2020 Thomson Reuters. No claim to original U.S. Government Works.

To Summary

**Real Property Transaction Record**

## Source Information

| Filings Current Through: | 09/12/2020 |
|---|---|
| County Last Updated: | 10/15/2020 |
| Frequency of Update: | WEEKLY |
| Current Date: | 10/21/2020 |
| Source: | COUNTY RECORDER |

## Transaction Information

| Transaction Date: | 09/14/2012 |
|---|---|
| Deed Type: | TRUST DEED/ MORTGAGE |
| Document Type: | DEED OF TRUST |
| Type of Transaction: | REFINANCE |
| Mortgage Type: | CONVENTIONAL |
| Mortgage Term: | 10 YEARS |
| Mortgage Deed Type: | DEED OF TRUST |
| Mortgage Date: | 09/14/2012 |
| Mortgage Due Date: | 10/01/2022 |
| Lender Name: | CASHCALL INC |
| Address: | ANAHEIM, CA 92806 |
| Recording Date: | 09/26/2012 |
| Document Number: | 314978 |
| Refinance Loan: | LOAN TO VALUE IS MORE THAN 50% |

## Owner Information

| Owner(s): | ERIK J & MELINDA C REED |
|---|---|
| Owner Relationship: | HUSBAND AND WIFE |
| Ownership Rights: | JOINT TENANTS |
| Absentee Owner: | SITUS FROM SALE (OCCUPIED) |
| Property Address: | 6130 LEDGEWOOD TER DUBLIN, CA 94568-8820 |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Mailing Address: | 6130 LEDGEWOOD TER |
| | DUBLIN, CA 94568-8820 |

## Property Information

| County: | ALAMEDA |
|---|---|
| Assessor's Parcel Number: | 985 -0025-078 |
| Property Type: | SINGLE FAMILY RESIDENCE - TOWNHOUSE |
| Land Use: | SINGLE FAMILY RESIDENCE |
| Building Square Feet: | 4086 |

TAX ASSESSOR RECORD may be available for this property. The record contains information from the office of the local real property tax assessor office. In addition to identifying the current owner, the record may include tax assessment information, the legal description, and property characteristics. Additional charges may apply.

TRANSACTION HISTORY REPORT may be available for this property. The report contains details about all available transactions associated with this property. The report may include information about sales, ownership transfers, refinances, construction loans, 2nd mortgages, or equity loans based on recorded deeds. Additional charges may apply.

End of Document                                               © 2020 Thomson Reuters. No claim to original U.S. Government Works.
To Summary

---

**Real Property Transaction Record**

## Source Information                              ## Transaction Information

| | | | | |
|---|---|---|---|---|
| Filings Current Through: | 09/12/2020 | | Transaction Date: | 01/23/2004 |
| County Last Updated: | 10/15/2020 | | Deed Type: | DEED OF TRUST |
| Frequency of Update: | WEEKLY | | Type of Transaction: | REFINANCE |
| Current Date: | 10/21/2020 | | Mortgage Type: | CONVENTIONAL |
| Source: | COUNTY RECORDER | | Mortgage Term: | 15 YEARS |
| | | | Mortgage Deed Type: | DEED OF TRUST |
| | | | Mortgage Date: | 01/23/2004 |
| | | | Mortgage Due Date: | 02/01/2019 |

## Owner Information

| | | | | |
|---|---|---|---|---|
| Owner(s): | ERIK J REED | | Interest Rate: | FIXED |
| Owner Relationship: | HUSBAND/WIFE | | Lender Name: | E-LOAN INC |
| Ownership Rights: | JOINT TENANTS | | Address: | DUBLIN, CA 94568 |
| Additional Owner: | REED ERIK J & MELINDA C | | Recording Date: | 02/02/2004 |
| | | | Document Number: | 40071 |
| Owner Relationship: | HUSBAND/WIFE | | | |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Ownership Rights: | JOINT TENANTS | Title Company: | FIDELITY NATIONAL TITLE |
| Property Address: | 6130 LEDGEWOOD TER DUBLIN, CA 94568-8820 | Refinance Loan: | LOAN TO VALUE IS MORE THAN 50% |
| Mailing Address: | 6130 LEDGEWOOD TER DUBLIN, CA 94568-8820 | | |

## Property Information

| County: | ALAMEDA |
| Assessor's Parcel Number: | 985 -0025-078 |
| Property Type: | SINGLE FAMILY RESIDENCE - TOWNHOUSE |
| Land Use: | RESIDENTIAL (NEC) |

TAX ASSESSOR RECORD may be available for this property. The record contains information from the office of the local real property tax assessor office. In addition to identifying the current owner, the record may include tax assessment information, the legal description, and property characteristics. Additional charges may apply.

TRANSACTION HISTORY REPORT may be available for this property. The report contains details about all available transactions associated with this property. The report may include information about sales, ownership transfers, refinances, construction loans, 2nd mortgages, or equity loans based on recorded deeds. Additional charges may apply.

End of Document                                            © 2020 Thomson Reuters. No claim to original U.S. Government Works.
To Summary

**Real Property Transaction Record**

## Source Information

## Transaction Information

| Filings Current Through: | 09/04/2020 | Transaction Date: | 03/15/2002 |
| County Last Updated: | 10/15/2020 | Deed Type: | DEED OF TRUST |
| Frequency of Update: | WEEKLY | Type of Transaction: | REFINANCE |
| Current Date: | 10/21/2020 | Mortgage Type: | CONVENTIONAL |
| Source: | COUNTY RECORDER | Mortgage Term: | 15 YEARS |
| | | Mortgage Deed Type: | DEED OF TRUST |
| | | Mortgage Date: | 03/15/2002 |
| | | Mortgage Due Date: | 04/01/2017 |

## Owner Information

| Owner(s): | ERIK J REED | Interest Rate: | FIXED |
| Owner Relationship: | HUSBAND/WIFE | Lender Name: | E-LOAN INC |
| Ownership Rights: | COMMUNITY PROPERTY | Address: | DUBLIN, CA 94568 |
| Owner Relationship: | HUSBAND/WIFE | Recording Date: | 03/25/2002 |
| Ownership Rights: | COMMUNITY PROPERTY | Document Number: | 56375 |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Property Address: | 7 ANDORRA CT PACIFICA, CA 94044-3521 | Title Company: | CHICAGO TITLE CO. |
|---|---|---|---|
| Mailing Address: | 7 ANDORRA CT PACIFICA, CA 94044-3521 | Refinance Loan: | LOAN TO VALUE IS LESS THAN 50% |

## Property Information

| County: | SAN MATEO |
|---|---|
| Assessor's Parcel Number: | 023-830-040 |
| Property Type: | SINGLE FAMILY RESIDENCE - TOWNHOUSE |
| Land Use: | SINGLE FAMILY RESIDENCE |
| Building Square Feet: | 2230 |

TAX ASSESSOR RECORD may be available for this property. The record contains information from the office of the local real property tax assessor office. In addition to identifying the current owner, the record may include tax assessment information, the legal description, and property characteristics. Additional charges may apply.

TRANSACTION HISTORY REPORT may be available for this property. The report contains details about all available transactions associated with this property. The report may include information about sales, ownership transfers, refinances, construction loans, 2nd mortgages, or equity loans based on recorded deeds. Additional charges may apply.

End of Document

To Summary

© 2020 Thomson Reuters. No claim to original U.S. Government Works.

### Real Property Transaction Record

## Source Information

## Transaction Information

| Filings Current Through: | 09/04/2020 |
|---|---|
| County Last Updated: | 10/15/2020 |
| Frequency of Update: | WEEKLY |
| Current Date: | 10/21/2020 |
| Source: | COUNTY RECORDER |

| Consideration: | SALE PRICE (FULL) |
|---|---|
| Deed Type: | GRANT DEED |
| Mortgage Type: | CONVENTIONAL |
| Mortgage Deed Type: | DEED OF TRUST |
| Interest Rate: | ADJUSTABLE |
| Lender Name: | AMERICAN SVGS BK |
| Address: | STOCKTON, CA 95290 |
| Recording Date: | 05/10/1996 |
| Document Number: | 56748 |
| Title Company: | OLD REPUBLIC TITLE |
| Construction Type: | RESALE |
| Purchase Payment: | MORTGAGE |

## Owner Information

| Owner(s): | ERIK J REED |
|---|---|
| Owner Relationship: | MARRIED MAN |
| Property Address: | 7 ANDORRA CT PACIFICA, CA 94044-3521 |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Mailing Address: | 7 ANDORRA CT |
| | PACIFICA, CA 94044-3457 |

## Property Information

| County: | SAN MATEO |
| Assessor's Parcel Number: | 023830040 |
| Property Type: | SINGLE FAMILY |
| | RESIDENCE - |
| | TOWNHOUSE |

TAX ASSESSOR RECORD may be available for this property. The record contains information from the office of the local real property tax assessor office. In addition to identifying the current owner, the record may include tax assessment information, the legal description, and property characteristics. Additional charges may apply.

TRANSACTION HISTORY REPORT may be available for this property. The report contains details about all available transactions associated with this property. The report may include information about sales, ownership transfers, refinances, construction loans, 2nd mortgages, or equity loans based on recorded deeds. Additional charges may apply.

**End of Document**                                              © 2020 Thomson Reuters. No claim to original U.S. Government Works.

To Summary

---

**Real Property Transaction Record**

### Source Information

| Filings Current Through: | 09/04/2020 |
| County Last Updated: | 10/15/2020 |
| Frequency of Update: | WEEKLY |
| Current Date: | 10/21/2020 |
| Source: | COUNTY RECORDER |

### Transaction Information

| Consideration: | ESTIMATED |
| Type of Transaction: | NOMINAL |
| Recording Date: | 05/10/1996 |
| Document Number: | 56749 |
| Title Company: | OLD REPUBLIC TITLE |
| Construction Type: | RESALE |
| InterFamily Transaction: | YES |
| Purchase Payment: | CASH |

### Owner Information

| Owner(s): | ERIK J REED |
| Owner Relationship: | MARRIED MAN |
| Property Address: | 7 ANDORRA CT |
| | PACIFICA, CA 94044-3521 |
| Mailing Address: | 7 ANDORRA CT |
| | PACIFICA, CA 94044-3521 |

## Property Information

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.

| County: | SAN MATEO |
|---|---|
| Assessor's Parcel Number: | 023830040 |
| Property Type: | SINGLE FAMILY RESIDENCE - TOWNHOUSE |

TAX ASSESSOR RECORD may be available for this property. The record contains information from the office of the local real property tax assessor office. In addition to identifying the current owner, the record may include tax assessment information, the legal description, and property characteristics. Additional charges may apply.

TRANSACTION HISTORY REPORT may be available for this property. The report contains details about all available transactions associated with this property. The report may include information about sales, ownership transfers, refinances, construction loans, 2nd mortgages, or equity loans based on recorded deeds. Additional charges may apply.

**End of Document**  
To Summary

© 2020 Thomson Reuters. No claim to original U.S. Government Works.

---

**Real Property Transaction Record**

## Source Information

| Filings Current Through: | 09/04/2020 |
|---|---|
| County Last Updated: | 10/15/2020 |
| Frequency of Update: | WEEKLY |
| Current Date: | 10/21/2020 |
| Source: | COUNTY RECORDER |

## Transaction Information

| Deed Type: | DEED OF TRUST |
|---|---|
| Type of Transaction: | REFINANCE |
| Mortgage Type: | CONVENTIONAL |
| Mortgage Deed Type: | DEED OF TRUST |
| Lender Name: | CALIFORNIA FED'L BK |
| Address: | FREDERICK, MD 21701 |
| Recording Date: | 02/25/1998 |
| Document Number: | 24069 |
| Title Company: | OLD REPUBLIC TITLE |
| Refinance Loan: | YES |

## Owner Information

| Owner(s): | ERIK J REED |
|---|---|
| Property Address: | 7 ANDORRA CT PACIFICA, CA 94044-3521 |
| Mailing Address: | 7 ANDORRA CT PACIFICA, CA 94044-3521 |

## Property Information

| County: | SAN MATEO |
|---|---|
| Assessor's Parcel Number: | 023830040 |
| Property Type: | SINGLE FAMILY RESIDENCE - TOWNHOUSE |

Thomson Reuters. No claim to original U.S. Government Works.

22

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

TAX ASSESSOR RECORD may be available for this property. The record contains information from the office of the local real property tax assessor office. In addition to identifying the current owner, the record may include tax assessment information, the legal description, and property characteristics. Additional charges may apply.

TRANSACTION HISTORY REPORT may be available for this property. The report contains details about all available transactions associated with this property. The report may include information about sales, ownership transfers, refinances, construction loans, 2nd mortgages, or equity loans based on recorded deeds. Additional charges may apply.

**End of Document**                                    © 2020 Thomson Reuters. No claim to original U.S. Government Works.

To Summary

---

**Real Property Transaction Record**

## Source Information

| | |
|---|---|
| **Filings Current Through:** | 09/12/2020 |
| **County Last Updated:** | 10/15/2020 |
| **Frequency of Update:** | WEEKLY |
| **Current Date:** | 10/21/2020 |
| **Source:** | COUNTY RECORDER |

## Owner Information

| | |
|---|---|
| **Owner(s):** | ERIK J & MELINDA C REED |
| **Owner Relationship:** | HUSBAND AND WIFE |
| **Ownership Rights:** | JOINT TENANTS |
| **Absentee Owner:** | SITUS FROM SALE (OCCUPIED) |
| **Property Address:** | 6130 LEDGEWOOD TER DUBLIN, CA 94568-8820 |
| **Mailing Address:** | 6130 LEDGEWOOD TER DUBLIN, CA 94568-8820 |

## Property Information

| | |
|---|---|
| **County:** | ALAMEDA |
| **Assessor's Parcel Number:** | 985 -0025-078 |
| **Property Type:** | SINGLE FAMILY RESIDENCE - TOWNHOUSE |

## Transaction Information

| | |
|---|---|
| **Transaction Date:** | 09/29/2011 |
| **Deed Type:** | QUIT CLAIM DEED |
| **Document Type:** | QUIT CLAIM DEED |
| **Type of Transaction:** | NOMINAL |
| **Mortgage Type:** | CONVENTIONAL |
| **Mortgage Term:** | 15 YEARS |
| **Mortgage Deed Type:** | DEED OF TRUST |
| **Mortgage Date:** | 09/29/2011 |
| **Mortgage Due Date:** | 10/01/2026 |
| **Lender Name:** | AMERISAVE MTG CORP |
| **Address:** | ATLANTA, GA 30326 |
| **Recording Date:** | 11/02/2011 |
| **Document Number:** | 312641 |
| | LENDER RECORDING SERVICES |
| **Construction Type:** | SALE IS A RE-SALE |
| **InterFamily Transaction:** | RELEASE OF DEED OF TRUST/MTG |
| **Refinance Loan:** | LOAN TO VALUE IS MORE THAN 50% |

**The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.**

| Land Use: | SINGLE FAMILY RESIDENCE |
|---|---|
| Building Square Feet: | 4086 |

TAX ASSESSOR RECORD may be available for this property. The record contains information from the office of the local real property tax assessor office. In addition to identifying the current owner, the record may include tax assessment information, the legal description, and property characteristics. Additional charges may apply.

TRANSACTION HISTORY REPORT may be available for this property. The report contains details about all available transactions associated with this property. The report may include information about sales, ownership transfers, refinances, construction loans, 2nd mortgages, or equity loans based on recorded deeds. Additional charges may apply.

End of Document

To Summary

© 2020 Thomson Reuters. No claim to original U.S. Government Works.

## Real Property Transaction Record

### Source Information

| | |
|---|---|
| Filings Current Through: | 09/12/2020 |
| County Last Updated: | 10/15/2020 |
| Frequency of Update: | WEEKLY |
| Current Date: | 10/21/2020 |
| Source: | COUNTY RECORDER |

### Transaction Information

| | |
|---|---|
| Transaction Date: | 08/22/2014 |
| Deed Type: | GRANT DEED |
| Document Type: | GRANT DEED |
| Type of Transaction: | NOMINAL |
| Recording Date: | 09/10/2014 |
| Document Number: | 221878 |
| Construction Type: | SALE IS A RE-SALE |
| InterFamily Transaction: | RELEASE OF DEED OF TRUST/MTG |

### Owner Information

| | |
|---|---|
| Owner(s): | REED TRUST |
| Ownership Rights: | REVOCABLE TRUST |
| Corporate Owner: | CORPORATE OWNER |
| Absentee Owner: | SITUS FROM SALE (OCCUPIED) |
| Property Address: | 2722 SUGAR HILL TER DUBLIN, CA 94568-4621 |
| Mailing Address: | 2722 SUGAR HILL TER DUBLIN, CA 94568-4621 |

### Property Information

| | |
|---|---|
| County: | ALAMEDA |
| Assessor's Parcel Number: | 985-0043-014 |

Thomson Reuters. No claim to original U.S. Government Works.

24

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Property Type: | SINGLE FAMILY RESIDENCE - TOWNHOUSE |
| Land Use: | SINGLE FAMILY RESIDENCE |
| Building Square Feet: | 5205 |

TAX ASSESSOR RECORD may be available for this property. The record contains information from the office of the local real property tax assessor office. In addition to identifying the current owner, the record may include tax assessment information, the legal description, and property characteristics. Additional charges may apply.

TRANSACTION HISTORY REPORT may be available for this property. The report contains details about all available transactions associated with this property. The report may include information about sales, ownership transfers, refinances, construction loans, 2nd mortgages, or equity loans based on recorded deeds. Additional charges may apply.

**End of Document**

To Summary

© 2020 Thomson Reuters. No claim to original U.S. Government Works.

---

### Real Property Transaction Record

## Source Information

| | |
| --- | --- |
| **Filings Current Through:** | 09/04/2020 |
| **County Last Updated:** | 10/15/2020 |
| **Frequency of Update:** | WEEKLY |
| **Current Date:** | 10/21/2020 |
| **Source:** | COUNTY RECORDER |

## Transaction Information

| | |
| --- | --- |
| **Consideration:** | ESTIMATED |
| **Type of Transaction:** | NOMINAL |
| **Recording Date:** | 05/15/1996 |
| **Document Number:** | 58525 |
| **Title Company:** | OLD REPUBLIC TITLE |
| **Construction Type:** | RESALE |
| **InterFamily Transaction:** | YES |
| **Purchase Payment:** | CASH |

## Owner Information

| | |
| --- | --- |
| **Owner(s):** | MELINDA C REED |
| **Property Address:** | 1302 ROSITA RD PACIFICA, CA 94044-4336 |
| **Mailing Address:** | 7 ANDORRA CT PACIFICA, CA 94044-3521 |

## Property Information

| | |
| --- | --- |
| **County:** | SAN MATEO |
| **Assessor's Parcel Number:** | 023820300 |
| **Property Type:** | SINGLE FAMILY RESIDENCE - TOWNHOUSE |

Thomson Reuters. No claim to original U.S. Government Works.

25

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Building Square Feet: | 1410 |
|---|---|

TAX ASSESSOR RECORD may be available for this property. The record contains information from the office of the local real property tax assessor office. In addition to identifying the current owner, the record may include tax assessment information, the legal description, and property characteristics. Additional charges may apply.

TRANSACTION HISTORY REPORT may be available for this property. The report contains details about all available transactions associated with this property. The report may include information about sales, ownership transfers, refinances, construction loans, 2nd mortgages, or equity loans based on recorded deeds. Additional charges may apply.

**End of Document**

To Summary

© 2020 Thomson Reuters. No claim to original U.S. Government Works.

## Real Property Transaction Record

## Source Information

| | |
|---|---|
| Filings Current Through: | 09/12/2020 |
| County Last Updated: | 10/15/2020 |
| Frequency of Update: | WEEKLY |
| Current Date: | 10/21/2020 |
| Source: | COUNTY RECORDER |

## Owner Information

| | |
|---|---|
| Owner(s): | ERIK J REED |
| Owner Relationship: | HUSBAND/WIFE |
| Ownership Rights: | JOINT TENANTS |
| Additional Owner: | REED ERIK J & MELINDA C |
| Owner Relationship: | HUSBAND/WIFE |
| Ownership Rights: | JOINT TENANTS |
| Property Address: | 6130 LEDGEWOOD TER DUBLIN, CA 94568-8820 |
| Mailing Address: | 6130 LEDGEWOOD TER DUBLIN, CA 94568-8820 |

## Transaction Information

| | |
|---|---|
| Transaction Date: | 07/02/2003 |
| Deed Type: | DEED OF TRUST |
| Type of Transaction: | REFINANCE |
| Mortgage Type: | CONVENTIONAL |
| Mortgage Term: | 30 YEARS |
| Mortgage Deed Type: | DEED OF TRUST |
| Mortgage Date: | 07/02/2003 |
| Mortgage Due Date: | 08/01/2033 |
| Interest Rate: | FIXED |
| Lender Name: | E TRADE MTG CORP |
| Address: | HUNTINGTON BEACH, CA 92647 |
| Recording Date: | 07/14/2003 |
| Document Number: | 407022 |
| Refinance Loan: | LOAN TO VALUE IS MORE THAN 50% |

## Property Information

| | |
|---|---|
| County: | ALAMEDA |
| Assessor's Parcel Number: | 985 -0025-078 |
| Property Type: | VACANT |
| Land Use: | RESIDENTIAL (NEC) |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

TAX ASSESSOR RECORD may be available for this property. The record contains information from the office of the local real property tax assessor office. In addition to identifying the current owner, the record may include tax assessment information, the legal description, and property characteristics. Additional charges may apply.

TRANSACTION HISTORY REPORT may be available for this property. The report contains details about all available transactions associated with this property. The report may include information about sales, ownership transfers, refinances, construction loans, 2nd mortgages, or equity loans based on recorded deeds. Additional charges may apply.

**End of Document**     © 2020 Thomson Reuters. No claim to original U.S. Government Works.

## Professional Licenses (2)

To Summary

| Federal Aviation Administration Record |
|:--:|

### Source Information

| | |
|---|---|
| **Information Current Through:** | 09/14/2020 |
| **Database Last Updated:** | 10/05/2020 |
| **Update Frequency:** | MONTHLY |
| **Current Date:** | 10/21/2020 |
| **Source:** | FEDERAL AVIATION ADMINISTRATION |

### Licensing Information

| | |
|---|---|
| **Licensing Agency:** | FEDERAL AVIATION ADMINISTRATION |
| **License Number:** | A2403377 |
| **License State:** | US |

### Name & Professional Information

| | |
|---|---|
| **Name:** | ERIK JAMES REED |
| **Address:** | 6130 LEDGEWOOD TER DUBLIN, CA 94568-8820 |
| **Country:** | USA |
| **Region:** | WESTERN/PACIFIC |

### Employer Information

| | |
|---|---|
| **Organization:** | PERSON |

**End of Document**     © 2020 Thomson Reuters. No claim to original U.S. Government Works.

To Summary

| Federal Aviation Administration Record |
|:--:|

Thomson Reuters. No claim to original U.S. Government Works.

27

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

## Source Information

| Information Current Through: | 09/14/2020 |
|---|---|
| Database Last Updated: | 10/05/2020 |
| Update Frequency: | MONTHLY |
| Current Date: | 10/21/2020 |
| Source: | FEDERAL AVIATION ADMINISTRATION |

## Licensing Information

| Licensing Agency: | FEDERAL AVIATION ADMINISTRATION |
|---|---|
| License Number: | A2403377 |
| License State: | US |

## Name & Professional Information

| Name: | ERIK JAMES REED |
|---|---|
| Address: | 2722 E SUGAR HILL TER DUBLIN, CA 94568-4621 |
| Country: | USA |
| Region: | WESTERN/PACIFIC |

## Employer Information

| Organization: | PERSON |
|---|---|

End of Document                                    © 2020 Thomson Reuters. No claim to original U.S. Government Works.

## Household Records (3)

To Summary

| **People Finder Household-Centric Record** |
|---|

## Source Information

| Information Current Through: | 08/26/2020 |
|---|---|
| Database Last Updated: | 10/12/2020 |
| Update Frequency: | MONTHLY |
| Current Date: | 10/21/2020 |

## Household Information:

| Address: | DUBLIN, CA 94568 |
|---|---|
| County: | ALAMEDA |
| Latitude/Longitude: | 37.70959 /-121.910339 |
| Address First Reported: | 2002 |
| Telephone: | 925-803-5776 |
| Service Type: | VOICE LINE |

**The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.**

| Source: | Data by Infogroup, Copyright © 2020, All Rights Reserved. |
| --- | --- |

**Additional Individuals In This Household**

| Name: | MS MELINDA REED |
| --- | --- |
| Gender: | FEMALE |
| Name/Address Confirmed: | 11/2012 |

## Head of Household Information

| Head of Household: | MR ERIC REED |
| --- | --- |
| Gender: | MALE |
| Name/Address Confirmed: | 11/2012 |

End of Document                                   © 2020 Thomson Reuters. No claim to original U.S. Government Works.

To Summary

**People Finder Household-Centric Record**

## Source Information

## Household Information:

| Information Current Through: | 08/26/2020 |
| --- | --- |
| Database Last Updated: | 10/12/2020 |
| Update Frequency: | MONTHLY |
| Current Date: | 10/21/2020 |
| Source: | Data by Infogroup, Copyright © 2020, All Rights Reserved. |

| Address: | 2722 E SUGAR HILL TER DUBLIN, CA 94568-4621 |
| --- | --- |
| County: | ALAMEDA |
| Latitude/Longitude: | 37.722797 /-121.852691 |
| Residence Type: | SINGLE FAMILY DWELLING |
| Address First Reported: | 2002 |
| Telephone: | 925-803-5776 |
| Service Type: | VOICE LINE |

## Head of Household Information

| Head of Household: | MR ERIK J REED |
| --- | --- |
| Gender: | MALE |
| Date of Birth: | 12/XX/1963 |
| Name/Address Confirmed: | 07/2014 |

**Additional Individuals In This Household**

| Name: | MS MELINDA R REED |
| --- | --- |
| Gender: | FEMALE |
| Date of Birth: | 02/XX/1968 |
| Name/Address Confirmed: | 05/2014 |

End of Document                                   © 2020 Thomson Reuters. No claim to original U.S. Government Works.

To Summary

**People Finder Household-Centric Record**

## Source Information

## Household Information:

**The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.**

| Information Current Through: | 08/26/2020 | Address: | 6130 LEDGEWOOD TER DUBLIN, CA 94568-8820 |
|---|---|---|---|
| Database Last Updated: | 10/12/2020 | County: | ALAMEDA |
| Update Frequency: | MONTHLY | Latitude/Longitude: | 37.725426 /-121.868412 |
| Current Date: | 10/21/2020 | Residence Type: | SINGLE FAMILY DWELLING |
| Source: | Data by Infogroup, Copyright © 2020, All Rights Reserved. | Address First Reported: | 2002 |

### Additional Individuals In This Household

### Head of Household Information

| Name: | MS MELINDA R REED |
|---|---|
| Gender: | FEMALE |
| Date of Birth: | 02/XX/1968 |
| Name/Address Confirmed: | 10/2012 |

| Head of Household: | MR ERIK J REED |
|---|---|
| Gender: | MALE |
| Date of Birth: | 12/XX/1963 |
| Name/Address Confirmed: | 09/2012 |

End of Document                    © 2020 Thomson Reuters. No claim to original U.S. Government Works.

## Possible Relatives & Household Members

**Household Records**

## DUBLIN, CA 94568    | Full-Text

| Address First Reported: | 2002 | Phone: | 925-803-5776 |
|---|---|---|---|
| Name | Role | Date of Birth | Name/Address Confirmed: |
| MR ERIC REED | Head of Household | N/A | 11/2012 |
| MS MELINDA REED | Other | N/A | 11/2012 |

## 2722 E SUGAR HILL TER DUBLIN, CA 94568-4621    | Full-Text

| Address First Reported: | 2002 | Phone: | 925-803-5776 |
|---|---|---|---|
| Name | Role | Date of Birth | Name/Address Confirmed: |
| MR ERIK J REED | Head of Household | 12/XX/1963 | 07/2014 |
| MS MELINDA R REED | Other | 02/XX/1968 | 05/2014 |

## 6130 LEDGEWOOD TER DUBLIN, CA 94568-8820    | Full-Text

**The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.**

| Address First Reported: | | 2002 | |
|---|---|---|---|
| **Name** | **Role** | **Date of Birth** | **Name/Address Confirmed:** |
| MR ERIK J REED | Head of Household | 12/XX/1963 | 09/2012 |
| MS MELINDA R REED | Other | 02/XX/1968 | 10/2012 |

## Possible Named Parties

**People Associations**

| WEIWEI WANG | KYLE E REED |
|---|---|
| MELINDA REED | ERICA REED |
| SHENGGAO LI | ERICA D REED |

**Business Associations**

| REED, ERIK J | E-LOAN INCORPORATED |
|---|---|
| CASH CALL INC. | |

## No Documents Found

**No Documents Were Found In These Sources**

| BusFindUS | Corporate Records & Business Registrations |
|---|---|
| Death Records | DMI |
| Email Address Records | Executive Bios |
| FBN/DBA | FEIN |
| Political Donors | Real Property Pre-Foreclosure Records |
| UCC Records | Voter Registrations |

## Permissible Uses and FCRA Disclaimer

**Permissible Uses**

DPPA - For use in connection with a civil, criminal, or arbitral legal proceeding or legal research.

GLB - For use in complying with a properly authorized civil, criminal, or regulatory investigation, subpoena, or summons by federal, state, or local authorities.

VOTERS - NO PERMISSIBLE USE.

Skip Tracing for Consumer Collections Declaration - Are you using this product for skip tracing related to consumer debt collection? - Yes

Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under

**The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.**

the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.

Thomson Reuters. No claim to original U.S. Government Works.

32

**The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.**