# EXHIBIT 24






in Search | Home | My Network | Jobs | Messaging | Notifications | Me | Work | Reacti Prem

Earn a Top-50 MBA Online - The online MBA program from UC Davis connects you with Silicon Valley. Ad ···

Message | More...

# Alan Seefeldt · 3rd

Senior Member Research Staff at Dolby Laboratories

San Francisco Bay Area · 236 connections · Contact info

Dolby Laboratories

Massachusetts Institute of Technology

## Experience

**Dolby Laboratories**
17 yrs 10 mos

**Senior Member Research Staff**
Jan 2013 – Present · 7 yrs 10 mos

**Senior Staff Engineer, Research**
Jan 2007 – Jan 2013 · 6 yrs 1 mo

**Staff Engineer, Research**
Jan 2003 – Jan 2007 · 4 yrs 1 mo

**Staff Engineer**
Creative Technology Ltd
Dec 1999 – Nov 2002 · 3 yrs
San Francisco Bay Area

## Education

**Massachusetts Institute of Technology**
M.S., Electrical Engineering (Signal Processing)
1995 – 1999

Completed doctoral coursework

**Harvey Mudd College**
B.S., General Engineering
1991 – 1995

## Recommendations

Received (0) | Given (2)

**Greg Benson**
Manager at Google, Grasshopper app
September 15, 2009, Alan was

As the Research technical lead for development of the Dolby Volume algorithm, I worked closely with Greg when Dolby Volume was transformed from research prototpye to engineering reference

Jocelyn, explore jobs at **Dolby Laboratories** that match your skills

**Brand Protection Analyst**
San Francisco, CA, US

**Market Intelligence Manager**
San Francisco, CA, US

**Product Manager - Audio**
San Francisco, CA, US

See More Jobs

## People Also Viewed

**Steven (Steve) Forshay**
• 3rd
SVP Advanced Technology Group at Dolby...

**Phil Brown**
• 3rd
Senior Member Research Staff

**LeRoy Leach**
• 3rd
Principal Engineer

**Rogerio Alves**
• 3rd
Principal Engineer/Mgr at Qualcomm

**José Benitez Cong**
• 2nd in
I am humane, perhaps you wish to be as well? trust,...

Show more

## People You May Know

**Mike Yang**
Founders/CEO at Nike Sports Camps-Asia &...

**Alex Bergjans**
Associate at Quinn Emanuel

**Brice Lynch**
Associate at Quinn Emanuel

**Jason Fenstermaker**
Licensed Realtor at CPG Chicago

**Thao Thai**

...senior to Greg but didn't manage directly

code. Greg was a key team member for this project, and I enjoyed working with him tremendously. Greg was very quick g... See more

Associate at Quinn Emanuel

Show more

**Mike Barnes**
Product & Marketing Leader, HW/SW Innovation, Digital Musical Instruments, Pro Audio, DSP AU/VST, VoIP, Conversational AI
November 3, 2008, Mike worked with Alan in the same group

At Lava.com Mike saw a prototype piece of research software I had written for advanced, sound-reactive 3D visuals and then had the vision and drive to transform it into a company sponsored start-up which broke very new ground in electronic media delivery. Mike is a rare marketing professional in the fact that he comm... See more

LEARNING

Add new skills with these courses


Learning C
45,892 viewers


Programming Foundations: Beyond the Fundamentals
9,138 viewers


Exam Tips: Project Management Professional (PMP)®
42,700 viewers

See more courses

## Interests


Dolby Laboratories
77,713 followers


Harvey Mudd College
10,777 followers


Massachusetts Institute of Technol...
860,105 followers

Promoted


**Data Analytics Course**
Earn a Tableau data analytics certification in 3 online courses. App...


**Online MBA With No GMAT**
Top-tier business education for the future. Apply for MBA@Syracuse tod...


**Baylor's MPH Online**

---

Linked in

| | | | | |
|---|---|---|---|---|
| About | Accessibility | Talent Solutions | Questions? Visit our Help Center. | Select Language |
| Community Guidelines | Careers | Marketing Solutions | | English (English) |
| Privacy & Terms | Ad Choices | Advertising | Manage your account and privacy Go to your Settings. | |
| Sales Solutions | Mobile | Small Business | | |
| Safety Center | | | | |

LinkedIn Corporation © 2020

  Messaging