# EXHIBIT 25




Which airlines fly to Waco?
Which alliances are flying to Waco?
How many nonstop flights are there to Waco?
What is the official name of Waco Airport?
What is the airport code of Waco Airport?
What are the most popular flights to Waco?
How long is the flight to Waco?