IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **SONOS, INC.,** | § | |
| *Plaintiff*, | § | |
| | § | |
| | § | CIVIL ACTION 6:20-cv-00881-ADA |
| **v.** | § | |
| | § | |
| | § | |
| **GOOGLE LLC** | § | |
| *Defendant.* | § | |

## NOTICE OF APPEARANCE OF COUNSEL

**TO THE HONORABLE COURT:**

Plaintiff hereby notifies the Court that Mark D. Siegmund of Walt Fair, PLLC, 1508 North Valley Mills, Waco, Texas 76710 makes a formal entry of appearance in the above-styled and numbered causes as counsel for Plaintiff, Sonos, Inc. The undersigned counsel requests a copy of all pleadings, discovery, correspondence and orders be sent to him.

DATED:  November 25, 2020　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: */s/ Mark D. Siegmund*_____
　　　　　　　　　　　　　　　　　　Mark D. Siegmund
　　　　　　　　　　　　　　　　　　State Bar No. 24117055
　　　　　　　　　　　　　　　　　　mark@waltfairpllc.com
　　　　　　　　　　　　　　　　　　**Law Firm of Walt, Fair PLLC.**
　　　　　　　　　　　　　　　　　　1508 North Valley Mills Drive
　　　　　　　　　　　　　　　　　　Waco, Texas 76710
　　　　　　　　　　　　　　　　　　Telephone: (254) 772-6400
　　　　　　　　　　　　　　　　　　Facsimile: (254) 772-6432

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Sonos, Inc.*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this the 25th day of November 2020.

　　　　　　　　　　　　　　　　　　/s/ *Mark D. Siegmund*
　　　　　　　　　　　　　　　　　　Mark D. Siegmund