## DECLARATION OF MARK SIEGMUND

My name is Mark Siegmund. I am over the age of 21 and am competent to make this declaration. The facts stated herein are within my personal knowledge and are true and correct. I am an attorney licensed to practice law in the State of Texas. I am with the Law Firm of Walt Fair, PLLC in Waco, Texas.

1. Attached as Exhibit A is a true and correct printout of an email chain between counsel for Sonos and counsel for Google.

2. Attached as Exhibit B is a true and correct printout of Judge Alsup's Order staying Google's declaratory judgment action filed in the Northern District of California.

*/s/ Mark D. Siegmund*
Mark D. Siegmund