IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>    Plaintiff,<br><br>  vs.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 6:20-cv-00881-ADA<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF LINDSAY COOPER IN SUPPORT OF
GOOGLE LLC'S REPLY IN SUPPORT OF
RULE 12(B)(3) MOTION TO STAY OR DISMISS
<u>PURSUANT TO THE FIRST-TO-FILE RULE</u>**

I, Lindsay Cooper, declare and state as follows:

1. I am an associate at Quinn Emanuel Urquhart & Sullivan, LLP representing Google LLC ("Google") in this matter. If called as a witness, I could and would testify competently to the information contained herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of a December 1, 2020 email from Joshua Yi, Law Clerk to the Honorable Alan D Albright, to counsel for Google and counsel for Sonos, Inc.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Executed on December 10, 2020, in San Francisco, California.

                                                                                                     */s/ Lindsay Cooper*
                                                                                                     Lindsay Cooper