# EXHIBIT 1

From:            Joshua Yi <Joshua_Yi@txwd.uscourts.gov>
Sent:            Tuesday, December 1, 2020 4:55 PM
To:              acaridis@orrick.com; bdeblank@orrick.com; croberts@orrick.com; smith@ls3ip.com;
                 mark@waltfairpllc.com; shea@ls3ip.com; sullivan@ls3ip.com; jj@orrick.com; Charles K
                 Verhoeven; Lindsay Cooper; Melissa Baily; pamstutz@scottdoug.com
Cc:              Hannah Santasawatkul
Subject:         Sonos, Inc. v. Google LLC (6:20-cv-00881-ADA)


[EXTERNAL EMAIL]

Counsel,

The Court has reviewed the parties' CRSR and decided to allow Google to file a separate 1404 motion.  Once ripe, the
Court will review the motion to dismiss and the motion to transfer together.

In case the parties weren't aware, the Court recently entered a standing order lifting the limits on venue and
jurisdictional discovery, with Plaintiff's response to a motion to transfer due two weeks after the completion of venue
discovery.  To the extent the parties need the Court's assistance to help determine the scope and deadline for discovery,
please contact the Court to request a telephonic hearing.

As this appears to be the only remaining pre-Markman issue, the Court will deem that the CMC was held.  To the extent
the parties have additional pre-Markman issues, please let Hannah or me know and we can actually have a CMC.

Otherwise, please file a joint proposed scheduling order based on the latest OGP (version 3.2) using the following dates:

1.  CMC: Deemed to have occurred on 12/18/20
2.  Markman: 06/04/21 at 9AM (full-day)
3.  Estimated trial date: 06/06/22

To the extent that the parties would like to move the trial date (to an earlier or later date), please feel free to raise that
at the Markman hearing.

Please let me know if you have any questions.  Thanks.

-Josh


**Joshua J. Yi, Ph.D.**
Law Clerk to the Honorable Alan D Albright
United States District Court
Western District of Texas
joshua_yi@txwd.uscourts.gov
254-750-1518