# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **SONOS, INC.,** § | |
| *Plaintiff*, § | |
| § | |
| § | **CIVIL ACTION 6:20-cv-00881-ADA** |
| **v.** § | |
| § | |
| § | |
| **GOOGLE LLC** § | |
| *Defendant.* § | |

## SONOS'S NOTICE OF COMPLIANCE REGARDING SERVICE OF PRELIMINARY INFRINGEMENT CONTENTIONS

**TO THE HONORABLE COURT:**

Pursuant to the Court's Version 3.2 of the Court's Order Governing Proceedings ("OGP"), Plaintiff hereby notifies the Court Plaintiff has served its preliminary infringement contentions on Defendant via electronic mail on December 11, 2020.

DATED:  December 12, 2020	Respectfully submitted,

        By: */s/ Mark D. Siegmund*_____
        Mark D. Siegmund
        State Bar No. 24117055
        mark@waltfairpllc.com
        **Law Firm of Walt, Fair PLLC.**
        1508 North Valley Mills Drive
        Waco, Texas 76710
        Telephone: (254) 772-6400
        Facsimile: (254) 772-6432

        *Counsel for Plaintiff Sonos, Inc.*

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this the 12th day of December 2020.

        /s/ *Mark D. Siegmund*
        Mark D. Siegmund