IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **SONOS, INC.,** | § | |
| *Plaintiff*, | § | |
| | § | |
| | § | CIVIL ACTION 6:20-cv-00881-ADA |
| **v.** | § | |
| | § | |
| | § | |
| **GOOGLE LLC** | § | |
| *Defendant.* | § | |

## JOINT MOTION TO ENTER SCHEDULING ORDER

**TO THE HONORABLE COURT:**

Pursuant to the Court's Order to meet and confer in advance of the Rule 16 case management conference and the Court's Order Governing Proceedings ("OGP"), the Parties have conferred on a proposed scheduling order and have agreed to a proposed scheduled, attached as Exhibit A. The Parties respectfully ask the Court to enter the agreed schedule in Exhibit A.

DATED:  December 18, 2020                         Respectfully submitted,

                                                                            By:  */s/ Mark D. Siegmund*_____
                                                              Mark D. Siegmund
                                                              State Bar No. 24117055
                                                              mark@waltfairpllc.com
                                                              **Law Firm of Walt, Fair PLLC.**
                                                              1508 North Valley Mills Drive
                                                              Waco, Texas 76710
                                                              Telephone: (254) 772-6400
                                                              Facsimile: (254) 772-6432

Clement Seth Roberts (admitted *pro hac vice*)
California Bar No. 209203
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard St.
San Francisco, CA 94105
Telephone:  415.773.5484
Facsimile:  415.773.5759
croberts@orrick.com

Bas de Blank (admitted *pro hac vice*)
California Bar No. 191487
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Blvd.
Menlo Park, CA 94205
Telephone:  650.614.7343
Facsimile:  650.614.7401
bdeblank@orrick.com

Alyssa Caridis (admitted *pro hac vice*)
California Bar No. 260103
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa St., Suite 3200
Los Angeles, CA 90017
Telephone:  213.612.2372
Facsimile:  213.612.2499
acaridis@orrick.com

George I. Lee (admitted *pro hac vice*)
Illinois Bar No. 6225430
Sean M. Sullivan (admitted *pro hac vice*)
Illinois Bar No. 6230605
Rory P. Shea (admitted *pro hac vice*)
Illinois Bar No. 6290745

J. Dan Smith (admitted *pro hac vice*)
Illinois Bar No. 6300912
LEE SULLIVAN SHEA & SMITH LLP
656 W. Randolph St., Floor 5W
Chicago, IL 60661
Telephone:  312.754.9602
Facsimile:  312.754.9603
lee@ls3ip.com
sullivan@ls3ip.com
shea@ls3ip.com
smith@ls3ip.com

*Counsel for Plaintiff Sonos, Inc.*

DATED:  December 18, 2020				QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: <u>  */s/ Lindsay Cooper*                             </u>
Charles K. Verhoeven (*pro hac vice* pending)
charlesverhoeven@quinnemanuel.com
Melissa Baily (*pro hac vice* pending)
melissabaily@quinnemanuel.com
Jordan Jaffe (*pro hac vice* pending)
jordanjaffe@quinnemanuel.com
Lindsay Cooper (*pro hac vice* pending)
lindsaycooper@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:	(415) 875 6600
Facsimile:	(415) 875 6700

Paige Arnette Amstutz
Texas State Bar No. 00796136
SCOTT, DOUGLASS & MCCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, TX  78701
Telephone:  (512) 495-6300
Facsimile:  (512) 495-6399
pamstutz@scottdoug.com

*Counsel for Defendant Google LLC*