# EXHIBIT 4

**No GRE Required** - Earn your Master of Public Health online from Baylor University.    Ad  •••

in  🔍 Search    Home  My Network  Jobs  Messaging  Notifications  Me ▾  |  Work ▾  Learning



Product Management
Coaching & Consulting
www.jonihoadley.com

**Message**   More...

 Elite Product Management Coaching

 Indiana University Bloomington

## Joni (Rafalski) Hoadley • 3rd
I coach product leaders, product managers, and aspiring product managers on how to grow their PM careers.

Santa Barbara, California · 500+ connections · Contact info

### Promoted  •••


**The Berkeley MBA**
Same degree, different schedules. Evening. Weekend. Executive. Full-time.
Learn more

 LegalMatch
**Are You an Attorney?**
21 new legal clients seeking a local attorney now. View their cases today!
Learn more

### Highlights

 **Reach out to Joni for...**
Paid consulting, Advising companies.

**Message Joni**

### People Also Viewed

 **Becca Camp**
• 3rd
I help women end the pressure to drive...

**Vidya Srinivasan**
• 3rd
Senior PM, Product & Growth @ Microsoft Tea...

**Maurice Leacock (he/him)**
• 3rd
Technical Product Management | Innovatio...

**Lulu Bai**
• 3rd
Product @ Lightstep

**Nicole Mesko**
• 3rd
Strategic Program Manager | Aspiring...

Show more ⌄

### About

I'm on a mission to share ideas, resources, and coaching to help people start, grow, and accelerate their product management careers.

... see more

### Featured

 **Interview with Joni Hoadley - 100 Product Managers Podcast**
100 Product Managers
The only podcast where we interview over 100 active product managers from startup to enterprise to dig deep into the day-to-day responsibilities of a PM and what it takes to make it in the industry.

### People You May Know

 **Carlos A. Rodriguez**
Patent Litigation Attorney 

 **Rachel Aripez**
Executive Legal Secretary at Quinn Emanuel 

 **Hallie Bezner**
Criminal Defense Attorney 

 **Valerie Lozano**
Partner at Quinn Emanuel 

**Esther Berthon**
UX Research Lead at DoorDash

Show more ⌄

### Activity
1,087 followers          See all

 **Congratulations, Michelle!!!**
Joni commented

 **I was literally just talking to someone about 'mom guilt' and then I saw yo...**
Joni commented

 **Wow, I'd love to be a fly on the wall at this company. Imagine being a product...**
Joni shared this
2 Reactions

 **Congrats!**
Joni commented

 🅻 LEARNING
Add new skills with these courses

### Experience

 **Product Management Coach and Advisor**
Elite Product Management Coaching
Dec 2017 – Present · 2 yrs 11 mos
Santa Barbara, California Area

I love helping people who love creating products! I teach founders, product leaders, and product

management and a passion for product

With more than twenty years of experience in product management, I'm following my passion of helping people grow and accelerate their careers in product management. My specialties include:

- igniting the PM function within your company
- facilitating the discovery process to help you figure out what products to create    ...see more

 A simple guide to the product discovery...     **Four Steps to Creating a Strategy-Based Roadmap**



### Mentor
Nex Cubed
Apr 2019 – Present · 1 yr 7 mos

Working 1:1 with early-stage entrepreneurs to set them up for success. Nex3 empowers bold entrepreneurs to bring new technologies to market, helps rising companies scale, and provides paths to liquidity – the power of three.



### Principal Product Manager
Sonos, Inc.
Dec 2005 – Jul 2017 · 11 yrs 8 mos
Santa Barbara, California Area

Transforming how consumers listen to music in their homes by creating innovative and easy to use products for Sonos. I spent nearly 12 years helping to grow the business and scaling how the organization created innovative products that customers love.

- Defined product strategies and roadmaps for a cross-platform, smart-home sound system
- Directed a cross-functional product group that included 3 teams of product managers, software developers, user experience designers and testers
- Spearheaded the creation and 3 major redesigns of the Sonos apps which transformed how customers listen to music in their homes
- Pioneered a ground-breaking retail experience which resulted in an innovative technology platform that scaled for multiple other retail environments, such as Apple
- Increased Net Promoter Score (NPS) by 10% by partnering with several strategic music partners such as Spotify and Apple on technically complex product integrations

see less

 Inside Sonos' First-Ever Retail Store in NYC     Take a Look At Sonos' Upcoming iPad Music...



### Senior Product Manager
MusicMatch (acquired by Yahoo)
May 2002 – Sep 2004 · 2 yrs 5 mos
Greater San Diego Area

- Responsible for the MusicMatch Jukebox Plus, a digital music application which won PC Magazine Editor's Choice award for 5 consecutive years
- Defined product strategy, roadmaps, and requirements with a strong focus on consumer needs
- Developed a process for real-time measurement of the product's Net Promoter Score    ...see more



### Senior Product Manager
America Online, Inc.
May 1999 – May 2002 · 3 yrs 1 mo
San Francisco Bay Area

- Oversaw the AOL Media Player and AOL's subscription-based streaming music service
- Defined product strategy, roadmaps, and requirements, as well as leading cross-functional teams in effective product launches
- Formulated the personalization strategy across suite of music products    ...see more

**Show 3 more experiences** ⌄

---

## Education



**Indiana University Bloomington**
B.A., Germanic Studies and Political Science (double major)

---

## Licenses & certifications

**Certified Product Owner**
Scrum, Inc.

**Certified Scrum Master**

 **UX Foundations: Interaction Design**
33,529 viewers

 **Accessibility for Web Design**
14,737 viewers

**Adobe Animate for UX Design**

**Show more on LinkedIn Learning**

Promoted    ...

 **The Berkeley MBA**
Earn your MBA at UC Berkeley's top-ranked

 **Software Expert Witnesses**
Browse CVs of the best


Scrum, Inc.

## Volunteer Experience


**Board Member**
Santa Barbara Family YMCA
Jan 2019 – Present · 1 yr 10 mos
Health


**Mentor**
UCSB Technology Management Program
Nov 2018 – Present · 2 yrs
Education


**Member**
Women's Fund of Santa Barbara

Show 1 more experience ⌄



## Recommendations

**Received (4)**    Given (7)

**Raja Subramoni**
Strategy · 22

I have had the pleasure of working with Joni on two separate

 Endorsed by **Raja Subramoni, who is highly skilled at this**

Endorsed by **17 of Joni's colleagues at Sonos, Inc.**

Show more ⌄

## Recommendations

**Received (4)**    Given (7)


**Raja Subramoni**
Experienced Marketing
Executive, Advisor, Professor,
and Mentor

July 26, 2018, Raja worked with
Joni in different groups

I have had the pleasure of working with Joni on two separate
occasions - first at Sonos and then later at TrackR. At Sonos, she
and I worked very closely over a number of years on a series of
different SW related projects. It was clear from the start that Joni's
combination of business smarts, tech knowledge and u... See more


**Ben Smith**
Was Product and Business
leader, now Kibitzer, Golfer,
Skier, Home Chef, Family
Man.

April 19, 2017, Ben managed Joni
directly

I really enjoyed working with Joni at Sonos and have a tremendous
respect for her product management skills and cross-team
leadership abilities. Fundamental to great product management is
identifying and designing solutions for the unmet need of users
and prospects. I always found that Joni had a knack for ... See more

Show more ⌄

## Accomplishments

**10** **Patents**                                                                                                ⌄

Media sharing across service providers · Activity Reset · Media container addition and playback within
queue · Multi-Household Support · Systems and Methods for Networked Music Playback · METHODS
AND APPARATUS TO MANAGE ZONES OF A MULTI-ZONE MEDIA PLAYBACK SYSTEM · Grouping Zones
· Ungrouping Zones · Methods and System to Share Media · Multi-household support