# EXHIBIT 21

in   🔍 Search                                🏠 👥 💼 💬 🔔 👤 ⋮⋮⋮   Reactivate Premium

**Attorney Needed ASAP** - We need more attorneys in your area ASAP. Apply now for membership.   Ad ···



### Jan Jannink · 2nd
Serial Entrepreneur

Menlo Park, California · 500+ connections · **Contact info**

**Connect**   🔒 **Message**   More...

👤 Self-employed
🌲 Stanford University

## Highlights


**1 mutual connection**
You and Jan both know Michael Bloch

## About

Focus on all aspects of growing scalable Systems, and their expression in software.

Specialties: Big Data, Infrastructure Scalability, Startup Management, ML infrastructure

## Featured



Jan Jannink CV.pdf

## Experience


**Book Author**
Self-employed
Sep 2020 – Present · 2 mos
San Francisco Bay Area

[Sidebar: The Lawyer's Avvo Re... Build word of... Ge...]

**People Also...**
 Danie... · 3rd — Wealth... Techno...
 Yan Zh... · 3rd — Quant... Capital...
 Steve... · 3rd — Owner... Redwo...
 Joy Sa... · 3rd 💼 Enterpr... Vice Pr...
 Nancy... · 3rd — Admini... BlackRo...
Sh...

**People You...**
 Mike Y... — Founde... Sports...
 Alex B... — Associa... Emanu...


**Senior Technical Advisor**
ArrowPass, Inc
Mar 2015 – Present · 5 yrs 8 mos
San Francisco Bay Area


**Advisory Board Member**
Automation School
Jan 2019 – Present · 1 yr 10 mos
Silicon Valley, CA


**Co-Founder, CTO**
Arrowlabs · Full-time
Nov 2019 – Sep 2020 · 11 mos
Burlingame


**CTO**
Atollogy, Inc.
Apr 2017 – Sep 2019 · 2 yrs 6 mos
Silicon Valley, CA


**Co Founder**
Let's Maybe
Jul 2015 – Jan 2017 · 1 yr 7 mos
Palo Alto

Fundraising, app development, etc., etc., etc.


**App Specialist, Co-founder**
Camio
Jul 2012 – 2015 · 3 yrs
San Mateo, CA

Apps, Apps, Apps, iOS, Android


**Internet SIG leader**
Band of Angels
2008 – 2014 · 6 yrs

Interaction with the broader community of consumer internet angel investors, identification of trends and trendsetters in the space.


**Co-founder & CTO**
VoiceBase, Inc.
2010 – 2012 · 2 yrs

Led initial funding effort, developed core IP, and led mobile app design.


**Software Operations**
Ayasdi
2010 – 2011 · 1 yr

First non mathematician in the company. Helped founders complete initial funding push.


**Lecturer**
Stanford University
Jan 2010 · less than a year










Taught CS193S Scalable Web Programming. Multi-billion dollar valuation of companies started by students who completed the class.



**Founder & CTO**
imeem
2003 – 2007 · 4 yrs

Conceived of the core IP, led company growth through first 3 rounds of funding, and to 30 employees.



**Director Client Software & DRM**
Napster
Apr 2001 – Sep 2002 · 1 yr 6 mos

Led several teams totalling 30+ consultants & ~12 engineers working on the copyright compliant beta of the original Napster P2P service.



**graduate student, research assistant**
Stanford University
1993 – 2001 · 8 yrs

Show fewer experiences ∧

# Education



**Stanford University**
PhD, Computer Science
1997 – 2001
Activities and Societies: Stanford Masters Diving

Media (1)

A Word Nexus for Systematic Interoperation of Semantically…



**Stanford University**
MS, Computer Science
1992 – 1996



**Georgetown University**
Dual B.S., Mathematics & Japanese Language
1984 – 1988
Activities and Societies: Swimming & Diving Team

# Volunteer Experience



**Mentor**
StartX.
Aug 2011 – Present · 9 yrs 3 mos

Education

I have offered office hours and mentorship to startups asking for advice in engineering, architecture, hiring, legal, and many other areas. Bell Biosystems is my all time favorite mentorship, because I learned so much about biotech by taking the plunge and seeing how I could help.

## Skills & Endorsements

**Start-ups** · 44

 Endorsed by **Nicola Corzine and 8 others** who are highly skilled at this

Endorsed by **4 of Jan's colleagues at Band of Angels**

**Scalability** · 23

Endorsed by **2 of Jan's colleagues at Band of Angels**

**Software Development** · 19

 Endorsed by **Kiran Bhogadi**, who is highly skilled at this

Endorsed by **2 of Jan's colleagues at Band of Angels**

Show more ⌄

## Recommendations

Received (0)    **Given (6)**


**Chris Millican**
Senior Frontend Software Engineer at Uber
February 8, 2020, Jan was senior to Chris but didn't manage directly

I hired Chris to do front end development work at Fatdoor, Inc. (later reorganized as The Dealmap and acquired by Google). Chris immediately exceeded expectations in our small startup by consistently completing tasks in under half the time we allotted for them and then solving several full stack problems for u… **See more**


**Davor Runje**
Co-founder/CTO at airt
June 12, 2012, Jan managed Davor directly

Davor developed high performance crypto algorithms, secure media player software, invented core IP, managed relationships with engineers from several contracting companies. His contributions were a critical part of our ability to deliver software on time and to specification. It is rare to find the comp… **See more**

Show more ⌄

## Accomplishments

 **7**  **Patents** 

Systems and methods for organizing and analyzing audio content derived from media files • Systems and methods for organizing and analyzing audio content derived from media files • Systems and methods for organizing and analyzing audio content derived from media files • Interactive multicast media service • Peer-based communications system with scalable data model • Systems and methods for visualization of data sets containing interrelated objects • System and method for determining affinity using objective and subjective data

