# EXHIBIT 27



## Alan Seefeldt · 3rd
Senior Member Research Staff at Dolby Laboratories
San Francisco Bay Area · 236 connections · Contact info

Dolby Laboratories
Massachusetts Institute of Technology

Message | More...

### Experience

**Dolby Laboratories**
17 yrs 10 mos


**Senior Member Research Staff**
Jan 2013 – Present · 7 yrs 10 mos

**Senior Staff Engineer, Research**
Jan 2007 – Jan 2013 · 6 yrs 1 mo

**Staff Engineer, Research**
Jan 2003 – Jan 2007 · 4 yrs 1 mo


**Staff Engineer**
Creative Technology Ltd
Dec 1999 – Nov 2002 · 3 yrs
San Francisco Bay Area

### Education


**Massachusetts Institute of Technology**
M.S., Electrical Engineering (Signal Processing)
1995 – 1999

Completed doctoral coursework


**Harvey Mudd College**
B.S., General Engineering
1991 – 1995

### Recommendations

Received (0) | **Given (2)**


**Greg Benson**
Manager at Google, Grasshopper app

As the Research technical lead for development of the Dolby Volume algorithm, I worked closely with Greg when Dolby Volume was transformed from research prototpye to engineering reference

September 15, 2009, Alan was

Jocelyn, explore jobs at **Dolby Laboratories** that match your skills

 **Brand Protection Analyst**
San Francisco, CA, US

 **Market Intelligence Manager**
San Francisco, CA, US

 **Product Manager - Audio**
San Francisco, CA, US

See More Jobs

### People Also Viewed


**Steven (Steve) Forshay** · 3rd
SVP Advanced Technology Group at Dolby...


**Phil Brown** · 3rd
Senior Member Research Staff

**LeRoy Leach** · 3rd
Principal Engineer

**Rogerio Alves** · 3rd
Principal Engineer/Mgr at Qualcomm

**José Benitez Cong** · 2nd
I am humane, perhaps you wish to be as well? trust,...

Show more

### People You May Know


**Mike Yang**
Founders/CEO at Nike Sports Camps-Asia &...


**Alex Bergjans**
Associate at Quinn Emanuel


**Brice Lynch**
Associate at Quinn Emanuel


**Jason Fenstermaker**
Licensed Realtor at CPG Chicago

**Thao Thai**

| | | |
|---|---|---|
| September ...<br>senior to Greg but didn't manage directly | ...code. Greg was a key team member for this project, and I enjoyed working with him tremendously. Greg was very quick g… See more |  ...nal<br>Associate at Quinn Emanuel |

Show more

**LEARNING**

Add new skills with these courses

 **Mike Barnes**
Product & Marketing Leader, HW/SW Innovation, Digital Musical Instruments, Pro Audio, DSP AU/VST, VoIP, Conversational AI
November 3, 2008, Mike worked with Alan in the same group

At Lava.com Mike saw a prototype piece of research software I had written for advanced, sound-reactive 3D visuals and then had the vision and drive to transform it into a company sponsored start-up which broke very new ground in electronic media delivery. Mike is a rare marketing professional in the fact that he comm… See more

 Learning C
45,892 viewers

 Programming Foundatio...
Beyond the Fundamental...
9,138 viewers

 Exam Tips: Project Mana...
Professional (PMP)®
42,700 viewers

### Interests

 **Dolby Laboratories**
77,713 followers

 **Harvey Mudd College**
10,777 followers

**Massachusetts Institute of Technol...**
860,105 followers

See more courses

**Promoted**

**Data Analytics Course**
Earn a Tableau data analytics certification in 3 online courses. App...

**Online MBA With No GMAT**
Top-tier business education for the future. Apply for MBA@Syracuse tod...

**Baylor's MPH Online**

---

About  Accessibility  Talent Solutions  Questions? Visit our Help Center.  Select Language

Community Guidelines  Careers  Marketing Solutions  English (English)

Privacy & Terms ∨  Ad Choices  Advertising  Manage your account and privacy Go to your Settings.

Sales Solutions  Mobile  Small Business

Safety Center

LinkedIn Corporation © 2020

   Messaging