# EXHIBIT 30

Shop    Learn    Support    Radio                    SONOS                    Sign in

# Contact Us

### Sales

Interested in Sonos? Our team is here to answer your questions and get your new system started.

Monday - Thursday
10 am - 8 pm EST

Friday
10 am - 5 pm EST
6 pm - 8 pm EST

Saturday, 11/14/2020
10 am - 8 pm EST

Call toll free. Some charges may apply. Check with your provider.

Call 800-680-2345

Email us

### Support

We're here to help with setup, control, and system performance.

Visit Support Center

### Community

Connect with other Sonos listeners and get your questions answered.

Join the conversation

### Investor relations

Take a look inside Sonos and see why we're here.

Learn more

Email us

### Media

Find the latest press releases, media kits, images, videos, and more.

Newsroom

Email us

### Social responsibility

Through our Sonos Soundwaves program, we partner with local nonprofits to provide children in need with music education.

Learn more

Want to email our CEO, Patrick Spence, directly? Click here



## Offices

**Headquarters:**
Santa Barbara

614 Chapala Street
Santa Barbara, CA 93101
+1 805-965-3001

### Boston
2 Avenue De Lafayette
Third Floor
Boston, MA 02111

### Seattle
800 5th Avenue
Floor 4
Seattle, WA 98104

### San Francisco
550 Montgomery Street
Suite 750
San Francisco, CA 94111

### Netherlands

Schuttersweg 10
1217 PZ Hilversum
The Netherlands

### Paris

104 Rue Richelieu
75002 Paris, France

### Australia

3 - 5 Hill Street
Cremorne VIC 3121

### Beijing

Reignwood Plaza
Room 1101-1106
No.8 Yong An Dong Li
Jian Guo Men Wai
Beijing, China 100022

### Shanghai

Venture International Park
Tower A, Suite 802
No. 2679 Hechuan Road
Minhang District
Shanghai, China 200234

### Shenzhen

Sonos Shenzhen Representative Office
Room 510, East Tower, Coastal City, Haide 3rd Road
Business Culture Center, Nanshan District
Shenzhen, China 518054

# Our Company
# News
# Blog
# Careers
# Responsibility
# Innovation

Manage Your Account

Order Status

Shipping and Delivery

Returns

Certified Refurbished

Find a Store

Dealer Store

Investors

Sonos for Business

Works with Sonos

Developer Portal

Contact Us

Disney+

Frontline Workers

Sonos App

Upgrade

United States       © 2020 Sonos Inc.   Legal   Privacy statement   Accessibility   Conformity   Site map   Security