# EXHIBIT 32




