**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

SONOS, INC.,

      Plaintiff,

  vs.

GOOGLE LLC,

      Defendant.

Case No. 6:20-cv-00881-ADA

**[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO TRANSFER**
**PURSUANT TO 28 U.S.C. § 1404(a)**

BEFORE THE COURT is Google LLC's Motion To Transfer Pursuant to 28 U.S.C.

§ 1404(a) ("Motion").  Having read and considered the Motion and all supporting papers and

responses and replies thereto, and the argument of the parties, the Court hereby **GRANTS**

Google's Motion.

ORDERED this _____ day of _____, 2021.

 

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE