# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| SONOS, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 6:20-cv-00881-ADA |
| GOOGLE LLC, | § § | |
| Defendant. | § § § | |

## ORDER GRANTING PLAINTIFF SONOS, INC.'S MOTION FOR LEAVE TO AMEND OR SUPPLEMENT COMPLAINT

Before the Court is Sonos, Inc.'s Motion for Leave to Amend or Supplement Complaint ("Motion"). Having reviewed the Motion, and good cause appearing therefor, this Court concludes that the Motion should be, and is hereby, **GRANTED**.

**IT IS SO ORDERED.**

Dated: January ____, 2021

　　　　　　　　　　　　　　　　　　　　　　ALAN D ALBRIGHT