IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 6:20-cv-00881-ADA |

**DECLARATION OF LINDSAY COOPER IN SUPPORT OF
GOOGLE'S RESPONSE TO SONOS'S MOTION FOR LEAVE TO AMEND OR
SUPPLEMENT COMPLAINT**

I, Lindsay Cooper, declare and state as follows:

1. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP representing Google LLC ("Google") in this matter. If called as a witness, I could and would testify competently to the information contained herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of the September 28, 2020 Corrected Notice of Allowance for U.S. Patent Application No. 16/383,561, which is now U.S. Patent No. 10,848,885.

3. Attached hereto as Exhibit 2 is a true and correct copy of U.S. Patent No. 10,848,885, reflecting an issue date of November 24, 2020.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on January 21, 2021, in Mill Valley, California.

/s/ Lindsay Cooper
Lindsay Cooper