IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 6:20-cv-00881-ADA |

**[PROPOSED] ORDER RE: SONOS'S MOTION FOR LEAVE TO AMEND OR SUPPLEMENT COMPLAINT**

BEFORE THE COURT is Sonos, Inc.'s Motion for Leave to Amend or Supplement Complaint ("Motion"). Having read and considered the Motion and all supporting papers and responses and replies thereto, and the argument of the parties, the Court concludes that the Motion should be, and is hereby:

[ ] GRANTED, and further continues the parties' invalidity contentions deadline, claim construction deadline, and *Markman* hearing eight weeks from the original dates.

[ ] DENIED.

ORDERED this _____ day of _____, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE