IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>           Plaintiff,<br><br>     vs.<br><br>GOOGLE LLC,<br><br>           Defendant. | Case No. 6:20-cv-00881-ADA |

**DECLARATION OF LINDSAY COOPER IN SUPPORT OF
GOOGLE'S MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF ITS
MOTION TO TRANSFER, OR IN THE ALTERNATIVE, MOTION TO MODIFY THE
CASE SCHEDULE**

I, Lindsay Cooper, declare and state as follows:

1. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP representing Google LLC ("Google") in this matter. If called as a witness, I could and would testify competently to the information contained herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of Order No. 4: Setting Date for Submission of Joint Proposed Procedural Schedule, entered in the case *In the Matter of Certain Audio Players and Controllers, Components Thereof, and Products Containing the Same*, Inv. No. 337-TA-1191 (U.S.I.T.C.) on March 13, 2020.

3. Attached hereto as Exhibit 2 is a true and correct copy of Order No. 5: Setting the Procedural Schedule entered in the case *In the Matter of Certain Audio Players and Controllers, Components Thereof, and Products Containing the Same*, Inv. No. 337-TA-1191 (U.S.I.T.C.) on March 26, 2020.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on January 27, 2021, in Mill Valley, California.

*/s/ Lindsay Cooper*
Lindsay Cooper