# EXHIBIT 2

UNITED STATES INTERNATIONAL TRADE COMMISSION

Washington, D.C.

| In the Matter of<br><br>**CERTAIN AUDIO PLAYERS AND CONTROLLERS, COMPONENTS THEREOF, AND PRODUCTS CONTAINING THE SAME** | **Inv. No. 337-TA-1191** |
|---|---|

**ORDER NO. 5:    SETTING THE PROCEDURAL SCHEDULE**

(March 26, 2020)

On March 24, 2020, Complainant Sonos, Inc., Respondents Google LLC and Alphabet Inc., and the Commission Investigative Staff submitted their joint proposal for a procedural schedule. Based on a review of the parties' submission, the undersigned hereby adopts the following procedural schedule:

| Event | Deadline Date |
|---|---|
| File identification of expert witnesses | April 24, 2020 |
| Initial deadline for responses to contention interrogatories on issues for which the responding party bears the burden of proof | April 29, 2020 |
| Exchange initial list of claim terms to be construed | May 4, 2020 |
| Exchange of proposed claim constructions – Complainant and Respondents | May 8, 2020 |
| First settlement conference | May 11, 2020 |
| Exchange of proposed claim constructions – Staff | May 12, 2020 |
| Submission of first settlement conference joint report | May 18, 2020 |

| Event | Deadline Date |
|---|---|
| Exchange of initial expert reports on claim construction issues | May 18, 2020 |
| Exchange of rebuttal expert reports on claim construction issues | June 1, 2020 |
| Initial deadline for responses to contention interrogatories on issues for which the responding party does not bear the burden of proof | June 5, 2020 |
| Meet and confer to discuss and limit number of disputed claim terms | June 8, 2020 |
| Initial *Markman* briefs – Complainant and Respondents | June 22, 2020 |
| Initial *Markman* briefs – Staff | June 30, 2020 |
| Rebuttal *Markman* briefs – all parties | July 6, 2020 |
| Submission of joint proposed claim construction chart | July 9, 2020 |
| File notice of prior art | July 10, 2020 |
| Joint tutorial and *Markman* hearing | July 20, 2020 |
| Submission of updated joint proposed claim construction chart | July 27, 2020 |
| Issuance of *Markman* order | TBD |
| Attendance at one-day mediation session | August 3, 2020 |
| Submission of joint report on mediation | August 10, 2020 |
| Cut-off date for supplements to contention interrogatories on issues for which the responding party bears the burden of proof | August 21, 2020 |
| Cut-off date for supplements to contention interrogatories on issues for which the responding party does not bear the burden of proof | September 11, 2020 |
| Fact discovery cut-off and completion | September 18, 2020 |
| Deadlines for motions to compel fact discovery | September 25, 2020 |
| Exchange of initial expert reports (identify tests/surveys/data) | October 9, 2020 |

| Event | Deadline Date |
|---|---|
| File tentative lists of witnesses a party will call to testify at the hearing, with an identification of each witness' relationship to the party | October 16, 2020 |
| Exchange of rebuttal expert reports | October 30, 2020 |
| Expert discovery cut-off and completion | November 20, 2020 |
| Exchange of exhibit lists among the parties | November 24, 2020 |
| Deadline for motions to compel expert discovery | November 30, 2020 |
| Deadline for filing motions for summary determination | December 4, 2020 |
| Submit and serve direct exhibits (including witness statements), with physical exhibits available – Complainant and Respondents | December 11, 2020 |
| Submit and serve direct exhibits (including witness statements), with physical exhibits available – Staff | December 16, 2020 |
| File objections to direct exhibits (including witness statements)[1] | N/A |
| File responses to objections to direct exhibits (including witness statements) | N/A |
| Second settlement conference | December 18, 2020 |
| Submission of second settlement conference joint report | December 23, 2020 |
| Submit and serve rebuttal exhibits (including witness statements), with rebuttal physical exhibits available – all parties | January 8, 2021 |
| File objections to rebuttal exhibits (including witness statements) | N/A |
| File responses to objections to rebuttal exhibits (including witness statements) | N/A |
| File pre-trial statements and briefs – Complainant and Respondents | January 22, 2021 |

---

[1] The parties have agreed to forego the requirement that written objections and written responses to written objections to direct and rebuttal exhibits be filed.

| Event | Deadline Date |
|---|---|
| File requests for receipt of evidence without a sponsoring witness | February 1, 2021 |
| File pre-trial statement and brief – Staff | February 2, 2021 |
| Deadline to file motions *in limine* | February 5, 2021 |
| File high priority objections statement | February 5, 2021 |
| File responses to requests for receipt of evidence without a sponsoring witness | February 12, 2021 |
| File responses to motions *in limine* | February 12, 2021 |
| File responses to high priority objections statements | February 12, 2021 |
| Pre-trial conference | February 22, 2021 |
| Hearing | February 22–26, 2021 |
| File initial post-trial briefs and final exhibit lists | March 12, 2021 |
| File reply post-trial briefs | March 19, 2021 |
| Initial Determination | May 11, 2021 |
| Target date for completion of investigation | September 13, 2021 |

For the dates set forth above that require a submission or filing, the date set forth is the date that the submission or filing must be at or filed at the Commission (by the close of business) and is not the date that such submission or filing is merely served.

**SO ORDERED.**

Charles E. Bullock
Chief Administrative Law Judge

- 4 -

| | |
|---|---|
| **CERTAIN AUDIO PLAYERS AND CONTROLLERS, COMPONENTS THEREOF, AND PRODUCTS CONTAINING SAME** | Inv. No. 337-TA-1191 |

## PUBLIC CERTIFICATE OF SERVICE

I, Lisa R. Barton, hereby certify that the attached **ORDER** has been served via EDIS upon the Commission Investigative Attorney, **Cortney Hoecherl, Esq**., and the following parties as indicated, on March 26, 2020.

Lisa R. Barton, Secretary
U.S. International Trade Commission
500 E Street, SW, Room 112
Washington, DC  20436

**On Behalf of Complainant Sonos, Inc.:**

Jordan L. Coyle, Esq.
**ORRICK, HERRINGTON, & SUTCLIFF LLP**
Columbia Center
1152 15th Street, NW
Washington, DC 20005
Email: jcoyle@orrick.com

☐ Via Hand Delivery
☐ Via Express Delivery
☐ Via First Class Mail
☒ Other: Email Notification of Availability for Download

**On Behalf of Respondents Google LLC and Alphabet Inc.:**

S. Alex Lasher, Esq.
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street NW, Suite 900
Washington, DC 20005
Email: alexlasher@quinnemanuel.com

☐ Via Hand Delivery
☐ Via Express Delivery
☐ Via First Class Mail
☒ Other: Email Notification of Availability for Download