IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 6:20-cv-00881-ADA |

**[PROPOSED] ORDER RE: GOOGLE'S MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF ITS MOTION TO TRANSFER, OR IN THE ALTERNATIVE, MOTION TO MODIFY THE CASE SCHEDULE**

BEFORE THE COURT is Google LLC's Motion To Stay Proceedings Pending Resolution of Its Motion To Transfer, Or in the Alternative, Motion To Modify The Case Schedule ("Motion").  Having read and considered the Motion and all supporting papers and responses and replies thereto, and the argument of the parties, the Court concludes that the Motion should be, and is hereby GRANTED.  All non-venue related proceedings are STAYED pending resolution of Google's Motion To Transfer (Dkt. 34).

ORDERED this _____ day of _____, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE