IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 6:20-cv-00881-ADA |

### JOINT MOTION TO ENTER AMENDED SCHEDULING ORDER

TO THE HONORABLE COURT:

Pursuant to the Court's Order moving the *Markman* hearing to July 1, 2021 and shifting all dates accordingly (Dkt. 45), the Parties conferred on a proposed amended scheduling order and have agreed to a proposed amended schedule, attached as Exhibit A. The Parties respectfully request that the Court enter the agreed upon schedule set forth in Exhibit A.


DATED:  February 10, 2021               Respectfully submitted,

                                        By: */s/ Mark D. Siegmund*
                                        Mark D. Siegmund
                                        State Bar No. 24117055
                                        mark@waltfairpllc.com
                                        **Law Firm of Walt, Fair PLLC.**
                                        1508 North Valley Mills Drive
                                        Waco, Texas 76710
                                        Telephone: (254) 772-6400
                                        Facsimile: (254) 772-6432


                                        Clement Seth Roberts (admitted *pro hac vice*)
                                        California Bar No. 209203
                                        ORRICK, HERRINGTON & SUTCLIFFE LLP
                                        405 Howard St.
                                        San Francisco, CA 94105

Telephone: 415.773.5484
Facsimile: 415.773.5759
croberts@orrick.com


Bas de Blank (admitted *pro hac vice*)
California Bar No. 191487
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Blvd.
Menlo Park, CA 94205
Telephone: 650.614.7343
Facsimile: 650.614.7401
bdeblank@orrick.com

Alyssa Caridis (admitted *pro hac vice*)
California Bar No. 260103
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa St., Suite 3200
Los Angeles, CA 90017
Telephone: 213.612.2372
Facsimile: 213.612.2499
acaridis@orrick.com

George I. Lee (admitted *pro hac vice*)
Illinois Bar No. 6225430
Sean M. Sullivan (admitted *pro hac vice*)
Illinois Bar No. 6230605
Rory P. Shea (admitted *pro hac vice*)
Illinois Bar No. 6290745
J. Dan Smith (admitted *pro hac vice*)
Illinois Bar No. 6300912
LEE SULLIVAN SHEA & SMITH LLP
656 W. Randolph St., Floor 5W
Chicago, IL 60661
Telephone: 312.754.9602
Facsimile: 312.754.9603
lee@ls3ip.com
sullivan@ls3ip.com
shea@ls3ip.com
smith@ls3ip.com

*Counsel for Plaintiff Sonos, Inc.*

DATED:  February 10, 2021       QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: <u>*Charles K. Verhoeven*</u>
Charles K. Verhoeven (*pro hac vice*)
charlesverhoeven@quinnemanuel.com
Melissa Baily (*pro hac vice*)
melissabaily@quinnemanuel.com
Jordan Jaffe (*pro hac vice*)
jordanjaffe@quinnemanuel.com
Lindsay Cooper (*pro hac vice*)
lindsaycooper@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875 6600
Facsimile:      (415) 875 6700

Paige Arnette Amstutz
Texas State Bar No. 00796136
SCOTT, DOUGLASS & MCCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, TX  78701
Telephone:  (512) 495-6300
Facsimile:  (512) 495-6399
pamstutz@scottdoug.com

*Counsel for Defendant Google LLC*