IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SONOS, INC., | § | |
| | § | |
| Plaintiff, | § | C.A. 6:20-cv-00881-ADA |
| | § | |
| v. | § | |
| | § | |
| GOOGLE LLC | § | |
| | § | |
| Defendant. | § | |

**UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Plaintiff Sonos, Inc. files this Unopposed Motion for Leave to File a Second Amended Complaint, withdrawing Sonos's claim for infringement of U.S. Patent No. 9,219,460.

Sonos sought leave to file an Amended Complaint on January 14, 2021, adding a claim for infringement of U.S. Patent No. 10,848,885.  ECF No. 39.  The Court granted Sonos's motion for leave to amend on February 12, 2021, following a hearing.  ECF No. 49.  Sonos now seeks to withdraw its claim for infringement of the '460 Patent.  The parties met and conferred regarding Sonos's request, and on February 17, 2021, Google confirmed that it does not oppose.

Therefore, Plaintiff requests that the Court grant this unopposed Motion and allow Sonos to file its Second Amended Complaint withdrawing Sonos's claim for infringement of the '460 Patent.

Dated: February 18, 2021                    Respectfully submitted,

                                            */s/ Alyssa Caridis*
                                            Jeffrey L. Johnson
                                            Texas Bar No. 24029638
                                            **ORRICK, HERRINGTON & SUTCLIFFE LLP**
                                            609 Main Street, 40th Floor
                                            Houston, TX 77002

Telephone:  713.658.6400
Facsimile:  713.658.6401
jj@orrick.com

Clement Seth Roberts (*pro hac vice*)
California Bar No. 209203
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
405 Howard St.
San Francisco, CA 94105
Telephone:  415.773.5484
Facsimile:  415.773.5759
croberts@orrick.com

Bas de Blank (*pro hac vice*)
California Bar No. 191487
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1000 Marsh Blvd.
Menlo Park, CA 94205
Telephone:  650.614.7343
Facsimile:  650.614.7401
bdeblank@orrick.com

Alyssa Caridis (*pro hac vice*)
California Bar No. 260103
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
777 South Figueroa St., Suite 3200
Los Angeles, CA 90017
Telephone:  213.612.2372
Facsimile:  213.612.2499
acaridis@orrick.com

George I. Lee (*pro hac vice*)
Illinois Bar No. 6225430
Sean M. Sullivan (*pro hac vice*)
Illinois Bar No. 6230605
Rory P. Shea (*pro hac vice*)
Illinois Bar No. 6290745
J. Dan Smith (*pro hac vice*)
Illinois Bar No. 6300912
**LEE SULLIVAN SHEA & SMITH LLP**
656 W. Randolph St., Floor 5W
Chicago, IL 60661
Telephone: 312.754.9602
Facsimile: 312.754.9603
lee@ls3ip.com
sullivan@ls3ip.com

shea@ls3ip.com
smith@ls3ip.com

Mark D. Siegmund
**THE LAW FIRM OF WALT FAIR, PLLC**
1508 North Valley Mills Drive
Waco, Texas 76710
Telephone: (254) 772-6400
Facsimile: (254)772-6432

ATTORNEYS FOR PLAINTIFF SONOS, INC.