# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| SONOS, INC., | § | |
| Plaintiff, | § § § | |
| v. | § § | NO. 6:20-cv-00881-ADA |
| GOOGLE LLC, | § § | |
| Defendant. | § § § § | |

## ORDER GRANTING PLAINTIFF SONOS, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Before the Court is Sonos, Inc.'s Unopposed Motion for Leave to File Second Amended Complaint ("Motion"). Having reviewed the Motion, and good cause appearing therefor, this Court concludes that the Motion should be, and is hereby, **GRANTED**.

**IT IS SO ORDERED.**

Dated: February ____, 2021

_____
ALAN D ALBRIGHT