# EXHIBIT 5

Intentionally Left Blank