# EXHIBIT 16



**THEY'RE JUST DIFFERENT**

# Google Home Max vs. Sonos

While Google Home Max takes a poke at Sonos' top-shelf speakers, it's merely a product. Sonos is a *system*.

PHIL NICKINSON    22 Dec 2017                                                     💬 11



Y ou can't help but look at Google Home Max — the large, $400 version of Google Home — and come to the conclusion that Google is sticking its nose where Sonos has been for years.

That's not to say that Google hasn't done well in the realm of wireless music. Its Chromecast protocol made it ridiculously easy to "cast" music to any compatible speaker, or a speaker affixed with an inexpensive Chromecast Audio dongle.

But Chromecast and Sonos are not the same thing. It's not meant to be Sonos. And it isn't Sonos. That's not the fault of the Google Home Max, which is a perfectly capable speaker and a great entry into the Google Home line. Conversely, Sonos — even in its new "open" incarnation — isn't Chromecast. It's way more of a closed loop, with purpose-built hardware married to a software experience that looks to bring together all sorts of audio services.



PLAYING NOW:
**Foldgate: Why are Samsung Galaxy Fold displays already failing?**

No, Chromecast isn't Sonos. Neither is Google Home. And it's not trying to be Sonos. But maybe it should, if only just a little. And here are three reason why:

🛒 See Sonos at Amazon      🛒 See Google Home Max





## Changing speaker groups on the fly

I have five Sonos speakers in my house. Sometimes I want them all to crank together. Sometimes I don't. What I don't want to have to do is create separate virtual groups for every possible combination, which is what I have to do for Chromecast targets in the Google Home app.

No, Sonos does this better. You just open the app, tick the checkboxes for the speakers you want active in a current group, and that's it. (Or just toggle "everywhere" to blast everyone.)

And you can do this on the fly. You don't have to start and stop what you're listening to or switch from the music app to some other controller app.

And that leads us to ...



*From left: Changing speakers in Sonos, Cast targets in Google Play Music, and groups in the Google Home app.*

## One app to rule them all

I was never really a fan of the Sonos app until it got a major revision this fall. But the overall idea is great, and that has more to do with Sonos as a *system*, really.

Sonos brings multiple music sources under one roof. A whole lot of music sources. (Not just music, actually.) Consider:

Apple Music. SiriusXM. Google Play Music. Amazon Music. Pandora. Spotify. Tidal. TuneIn. Deezer. I Heart Radio. Pocket Casts. Slacker. Stitcher. ... You can find the whole list here. And it'll easily do locally sourced music, too, such as on a home server.

All of those music services — searchable — in a single app. I don't use Apple Music, but my wife does. So we have her account tied in, alongside my Google Play Music account, for starters. Don't expect the Google Play Music app to *ever* pull in other music services. (And as a competing service, it really shouldn't. Sonos, on the other hand, is selling hardware.)

And it's not just a single mobile app we're talking about. Sonos also brings the experience to native desktop apps — something Google never really does. That's an oversight it should at some point rectify. But it's also something I wouldn't hold my breath for.

## Huge gaps in speaker quality



*From left: Sonos Play:1 ($150 at Amazon), Sonos Play:3 ($250 at Amazon), and Google Home ($129 at Google).*

Google Home Max competes nicely with the Sonos Play:5. It's a good, high-end speaker, even though the Play:5 wins out in my ears. Not by a whole lot, but enough that it's noticeable when the two are side by side.

Where Google falls off is on the low end of the category. The original Google Home can't hold a candle to the Sonos Play:1, or the newer Sonos One, which has Amazon Alexa built in and will support Google Assistant sometime in 2018.

This has led to some interesting changes at the end of 2017. The original Google Home, which started its life at $129, can now be had for about $80. The Sonos Play:1 is now down to $150. And the Sonos One is $200.

Google Home just doesn't have anything near the quality of Sonos' entry-level speaker. And given the price of the OG Google Home, I'm not sure it can.

🛒 See Sonos at Amazon     🛒 See Google Home Max

## Google Home



- Google Home review
- Google Home Mini: Everything you need to know!
- Google Home Max review
- These services work with Google Home
- Google Home vs. Amazon Echo
- Join our Google Home forums!

🛒 Verizon | 🛒 Best Buy
🛒 Target | 🛒 Google Store

This post may contain affiliate links. See our disclosure policy for more details.





**Tualatin Valley Blossoms This Spring**

Just like spring, Tualatin Valley is in full bloom. Come explore the land of opportunity only a short drive from Portland.

SPONSORED BY Tualatin Valley





### Out And Proud: Celebs Who Are Gay And Proud



In the glamorous world of Hollywood, it's always great to see celebrities falling in love. And these Hollywood LGBT couples are total rel...



SPONSORED BY ArticleSkill

🏷 **Opinions**  **Google Home**

💬 **View Comments (11)**

---

### Phil Nickinson

Phil is the father of two beautiful girls and is the Dad behind **Modern Dad**, and the head cord-cutter at **CordCutters.com**. Before that he spent seven years at the helm of Android Central. Before that he spent a decade making newspapers. Before that — well, we don't talk much about those days. Subscribe to the Modern Dad newsletter!

## You May Like

Sponsored Links by Taboola

**Danica McKellar From 'Wonder Years' Is No Longer An Actress, Or Even Close**
Greeningz

**Drivers who switch save an average of $669 on car insurance.**
Progressive

**9 Reasons This Electric Toothbrush is Worth All The Hype**
quip

**You're Probably Overpaying at Amazon – This Genius Trick Will Fix That**
Honey

---



### The Original - Since 1980

High Performance Dump Trailers and Roll Off Trailers

U-Dump Trailers



---

THRIFTER
## Stock up on these USB-C cables for just $6 each

**Charge the things**



### Lecone USB-C to USB-C Charging Cable

This USB-C to USB-C cable is a great one to add to your collection. Remember to use the coupon code below to save 50% on the purchase.

$6.49 ~~$13~~ 50% Off

See at Amazon

A mazon is offering this Lecone USB-C to USB-C Charging Cable for only $6.49 when you clip the 10% off coupon located on the product page *and* apply code **A5JMXBZY** during checkout. That nabs you half off the usual $13 price, and so far the reviews are positive.

This 5A cable supports Power Delivery up to 100W, 4K video, and rapid data transfer. It will intelligently adjust speeds to charge your gear as quickly and safely as possible, and the nylon braided exterior prevents fraying and tangles. The cable measures 2.6 feet long. If you need more length, check out this Anker option.

🛒 Buy now

This post may contain affiliate links. See our disclosure policy for more details.

---



**Wasserstoff-Revolution setzt ein - Diese 3 Aktien winken jetzt mit Mega-Renditen**
Wasserstoff und nicht Elektrizität ist der Antrieb der Zukunft! | Gratis E-Book zum Download | Nur solange der Vorrat reicht
SPONSORED BY Investor-Prämien



**500M** Consumers Reached Yearly



Copyright 2019 Mobile Nations · Terms and Conditions · Privacy Policy · Your Ad Choices · Careers · Licensing · External Links Disclosure