# EXHIBIT 18

# Listen to music on Google Nest and Google Home speakers and displays

Enjoy music from popular music services by artist, song, genre, album, playlist, mood, or activity.

Whether a single person or multiple people are using a Google Nest or Google Home speaker or display, each person can link only single account per streaming service.

You'll hear different music based on the partner and your subscription.

**Note:** Some of these partners may be unavailable in your region. Contact the partner to check their availability where you live.

- **Spotify Free, YouTube Music, Google Play Music Free** (available in the US, Canada and India only), **Pandora** - You'll hear a station of songs inspired by the song, album or artist you requested (free radio service).
- **Spotify Premium, YouTube Premium, YouTube Music Premium, Google Play Music Premium, Pandora Premium, Deezer Premium** - You'll hear specific songs, albums or artists along with music based on genre, mood or activity or your personal playlists.

**Note**: If Digital Wellbeing is enabled, this feature may be restricted or blocked by Downtime, Filters, or Do not disturb. Please go **here** ↗ for more information on Digital Wellbeing.

## Basic voice commands for all content providers

| To do this... | Say "Ok Google" or "Hey Google," then... |
| --- | --- |
| Request a **song** | "Play <song name>," "Play <song name> by <artist name>," "Play <song name> from <album name>," "Play <song name> on <music service>" "Play songs like <song-name>" |
| Request an **artist** | "Play <artist name>," "Play music by <artist name>," "Play <artist name>" on <music service>," "Play songs like <artist-name>" |
| Request an **album** | "Play <album name>", "Play <album name> by <artist name>", "Play <album name> by <artist name> on <music service>" |
| Play music based on **genre/mood/activity** | "Play classical music", "Play happy music", "Play music for cooking", "Play <genre> on <music service>" |
| Play **personalized suggested content from chosen service** | "Play some music", "Play <genre> music on <music service>" |
| Shuffle | "Shuffle" <br> "Shuffle <album>" <br> "Shuffle some music" <br> "Play <album> and shuffle" |

| | "Play <album> and shuffle" <br> "Play <album> shuffled" <br> "Play <album> on shuffle" <br><br> You can also use an artist or playlist name instead of an album name. |
|---|---|
| Pause | "Pause", "Pause the music" |
| Resume | "Resume", "Continue playing" |
| Stop | "Stop ", "Stop the music" |
| Play next song | "Next", "Skip", "Next song" |
| What's playing | "What's playing?", "What song is playing?", "What artist is playing?" |
| Control volume 🔗 | "Set volume to 5", "Set volume to 40%" |
| Play **music on your speakers, TV, or video device. Note:** You must use a **Chromecast, Chromecast built-in TV or Assistant built-in TV that is linked to Google Home.** | "Play music on my living room TV", "Play <genre> on my bedroom speakers" |
| Play music on a speaker group | "Play music on all speakers" <br><br> **Note:** Set up a speaker group in the Google Home app to enable this feature. |

## Advanced voice commands for free and subscription services

**Note:** Some of these partners may be unavailable in your region. Contact the partner to check their availability where you live.

Spotify (Free and Premium) ▾

YouTube Music (Free and Premium) ▾

Google Play Music (free radio service (US, Canada and India only) & subscription service) ▾

Pandora (Free and Premium) (U.S. only) ▾

Deezer (A Deezer Premium or Deezer Family subscription is required to play music using Google Nest and Home devices. Deezer Free is not supported. ) ▾

## Listen to music with Voice Match

If you've set up Voice Match ↗ , guests and housemates can't currently access your library content. However, you can give them access by uploading your music to their account. ↗

If you haven't set up Voice Match, guests and housemates can access music from your library.

Here's more information on media and multiple users. ↗

## Set your default music service on your speaker or display

Here's how to connect your music and pick a favorite music service as your default. This default service will be used first when possible.

Select your default music service on your speaker or display ⌄

## Other ways to control music

From the Google Nest or Google Home device ⌃

 Google Home ⌃

| To do this: | Touch Google Home like this: | Image |
|---|---|---|
| Play, pause, or stop alarm or timer  | Tap once on the top of the device. | |
| Turn up the volume | Swipe clockwise on the top of the device.<br><br>**Note**: This only adjusts the volume of media. You can adjust alarms and timers volume anytime in the Google Home app. | |
| Turn down the volume | Swipe counterclockwise on the top of the device.<br><br>**Note**: This only adjusts the volume of media and your Google Assistant. At volume level 0, all media will be muted but your Google Assistant will still speak at a minimum level. It doesn't adjust the volume of alarms and timers. | |
| Start your request | Press and hold down on the top of the device. | |

| | | |
|---|---|---|
| request | | |
| Mic on/off | Press the microphone mute button on the back of the device.<br><br>**Note:** Muting the microphone prevents Google Home from listening or responding. To interact with Google Home, the microphone must be on. | |
| Factory reset the device | Press and hold the factory reset button located on the back of Google Home. | |
| Turn off power | Unplug power cable from Google Home. | |

##  Google Nest Mini (2nd gen)

**Note**: The Google Nest Mini (2nd gen) has a wall mount screw slot on the back. If your device doesn't have a wall mount screw slot, it is a Google Home Mini (1st gen).

| To do this: | Touch Google Nest Mini like this: | Image |
|---|---|---|
| Play, pause, or stop **media** or **end a current phone call** | Tap the **center** of the Nest Mini. | |
| Stop a ringing **alarm or timer** | Tap the **center** of the Nest Mini. | |
| Turn up the volume | Tap the **right side** of the Nest Mini.<br><br>10 total taps will be maximum volume.<br><br>**Note**: This only adjusts the volume of media and your Google Assistant. At volume level 0, all media will be muted but your Google Assistant will still speak at a minimum level. It doesn't adjust the volume of alarms and timers.<br><br>To reverse controls, open the Home app  > tap your device > Settings  > **Reverse device controls.** | |

| | | |
|---|---|---|
| Turn down the volume | Tap on the **left side** of the Nest Mini.<br><br>10 total taps will mute all audio except your Google Assistant.<br><br>Note: This only adjusts the volume of media and your Google Assistant. At volume level 0, all media will be muted but your Google Assistant will still speak at a minimum level. It doesn't adjust the volume of alarms and timers.<br><br>To reverse controls, open the Home app ⌂ > tap your device > Settings ⚙ > **Reverse device controls.** | |
| Turn mic on/off | Toggle the mic on/off switch found next to the power cord. The switch will display orange when the microphone is turned off.<br><br>**Note:** Turning off the microphone prevents Nest Mini from listening or responding. To interact by voice with Nest Mini, the microphone must be on. | |
| Factory reset the device | Turn the mic off, then press and hold the lights in the center of the Nest Mini.<br><br>Hold for about 15 seconds. | |
| Turn off power | Unplug the power cable from Nest Mini. | |
| Start your request 🎤 | **Note**: You can't press and hold the top of the Nest Mini to start a request with your Assistant.<br><br>Instead, say "Ok Google" to start your request. | |

##  Google Home Mini (1st gen) ︿

| To do this: | Touch Google Home Mini like this: | Image |
|---|---|---|
| Play, pause, or stop | Press and hold **either side** of Home Mini. | |

| | | |
|---|---|---|
| media or end a current phone call | | |
| Stop a ringing alarm or timer | Press and hold either side of Home Mini. | |
| Turn up the volume | Tap on right side of Home Mini.<br><br>To reach maximum volume, tap to volume level 10.<br><br>Note: This only adjusts the volume of media and your Google Assistant. At volume level 0, all media will be muted but your Google Assistant will still speak at a minimum level.  It doesn't adjust the volume of alarms and timers. | |
| Turn down the volume | Press and hold left side of Home Mini.<br><br>10 total taps will mute all audio except your Google Assistant.<br><br>Note: This only adjusts the volume of media and your Google Assistant. At volume level 0, all media will be muted but your Google Assistant will still speak at a minimum level.  It doesn't adjust the volume of alarms and timers. | |
| Turn mic on/off | Toggle the mic on/off switch found next to the power cord. The switch will display orange when the microphone is turned off.<br><br>Note: Turning off the microphone prevents Home Mini from listening or responding. To interact with Home Mini, the microphone must be on. | |
| Factory reset the device | Press and hold the factory reset button located below the power cord on the bottom of Home Mini. Look for a circle etched into the base.<br><br>Hold for about 12 seconds. | |
| Turn off power | Unplug the power cable from Home Mini. | |
| Start your request 🎤 | Note: You can't press and hold the top of Home Mini to start a request with your Assistant.<br><br>Instead, say "Ok Google" to start your request. | |

 Google Home Max

| To do this: | Touch Google Home Max like this: | Image |
|---|---|---|
| Play, pause, or stop media. Stop a ringing alarm or timer End a call | Horizontal placement: Tap the line located on the top of Max. Vertical placement: Tap the line located on the right side of Max. | |
| Turn **up** the volume | Horizontal placement: Swipe from left to right along the line located on the top of Max. Vertical placement: Swipe up along the line located on the right side of Max. | |
| Turn **down** the volume | Horizontal placement: Swipe from right to left along the line located on the top of Max. Vertical placement: Swipe down along the line located on the right side of Max. | |
| Turn mic on/off | Toggle the mic on/off switch located on the back of Max. The switch will display orange when the microphone is turned off. You can't use your voice or the Google Home app to turn on/off the mic. **Note:** Turning off the microphone: | |

| | | |
|---|---|---|
| | • prevents Google Home from listening or responding. To interact with Google Home, the microphone must be on.<br>• turns off Room EQ. | |
| Factory reset the device | Press and hold the factory reset button located above the power cord on the back of Max. Look for a small grey button.<br><br>Hold for about 12 seconds. |  |
| Turn off power | Unplug the power cable from Max. | |

##  Google Nest Hub

| To do this: | Touch Google Nest Hub like this: | Image |
|---|---|---|
| Turn **up** the volume | Press the upper volume button on the back of Google Nest Hub. | |
| Turn **down** the volume | Press the lower volume button on the back of Google Nest Hub. | |

##  Google Nest Hub Max

| To do this: | Touch Nest Hub Max like this: | Image |
|---|---|---|
| Turn **up** the volume | Press the upper volume button on the back of Nest Hub Max. |  |

| | | |
|---|---|---|
| Turn **down** the volume | Press the lower volume button on the back of Nest Hub Max. | |

###  Google Nest Wifi point

| To do this: | Touch Nest Wifi point like this: | Image |
|---|---|---|
| Play, pause, or stop **media** or end a current phone call | Tap the center of the Nest Wifi point. | |
| Stop a **ringing alarm** or **timer** | Tap the center of the Nest Wifi point. | |
| Turn **up** the volume | Tap on the right side of the Nest Wifi point.<br><br>10 total taps will be maximum volume.<br><br>Note: This only adjusts the volume of media and your Google Assistant. At volume level 0, all media will be muted but your Google Assistant will still speak at a minimum level. It doesn't adjust the volume of alarms and timers | |
| Turn **down** the volume | Tap on the left side of the Nest Wifi point.<br><br>10 total taps will mute all audio except your Google Assistant. | |

| | | |
|---|---|---|
| | Note: This only adjusts the volume of media and your Google Assistant. At volume level 0, all media will be muted but your Google Assistant will still speak at a minimum level. It doesn't adjust the [volume of alarms and timers]. | |
| Turn mic on/off | Toggle the mic on/off switch found next to the power cord. The switch will display orange when the microphone is turned off. Note: Turning off the microphone prevents Nest Wifi point from listening or responding. To interact by voice with your Nest Wifi point, the microphone must be on. | |
| Turn off power | Unplug the power cable from Nest Wifi point. | |
| Start your request 🎤 | Note: You can't press and hold the top of a Nest Wifi point to start a request with your Assistant. Instead, say "Ok Google" to start your request. | |



**From the Google Home app** ⌃

1. Make sure your mobile device or tablet is connected to the same Wi-Fi as your speaker or display.
2. Open the Google Home app 🏠.
3. Tap **Play music** under the name of the device you want to use.

Your device will play music from your default music provider. You can pause, resume, change volume and skip forward or backward in the song.

## Troubleshooting

1. Make sure your [music provider accounts are linked to your speaker or display.] ↗
2. If you're not hearing the music you expect, be more specific with your request.
    a. Add "**...by <Artist>**" to your request . (Example: "Ok, Google. Play a song by Sia.")
    b. Add "**... album, playlists, song**" to your request. (Example: "Ok, Google. Play my morning rock playlist."
3. If you want to listen to music that's not from your default service, add "**...on <music service>**" to your

request.

## Related Links

Play audio on speakers and TVs from Google Nest or Home devices ↗
Play video on TVs from Google Nest or Home devices ↗
Play Android Audio on Google Nest or Home devices ↗
Play media from Chromecast-enabled apps to Google Nest or Home devices ↗
Listen to radio ↗
Listen to podcasts ↗
Control restricted content on Google Nest or Home devices ↗

Was this helpful?

Yes     No