# EXHIBIT 19












