# EXHIBIT 20



AdChoices

- TC
- Login
- Search
- Disrupt Berlin 2019
- Gift Guide
- Startups
- Apps
- Gadgets
- Videos
- Audio
- Newsletters
- Extra Crunch
- Advertise
- Events
- —
- Crunchbase
- More

Gift Guide 2019
Apple
Enterprise
Transportation

# Google renames Home Hub to the Nest Hub and releases a 10-inch Nest Hub Max

Brian Heater    @bheater    /    1:21 pm CDT • May 7, 2019                    Comment



The Home Hub has been a hit for **Google,**  eclipsed only by the Mini in its smart home hardware line. That's for good reason, of course. The device is the ideal size and priced well, making it a minimally invasive device for a living room or kitchen. Among other things, it marked a great alternative to the bulky Echo Show. And now it's called the **Nest** Hub.

Today at Google I/O, Google announced a shift in its smart home device brands. Everything will be under a Nest banner, starting with renaming the Google Home Hub to the Nest Hub.

For those looking for something a little heartier, Google just announced the Nest Hub Max. Part of the rebranded Nest

Displays, the product offers up a 10-inch display. Even more interesting, however, is the addition of a camera — something that was notably missing from the 7-inch Home. It initially seemed like a strange thing to overlook, but in a time when everyone's on edge about personal privacy, it was honestly a bit refreshing.

As its name implied, smart home control was always a key focus for the Home Hub. The newfound association with the Nest line, coupled with a built-in Nest security camera, finds Google doubling down on that functionality. The Nest name certainly makes sense from the standpoint of the company's home security and automation features, while also helping Google reassert its commitment to the company it purchased in 2014. The Max also features an improved speaker set with a rear-facing subwoofer.

Hub Max is designed to be used by everyone in the home and personalizes the responses based off the user's voice or face detection. This allows the device to display information most relevant to the user.

Last year, Google moved away from letting Nest operate independently, instead rolling it up into its hardware division. The launch of the Nest Hub Max represents a key step toward that hardware synergy.

With this rebranding, the Nest Hub gets a lower price of $129 (though the Home Hub can be readily purchased for much less) and the Nest Hub Max will cost $229.



**Conversation**



Be the first to comment...

Terms · Privacy                    Add Spot.IM to your site



**Disrupt Berlin 2019**
**The excitement kicks off next week**

Berlin
Dec 11 - 12

Get Yours Now

AdChoices

Google renames Home Hub to the Nest Hub and releases a 10-inch Nest Hub Max | TechCrunch
Case 3:21-cv-07559-WHA    Document 50-22    Filed 02/18/21    Page 4 of 7
12/5/19, 3:54 PM

## Sign up for Newsletters

- [ ] The Daily Crunch
- [ ] Week in Review
- [ ] Extra Crunch Roundup
- [ ] Startups Weekly
- [ ] The Station
- [ ] Max Q (coming soon) - A newsletter about space
- [ ] Event Updates
- [ ] Sponsorship Insider
- [ ] Crunchbase Daily

See all newsletters

Email *

**Subscribe**

https://tcrn.ch/2JoGSKk    Copy

### Tags

Gadgets                Hardware
Google  cb            Google I/O 2019
Nest  cb

---

### Gift Guide: Gifts for the promising podcaster
**Brian Heater**
3:05 pm CST • December 5, 2019



### New tweet generator mocks venture capitalists
**Kate Clark**
2:50 pm CST • December 5, 2019



### Google's AI-powered voice recorder and transcription app comes to older Pixel phones
**Sarah Perez**
2:34 pm CST • December 5, 2019



**Extra Crunch**
### A look at Latin America's emerging fintech trends
**Thiago Paiva**
2:28 pm CST • December 5, 2019



### Daily Crunch: Imgur launches an app for gaming memes
**Anthony Ha**
1:38 pm CST • December 5, 2019



### Qualcomm launches the XR2 platform for 5G-connected AR and VR devices

**Frederic Lardinois**

1:00 pm CST  •  December 5, 2019



### Einride to launch commercial pilot of driverless electric pods with Coca-Cola European Partners

**Darrell Etherington**

12:39 pm CST  •  December 5, 2019



### Airbnb officially bans all open-invite parties and events

**Kate Clark**

12:35 pm CST  •  December 5, 2019



### Future iPhones could drop charging ports altogether

**Brian Heater**

12:33 pm CST  •  December 5, 2019



### Chirp debuts a faster, feature-filled Twitter app for Apple Watch

**Sarah Perez**

12:33 pm CST  •  December 5, 2019



### AI-enabled assistant robot returning to the Space Station with improved emotional intelligence

**Darrell Etherington**

12:32 pm CST  •  December 5, 2019





### Inside VSCO, a Gen Z-approved photo-sharing app, with CEO Joel Flory

**Kate Clark**

12:29 pm CST  •  December 5, 2019

### After criticism, Homeland Security drops plans to expand airport face recognition scans to US citizens
Zack Whittaker
12:27 pm CST • December 5, 2019



### Waymo robotaxi app arrives on the App Store
Kirsten Korosec
12:00 pm CST • December 5, 2019



### SpaceX successfully launches re-used Dragon cargo capsule for its third trip to the Space Station
Darrell Etherington
11:37 am CST • December 5, 2019



### Apple says its ultra wideband technology is why newer iPhones appear to share location data, even when the setting is disabled
Zack Whittaker
11:30 am CST • December 5, 2019



### Uniform Teeth raises $10 million for its teeth-straightening operations
Megan Rose Dickey
11:00 am CST • December 5, 2019



### Figma launches Auto Layout
Jordan Crook
10:30 am CST • December 5, 2019



### Spotify Wrapped expands to include your favorite music from the decade, plus podcaster metrics
Sarah Perez
10:29 am CST • December 5, 2019



**Extra Crunch**
### Design may be the next entrepreneurial gold rush
Jordan Crook
9:37 am CST • December 5, 2019



TechCrunch    Privacy Policy    Do Not Sell My Personal Information    About Our Ads    Code of Conduct    Terms of Service

© 2013-2019 Verizon Media. All rights reserved. Powered by WordPress VIP. Fonts by TypeKit.