# EXHIBIT 26

 Google Play

Search

Apps

My apps
Shop

Games
Family
Editors' Choice

Categories    Home    Top charts    New releases

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

## YouTube Music - Stream Songs & Music Videos

**Google LLC** · Music & Audio                ★ ★ ★ ★ ★ 776,204 👤

🎵 Teen

**Contains Ads**

⚠ You don't have any devices.

🔖 Add to Wishlist                                        Install

Official albums, singles & more

Recommendations based on taste, location & time of day

Live performances, remixes & covers

Keep up with what's t

YouTube Music is a new music app that allows you to easily find what you're looking for and discover new music. Get playlists and recommendations served to you based on your context, tastes, and what's trending around you.

A new music streaming service from YouTube
● This is a completely reimagined music service with official releases from your favorite artists.

Find the music you want
● Easily find the albums, singles, live performances, covers, and remixes you're looking for.
● Don't know a song's name? Just search for the lyrics or describe it.

Discover new music
● Get music recommendations based on taste, location, and time of day.
● Use "The Hotlist" to keep up with what's trending.

Uninterrupted listening with Music Premium
● Listen ad-free
● Don't worry about your music stopping when you lock your screen or use other apps.
● Download your favorites or let us do it for you by enabling Offline Mixtape.

Get one free month of Music Premium to listen ad-free, offline, and with your screen locked, then pay just $9.99 a month. Existing YouTube Red or Google Play Music members and users of either service who have already received a 30 day trial are not eligible. Monthly charges auto-renew for Music Premium membership outside of trial periods.

COLLAPSE

https://play.google.com/store/apps/details?id=com.google.android.apps.youtube.music



REVIEWS                                                    ⓘ Review Policy

3.9

★ ★ ★ ★ ★

👤 776,204 total

5
4
3
2
1

**Neelam Desai**
★ ★ ★ ★ ★ November 28, 2019                         👍
                                                          118

Good, just needs 1 fix. The app plays music that I never would have searched for and that I love. That's awesome. Much better in this regard than Amazon Music. But, this app doesn't allow me to continue listening to music while using other apps on my phone. I suspect You-Tube does this so it doesn't ...

Full Review

**Nick Pinkham**
★ ★ ★ ★ ★ November 27, 2019                         👍
                                                          58

I personally really like it. The random song feature is great because it picks out songs based on your most recent song search and it's a great chance to learn about new songs. It's a bet-ter Spotify, but only if you can afford Premium. And the only reason I say this is because you have to pay Premiu...

Full Review

**Hrewzz _**
★ ★ ★ ★ ★ November 28, 2019                         👍
                                                          49

You can play while not on the actual app. And your not limited at all but a couple things, spo-tify doesn't help at all. This is much better than spotify which i've been using which is a mis-take. And you can choose playlists and music instead of having to listen to music until you found your pick. An...

Full Review

**Brandon G.**
★ ★ ★ ★ ★ November 28, 2019                         👍
                                                          43

Works as advertised. I'm using a cheap (Tetra) Android phone with limited data plan. I use the app at night to download my playlists on wifi then I can listen to them all day on blue-tooth without killing my phone's battery. App has frozen at startup 4 time in 3 months. I closed it and restarted the ...

Full Review

**READ ALL REVIEWS**

---

WHAT'S NEW

YouTube Music has been completely redesigned. Quickly find the music you're looking for and get music served to you based on what's right for the moment you're in. Want to listen without interruptions? Get 1 free month of Music Premium to listen ad-free, offline, and with your screen locked.

---

ADDITIONAL INFORMATION

| Updated | Size | Installs |
|---|---|---|
| November 25, 2019 | Varies with device | 100,000,000+ |

| **Current Version** | **Requires Android** | **Content Rating** |
|---|---|---|
| Varies with device | Varies with device | Teen |
| | | Learn More |

| Interactive Elements | Permissions | Report |
|---|---|---|
| Users Interact, Digital Purchases | View details | Flag as inappropriate |

**Offered By**

Google LLC

**Developer**

Visit website

ytmusic-support@google.com

Privacy Policy

1600 Amphitheatre Parkway, Mountain View 94043



**More by Google LLC**

See more

Google Home
Google LLC

Google Play Games
Google LLC

Similar

See more


Free Music Downlo...
Best Free Music Player


Free music player f...
MWM - Free music and...


Spotify: Listen to ne...
Spotify Ltd.


Deezer Music Playe...
Deezer Mobile

©2019 Google    Site Terms of Service   Privacy   Developers   Artists   About Google   | Location: United States   Language: English
By purchasing this item, you are transacting with Google Payments and agreeing to the Google Payments Terms of Service and Privacy Notice.