# **EXHIBIT 30**

Shop gifts for family and friends this holiday season.  See Offers

 Phones ⌄   Connected Home ⌄   Gaming   Laptops ⌄   Tablets ⌄   Accessories ⌄   Special Offers      

# Compare Pixelbook Go and Pixelbook



## Pixelbook Go

Made to move, with a lightweight design and long-lasting battery.[1]

Buy now



## Pixelbook

Super thin, 4-in-1 design with 360° hinge and Pixelbook Pen support.[3]

Buy now

---

Available Colors                                                                  Available Colors

      

## Operating system

Chrome OS with security and OS updates[2]

## Operating system

Chrome OS with security and OS updates[2]

## Display size

13.3" touchscreen

## Display size

12.3" touchscreen with Google Pixelbook Pen support[3]

## Display resolution

Full HD 1920x1080 (166 ppi)

or

4K Ultra HD Molecular Display™ 3840x2160 (331 ppi)

## Display resolution

Quad HD 2400x1600 (235 ppi)

## Processor

8th Gen Intel® Core™ m3, i5, or i7[4]

## Processor

7th Gen Intel® Core™ i5 or i7[4]

## Memory

## Memory

| | |
|---|---|
| 8 GB or 16 GB | 8 GB or 16 GB |

### Storage

64 GB, 128 GB, or 256 GB SSD[5]

### Storage

128 GB, 256 GB, or 512 GB SSD[5]

### Camera

Front 1080p Duo Cam

### Camera

Front 720p Cam

### Battery

Up to 12 hours[1]

### Battery

Up to 10 hours[1]

### Height

13.4mm (.5in)

### Height

10.3mm (.4in)

### Weight

Full HD: 2.3 lbs (1061g)[7]

4K Ultra HD Molecular Display: 2.4 lbs (1090g)[7]

### Weight

2.4 lbs (1.1kg)[7]

Ports

2 USB-C™6

3.5 mm headphone jack

Ports

2 USB-C™6

3.5 mm headphone jack

[1]Battery performance is based on a mix of video, web browsing, productivity and other uses. Actual results may vary.

[2]Auto-updates require Internet connection.

[3]Pixelbook Pen sold separately.

[4]Intel and Intel Core are trademarks of Intel Corporation in the U.S. and/or other countries.

[5]Storage specifications before formatting; actual formatted capacity will be less.

[6]USB-C is a trademark of USB Implementers Forum.

[7]Weight may vary by configuration and manufacturing process.



| Placing an order | Financing |
| Shipping options | Device recycling |

Tracking a package

Sustainability

Country availability

Gift returns

Repairs

Refurbished

Find a Nest Pro

tates

Privacy

Google Nest Commitment to Privacy

Sales Terms

Terms of Service

Careers