# EXHIBIT 31

**Shop gifts for family and friends this holiday season. See Offers**

 Phones ⌄    Connected Home ⌄    Gaming    Laptops ⌄    Tablets ⌄    Accessories ⌄    Special Offers        

# Pick your Pixel.







### Pixel 4 XL ⌄

$899

**Buy now**

Available colors

### Pixel 3 XL ⌄

$599  ~~$899~~

**Buy now**

Available colors

### Pixel 3a XL ⌄

$479

**Buy now**

Available colors

         

## Dimensions



2.9"w

## Dimensions



3.0"w

## Dimensions



3.0"w

## Display

Fullscreen 6.3 inch / 160.0 mm display

QHD+ flexible OLED at 537 ppi

HDR Support (UHDA Certification)

19:9

Smooth Display (up to 90hz)[1]

## Display

Fullscreen 6.3 inch / 160.0mm display

QHD+ flexible OLED at 523 ppi

HDR Support (UHDA Certification)

18.5:9

## Display

Fullscreen 6.0 inch / 152.4mm display

FHD+ OLED at 402 ppi

18:9

| | | |
|---|---|---|
| Ambient EQ | **Battery**[2] | **Battery**[2] |
| | 3430 mAh | 3700 mAh |
| **Battery**[2] | Fast wireless charging | Fast charging |
| 3700 mAh | All-day battery | All-day battery |
| Fast wireless charging | | |
| All-day battery | **Design** | **Design** |
| | Soft touch glass back | Polycarbonate unibody |
| **Design** | Active Edge™ | Active Edge™ |
| Soft touch glass back | Water resistant[3] | |
| Active Edge™ | | **Memory & Storage** |
| Water resistant[3] | **Memory & Storage** | 4GB RAM |
| | 4GB RAM | 64GB storage[4], plus unlimited storage for photos and videos at high quality with Google Photos[5] |
| **Memory & Storage** | Up to 128GB storage[4], plus unlimited storage at original quality with Google Photos[5] | |
| 6 GB RAM | | **Processors** |
| 64 GB or 128 GB[4], plus unlimited storage at high quality with Google Photos[5] | **Processors** | Qualcomm® Snapdragon™ 670 with Octa-Core |
| | Qualcomm® Snapdragon™ 845 with Octa-Core | Titan M security module[6] |
| **Processors** | Pixel Visual Core™ | |
| Qualcomm® Snapdragon™ 855 with Octa-Core | Titan M security module[6] | |
| Pixel Neural Core™ | | |

Titan M security module[6]

### Cameras

### Cameras

### Cameras

Rear camera

Rear camera

Rear camera

12.2 MP dual-pixel rear camera

12.2MP dual-pixel rear camera

12.2MP dual-pixel rear camera

$f$/1.7

$f$/1.8

$f$/1.8

Auto-focus with dual-pixel phase detection

Autofocus + dual pixel phase detection

Autofocus + dual pixel phase detection

Optical + electronic image stabilization

Optical + electronic image stabilization

Optical + electronic image stabilization

77° field of view

Dual-front camera

Front camera

1.4 μm pixel width

8MP wide-angle and normal cameras

8MP front camera

Wide-angle: $f$/2.2 aperture, fixed focus

$f$/2.0 aperture, fixed focus

16 MP telephoto camera

$f$/2.4

Auto-focus with phase detection

Optical + electronic image stabilization

Spectral + flicker sensor

52° field of view

1.0 μm pixel width

Front camera

8 MP wide-angle camera

ƒ/2.0, fixed focus

NIR flood emitter

NIR dot projector

2 NIR cameras

90° field of view

1.22 µm pixel width

### Camera Features

Group Selfie Cam

Night Sight

Top Shot

Portrait Mode

Super Res Zoom

Motion Auto Focus

HDR+

Frequent Faces

Dual exposure controls

Motion Sense

### Audio

Dual, stereo speakers

### Camera Features

Group Selfie Cam

Night Sight

Top Shot

Portrait Mode

Super Res Zoom

Motion Auto Focus

HDR+

### Audio

Dual, front-firing stereo speakers

USB-C™ audio

### Operating System

Android 9 Pie

### Camera Features

Night Sight

Top Shot

Portrait Mode

Motion Auto Focus

Super Res Zoom

HDR+

### Audio

Stereo speakers

USB-C™ audio

3.5mm audio jack

### Operating System

Android 9 Pie

Dual, stereo speakers

USB-C™ audio

**Operating System**

Android 10

Qualcomm is a trademark of Qualcomm Incorporated, registered in the United States and other countries, used with permission.

USB-Type C™ and USB-C™ are trademarks of USB Implementers Forum.

The Bluetooth® word mark and logos are registered trademarks owned by Bluetooth SIG, Inc.

¹Not available for all apps or content. Display automatically adjusts to optimize for best viewing and battery performance.

²Pixel 4 / Pixel 4 XL: Approximate battery life based on a mix of talk, data, standby, mobile hot spot and use of other features, with Motion Sense off and always on display off. Use of Motion Sense, an active display or data usage will decrease battery life. Pixel 4 and 4 XL testing conducted in Mountain View, California in August 2019 on pre-production hardware and software. Actual results may vary.

Pixel 3a and Pixel 3a XL: Approximate battery life based on a mix of talk, data, standby, mobile hot spot and use of other features, with always on display off. An active display or data usage will decrease battery life. Actual results may vary.

Pixel 3 and Pixel 3 XL : Approximate battery life based on a mix of talk, data, standby and use of

Pixel 3 and Pixel 3 XL: Approximate battery life based on a mix of talk, data, standby and use of other features, with always on display off and mobile hotspot off. An active display or data usage will decrease battery life. Wired charging: rates are based on use of the included charger. Wireless charging: Up to 10 W with Pixel 3 and Pixel 3 XL charging with Pixel Stand (sold separately). Actual results may vary.

Pixel 2 and Pixel 2 XL: Approximate battery life based on a mix of talk, data, and standby use with always on display off. Requires use of included charger. An active display or data usage will decrease battery life. Actual results may vary, see website for details.

Pixel and Pixel XL: Battery use statistics are approximate and represent mixed use of talk, standby, web browsing, and other features, according to an average user profile as defined by Google. Uses that involve an active display or data usage will use battery more quickly, actual results may vary. Charging rates are based on use of the included USB Type-C 18W charger.

[3]Pixel 4 and Pixel 4 XL: Pixel 4 and Pixel 4 XL have a water protection rating of IPX8 under IEC standard 60529. Charger and accessories are not water resistant. Water resistance is not a permanent condition and may be compromised due to normal wear and tear, repair, disassembly or damage.

Pixel 3 and Pixel 3 XL: Pixel 3 and Pixel 3 XL have a water protection rating of IPx8 under IEC standard 60529. Charger and accessories are not water resistant. Pixel 2 and Pixel 2 XL: Pixel 2 has a water protection rating of IP67 under IEC standard 60529. Charger and accessories are not water resistant.

[4]Storage specifications refer to capacity before formatting. Actual formatted capacity less.

[5]Pixel 4 and Pixel 4 XL: Google Photos offers unlimited online storage for all photos and videos uploaded in high-quality. Photos and videos uploaded in high-quality may be compressed or resized. Requires Google Account and internet connection. Data rates may apply.

g.co/help/photostorage

Pixel 3a and Pixel 3a XL: Google Photos offers free unlimited online storage for all photos and videos uploaded in high-quality. Photos and videos uploaded in high-quality may be compressed or resized. Requires Google Account. Data rates may apply. g.co/help/photostorage

Pixel 3 and Pixel 3 XL: Free unlimited online original-quality storage for all photos and videos uploaded to Google Photos from Pixel 3 through 1/31/2022. Photos and videos uploaded before 1/31/2022 will remain free at original-quality. Requires Google Account. Data rates may apply.

g.co/help/photostorage

Pixel 2 and Pixel 2 XL: Free, unlimited original-quality storage for photos and videos taken with

Compare Google Pixel Phones - Google Store                                12/6/19, 1:40 PM

Pixel 2 and Pixel 2 XL: Free, unlimited original quality storage for photos and videos taken with Pixel through the end of 2020, and free, unlimited high-quality storage for photos taken with Pixel afterwards.

Pixel and Pixel XL: Unlimited original quality storage of photos/videos taken with your Pixel, high quality for all other photos/videos. Requires Google Account. Data rates may apply.

⁶See g.co/pixel/security for additional security information.



| | |
|---|---|
| Placing an order | Financing |
| Shipping options | Device recycling |
| Tracking a package | Sustainability |
| Country availability | Gift returns |
| Repairs | Refurbished |
| Find a Nest Pro | |

