# EXHIBIT 40



# Methodology

1620 online surveys
   800 Smart Speaker owners
   820 Non-owners
   Adults 18+
   Data weighted to Smart Speaker owner
   estimates from Infinite Dial 2017

15 in-home interviews with Smart Speaker owners
   Conducted in Atlanta, Chicago, Los Angeles,
   New Jersey, and Allentown, PA









# Smart Speaker Owners:

Alexa only
76%

Google Home only
16%

Both
8%









# How many Smart Speakers do you own?
## Smart Speaker Owners

**One 58%**

**Two 24%**

**Three or more 18%**







# 45%
of Smart Speaker Owners

# plan to purchase another
# Smart Speaker







# Smart Speaker Owners

## Compared to the first month of ownership, are you now using your Smart Speaker...?



More often
47%

About the same
36%

Less often
17%





## Smart Speaker Owners
# Reasons for wanting a Smart Speaker:

| | |
|---|---|
| Listen to music | 90 |
| Ask questions without needing to type | 87 |
| It seemed like a fun new gadget | 86 |
| Listen to news and information | 77 |
| Control audio with your voice | 71 |
| To make it easier to do things | 69 |
| Quality of sound | 65 |
| Set alarms | 63 |

% saying reason

Page 1/2





## Smart Speaker Owners
# Reasons for wanting a Smart Speaker:

| Reason | % |
|---|---|
| Hear better music than on AM/FM radio | 62 |
| Discover new songs | 53 |
| Control smart home devices | 48 |
| Listen to talk radio/sports talk | 44 |
| Listen to podcasts | 40 |
| Replace an old stereo | 39 |
| Entertain children | 36 |
| Help Disability | 16 |
| Help elderly | 12 |

% saying reason

Page 2/2







# 42%
## of Smart Speaker Owners

# say that their Smart Speakers are essential to their everyday lives







How much do you agree/disagree…

Smart Speaker Owners
**Strongly Agree/Agree:**

# 65%

"You wouldn't want to go back to life without your Smart Speaker"





# Smart Speaker Owners
## % Using Smart Speaker regularly for the following:



| | |
|---|---|
| Play music | 68 |
| Get the weather | 58 |
| General question | 52 |
| News | 45 |
| Timers/Alarms | 43 |
| Check the time | 43 |
| AM/FM music radio | 38 |
| Control devices | 33 |
| AM/FM news talk | 32 |
| Add to to-do list | 26 |
| Sports update | 26 |
| Add to shopping list | 26 |
| Traffic | 24 |
| Check/add to calendar | 23 |

| | |
|---|---|
| Jokes | 22 |
| AM/FM sports radio | 22 |
| Cooking requests | 18 |
| Games | 18 |
| Podcasts | 17 |
| Stock prices | 16 |
| Translate | 14 |
| Audiobooks | 14 |
| Read to children | 14 |
| Find local businesses | 13 |
| Order food | 13 |
| Lead a workout | 12 |
| Order an item | 10 |
| Flight information | 10 |







# Smart Speaker Owners
## % Using Smart Speaker regularly for the following:

| Task | % | | Task | % |
|---|---|---|---|---|
| Play music | | | Jokes | 22 |
| Get the weather | | | AM/FM sports radio | 22 |
| General question | | | requests | 18 |
| News | | | Games | 18 |
| Timers/Alarms | | | Podcasts | 17 |
| Check the time | | | k prices | 16 |
| AM/FM music radio | | | ranslate | 14 |
| Control devices | | | diobooks | 14 |
| AM/FM news talk | 32 | | Read to children | 14 |
| Add to to-do list | 26 | | Find local businesses | 13 |
| Sports update | 26 | | Order food | 13 |
| Add to shopping list | 26 | | ad a workout | 12 |
| Traffic | 24 | | rder an item | 10 |
| Check/add to calendar | 23 | | Flight information | 10 |

**Using an average of**
58

**7.5**

**of these 28 task types regularly**





# Listen to Podcasts:

## Smart Speaker Owners: 70%

## Non-Owners: 45%





# How do you listen to audio most often?
## Smart Speaker Owners

| | |
|---|---|
| Smartphone/tablet | 28 |
| AM/FM Radio | 20 |
| Smart Speaker | 18 |
| Speaker connected to smartphone | 17 |
| Computer | 8 |
| iPod/Mp3 | 7 |
| CD | 2 |





# Listen to Internet Streaming sources:

## Smart Speaker Owners: 94%

## Non-Owners: 71%





# Have a paid subscription to an Internet Audio service:

**Smart Speaker Owners:** 57%

**Non-Owners:** 37%





How much do you agree/disagree...

Smart Speaker Owners
**Strongly Agree/Agree:**

# 28%

"Getting your Smart Speaker led you to pay for a music service subscription"





How much do you agree/disagree...

Smart Speaker Owners
**Strongly Agree/Agree:**

**70%**

"You are listening to more audio since you got your Smart Speaker"





# Smart Speaker Owners

**65%**
listening to more
**Music**
since getting speaker

**28%**
listening to more
**News/Talk**
since getting speaker

**20%**
listening to more
**Podcasts**
since getting speaker

**18%**
listening to more
**Audiobooks**
since getting speaker





Those who listen to
**Music**
on a Smart Speaker

Median
**4** hours **15** mins

of music listening
on a Smart Speaker
in the typical week

Those who listen to
**News**
on a Smart Speaker

Median
**1** hour **15** mins

of news listening
on a Smart Speaker
in the typical week

Those who listen to
**Podcasts**
on a Smart Speaker

Median
**1** hour **22** min

of podcast listening
on a Smart Speaker
in the typical week










How much do you agree/disagree...

Smart Speaker Owners
**Strongly Agree/Agree:**

**72%**

"You don't know enough about your Smart Speaker to use all its features"





# % using Smart home capabilities:

## Smart Speaker Owners

**Home lighting, thermostat, appliances** **35%**

**Home security** **34%**

**Outdoor lighting/ equipment, sprinklers** **20%**







# Smart Speaker Owners With Children in Household

# 57%

## said entertaining children was a reason for wanting Smart Speaker





How much do you agree/disagree...

Smart Speaker Owners
with children in household
**Strongly Agree/Agree:**

"The children in your household enjoy Alexa"

88%





How much do you agree/disagree...

Smart Speaker Owners
with children in household
**Strongly Agree/Agree:**

# 80%

"[Alexa/Google Home] has made it easier to entertain the children in the household"





How much do you agree/disagree...

Smart Speaker Owners
**Strongly Agree/Agree:**

# 61%

"Having your Smart Speaker is like having someone to talk to"





How much do you agree/disagree...

Smart Speaker Owners
**Strongly Agree/Agree:**

# 69%

"You have encouraged your friends to get a Smart Speaker"





# Reasons why you do not currently own a Smart Speaker:

**Base: Non-owners who have expressed interest in owning a smart speaker**

| | |
|---|---|
| Smart speakers are too expensive | **60** |
| You don't know enough about the speakers yet | **48** |
| You are worried you wouldn't use it enough | **41** |
| You worry that hackers could use it to access your home or personal info | **41** |
| It bothers you that smart speakers are always listening | **36** |
| You are worried you would spend more money with one | **35** |
| You worry that it could allow the government to listen | **34** |

% saying reason







# Smart Speakers...

...have quickly become
essential to many owners

...encourage more audio listening

...make life easier, especially for parents









