# EXHIBIT 41



The Keyword    Latest Stories    Product Updates    Company News



GOOGLE HOME

# Welcoming Mini and Max to the Google Home family



**Rishi Chandra**
VP, Product Management, Google Home

Published Oct 4, 2017

Today, we're welcoming two new products to the Google Home family: Google Home Mini is small and mighty for hands-free help in every room. And Google Home Max is our biggest and best-sounding Google Home ever. They're both radically helpful, and packed with the power of the Google Assistant, including some brand new features.

## Google Home Mini

Mini makes the Google Assistant more accessible than ever at home. We designed it to fit naturally in any room. It's sleek and smooth, with no corners or edges, and about the size of a donut. Its fabric enclosure is durable, yet transparent enough to let through both light and sound. The LEDs under the fabric light up to show you when your Assistant hears you. And it projects 360-degree sound so you'll never miss a beat. With far-field microphones, Mini can hear you even when there's music playing or there's other noise in the background. Mini comes in three colors—Chalk, Charcoal and Coral. At $49, Google Home Mini works on its own or you can have a few around the house, giving you the power of Google anywhere in your home.



## Google Home Max

Max redefines audio, in a way that only Google can—with AI. Its high-fidelity sound is built on a foundation of premium hardware. With dual 4.5-inch high-excursion woofers, you'll get deep, balanced bass. And Max can play loud, really loud… so you can fill even the largest room in your home with your favorite music. In fact, it's 20 times more powerful than the original Google Home.

Max is our first speaker with Smart Sound, a new audio experience powered by Google's artificial intelligence. It's what allows Max to adapt to you—your environment, your context, and your preferences. Smart Sound automatically adjusts for where you place Max in a room, so if you decide to move your speaker a few feet, it will dynamically tune itself within seconds.

Max works with a wide range of music services and supports Bluetooth and auxiliary port . And Max was made to fit your space and style; it can be placed vertically or horizontally and comes in two colors—Chalk and Charcoal.



## The Google Assistant

The entire Google Home family has the Assistant built in, so you can get answers from Google, tackle your day, enjoy your entertainment, and control your smart home. The Google Assistant is the only assistant that recognizes your voice, and up to five others in your home, so that you can all get a personalized experience The Assistant is always getting better, and today we're introducing a few new features:

*Help with everyday routines*
You can already say "Hey Google, good morning" to hear about your day, including your personalized schedule, commute time, the weather and news. Soon your Assistant will be even more helpful with your daily routines. With a single command, you can control multiple smart home devices plus get information you need in the moment. So "Hey Google, goodnight!" can turn off your lights, turn down the temperature, and let you know tomorrow's first meeting.

You can also broadcast a message to let the family know when it's time to get a move on. Just say "Hey Google, broadcast it's time to leave for soccer practice!" and it'll play on the other Google Home devices around the house.

*Features for families*
We're making Google Home more fun for the whole family, with 50+ new experiences for you to try out. Learn something new, or imagine with storytime. There are also plenty of fun activities; go on an adventure with Mickey Mouse, identify your alter ego with the Justice League D.C. Super heroes, or play Freeze Dance in your living room. These experiences will be supported by Family Link accounts on the Assistant, letting parents create accounts for their children under 13.

*Smarter home*
Now you can control more than 1,000 smart home products from 100+ brands, with just your voice. Starting today, we're also introducing new ways to control your Nest products. If you have a

Chromecast, you can keep an eye on your home with just your voice. Say "Hey Google, show me the the backyard" to see a live feed, right on your TV. And it won't stop there; learn more about the ways that Nest will work with your Google Assistant in the Nest Blog.

Learn more about all the new features available from the Google Assistant in this post.

## Availability

Google Home Mini is $49 and will be available in stores starting October 19. You can pre-order yours online today at the Google Store, Best Buy, Walmart, Target, Verizon and more. Mini will also be available in the U.K., Canada, Germany, France, Australia, and soon Japan. Voice Match is now available in those countries as well. Google Home Max will launch in the U.S. for $399 and comes with 12 months of ad-free YouTube Music—this offer is for new subscribers only and you have until February to claim it (check out the terms). Starting November 13, you can pre-order online from the Google Store, Best Buy and other retailers.

**POSTED IN:**

GOOGLE HOME —
GOOGLE ASSISTANT

---

**RELATED ARTICLES**



 Our hardware sustainability commitments

 Make your smart home more accessible with new tutorials

