# EXHIBIT 42

9/28/2020 Packaging for Google's Nest Audio smart speaker and new Chromecast leaks - https___www.theverge.com_2020_9_24_21454200_g...

Case 3:21-cv-07559-WHA    Document 50-4    Filed 02/18/21    Page 2 of 4





GOOGLE \ TECH

# Packaging for Google's Nest Audio smart speaker and new Chromecast leaks

Take a look at the boxes for the two devices

By Jon Porter | @JonPorty | Sep 24, 2020, 8:21am EDT

f  y  SHARE



Walmart already has Google's new smart speaker visible on its shelves. | Image: Marcos Frausto

Two of Google's products that will almost certainly be announced next week have seen their packaging leak. There's an upcoming Nest Audio smart speaker, spotted on Walmart's shelves and online at Lowe's. Meanwhile, someone else got their hands on a new TV dongle called the Chromecast with Google TV.

The smart speaker was photographed at Walmart and posted to Twitter, where it was spotted by 9to5Google. The images don't give many new hints about the device beyond what's already leaked and been announced by Google, but it confirms the name, and that it will come equipped with Google Assistant (obviously). The Lowe's listing, which was spotted by WinFuture's Roland Quandt, says the smart speaker will support the "smart sound" room-tuning feature first seen on the Google Home Max. Quandt reports that the speaker will retail for $99.99.











Meanwhile, Android Police reports that someone over on Reddit got their hands on the Chromecast with Google TV dongle ahead of its announcement and has posted a video of its retail packaging. Much like the Nest Audio, multiple leaks over the past few months have already given us a pretty good idea of what to expect from the device. It will run Android TV, which is apparently being rebranded as Google TV, and you'll be able to control it with an included remote. You'll also be able to "cast" content to it from compatible apps. It could offer the best of both worlds between an Android TV box and a slimline Chromecast dongle.

(sound off) new chromecast?



Google has already all but confirmed that both devices will appear at its September 30th hardware event where it says it plans to detail a "new Chromecast" and its "latest smart speaker" alongside its new Pixel phones. Given that retail packaging for both devices is already leaking out, both seem likely to release soon after the event.

CONTENT BY THE VERGE





### NEXT UP IN TECH

Get a year of PlayStation Plus for half off before the PS5 comes out
The original FarmVille on Facebook is shutting down at the end of the year
Dell announces new XPS 13 and XPS 13 2-in-1 with Tiger Lake processors
A week with the Xbox Series X: load times, game performance, and more
Roku's Streambar is a compact soundbar with built-in streaming smarts
The new Roku Ultra has Dolby Vision and improved Wi-Fi performance



THE VERGE

Terms of Use • Privacy Notice • Cookie Policy • Do Not Sell My Personal Info •
Licensing FAQ • Accessibility • Platform Status
Contact • Tip Us • Community Guidelines • About • Ethics Statement

VOXMEDIA
Advertise with us
Jobs @ Vox Media
© 2020 Vox Media, LLC. All Rights Reserved