# EXHIBIT 14



| What is Sky Q? | What is HDR? | How to watch Amazon Prime Video | Upcoming TV Shows | Best Blu-ray players |

Best 4K TVs

| Search Pocket-lint | search |

Home > TV > TV news > Google TV news

# New Chromecast Audio features let you play hi-res audio in every room at once

Elyse Betters | 10 December 2015

POCKET-LINT







**PROMOTION** Best TV and movies you must not miss this week: Shazam!, This is Football and more

Source: Google

| SECTIONS | GOOGLE | SPEAKERS |

Google just updated its audio-only dongle in a major way.

Chromecast Audio is a new $35 device from Google. It's all about streaming audio from online services over Wi-Fi to otherwise offline speakers, thus bringing the simplicity we loved about the original Chromecast to our until-now disconnected speakers. Pocket-lint's review will tell you more about it.

And today it's been updated to make it more comparable to Sonos, a smart speaker system that wirelessly streams all your Hi-Fi music to any room, or every room. You control your Sonos experience with one app. Well, thanks to a new software rollout, Chromecast Audio can pretty much do the same thing.

READ: Sonos: What is it and what are the alternatives?

Google has given the hockey-puck-shaped device support for high-resolution audio. It supports up to 96KHz/24bit lossless audio playback, which is greater than CD quality. Go here to learn more about hi-res audio. Of course you'll still need high fidelity audio equipment/speakers in order for this feature to work.

Apart from hi-res audio, the Chromecast Audio now offers a multi-room feature, so you can fill every room, or wherever you have a Chromecast Audio connected, with synchronous tunes. It groups your dongles together so you can stream the same song to multiple speakers at once.

Sort of how you control Sonos through its app, you can use the Chromecast app for iOS or Android to create groups for your Chromecast Audio-connected

speakers, and then those groups will appear as streaming options when you press the cast button in supported apps and streaming services.

These new features will arrive today as an automatic software update.

## Popular In TV

ADVERTISEMENT



32" Class UltraFine™
4K Monitor with Thunderbolt™ 3
LG



What order should you watch every Marvel movie and TV show?



Samsung Q85R 4K TV review: Powerful picture performance



Reminder: UltraViolet closes down on 31 July, your digital film library is in danger of

deletion

ADVERTISEMENT



Toshiba Connect integrates Amazon Alexa into its 2019 TVs, the UL7A & UL5A

Best upcoming TV shows on Netflix and Amazon Prime Video

## You May Also Like



90% of People Have No Idea What These Two Little Holes Are For
Buzzworthy

7 Time Illinois Lotto Winner Reveals the Truth: How to Win Any Lottery
Daily News

Human Barbie Takes off Makeup, Doctors Have No Words
Routinejournal



This is the Real Reason 'Bewitched' Was Cancelled!
Routinejournal

Archaeologists Finally Know Who Really Built The Pyramids...And It Changes
Brainstay.com

Remember Linda Kozlowski? Take a Deep Breath Before You See Her Now
Routinejournal










## Three tech stories straight to your inbox hand-picked by Stuart Miles, Pocket-lint founder. Weekdays.

**Email Address**

Subscribe

No spam, we promise. You can unsubscribe at any time and we'll never share your details without your permission.

Pocket-lint Ga...

**Popular sect...**
Smartwatches

Site map  |  C...
Advertise on...

2003 - 2019 ©...
number 5237...



