# EXHIBIT 19

















