# EXHIBIT 20



AdChoices ▷

# Google renames Home Hub to the Nest Hub and releases a 10-inch Nest Hub Max

**Brian Heater**  @bheater  /  1:21 pm CDT • May 7, 2019          💬 Comment



The Home Hub has been a hit for **Google,** ⓘ eclipsed only by the Mini in its smart home hardware line. That's for good reason, of course. The device is the ideal size and priced well, making it a minimally invasive device for a living room or kitchen. Among other things, it marked a great alternative to the bulky Echo Show. And now it's called the **Nest** ⓘ Hub.

Today at Google I/O, Google announced a shift in its smart home device brands. Everything will be under a Nest banner, starting with renaming the Google Home Hub to the Nest Hub.

For those looking for something a little heartier, Google just announced the Nest Hub Max. Part of the rebranded Nest

Google renames Home Hub to the Nest Hub and releases a 10-inch Nest Hub Max | TechCrunch

12/5/19, 3:54 PM

Displays, the product offers up a 10-inch display. Even more interesting, however, is the addition of a camera — something that was notably missing from the 7-inch Home. It initially seemed like a strange thing to overlook, but in a time when everyone's on edge about personal privacy, it was honestly a bit refreshing.

As its name implied, smart home control was always a key focus for the Home Hub. The newfound association with the Nest line, coupled with a built-in Nest security camera, finds Google doubling down on that functionality. The Nest name certainly makes sense from the standpoint of the company's home security and automation features, while also helping Google reassert its commitment to the company it purchased in 2014. The Max also features an improved speaker set with a rear-facing subwoofer.

Hub Max is designed to be used by everyone in the home and personalizes the responses based off the user's voice or face detection. This allows the device to display information most relevant to the user.

Last year, Google moved away from letting Nest operate independently, instead rolling it up into its hardware division. The launch of the Nest Hub Max represents a key step toward that hardware synergy.

With this rebranding, the Nest Hub gets a lower price of $129 (though the Home Hub can be readily purchased for much less) and the Nest Hub Max will cost $229.



## Conversation 🔔

Be the first to comment...

Terms · Privacy

Add Spot.IM to your site



Disrupt Berlin 2019

**The excitement kicks off next week**

Berlin
Dec 11 - 12

Get Yours Now

IDC Whitepaper:

Learn how IT leaders get ahead in the race to digital transformation.

SAP

AdChoices ▷

Google renames Home Hub to the Nest Hub and releases a 10-inch Nest Hub Max | TechCrunch                                12/5/19, 3:54 PM

**Sign up for Newsletters**

- [ ] The Daily Crunch
- [ ] Week in Review
- [ ] Extra Crunch Roundup
- [ ] Startups Weekly
- [ ] The Station
- [ ] Max Q (coming soon) - A newsletter about space
- [ ] Event Updates
- [ ] Sponsorship Insider
- [ ] Crunchbase Daily

See all newsletters

Email *

[ Subscribe ]

https://tcrn.ch/2JoGSKk    [ Copy ]

## Tags

Gadgets                 Hardware

Google [cb]             Google I/O 2019

Nest [cb]

---

### Gift Guide: Gifts for the promising podcaster

Brian Heater

3:05 pm CST  •  December 5, 2019



---

### New tweet generator mocks venture capitalists

Kate Clark

2:50 pm CST  •  December 5, 2019



---

### Google's AI-powered voice recorder and transcription app comes to older Pixel phones

Sarah Perez

2:34 pm CST  •  December 5, 2019



---

E  Extra Crunch

### A look at Latin America's emerging fintech trends

Thiago Paiva

2:28 pm CST  •  December 5, 2019



---

### Daily Crunch: Imgur launches an app for gaming memes

Anthony Ha

1:38 pm CST  •  December 5, 2019



---

Google renames Home Hub to the Nest Hub and releases a 10-inch Nest Hub Max | TechCrunch                    12/5/19, 3:54 PM

### Qualcomm launches the XR2 platform for 5G-connected AR and VR devices

**Frederic Lardinois**
1:00 pm CST  •  December 5, 2019



### Einride to launch commercial pilot of driverless electric pods with Coca-Cola European Partners

**Darrell Etherington**
12:39 pm CST  •  December 5, 2019



### Airbnb officially bans all open-invite parties and events

**Kate Clark**
12:35 pm CST  •  December 5, 2019



### Future iPhones could drop charging ports altogether

**Brian Heater**
12:33 pm CST  •  December 5, 2019



### Chirp debuts a faster, feature-filled Twitter app for Apple Watch

**Sarah Perez**
12:33 pm CST  •  December 5, 2019



### AI-enabled assistant robot returning to the Space Station with improved emotional intelligence

**Darrell Etherington**
12:32 pm CST  •  December 5, 2019





### Inside VSCO, a Gen Z-approved photo-sharing app, with CEO Joel Flory

**Kate Clark**
12:29 pm CST  •  December 5, 2019

### After criticism, Homeland Security drops plans to expand airport face recognition scans to US citizens

**Zack Whittaker**
12:27 pm CST • December 5, 2019



### Waymo robotaxi app arrives on the App Store

**Kirsten Korosec**
12:00 pm CST • December 5, 2019



### SpaceX successfully launches re-used Dragon cargo capsule for its third trip to the Space Station

**Darrell Etherington**
11:37 am CST • December 5, 2019



### Apple says its ultra wideband technology is why newer iPhones appear to share location data, even when the setting is disabled

**Zack Whittaker**
11:30 am CST • December 5, 2019



### Uniform Teeth raises $10 million for its teeth-straightening operations

**Megan Rose Dickey**
11:00 am CST • December 5, 2019



### Figma launches Auto Layout

**Jordan Crook**
10:30 am CST • December 5, 2019



### Spotify Wrapped expands to include your favorite music from the decade, plus podcaster metrics

**Sarah Perez**
10:29 am CST • December 5, 2019



É **Extra Crunch**

### Design may be the next entrepreneurial gold rush

**Jordan Crook**
9:37 am CST • December 5, 2019



TechCrunch    Privacy Policy    Do Not Sell My Personal Information    About Our Ads    Code of Conduct    Terms of Service

© 2019 Verizon Media. All rights reserved. Powered by WordPress VIP. Fonts by TypeKit.