# EXHIBIT 28

Compare Google Pixel Phones - Google Store                                                                                                12/5/19, 4:07 PM

**Shop gifts for family and friends this holiday season.  See Offers**

 Phones ⌄   Connected Home ⌄   Gaming   Laptops ⌄   Tablets ⌄   Accessories ⌄   Special Offers      

# Pick your Pixel.







| Pixel 4 ⌄ | Pixel 3 ⌄ | Pixel 3a ⌄ |
|---|---|---|
| $799 | $799 | $399 |
| Buy now | Buy now | Buy now |

Available colors            Available colors            Available colors

| | | |
|---|---|---|
|    |    |    |

## Dimensions



5.7"h   5.7"d

2.7"w

## Dimensions



5.7"h   5.5"d

2.7"w

## Dimensions





6.0"h   5.6"d

2.8"w

## Display

Fullscreen 5.7 inch/ 144.7 mm display

FHD+ flexible OLED at 444 ppi

HDR Support (UHDA Certification)

19:9

Smooth Display (up to 90hz)[1]

## Display

Fullscreen 5.5 inch / 139.7mm display

FHD+ flexible OLED at 443 ppi

HDR Support (UHDA Certification)

18:9

## Display

Fullscreen 5.6 inch / 142.2mm display

FHD+ OLED at 441 ppi

18.5:9

| | | |
|---|---|---|
| Ambient EQ | **Battery**[2] | **Battery**[2] |
| | 2915 mAh | 3000 mAh |
| **Battery**[2] | Fast wireless charging | Fast charging |
| 2800 mAh | All-day battery | All-day battery |
| Fast wireless charging | | |
| All-day battery | **Design** | **Design** |
| | Soft touch glass back | Polycarbonate unibody |
| **Design** | Active Edge™ | Active Edge™ |
| Soft touch glass back | Water resistant[3] | |
| Active Edge™ | | |
| Water resistant[3] | **Memory & Storage** | **Memory & Storage** |
| | 4GB RAM | 4GB RAM |
| **Memory & Storage** | Up to 128GB storage[4], plus unlimited storage at original quality with Google Photos[5] | 64GB storage[4], plus unlimited storage for photos and videos at high quality with Google Photos[5] |
| 6 GB RAM | | |
| 64 GB or 128 GB[4], plus unlimited storage at high quality with Google Photos[5] | **Processors** | **Processors** |
| | Qualcomm® Snapdragon™ 845 with Octa-Core | Qualcomm® Snapdragon™ 670 with Octa-Core |
| **Processors** | Pixel Visual Core™ | Titan M security module[6] |
| Qualcomm® Snapdragon™ 855 with Octa-Core | Titan M security module[6] | |
| Pixel Neural Core™ | | |

Pixel Neural Core

Titan M security module[6]

### Cameras

Rear camera

12.2 MP dual-pixel rear camera

$f$/1.7

Auto-focus with dual-pixel phase detection

Optical + electronic image stabilization

77° field of view

1.4 µm pixel width

16 MP telephoto camera

$f$/2.4

Auto-focus with phase detection

Optical + electronic image stabilization

Spectral + flicker sensor

52° field of view

1.0 µm pixel width

### Cameras

Rear camera

12.2 MP dual-pixel rear camera

$f$/1.8

Autofocus + dual pixel phase detection

Optical + electronic image stabilization

Dual-front camera

8MP wide-angle and normal cameras

Wide-angle: $f$/2.2 aperture, fixed focus

### Cameras

Rear camera

12.2MP dual-pixel rear camera

$f$/1.8

Autofocus + dual pixel phase detection

Optical + electronic image stabilization

Front camera

8MP front camera

$f$/2.0 aperture, fixed focus

| | | |
|---|---|---|
| Front camera | | |
| 8 MP wide-angle camera | | |
| ƒ/2.0, fixed focus | **Camera Features** | **Camera Features** |
| NIR flood emitter | Group Selfie Cam | Night Sight |
| NIR dot projector | Night Sight | Top Shot |
| 2 NIR cameras | Top Shot | Portrait Mode |
| 90° field of view | Portrait Mode | Motion Auto Focus |
| 1.22 µm pixel width | Super Res Zoom | Super Res Zoom |
| | Motion Auto Focus | HDR+ |
| **Camera Features** | HDR+ | |
| Group Selfie Cam | | |
| Night Sight | | |
| Top Shot | | |
| Portrait Mode | | **Audio** |
| Super Res Zoom | **Audio** | Stereo speakers |
| Motion Auto Focus | Dual, front-firing stereo speakers | USB-C™ audio |
| HDR+ | USB-C™ audio | 3.5mm audio jack |
| Frequent Faces | | |
| Dual exposure controls | | |
| Motion Sense | | **Operating System** |
| | **Operating System** | Android 9 Pie |
| **Audio** | Android 9 Pie | |
| Dual, stereo speakers | | |

Dual, stereo speakers

USB-C™ audio

**Operating System**

Android 10

Qualcomm is a trademark of Qualcomm Incorporated, registered in the United States and other countries, used with permission.

USB-Type C™ and USB-C™ are trademarks of USB Implementers Forum.

The Bluetooth® word mark and logos are registered trademarks owned by Bluetooth SIG, Inc.

¹Not available for all apps or content. Display automatically adjusts to optimize for best viewing and battery performance.

²Pixel 4 / Pixel 4 XL: Approximate battery life based on a mix of talk, data, standby, mobile hot spot and use of other features, with Motion Sense off and always on display off. Use of Motion Sense, an active display or data usage will decrease battery life. Pixel 4 and 4 XL testing conducted in Mountain View, California in August 2019 on pre-production hardware and software. Actual results may vary.

Pixel 3a and Pixel 3a XL: Approximate battery life based on a mix of talk, data, standby, mobile hot spot and use of other features, with always on display off. An active display or data usage will decrease battery life. Actual results may vary.

Pixel 3 and Pixel 3 XL : Approximate battery life based on a mix of talk, data, standby and use of

Pixel 3 and Pixel 3 XL: Approximate battery life based on a mix of talk, data, standby and use of other features, with always on display off and mobile hotspot off. An active display or data usage will decrease battery life. Wired charging: rates are based on use of the included charger. Wireless charging: Up to 10 W with Pixel 3 and Pixel 3 XL charging with Pixel Stand (sold separately). Actual results may vary.

Pixel 2 and Pixel 2 XL: Approximate battery life based on a mix of talk, data, and standby use with always on display off. Requires use of included charger. An active display or data usage will decrease battery life. Actual results may vary, see website for details.

Pixel and Pixel XL: Battery use statistics are approximate and represent mixed use of talk, standby, web browsing, and other features, according to an average user profile as defined by Google. Uses that involve an active display or data usage will use battery more quickly, actual results may vary. Charging rates are based on use of the included USB Type-C 18W charger.

[3]Pixel 4 and Pixel 4 XL: Pixel 4 and Pixel 4 XL have a water protection rating of IPX8 under IEC standard 60529. Charger and accessories are not water resistant. Water resistance is not a permanent condition and may be compromised due to normal wear and tear, repair, disassembly or damage.

Pixel 3 and Pixel 3 XL: Pixel 3 and Pixel 3 XL have a water protection rating of IPx8 under IEC standard 60529. Charger and accessories are not water resistant. Pixel 2 and Pixel 2 XL: Pixel 2 has a water protection rating of IP67 under IEC standard 60529. Charger and accessories are not water resistant.

[4]Storage specifications refer to capacity before formatting. Actual formatted capacity less.

[5]Pixel 4 and Pixel 4 XL: Google Photos offers unlimited online storage for all photos and videos uploaded in high-quality. Photos and videos uploaded in high-quality may be compressed or resized. Requires Google Account and internet connection. Data rates may apply.

[g.co/help/photostorage](g.co/help/photostorage)

Pixel 3a and Pixel 3a XL: Google Photos offers free unlimited online storage for all photos and videos uploaded in high-quality. Photos and videos uploaded in high-quality may be compressed or resized. Requires Google Account. Data rates may apply. [g.co/help/photostorage](g.co/help/photostorage)

Pixel 3 and Pixel 3 XL: Free unlimited online original-quality storage for all photos and videos uploaded to Google Photos from Pixel 3 through 1/31/2022. Photos and videos uploaded before 1/31/2022 will remain free at original-quality. Requires Google Account. Data rates may apply.

[g.co/help/photostorage](g.co/help/photostorage)

Pixel 2 and Pixel 2 XL: Free, unlimited original-quality storage for photos and videos taken with

Pixel 2 and Pixel 2 XL: Free, unlimited original quality storage for photos and videos taken with Pixel through the end of 2020, and free, unlimited high-quality storage for photos taken with Pixel afterwards.

Pixel and Pixel XL: Unlimited original quality storage of photos/videos taken with your Pixel, high quality for all other photos/videos. Requires Google Account. Data rates may apply.

[6]See g.co/pixel/security for additional security information.

Google Store

| | |
|---|---|
| Placing an order | Financing |
| Shipping options | Device recycling |
| Tracking a package | Sustainability |
| Country availability | Gift returns |
| Repairs | Refurbished |
| Find a Nest Pro | |

tates    Privacy  Google Nest  mmitment to Privacy    Sales Terms    Terms of Service    Careers