# EXHIBIT 40



# Methodology

**1620 online surveys**
- 800 Smart Speaker owners
- 820 Non-owners
- Adults 18+
- Data weighted to Smart Speaker owner estimates from Infinite Dial 2017

**15 in-home interviews with Smart Speaker owners**
- Conducted in Atlanta, Chicago, Los Angeles, New Jersey, and Allentown, PA







## Smart Speaker Ownership

THE INFINITE DIAL 2017

Total Population 12+

Amazon Alexa* — 5%

Google Home — 2%

Own either Amazon Alexa or Google Home — 7%

*Asked as "Amazon Echo or Amazon Dot, which uses the Alexa voice service"

% owning smart speaker

The Infinite Dial  © 2017 Edison Research and Triton Digital









# Smart Speaker Owners:

Alexa only 76%

Google Home only 16%

Both 8%







How many Smart Speakers do you own?

Smart Speaker Owners

One 58%

Two 24%

Three or more 18%



# 45%

of Smart Speaker Owners

## plan to purchase another Smart Speaker







# Smart Speaker Owners

## Compared to the first month of ownership, are you now using your Smart Speaker...?



More often
47%

About the
same
36%

Less often
17%





**Smart Speaker Owners**

# Reasons for wanting a Smart Speaker:

| Reason | % |
|---|---|
| Listen to music | 90 |
| Ask questions without needing to type | 87 |
| It seemed like a fun new gadget | 86 |
| Listen to news and information | 77 |
| Control audio with your voice | 71 |
| To make it easier to do things | 69 |
| Quality of sound | 65 |
| Set alarms | 63 |

% saying reason

Page 1/2







**Smart Speaker Owners**

# Reasons for wanting a Smart Speaker:

| Reason | % |
|---|---|
| Hear better music than on AM/FM radio | 62 |
| Discover new songs | 53 |
| Control smart home devices | 48 |
| Listen to talk radio/sports talk | 44 |
| Listen to podcasts | 40 |
| Replace an old stereo | 39 |
| Entertain children | 36 |
| Help Disability | 16 |
| Help elderly | 12 |

% saying reason

Page 2/2

npr



edison research



**42%** of Smart Speaker Owners **say that their Smart Speakers are essential to their everyday lives**





How much do you agree/disagree...

Smart Speaker Owners
**Strongly Agree/Agree:**

# 65%

"You wouldn't want to go back to life without your Smart Speaker"





# Smart Speaker Owners
# % Using Smart Speaker regularly for the following:



| | |
|---|---|
| Play music | 68 |
| Get the weather | 58 |
| General question | 52 |
| News | 45 |
| Timers/Alarms | 43 |
| Check the time | 43 |
| AM/FM music radio | 38 |
| Control devices | 33 |
| AM/FM news talk | 32 |
| Add to to-do list | 26 |
| Sports update | 26 |
| Add to shopping list | 26 |
| Traffic | 24 |
| Check/add to calendar | 23 |

| | |
|---|---|
| Jokes | 22 |
| AM/FM sports radio | 22 |
| Cooking requests | 18 |
| Games | 18 |
| Podcasts | 17 |
| Stock prices | 16 |
| Translate | 14 |
| Audiobooks | 14 |
| Read to children | 14 |
| Find local businesses | 13 |
| Order food | 13 |
| Lead a workout | 12 |
| Order an item | 10 |
| Flight information | 10 |




edison research



# Smart Speaker Owners
## % Using Smart Speaker regularly for the following:

| Task | % |
|---|---|
| Play music | |
| Get the weather | |
| General question | |
| News | |
| Timers/Alarms | |
| Check the time | |
| AM/FM music radio | |
| Control devices | |
| AM/FM news talk | 32 |
| Add to to-do list | 26 |
| Sports update | 26 |
| Add to shopping list | 26 |
| Traffic | 24 |
| Check/add to calendar | 23 |

| Task | % |
|---|---|
| Jokes | 22 |
| AM/FM sports radio | 22 |
| requests | 18 |
| Games | 18 |
| Podcasts | 17 |
| ...k prices | 16 |
| ...ranslate | 14 |
| ...diobooks | 14 |
| Read to children | 14 |
| Find local businesses | 13 |
| Order food | 13 |
| ...ead a workout | 12 |
| ...rder an item | 10 |
| Flight information | 10 |

**Using an average of 58**

**7.5 of these 28 task types regularly**




edison research

# Listen to Podcasts:

## Smart Speaker Owners:

# 70%

## Non-Owners:

# 45%





# How do you listen to audio most often?
## Smart Speaker Owners



- Smartphone/tablet — 28
- AM/FM Radio — 20
- Smart Speaker — 18
- Speaker connected to smartphone — 17
- Computer — 8
- iPod/Mp3 — 7
- CD — 2





# Listen to Internet Streaming sources:

**Smart Speaker Owners:** 

## 94%

**Non-Owners:**

## 71%





# Have a paid subscription to an Internet Audio service:

**Smart Speaker Owners:** <span style="color:red">**57%**</span>

**Non-Owners:** <span style="color:red">**37%**</span>





How much do you agree/disagree...

Smart Speaker Owners
**Strongly Agree/Agree:**

28%

"Getting your Smart Speaker led you to pay for a music service subscription"





How much do you agree/disagree...

Smart Speaker Owners
**Strongly Agree/Agree:**

# 70%

"You are listening to more audio since you got your Smart Speaker"





# Smart Speaker Owners

**65%**
listening to more
## Music
since getting speaker

**28%**
listening to more
## News/Talk
since getting speaker

**20%**
listening to more
## Podcasts
since getting speaker

**18%**
listening to more
## Audiobooks
since getting speaker





Those who listen to
**Music**
on a Smart Speaker

Median
**4** hours **15** mins

of music listening
on a Smart Speaker
in the typical week

Those who listen to
**News**
on a Smart Speaker

Median
**1** hour **15** mins

of news listening
on a Smart Speaker
in the typical week

Those who listen to
**Podcasts**
on a Smart Speaker

Median
**1** hour **22** min

of podcast listening
on a Smart Speaker
in the typical week







# 29%
of Smart Speaker Owners

# use the "Flash/News briefing" feature on their Smart Speakers



How much do you agree/disagree...

Smart Speaker Owners
**Strongly Agree/Agree:**

72%

"You don't know enough about your Smart Speaker to use all its features"





# % using Smart home capabilities:

## Smart Speaker Owners

**Home lighting, thermostat, appliances** — **35%**

**Home security** — **34%**

**Outdoor lighting/ equipment, sprinklers** — **20%**







# Smart Speaker Owners With Children in Household

# 57%

## said entertaining children was a reason for wanting Smart Speaker





How much do you agree/disagree...

Smart Speaker Owners
**with children in household**
**Strongly Agree/Agree:**

"The children in your household enjoy Alexa"

# 88%





How much do you agree/disagree...

Smart Speaker Owners
with children in household
**Strongly Agree/Agree:**

# 80%

"[Alexa/Google Home] has made it easier to entertain the children in the household"





How much do you agree/disagree...

Smart Speaker Owners
**Strongly Agree/Agree:**

# 61%

"Having your Smart Speaker is like having someone to talk to"





How much do you agree/disagree...

Smart Speaker Owners
**Strongly Agree/Agree:**

# 69%

"You have encouraged your friends to get a Smart Speaker"





# Reasons why you do not currently own a Smart Speaker:

**Base: Non-owners who have expressed interest in owning a smart speaker**

Smart speakers are too expensive **60**

You don't know enough about the speakers yet **48**

You are worried you wouldn't use it enough **41**

You worry that hackers could use it to access your home or personal info **41**

It bothers you that smart speakers are always listening **36**

You are worried you would spend more money with one **35**

You worry that it could allow the government to listen **34**

% saying reason







**Non-Owners**

## How likely are you to purchase a Smart Speaker in the next six months?

Very likely
13%

Not at all likely
46%

Somewhat likely
41%

# Smart Speakers...

...have quickly become essential to many owners

...encourage more audio listening

...make life easier, especially for parents









