# EXHIBIT 42

9/28/2020 Packaging for Google's Nest Audio smart speaker an... https___www.theverge.com_2020_9_24_21453200_g...

Case 3:21-cv-07559-WHA Document 51-42 Filed 02/23/21 Page 2 of 4























Google has already all but confirmed that both devices will appear at its September 30th hardware event where it says it plans to detail a "new Chromecast" and its "latest smart speaker" alongside its new Pixel phones. Given that retail packaging for both devices is already leaking out, both seem likely to release soon after the event.

CONTENT BY THE VERGE





### NEXT UP IN TECH

Get a year of PlayStation Plus for half off before the PS5 comes out
The original FarmVille on Facebook is shutting down at the end of the year
Dell announces new XPS 13 and XPS 13 2-in-1 with Tiger Lake processors
A week with the Xbox Series X: load times, game performance, and more
Roku's Streambar is a compact soundbar with built-in streaming smarts
The new Roku Ultra has Dolby Vision and improved Wi-Fi performance



THE VERGE

Terms of Use • Privacy Notice • Cookie Policy • Do Not Sell My Personal Info •
Licensing FAQ • Accessibility • Platform Status
Contact • Tip Us • Community Guidelines • About • Ethics Statement

VOXMEDIA
Advertise with us
Jobs @ Vox Media
© 2020 Vox Media, LLC. All Rights Reserved