# EXHIBIT 43

9/28/2020 Google Nest and Google Home device firmware ve... - https___support.google.com_googlenest_answer_7... 

Case 3:21-cv-07559-WHA    Document 51-43    Filed 02/23/21    Page 2 of 2

