# EXHIBIT 44



The upgraded multi-room control works inside a number of your favourite music apps, like Spotify, Apple Music, YouTube Music, and more. If the app already supports the ability to Cast your audio to a Google Assistant-enabled speaker or a Chromecast, then you'll be able to bundle a few speakers together to create a haphazard grouping. Tapping on the Cast icon in the corner of the screen when any audio content is playing will let you add or remove your other devices throughout your home.

If you have a Google Nest Hub, or another smart display, in your home, you don't even need to pull out your smartphone. Instead you'll be able to use a new interface included in the clever gadget to quickly tick or untick speakers on your network. Just like Sonos, you can also change the volume on each speaker individually from the main interface.

PROMOTED STORY



Dr. Ron Paul: "Why They're Keeping Americans Home"
(Stansberry Research) Outbrain

MORE LIKE THIS
Google Chromecast just got a feature you'll wish you had months ago





As pictured above, the new interface lets you toggle speakers, Chromecasts, and smart displays
(Image: GOOGLE)

 

Of course, if you find yourself adding the same speakers again and again, it might be worth putting in the time to create a dedicated group. That allows you to beam audio from these speakers with a single tap – or ask Google Assistant to do it for you.

Chris Chan, Product Manager for Google Nest, says coupling the new feature with stereo pairing for two Nest Mini or Home Max devices will bring left and right channel support and room-filling audio for your favourite track.

TRENDING

  

Your next Virgin Media bill could be a shock, but not in the way you might expect

WhatsApp will soon let you do something it's never allowed before

Microsoft has removed security features from your Windows 10 PC, but there's a good reason

The latest upgrade to Google Home audio gadgets comes after the Mountain View-based company introduced a new feature, dubbed Stream Transfer, that lets you move music, videos, podcasts and more between compatible devices in your home using your voice, the Google Home app or the touchscreen on your Nest smart display. So, you can be listening to a podcast in the kitchen while preparing dinner – and throw the episode to the speaker in your dining room to continue listening while you munch.

As Google Home becomes a more fully-fledged multi-room audio app, Sonos recently overhauled its entire app. The next-generation Sonos app includes support for high resolution

READ MORE

Google guarantees you the best deal on Pixel 4a, Google Home, more


Universal Credit claimants could receive up to £10k extra this year - are you eligible?


Brexit LIVE: Irish leader Micheál Martin drops major hint EU heading for no deal Brexit


Craig Revel Horwood: Strictly judge says 'curse' will be 'more intense' in 2020 series



Sponsored    Smartfeed


How to order DoorDash without paying DoorDash prices
Sponsored - Wikibuy


The genius trick every Amazon shopper should know
Sponsored - Wikibuy


This genius checkout trick can drop your JOANN total instantly
Sponsored - Wikibuy


Urologist: This May Shrink An Enlarged Prostate - Try It Tonight
Sponsored - World Health Wellness


The Actual Cost Of One Day Full Mouth Dental Implants Might Surprise you
Sponsored - Dental Implants | Sponsored listing


Don't Over Pay For Roof Replacement. Actual Cost In Chicago Might...
Sponsored - Roofing Contractors | Sponsored Listings


The Richest Songwriters of All Time Ranked
Sponsored - Investing.com


Read This Before You Renew Amazon Prime Again
Sponsored - Wikibuy


How to shop at Best Buy without paying Best Buy prices
Sponsored - Wikibuy


Jay Leno's Million-Dollar Collection
Sponsored - Investing.com

Comments

audio including Dolby Atmos, as well as delivering new security updates. With the arrival of the new app, Sonos had to drop support for a number of connected speakers.

RELATED ARTICLES
- Microsoft confirms Internet Explorer is finally dead on Windows 10
- Google Maps gets its most impressive update yet ...but there's a catch
- Your Facebook will change forever from next month



Sponsored — Smartfeed



The New Volvo XC90 Is Dropping Jaws!

Auto Life | Sponsored Listings



1 Important Trick Most Mac Users Are Unaware of

MacKeeper



Many Chicago, Illinois Drivers Don't Even Know This Genius Tip

US Auto Insurance Now



Warning: Kirkland Brand Are Identical To These Products And Cost



Healthy Eaters: "Goodbye Meal Kits, Hello Hungryroot"



WhatsApp will soon let you do something it's never allowed before



Amazon Prime Day deals 2020 revealed: The date all Amazon customers need to know



Why your next Android smartphone will soon be much faster and cheaper



BT, Virgin and Sky's broadband eclipsed on price but only if you make a drastic change



Apple Watch Series 6 review: the best smartwatch just got even better



Your next Virgin Media bill could be a shock, but not in the way you might expect



macOS 11 Big Sur release date may have just been revealed early



Your Amazon Echo is getting a free upgrade that WILL save you money



iPhone 12 release date: why Apple fans don't have long left to wait



Galaxy S20 FE has a big advantage over the Galaxy S20 and it's not the price



New Chromecast and redesigned Google Home smart speaker unmasked, will YOU upgrade?



This Google code cuts the cost of Google Nest Mini, Chromecast, Nest WiFi for today only



Microsoft has removed security features from your Windows 10 PC, but there's a good reason
























