IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SONOS, INC., | § | |
| Plaintiff, | § § § | C.A. 6:20-CV-00881-ADA |
| v. | § § | |
| GOOGLE LLC, | § § | |
| Defendant. | § § | |

**ORDER**

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Kristina DiBenedetto McKenna, counsel for Sonos, Inc., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Kristina DiBenedetto McKenna may appear on behalf of Sonos, Inc., in the above case.

IT IS FURTHER ORDERED that Kristina DiBenedetto McKenna, if she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Court Rule AT-1(f)(2).

SIGNED this the _____ day of _____ 20____.

_____
UNITED STATES DISTRICT JUDGE