# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **SONOS, INC.,** | § | |
| *Plaintiff*, | § | |
| | § | |
| | § | **CIVIL ACTION 6:20-cv-00881-ADA** |
| **v.** | § | |
| | § | |
| | § | |
| **GOOGLE LLC** | § | |
| *Defendant.* | § | |

## JOINT MOTION TO PARTIALLY AMEND THE SCHEDULING ORDER

**TO THE HONORABLE COURT:**

Pursuant to the Court's Order on April 19, 2021, the Parties jointly move to amend the scheduling order entered on February 11, 2021. The Parties have jointly agreed to alter all of the *Markman* briefing deadlines by only four days to provide each side adequate time to prepare and file each party's respective briefs. The Parties' proposal is attached as Exhibit A. The Parties' proposed amendment to the Scheduling Order will not affect the Joint Claim Construction deadline or the *Markman* hearing currently set for July 1, 2021. No other dates or deadlines are affected. Therefore, the Parties respectfully request the Court enter the Parties' proposed amendment to the Scheduling Order as set forth in Exhibit A.

DATED:  April 22, 2021                    Respectfully submitted,

                                            By: */s/ Mark D. Siegmund*\_\_\_\_\_
Mark D. Siegmund
State Bar No. 24117055
mark@waltfairpllc.com
**Law Firm of Walt, Fair PLLC.**
1508 North Valley Mills Drive
Waco, Texas 76710
Telephone: (254) 772-6400
Facsimile: (254) 772-6432


Clement Seth Roberts (admitted *pro hac vice*)
California Bar No. 209203
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard St.
San Francisco, CA 94105
Telephone:  415.773.5484
Facsimile:  415.773.5759
croberts@orrick.com

Bas de Blank (admitted *pro hac vice*)
California Bar No. 191487
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Blvd.
Menlo Park, CA 94205
Telephone:  650.614.7343
Facsimile:  650.614.7401
bdeblank@orrick.com

Alyssa Caridis (admitted *pro hac vice*)
California Bar No. 260103
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa St., Suite 3200
Los Angeles, CA 90017
Telephone:  213.612.2372
Facsimile:  213.612.2499
acaridis@orrick.com

George I. Lee (admitted *pro hac vice*)
Illinois Bar No. 6225430
Sean M. Sullivan (admitted *pro hac vice*)
Illinois Bar No. 6230605
Rory P. Shea (admitted *pro hac vice*)
Illinois Bar No. 6290745
J. Dan Smith (admitted *pro hac vice*)

                                  Illinois Bar No. 6300912
                                  LEE SULLIVAN SHEA & SMITH LLP
                                  656 W. Randolph St., Floor 5W
                                  Chicago, IL 60661
                                  Telephone:  312.754.9602
                                  Facsimile:  312.754.9603
                                  lee@ls3ip.com
                                  sullivan@ls3ip.com
                                  shea@ls3ip.com
                                  smith@ls3ip.com

                                  *Counsel for Plaintiff Sonos, Inc.*

DATED:  April 22, 2021  QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Paige A. Amstutz*
Charles K. Verhoeven (*pro hac vice* pending)
charlesverhoeven@quinnemanuel.com
Melissa Baily (*pro hac vice* pending)
melissabaily@quinnemanuel.com
Jordan Jaffe (*pro hac vice* pending)
jordanjaffe@quinnemanuel.com
Lindsay Cooper (*pro hac vice* pending)
lindsaycooper@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875 6600
Facsimile:     (415) 875 6700

Paige Arnette Amstutz
Texas State Bar No. 00796136
SCOTT, DOUGLASS & MCCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, TX  78701
Telephone:  (512) 495-6300
Facsimile:  (512) 495-6399
pamstutz@scottdoug.com

*Counsel for Defendant Google LLC*