IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

**SONOS, INC.,** §
    *Plaintiff*, §
 §
 §    CIVIL ACTION 6:20-cv-00881-ADA
**v.** §
 §
 §
**GOOGLE LLC** §
    *Defendant.* §

## AMENDED SCHEDULING ORDER AS TO CLAIM CONSTRUCTION BRIEFING DEADLINES ONLY

| Date | Item |
|---|---|
| **April 27, 2021** | Plaintiff files Opening claim construction brief, including any arguments that any claim terms are not indefinite. |
| **May 18, 2021** | Defendant files Responsive claim construction brief. |
| **June 1, 2021** | Plaintiff files Reply claim construction brief. |
| **June 15, 2021** | Defendant files a Sur-Reply claim construction brief. |
| **ALL OTHER DATES REMAIN UNCHANGED** | |

ORDERED this _____ day of ____, 2021.

_____
**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**