IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **SONOS, INC.,** | § | |
| *Plaintiff*, | § | |
| | § | |
| | § | CIVIL ACTION 6:20-cv-00881-ADA |
| v. | § | |
| | § | |
| | § | |
| **GOOGLE LLC** | § | |
| *Defendant.* | § | |

**AMENDED SCHEDULING ORDER AS TO CLAIM CONSTRUCTION**
**BRIEFING DEADLINES ONLY**

| Date | Item |
|---|---|
| **April 27, 2021** | Plaintiff files Opening claim construction brief, including any arguments that any claim terms are not indefinite. |
| **May 18, 2021** | Defendant files Responsive claim construction brief. |
| **June 1, 2021** | Plaintiff files Reply claim construction brief. |
| **June 15, 2021** | Defendant files a Sur-Reply claim construction brief. |
| **ALL OTHER DATES REMAIN UNCHANGED** | |

ORDERED this  23rd  day of  April  , 2021.

_____
**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**