# EXHIBIT 16

# The AMERICAN HERITAGE® dictionary of the English Language

## FIFTH EDITION

Houghton Mifflin Harcourt

BOSTON   NEW YORK

SONOS-SVG2-00018270

Words are included in this dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this dictionary is not, however, an expression of the publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this dictionary is to be regarded as affecting the validity of any trademark.

American Heritage and the eagle logo are registered trademarks of American Heritage Inc. Their use is pursuant to a license agreement with American Heritage Inc.

Copyright © 2011 by Houghton Mifflin Harcourt Publishing Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Harcourt unless such copying is expressly permitted by federal copyright law. Address inquiries to: Reference Permissions, Houghton Mifflin Harcourt, 222 Berkeley Street, Boston, MA 02116.

Visit our website at www.ahdictionary.com
or www.youareyourwords.com.

Library of Congress Cataloging-in-Publication Data

The American Heritage dictionary of the English language. -- 5th ed.
    p. cm.
 Previous ed.: 2000.
 ISBN 978-0-547-04101-8
1.  English language--Dictionaries.
PE1628.A623 2011
423--dc22
                                                    2011004777

Manufactured in the United States of America

1 2 3 4 5 6 7 8 9 10-QGV-15 14 13 12 11

proof; alleged: *the asserted value of a painting.* —**as·sert′ed·ly** *adv.*

**as·ser·tion** (ə-sûr′shən) *n.* **1.** The act of asserting. **2.** Something declared or stated positively, often with no support or attempt at proof. —**as·ser′tion·al** *adj.*

**as·ser·tive** (ə-sûr′tĭv) *adj.* Inclined to bold or confident assertion; aggressively self-assured. —**as·ser′tive·ly** *adv.* —**as·ser′tive·ness** *n.*

**as·ses**[1] (ăs′ēz′, ăs′ĭz) *n.* Plural of **as**[2].

**ass·es**[2] (ăs′ĭz) *n.* Plural of **ass**[1].

**ass·es**[3] (ăs′ĭz) *n. Vulgar Slang* Plural of **ass**[2].

**as·sess** (ə-sĕs′) *tr.v.* **-sessed, -sess·ing, -sess·es 1.** To determine the value, significance, or extent of; appraise. See Synonyms at **estimate. 2.** To estimate the value of (property) for taxation. **3.** To set or determine the amount of (a payment, such as a tax or fine). **4a.** To charge (a person or property) with a special payment, such as a tax or fine. **b.** *Sports* To charge (a player, coach, or team) with a foul or penalty. [Middle English *assessen* < Old French *assesser* < Latin *assidēre, assess-*, to sit by as an assistant judge : *ad-*, ad- + *sedēre*, to sit; see **sed-** in App. I.] —**as·sess′a·ble** *adj.*

**as·sess·ment** (ə-sĕs′mənt) *n.* **1.** The act of assessing; appraisal. **2.** An amount assessed, as for taxation.

**as·ses·sor** (ə-sĕs′ər) *n.* **1.** An official who evaluates property for taxation. **2.** An assistant to a judge or magistrate, usually selected for special knowledge in a particular area. —**as′ses·so′ri·al** (ăs′ə-sôr′ē-əl) *adj.*

**as·set** (ăs′ĕt) *n.* **1.** A useful or valuable quality, person, or thing; an advantage or resource: *proved herself an asset to the company.* **2.** A valuable item that is owned. **3.** A spy working in his or her own country and controlled by the enemy. **4. assets a.** *Accounting* The entries on a balance sheet showing all properties, both tangible and intangible, and claims against others that may be applied to cover the liabilities of a person or business. Assets can include cash, stock, inventories, property rights, and goodwill. **b.** The entire property owned by a person, especially a bankrupt, that can be used to settle debts. [Back-formation < English *assets*, sufficient goods to settle a testator's debts and legacies < Anglo-Norman *asetz < asez*, enough < Vulgar Latin *ad satis*, to sufficiency : Latin *ad*, to; see AD– + Latin *satis*, enough; see **sā-** in App. I.]

**as·sev·er·ate** (ə-sĕv′ə-rāt′) *tr.v.* **-at·ed, -at·ing, -ates** To declare seriously or positively; affirm. [Latin *assevērāre, assevērāt- : ad-*, ad- + *sevērus*, serious; see **segh-** in App. I.] —**as·sev′er·a′tion** *n.* —**as·sev′er·a′tive** (-ə-rā′tĭv, -ər-ə-tĭv) *adj.*

**ass·hat** (ăs′hăt′) *n. Vulgar Slang* **1.** A contemptible or detestable person. **2.** A clumsy or socially inept person. [ASS[2] + HAT (in reference to such expressions as *to have one's head up one's ass*).]

**ass·hole** (ăs′hōl′) *n. Vulgar Slang* **1.** The anus. **2.** A contemptible or detestable person. **3.** The most miserable or undesirable place in a particular area. [ASS[2] + HOLE.]

**as·sib·i·late** (ə-sĭb′ə-lāt′) *tr.v.* **-lat·ed, -lat·ing, -lates** To pronounce with a hissing sound; make sibilant. [AD– + SIBILATE.] —**as·sib′i·la′tion** *n.*

**as·si·du·i·ty** (ăs′ĭ-dōō′ĭ-tē, -dyōō′-) *n., pl.* **-ties 1.** Persistent application or diligence; unflagging effort. **2.** often **assiduities** Constant personal attention and often obsequious solicitude.

**as·sid·u·ous** (ə-sĭj′ōō-əs) *adj.* Showing or characterized by persistent attention or untiring application: *an assiduous worker who strove for perfection; did assiduous research before writing the book.* See Synonyms at **diligent**. [< Latin *assiduus < assidēre*, to attend to : *ad-*, ad- + *sedēre*, to sit; see **sed-** in App. I.] —**as·sid′u·ous·ly** *adv.* —**as·sid′u·ous·ness** *n.*

**as·sign** (ə-sīn′) *tr.v.* **-signed, -sign·ing, -signs 1.** To select for a duty or office; appoint: *firefighters assigned to the city's industrial park.* See Synonyms at **appoint. 2.** To set apart for a particular purpose or place in a particular category; designate: *assigned the new species to an existing genus.* See Synonyms at **allocate. 3.** To give out as a task; allot: *assigned homework to the class.* **4.** To ascribe; attribute: *assigned blame for the loss to a lack of good defense.* See Synonyms at **attribute. 5.** To match or pair with: *assign a value to each of the variables.* **6.** *Law* To transfer (property, rights, or interests) from one to another. ❖ *n. Law* An assignee. [Middle English *assignen* < Old French *assigner* < Latin *assignāre : ad-*, ad- + *signāre*, to mark (< *signum*, sign; see **sekʷ-**[1] in App. I.).] —**as·sign′a·bil′i·ty** *n.* —**as·sign′a·ble** *adj.* —**as·sign′a·bly** *adv.* —**as·sign′er** *n.*

**as·sig·nat** (ăs′ĭg-năt′, ăs′ĕn-yä′) *n.* Any of the notes issued as paper currency in France (1789–1796) by the revolutionary government and secured by confiscated lands. [French < Latin *assignātus*, past participle of *assignāre*, to assign; see ASSIGN.]

**as·sig·na·tion** (ăs′ĭg-nā′shən) *n.* **1a.** The act of assigning: *assignation of blame.* **b.** Something assigned, especially an allotment. **2a.** An appointment to meet in secret, especially between lovers. See Synonyms at **engagement. b.** The meeting made by such an appointment. —**as′sig·na′tion·al** *adj.*

**as·signed risk** (ə-sīnd′) *n.* A poor risk that an insurance company is compelled to cover under state laws.

**as·sign·ee** (ə-sī′nē′, ăs′ī-nē′) *n.* **1.** A party to which a transfer of property, rights, or interest is made. **2.** One appointed to act for another; a deputy or agent.

**as·sign·ment** (ə-sīn′mənt) *n.* **1.** The act of assigning: *His assignment of the tasks seemed unfair.* **2.** Something, such as a task, that is assigned: *What's tonight's math assignment?* See Synonyms at **task. 3.** A position or post of duty to which one is assigned: *The journalist took an assignment in China.* **4.** *Law* **a.** The transfer of a claim, right, interest, or property from one to another. **b.** The instrument by which this transfer is effected.

**as·sign·or** (ə-sī′nôr′, ə-sī′nər, ăs′ī-nôr′) *n. Law* One that makes an assignment.

**as·sim·i·la·ble** (ə-sĭm′ə-lə-bəl) *adj.* Capable of being assimilated: *assimilable nutrients; assimilable information.* —**as·sim′i·la·bil′i·ty** *n.*

**as·sim·i·late** (ə-sĭm′ə-lāt′) *v.* **-lat·ed, -lat·ing, -lates** —*tr.* **1.** *Physiology* **a.** To consume and incorporate (nutrients) into the body after digestion. **b.** To transform (food) into living tissue by the process of anabolism; metabolize constructively. **2.** To incorporate and absorb into the mind: *assimilate knowledge.* **3.** To make similar; cause to resemble. **4.** *Linguistics* To alter (a sound) by assimilation. **5.** To absorb (immigrants or a culturally distinct group) into the prevailing culture. —*intr.* To become assimilated. [Middle English *assimilaten* < Latin *assimilāre, assimilāt-*, to make similar to : *ad-*, ad- + *similis*, like; see **sem-**[1] in App. I.] —**as·sim′i·la′tor** *n.*

**as·sim·i·la·tion** (ə-sĭm′ə-lā′shən) *n.* **1a.** The act or process of assimilating. **b.** The state of being assimilated. **2.** *Physiology* The conversion of nutriments into living tissue; constructive metabolism. **3.** *Linguistics* The process by which a sound is modified so that it becomes similar or identical to an adjacent or nearby sound. For example, the prefix *in-* becomes *im-* in *impossible* by assimilation to the labial *p* of *possible*. **4.** The process whereby a minority group gradually adopts the customs and attitudes of the prevailing culture.

**as·sim·i·la·tion·ism** (ə-sĭm′ə-lā′shə-nĭz′əm) *n.* A policy of furthering cultural or racial assimilation. —**as·sim′i·la′tion·ist** *adj. & n.*

**as·sim·i·la·tive** (ə-sĭm′ə-lā′tĭv) also **as·sim·i·la·to·ry** (-lə-tôr′ē) *adj.* Marked by or causing assimilation.

**As·sin·i·boin** also **As·sin·i·boine** (ə-sĭn′ə-boin′) *n., pl.* **Assiniboin** or **-boins** also **Assiniboine** or **-boines 1.** A member of a Native American people formerly inhabiting southern Manitoba, now located in Montana, Alberta, and Saskatchewan. The Assiniboin became nomadic buffalo hunters after migrating to the northern Great Plains in the 18th century. **2.** The Siouan language of the Assiniboin. In both senses also called *Nakota*. See Usage Note at **Nakota**. [French *Assiniboine*, of Ojibwa origin.] —**As·sin′i·boin′** *adj.*

**Assiniboine, Mount** A mountain, 3,618 m (11,870 ft) high, in the Canadian Rocky Mountains on the Alberta–British Columbia border near Banff.

**Assiniboine River** A river of south-central Canada rising in eastern Saskatchewan and flowing about 1,070 km (665 mi) generally eastward to the Red River at Winnipeg, Manitoba.

**As·si·si** (ə-sē′zē, -sē, ə-sĭs′ē) A town of central Italy east-southeast of Perugia. Saint Francis of Assisi was born here c. 1182 and died here in 1226. The town is a religious and tourist center.

**as·sist** (ə-sĭst′) *v.* **-sist·ed, -sist·ing, -sists** —*tr.* To give help or support to, especially as a subordinate or supplement; aid: *The clerk assisted the judge by looking up related precedents. Her breathing was assisted by a respirator.* —*intr.* **1.** To give aid or support: *Who assisted during the operation?* **2.** To be present, as at a conference: *"Mr. Dick had regularly assisted at our councils, with a meditative and sage demeanor. He never made a suggestion but once"* (Charles Dickens). ❖ *n.* **1.** The act of giving aid; help: *cleaned the garage with the assist of a friend.* **2.** *Sports* **a.** A fielding and throwing of a baseball in such a way that enables a teammate to put out a runner. **b.** A pass, as in basketball or ice hockey, that enables the receiver to score. **3.** A mechanical device providing aid. [Middle English *assisten* < Old French *assister* < Latin *assistere : ad-*, ad- + *sistere*, to stand; see **stā-** in App. I.] —**as·sist′er** *n.*

**as·sis·tance** (ə-sĭs′təns) *n.* **1.** The act of assisting. **2.** Aid; help: *financial assistance.*

**as·sis·tant** (ə-sĭs′tənt) *n.* One that assists; a helper. ❖ *adj.* **1.** Holding an auxiliary position; subordinate. **2.** Giving aid; auxiliary.

**assistant professor** *n.* A college or university teacher who ranks above an instructor and below an associate professor.

**as·sis·tant·ship** (ə-sĭs′tənt-shĭp′) *n.* An academic position that carries a stipend and usually involves part-time teaching or research, given to a qualified graduate student.

**as·sist·ed living** (ə-sĭs′tĭd) *n.* A living arrangement in which people with special needs, especially seniors, live in a facility that provides help with everyday tasks such as bathing, dressing, and taking medication.

**assisted reproduction** *n.* The use of medical techniques, such as drug therapy, artificial insemination, or in vitro fertilization, to enhance fertility.

**assisted suicide** *n.* Suicide committed with the aid of another person, sometimes a physician.

**as·sis·tive** (ə-sĭs′tĭv) *adj.* Designed for use by disabled people.

**as·size** (ə-sīz′) *n. Law* **1a.** A judicial inquest, the writ by which it is instituted, or the verdict of the jurors. **b.** A decree or edict rendered at such an inquest. **2. assizes a.** One of the periodic court sessions formerly held in each of the counties of England and Wales for the trial of civil or criminal cases. **b.** The time or place of such sessions. [Middle English *assise* < Old French < past participle of *asseoir*, to seat < Latin *assidēre*, to sit beside; see ASSIDUOUS.]

**assn.** *abbr.* association

**assoc.** *abbr.* **1.** associate **2.** association

**as·so·ci·a·ble** (ə-sō′sē-ə-bəl, -shē-ə-bəl, -shə-bəl) *adj.* Capable of being associated: *words associable with politics.* —**as·so′ci·a·bil′i·ty, as·so′ci·a·ble·ness** *n.*

**as·so·ci·ate** (ə-sō′sē-āt′, -shē-) *v.* **-at·ed, -at·ing, -ates** —*tr.* **1.** To connect in the mind or imagination: *"I always somehow associate Chatterton with autumn"* (John Keats). **2.** To connect or involve with a cause, group, or partner: *Wasn't she associated with the surrealists?* **3.** To correlate or connect logically or causally: *Asthma is associated with air pollution.* —*intr.* **1.** To join in or form a league, union, or association: *The workers associated in a union.* **2.** To spend time socially; keep company: *associates with her coworkers on weekends.* ❖ *n.* (-ĭt, -āt′) **1.** A person

united with another or others in an act, enterprise, or business; a partner or colleague. **2.** A companion; a comrade. **3.** One that habitually accompanies or is associated with another; an attendant circumstance. **4.** A member of an institution or society who is granted only partial status or privileges. ❖ *adj.* (-ĭt, -āt′) **1.** Joined with another or others in having equal or nearly equal status: *an associate editor.* **2.** Having partial status or privileges: *an associate member of the club.* **3.** Following or accompanying; concomitant. [Middle English *associaten* < Latin *associāre, associāt-* : *ad-, ad- + socius,* companion; see **sek**ʷ-¹ in App. I.]
**as·so·ciate professor** *n.* A college or university professor who ranks above an assistant professor and below a professor.
**as·so·ci·ate's degree** (ə-sō′sē-ĭts′, -āts′, -shē-) *n.* An academic degree conferred by a two-year college after the prescribed course of study has been successfully completed.
**as·so·ci·a·tion** (ə-sō′sē-ā′shən, -shē-) *n.* **1.** The act of associating or the state of being associated. **2.** An organized body of people who have an interest, activity, or purpose in common; a society. **3a.** A mental connection or relation between thoughts, feelings, ideas, or sensations. **b.** A remembered or imagined feeling, emotion, idea, or sensation linked to a person, object, or idea. **4.** A correlation or causal connection: *the association of exercise with improved sleep.* **5.** *Chemistry* Any of various processes of combination, such as hydration, solvation, or complex-ion formation, depending on relatively weak chemical bonding. **6.** *Ecology* A large number of organisms in a specific geographic area constituting a community with one or two dominant species. —**as·so′ci·a′tion·al** *adj.*
**association area** *n.* An area of the cerebral cortex where motor and sensory functions are integrated.
**association football** *n.* *Chiefly British* Soccer.
**as·so·ci·a·tion·ism** (ə-sō′sē-ā′shə-nĭz′əm, -shē-) *n.* The psychological theory that association is the basic principle of all mental activity. —**as·so′ci·a′tion·ist** *adj. & n.* —**as·so′ci·a′tion·is′tic** *adj.*
**as·so·ci·a·tive** (ə-sō′shə-tĭv, -sē-ə-tĭv, -sē-ā′tĭv, -shē-) *adj.* **1.** Of, characterized by, resulting from, or causing association. **2.** *Mathematics* Independent of the grouping of elements. For example, if *a* + (*b* + *c*) = (*a* + *b*) + *c*, the operation indicated by + is associative. —**as·so′ci·a′tive·ly** *adv.* —**as·so′ci·a·tiv′i·ty** (-sē-ə-tĭv′ĭ-tē, -shē-, -shə-tĭv′-) *n.*
**associative learning** *n.* A learning process by which a certain stimulus comes to be associated with another stimulus or behavior, such as through classical or operant conditioning.
**associative neuron** *n.* A nerve cell found within the central nervous system that links sensory and motor neurons.
**as·soil** (ə-soil′) *tr.v.* **-soiled, -soil·ing, -soils** *Archaic* **1.** To absolve; pardon. **2.** To atone for. [Middle English *assoilen* < Old French *assoldre, assoil-* < Latin *absolvere,* to set free : *ab-,* away; see **ab-**¹ + *solvere,* to loosen; see **leu-** in App. I.] —**as·soil′ment** *n.*
**as·so·nance** (ăs′ə-nəns) *n.* **1.** Resemblance of sound, especially of the vowel sounds in words, as in: *"that dolphin-torn, that gong-tormented sea"* (William Butler Yeats). **2.** The repetition of identical or similar vowel sounds, especially in stressed syllables, with changes in the intervening consonants, as in the phrase *tilting at windmills.* **3.** Rough similarity; approximate agreement. [French < Latin *assonāre,* to respond to : *ad-, ad- + sonāre,* to sound; see **swen-** in App. I.] —**as′so·nant** *adj. & n.* —**as′so·nan′tal** (-năn′tl) *adj.*
**as·sort** (ə-sôrt′) *v.* **-sort·ed, -sort·ing, -sorts** —*tr.* **1.** To separate into groups according to kind; classify. **2.** To supply with (an appropriate variety or assortment, as of goods). —*intr.* **1.** To agree in kind; fall into the same class. **2.** To associate with others; keep company. [Middle English *assorte* < Old French *assorter* : *a-,* to (< Latin *ad-*; see **ad-**) + *sorte,* kind (< Latin *sors, sort-,* chance, lot; see **ser-**² in App. I.).] —**as·sor′ta·tive** (-sôr′tə-tĭv) *adj.* —**as·sort′er** *n.*
**as·sort·ed** (ə-sôr′tĭd) *adj.* Consisting of a number of different kinds; assorted sizes. See Synonyms at **miscellaneous**.
**as·sort·ment** (ə-sôrt′mənt) *n.* **1.** The act of assorting; separation into classes. **2.** A collection of various kinds; a variety.
**ASSR** *abbr.* Autonomous Soviet Socialist Republic
**asst.** *abbr.* assistant
**as·suage** (ə-swāj′) *tr.v.* **-suaged, -suag·ing, -suag·es 1.** To make (something burdensome or painful) less intense or severe: *assuage her grief.* See Synonyms at **relieve**. **2.** To satisfy or appease (hunger or thirst, for example). **3.** To appease or calm: *assuaged his critics.* [Middle English *asswagen* < Old French *assuagier* < Vulgar Latin **assuāviāre* : Latin *ad-, ad- + Latin suāvis,* sweet, delightful; see **swād-** in App. I.] —**as·suage′ment** *n.*
**as·sua·sive** (ə-swā′sĭv, -zĭv) *adj.* Soothing; calming. [AD- + SUASIVE (sense influenced by ASSUAGE).]
**as·sume** (ə-soom′) *v.* **-sumed, -sum·ing, -sumes** —*tr.* **1.** To take for granted; suppose: *The study assumes that prices will rise.* **2a.** To take upon oneself (a duty or obligation): *assume responsibility; assume another's debts.* **b.** To undertake the duties of (an office): *assumed the presidency.* **3a.** To take on (an appearance, role, or form, for example): adopt: *"The god assumes a human form"* (John Ruskin). **b.** To pretend to have; feign: *assume an air of authority.* **4.** To take over without justification; seize: *assume control.* **5.** To clothe oneself in; don: *The queen assumed a velvet robe.* **6.** To take up or receive into heaven. —*intr.* To make a supposition; suppose or believe: *"Is Kay's husband coming to dinner too?" "I assume so."* [Middle English *assumen* < Latin *assūmere* : *ad-, ad- + sūmere,* to take; see **em-** in App. I.] —**as·sum′a·bil′i·ty** *adj.* —**as·sum′a·ble** *adj.* —**as·sum′a·bly** *adv.* —**as·sum′er** *n.*
**as·sumed** (ə-soomd′) *adj.* **1.** Taken up or used so as to deceive; pretended: *an assumed name.* **2.** Taken for granted; supposed: *an assumed increase in population.* —**as·sum′ed·ly** (ə-soo′mĭd-lē) *adv.*

**as·sum·ing** (ə-soo′mĭng) *adj.* Presumptuous; arrogant. ❖ *conj.* On the assumption that; supposing: *Assuming the house is for sale, would you buy it?* —**as·sum′ing·ly** *adv.*
**as·sump·sit** (ə-sŭmp′sĭt) *n.* **1.** An agreement or promise made orally or in writing not under seal; a contract. **2.** A legal action seeking compensation for the nonperformance of a contract that was not officially approved or recorded. [New Latin *assūmpsit* < third person sing. perfect tense of Latin *assūmere,* to undertake; see ASSUME.]
**as·sump·tion** (ə-sŭmp′shən) *n.* **1.** The act of taking to or upon oneself: *assumption of an obligation.* **2.** The act of taking possession or asserting a claim: *assumption of command.* **3.** The act of taking for granted: *assumption of a false theory.* **4.** Something taken for granted or accepted as true without proof; a supposition: *a valid assumption.* **5.** Presumption; arrogance. **6.** *Logic* A minor premise. **7. Assumption** *Christianity* The taking up of the Virgin Mary into heaven in body and soul after her death, observed as a feast on August 15. [Middle English *assumpcion* < Latin *assūmptiō, assūmptiōn-,* adoption < *assūmptus,* past participle of *assūmere,* to adopt; see ASSUME.]
**as·sump·tive** (ə-sŭmp′tĭv) *adj.* **1.** Characterized by assumption. **2.** Taken for granted; assumed. **3.** Presumptuous; assuming. —**as·sump′tive·ly** *adv.*
**As·sur** (ä′soor, ä′shoor) *n.* Variant of **Ashur**.
**as·sur·ance** (ə-shoor′əns) *n.* **1.** A statement or indication that inspires confidence; a guarantee or pledge: *gave her assurance that the plan would succeed.* **2a.** Freedom from doubt; certainty about something: *Do you have any assurance that the work will be done well?* **b.** Self-confidence: *"I tried imitating the assurance they carried themselves with"* (Alec Wilkinson). **3.** *Chiefly British* Insurance, especially life insurance.
**As·sur·ba·ni·pal** (ä′soor-bä′nə-päl′) See **Ashurbanipal**.
**as·sure** (ə-shoor′) *tr.v.* **-sured, -sur·ing, -sures 1.** To inform positively, as to remove doubt: *assured us that the train would be on time.* **2.** To cause to feel sure: *a gesture that assured her of his devotion.* **3.** To give confidence to; reassure. **4.** To make certain; ensure: *"Nothing in history assures the success of our civilization"* (Herbert J. Muller). **5.** To make safe or secure: *"We would rather forgo certain benefits in order to be assured against certain evils"* (Alfred E. Smith). **6.** *Chiefly British* To insure, as against loss. [Middle English *assuren* < Old French *assurer* < Vulgar Latin **assēcūrāre,* to make sure : Latin *ad-, ad- + Latin sēcūrus,* secure; see SECURE.] —**as·sur′a·ble** *adj.* —**as·sur′er, as·sur′or** *n.*

✦ **USAGE NOTE** *Assure, ensure,* and *insure* all mean "to make secure or certain." Only *assure* is used with reference to a person in the sense of "to set the mind at rest": *The ambassador assured the prime minister of his loyalty.* Although *ensure* and *insure* are generally interchangeable, only *insure* is now widely used in American English in the commercial sense of "to guarantee persons or property against risk."

**as·sured** (ə-shoord′) *adj.* **1.** Made certain; guaranteed: *an assured income.* **2.** Exhibiting confidence or authority: *paints with an assured hand.* **3.** *Chiefly British* Insured. —**as·sur′ed·ly** (-ĭd-lē) *adv.* —**as·sur′ed·ness** *n.*
**as·sur·gent** (ə-sûr′jənt) *adj.* **1.** Rising or tending to rise. **2.** *Botany* Slanting or curving upward; ascending. [Latin *assurgēns, assurgent-,* present participle of *assurgere,* to rise up to : *ad-, ad- + surgere,* to rise; see SURGE.] —**as·sur′gen·cy** *n.*
**As·syr·i·a** (ə-sîr′ē-ə) An ancient empire and civilization of western Asia in the upper valley of the Tigris River. In its zenith between the ninth and seventh centuries BC, the empire included all of Mesopotamia and the Levant.
**As·syr·i·an** (ə-sîr′ē-ən) *adj.* Of or relating to Assyria or its people, language, or culture. ❖ *n.* **1.** A native or inhabitant of Assyria. **2.** See **Akkadian** (sense 2). **3.** The Assyrian dialects of Akkadian.
**As·syr·i·ol·o·gy** (ə-sîr′ē-ŏl′ə-jē) *n.* The study of the ancient civilization and language of Assyria. —**As·syr′i·ol′o·gist** *n.*
**AST** *abbr.* **1.** Alaska Standard Time **2.** *Sports* assist **3.** Atlantic Standard Time
**–ast** *suff.* One associated with: *ecdysiast.* [< Latin *-astēs* < Greek, n. suff. : *-as-,* stem of verbs in *-azein* + *-tēs,* agent n. suff.]
**A·staire** (ə-stâr′), **Fred** Originally Frederick Austerlitz. 1899–1987. American dancer, singer, and actor noted for his elegant style and his partnership with Ginger Rogers in films such as *Top Hat* (1935).
**A·sta·na** (ä-stä′nə) Formerly **Aq·mo·la** (äk′mō-lä′) and **Tse·lin·o·grad** (tsə-lĭn′ə-grăd′). The capital of Kazakhstan, in the north-central part of the country. Founded as a fortress in 1824, it was a small mining town until the 1950s when it became the center of a vast agricultural project initiated by Nikita Khrushchev. The capital was shifted from Almaty in 1997.
**a·star·board** (ə-stär′bərd) *adv.* On or toward the starboard or right side of a ship.
**As·tar·te** (ə-stär′tē) *n. Mythology* An ancient Semitic goddess of love and war, being the Phoenician, Syrian, and Canaanite counterpart to Ishtar. In the Bible, her name sometimes appears in the plural, perhaps referring to a group of goddesses. Also called *Ashtoreth.* [Greek *Astartē,* of Phoenician origin; see **ʕttr** in App. II.]
**a·sta·sia** (ə-stā′zhə) *n.* Inability to stand because of motor incoordination. [Greek, unsteadiness < *astatos,* unsteady : *a-,* not; see **A-**¹ + *statos,* standing; see **stā-** in App. I.]
**a·stat·ic** (ā-stăt′ĭk) *adj.* **1.** Unsteady; unstable. **2.** *Physics* Having no particular directional characteristics. —**a·stat′i·cal·ly** *adv.* —**a·stat′i·cism** *n.*
**as·ta·tine** (ăs′tə-tēn′, -tĭn) *n.* *Symbol* **At** A highly unstable radioactive element, the heaviest of the halogen group, that resembles iodine in



**Assumption**
c. 1670 painting,
*The Assumption of
the Virgin,* by
Bartolomé Esteban Murillo

| ă | pat | oi | boy |
| ā | pay | ou | out |
| âr | care | ŏŏ | took |
| ä | father | ōŏ | lure |
| ĕ | pet | ōō | boot |
| ē | be | ŭ | cut |
| ĭ | pit | ûr | urge |
| ī | bite | th | thin |
| îr | pier | *th* | this |
| ŏ | pot | zh | vision |
| ō | toe | ə | about, |
| ô | paw | | item |
| ôr | core | | |

**Stress marks:** ′ (primary);
′ (secondary), as in
**dictionary** (dĭk′shə-nĕr′ē)

SONOS-SVG2-00018273



cloud



cloud forest
Monteverde Biological
Cloud Forest Reserve near
Monteverde, Costa Rica



clove hitch



cloverleaf

**closed shop** *n.* See **union shop.**
**closed system** *n.* A physical system that does not interact with or receive input from other systems, especially one that obeys conservation laws.
**closed universe** *n.* A model of the universe in which there is sufficient matter, and thus gravitational force, to halt the expansion initiated by the Big Bang.
**close-fist·ed** (klōs′fĭs′tĭd) *adj.* Tightfisted; stingy.
**close-grained** (klōs′grānd′) *adj.* Dense or compact in structure or texture, as a wood composed of small-diameter cells.
**close-hauled** (klōs′hôld′) *adv. & adj. Nautical* With sails trimmed flat for sailing as close to the wind as possible.
**close-knit** (klōs′nĭt′) *adj.* Held tightly together, as by social or cultural ties: *a close-knit family.*
**close-mind·ed** (klōs′mīn′dĭd, klōz′-) *adj.* Variant of **closed-minded.**
**close-mouthed** (klōs′mouthd′, -moutht′) *adj.* Disposed not to talk; tightlipped.
**close-or·der drill** (klōs′ôr′dər) *n.* A military drill in marching, maneuvering, and formal handling of arms in which the participants perform at close intervals.
**close-out** (klōz′out′) *n.* A sale in which all remaining stock is disposed of, usually at greatly reduced prices.
**clos·er** (klō′zər) *n.* **1.** One that closes: *The closer of the shop has to lock up.* **2.** *Baseball* A relief pitcher called upon to protect a lead late in a game.
**close shave** (klōs) *n. Informal* A narrow escape; a close call.
**clos·et** (klŏz′ĭt, klôz′ĭt) *n.* **1.** A cabinet or enclosed recess for linens, household supplies, or clothing. **2.** A small private chamber, as for study or prayer. **3.** A water closet; a toilet. **4.** A state of secrecy or cautious privacy: *Two days before the election, the candidate suddenly came out of the closet and denounced the proposed law.* ❖ *tr.v.* **-et·ed, -et·ing, -ets** To enclose or shut up in a private room, as for discussion: *closeted themselves with their attorneys.* ❖ *adj.* **1.** Private; confidential: *closet information.* **2.** Being so or engaging only in private; secret: *a closet proponent of a tax increase; a closet alcoholic.* **3.** Based on theory and speculation rather than practice. [Middle English, private room < Old French, diminutive of *clos*, enclosure < Latin *clausum* < neuter of *clausus*, enclosed; see CLOSE.] —**clos′et·ful′** *n.*
**closet drama** *n.* A play to be read rather than performed.
**clos·et·ed** (klŏz′ĭ-tĭd, klôz′ĭ-) *adj.* Being in a state of secrecy or cautious privacy.
**close-up** (klōs′ŭp′) *n.* **1.** A photograph or a movie shot in which the subject is tightly framed and shown at a relatively large scale. **2.** An intimate view or description. —**close′-up′** *adj. & adv.*
**clos·ing** (klō′zĭng) *n.* **1.** The end or conclusion: *the closing of a debate.* **2.** A meeting for completing a transaction, especially one at which contracts are signed transferring ownership of real estate.
**clos·trid·i·um** (klŏ-strĭd′ē-əm) *n., pl.* **-i·a** (-ē-ə) Any of various rod-shaped, spore-forming, chiefly anaerobic bacteria of the genus *Clostridium*, such as certain nitrogen-fixing species that are found in soil and those that cause botulism and tetanus. [New Latin *Clōstridium*, genus name < Greek *klōstēr, klōstr-*, spindle < *klōthein*, to spin.] —**clos·trid′i·al** (-əl) *adj.*
**clo·sure** (klō′zhər) *n.* **1.** The act of closing or the state of being closed: *closure of an incision.* **2.** Something that closes or shuts. **3.** A bringing to an end; a conclusion: *finally brought the project to closure.* **4a.** A bringing to an end; a conclusion: *finally brought the project to closure.* **b.** A feeling of finality or resolution, especially after a traumatic experience: *sought closure in returning to the scene of the accident.* **5.** See **cloture. 6.** The property of being mathematically closed. ❖ *tr.v.* **-sured, -sur·ing, -sures** To cloture (a debate). [Middle English < Old French < Late Latin *clausūra*, fortress, lock < *clausus*, enclosed; see CLOSE. Sense 4, translation of French *clôture*.]
**clot** (klŏt) *n.* **1.** A thick, viscous, or coagulated mass or lump, as of blood. **2.** A clump, mass, or lump, as of clay. **3.** A compact group: *a clot of trucks blocking the tunnel's entrance.* ❖ *v.* **clot·ted, clot·ting, clots** —*intr.* To form into a clot or clots; coagulate: *The blood clotted over the wound.* —*tr.* **1.** To cause to form into a clot or clots. **2.** To fill or cover with or as if with clots. [Middle English < Old English *clott*, lump.]
**cloth** (klôth, klŏth) *n., pl.* **cloths** (klôths, klôthz, klŏths, klŏthz) **1.** Fabric or material formed by weaving, knitting, pressing, or felting natural or synthetic fibers. **2.** A piece of fabric or material used for a specific purpose, as a tablecloth. **3.** *Nautical* **a.** Canvas. **b.** A sail. **4.** The characteristic attire of a profession, especially that of the clergy. **5.** The clergy: *a man of the cloth.* —**idiom: in cloth** With a clothbound binding; as a clothbound book. [Middle English < Old English *clāth*.]
**cloth·bound** (klôth′bound′, klŏth′-) *adj.* Having a cover of thick paper boards covered with cloth. Used of a book.
**clothe** (klōth) *tr.v.* **clothed** or **clad** (klăd), **cloth·ing, clothes 1.** To put clothes on; dress: *The children were clothed in warm fleece.* **2.** To provide clothes for. **3.** To cover as if with clothing: *"People clothe the act of vengeance in all sorts of justifications"* (James Carroll). **4.** To endow with a trait or attribute. [Middle English *clothen* < Old English *clāthian* < *clāth*, cloth.]
**clothes** (klōz, klōthz) *pl.n.* **1.** Articles of dress; wearing apparel; garments. **2.** Bedclothes. [Middle English < Old English *clāthas*, pl. of *clāth*, cloth.]
**clothes-horse** (klōz′hôrs′, klōthz′-) *n.* **1.** A frame on which clothes are hung to dry or air. **2.** A person excessively concerned with dress.
**clothes-line** (klōz′līn′, klōthz′-) *n.* A cord, rope, or wire on which clothes may be hung to dry or air. ❖ *tr.v.* **-lined, -lin·ing, -lines** *Sports* To knock down (an opponent in an athletic contest) by hooking the neck with an outstretched arm.
**clothes moth** *n.* Any of various moths of the family Tineidae, whose larvae feed on wool, hair, fur, and feathers.
**clothes·pin** (klōz′pĭn′, klōthz′-) *n.* A clip of wood or plastic for fastening clothes to a clothesline.
**clothes·press** also **clothes press** (klōz′prĕs′, klōthz′-) *n.* A chest, closet, or wardrobe in which clothes are kept.
**clothes tree** *n.* An upright pole or stand with hooks or pegs on which to hang clothing. Also called *coat tree.*
**cloth·ier** (klōth′yər, klō′thē-ər) *n.* One that makes or sells clothing or cloth.
**cloth·ing** (klō′thĭng) *n.* **1.** Clothes considered as a group; wearing apparel. **2.** A covering.
**Clo·tho** (klō′thō) *n. Greek Mythology* One of the three Fates, the spinner of the thread of destiny. [Greek *Klōthō* < *klōthein*, to spin.]
**cloth yard** *n.* The standard unit of cloth measurement, equal to 36 inches (0.914 meter).
**clo·trim·a·zole** (klō-trĭm′ə-zōl′) *n.* A broad-spectrum antifungal drug used topically to treat a variety of superficial fungal infections, including candidiasis and tinea. [C(H)LO(RO)– + TR(I)– (from its three phenyl groups) + IM(ID)AZOLE.]
**clot·ted cream** (klŏt′ĭd) *n.* A thick cream made primarily in England by heating milk until a layer of cream forms on its surface that is then cooled and skimmed off. Also called *Devonshire cream.*
**clo·ture** (klō′chər) *n.* A parliamentary procedure by which debate is ended and an immediate vote is taken on the matter under discussion. Also called *closure.* ❖ *tr.v.* **-tured, -tur·ing, -tures** To apply cloture to (a parliamentary debate). [French *clôture* < Old French *closture*, probably alteration of *closure*, closure; see CLOSURE.]
**cloud** (kloud) *n.* **1a.** A visible body of very fine water droplets or ice particles suspended in the atmosphere at altitudes ranging up to several miles above sea level. **b.** A mass of particles or droplets, as of dust, smoke, or steam, suspended in the atmosphere or existing in outer space. **2a.** A large moving body of things in the air or on the ground; a swarm: *a cloud of locusts.* **b.** A collection of particles or other small entities: *an electron cloud; a cloud of spores.* **c.** An opaque mass of particles suspended in water: *a cloud of silt in the pond.* **3.** A dark region or blemish, as on a polished stone. **4.** A state or cause of sadness, worry, or anger: *At the bad news a cloud fell over the celebration.* **5.** A state or cause of confusion or misunderstanding: *writing made difficult by a cloud of jargon.* **6.** A state or cause of suspicion or disgrace: *A cloud of mistrust lingers among the signers of the treaty.* **7a.** A large area of coordinated wireless Internet service. **b.** The collection of data and services available through the Internet: *stored company data in the cloud.* ❖ *v.* **cloud·ed, cloud·ing, clouds** —*tr.* **1a.** To cover or obscure with clouds: *We could not see the moon because the sky was clouded over.* **b.** To darken, obscure, or make less transparent: *Smoke clouded the windows.* **2a.** To make sorrowful, troubled, or angry: *a bad memory that clouded his spirits.* **b.** To cause to appear sorrowful, troubled, or angry: *Worry clouded her face.* **3a.** To make difficult to know or understand; make obscure or uncertain: *The economic downturn clouded the future of the project.* **b.** To confuse: *Don't let your resentments cloud your judgment.* **4.** To cast aspersions on; sully: *Scandal clouded the officer's reputation.* —*intr.* **1a.** To become cloudy or overcast: *The sky clouded over.* **b.** To become dark, obscure, or less transparent: *The water in the tank clouded up.* **2.** To show sorrow, worry, or anger: *His face clouded at the news.* —**idioms: in the clouds** Impractical. **under a cloud** Under suspicion or in a state of disgrace. [Middle English, hill, cloud < Old English *clūd*, rock, hill.] —**cloud′less** *adj.*
**cloud·ber·ry** (kloud′bĕr′ē) *n.* A creeping perennial herb (*Rubus chamaemorus*) in the rose family, native to northern North America and Eurasia and having white flowers and edible yellowish fruit.
**cloud·bow** (kloud′bō′) *n.* A faint white or yellowish arc-shaped light, similar to a rainbow, that sometimes appears in clouds opposite the sun. [CLOUD + (RAIN)BOW.]
**cloud·burst** (kloud′bûrst′) *n.* A sudden heavy rainstorm; a downpour.
**cloud chamber** *n.* A gas-filled device in which the path of charged subatomic particles can be detected by the formation of chains of droplets on ions generated by their passage. It is also used to infer the presence of neutral particles and to study certain nuclear reactions.
**cloud ear** *n.* A species of wood ear fungus (*Auricularia auricula-judae*) used especially in East Asian cuisine. [Translation of terms in varieties of Chinese such as Mandarin *yún ěr* : *yún*, cloud + *ěr*, ear.]
**cloud·ed leopard** (klou′dĭd) *n.* A medium-sized wild cat (*Neofelis nebulosa*) native to Southeast Asia, having brownish or gray fur with black markings similar to those of a leopard.
**cloud forest** *n.* A high-elevation tropical forest that receives much of its moisture from direct contact with clouds rather than from rain.
**cloud·land** (kloud′lănd′) *n.* A realm of imagination or fantasy.
**cloud·let** (kloud′lĭt) *n.* A small cloud or something resembling one.
**cloud nine** *n. Informal* A state of elation or great happiness: *was on cloud nine after winning the marathon.*
**Cloud Peak** (kloud) A mountain, 4,013 m (13,167 ft) high, in the Bighorn Mountains of north-central Wyoming. It is the highest elevation in the range.
**cloud·scape** (kloud′skāp′) *n.* **1.** A work of art representing a view of clouds: *an Impressionist painting that is a vast cloudscape of buoyant, floating forms.* **2.** A photograph showing a view of clouds, such as those surrounding a planet.
**cloud seeding** *n.* A technique of stimulating or enhancing precipita-

**re·mis·sion** (rĭ-mĭsh′ən) *n.* **1a.** The act of remitting. **b.** A condition or period in which something is remitted. **2.** A lessening of intensity or degree; abatement. **3a.** *Medicine* Abatement or subsiding of the symptoms of a disease. **b.** The period during which the symptoms of a disease abate or subside. **4a.** Release, as from a debt, penalty, or obligation. **b.** Forgiveness; pardon. [Middle English < Old French < Latin *remissiō, remissiōn-* < *remissus*, past participle of *remittere*, to let go; see REMIT.]

**re·mit** (rĭ-mĭt′) *v.* **-mit·ted, -mit·ting, -mits** —*tr.* **1.** To transmit (money) in payment. **2a.** To refrain from exacting (a tax or penalty, for example); cancel. **b.** To pardon; forgive: *remitted their sins.* **3.** To restore to a former condition or position. **4.** *Law* **a.** To refer (a case) to another court for further consideration or action. **b.** To refer (a matter) to a committee or authority for decision. **5.** To allow to slacken: *The storm remitted its fury.* —*intr.* **1.** To transmit money. **2.** To diminish; abate: *The symptoms of the disease remitted.* ♦ *n.* (rĭ-mĭt′, rē′mĭt) **1.** A matter remitted for further consideration. **2.** *Chiefly British* An area of responsibility; scope. [Middle English *remitten*, to send back < Latin *remittere* : *re-*, re- + *mittere*, to send.] —**re·mit′ment** *n.* —**re·mit′ta·ble** *adj.* —**re·mit′ter** *n.*

**re·mit·tal** (rĭ-mĭt′l) *n.* Remission.

**re·mit·tance** (rĭ-mĭt′ns) *n.* **1.** The sending of money to someone at a distance. **2.** The sum of money sent.

**re·mit·tent** (rĭ-mĭt′nt) *adj.* Characterized by temporary abatement in severity. Used especially of diseases. —**re·mit′tence, re·mit′ten·cy** *n.* —**re·mit′tent·ly** *adv.*

**re·mix** (rē-mĭks′) *tr.v.* **-mixed, -mix·ing, -mix·es** To recombine (audio tracks or channels from a recording) to produce a new or modified audio recording: *remixed a popular ballad and turned it into a dance hit.* ♦ *n.* (rē′mĭks′) A recording produced by remixing.

**rem·nant** (rĕm′nənt) *n.* **1.** Something left over; a remainder. **2.** A piece of fabric remaining after the rest has been used or sold. **3.** A surviving trace or vestige: *a remnant of his past glory.* **4.** often **remnants** A small surviving group of people. [Middle English *remanant, remnant* < Old French *remanant* < present participle of *remaindre*, to remain; see REMAIN.]

**re·mod·el** (rē-mŏd′l) *tr.v.* **-eled, -el·ing, -els** also **-elled, -el·ling, -els** **1.** To make over in structure or style; reconstruct. **2.** *Physiology* To maintain (bone tissue) in dynamic equilibrium through the resorption and deposition of bone at a given site. —**re·mod′el·er** *n.*

**re·mon·e·tize** (rē-mŏn′ĭ-tīz′, -mŭn′-) *tr.v.* **-tized, -tiz·ing, -tiz·es** To restore to use as legal tender: *remonetize silver.* —**re·mon′e·ti·za′tion** (-tĭ-zā′shən) *n.*

**re·mon·strance** (rĭ-mŏn′strəns) *n.* **1.** The act of remonstrating. **2.** An expression of protest, complaint, or reproof, especially a formal statement of grievances.

**re·mon·strant** (rĭ-mŏn′strənt) *adj.* Characterized by remonstrance: *"Pericles is the least remonstrant of Shakespearean heroes, a stalwart sufferer who is not about to challenge the injustice of the gods"* (David Richards). ♦ *n.* **1.** A person who remonstrates. **2.** **Remonstrant** A member of a Christian sect originating among a group of Dutch Arminians who in 1610 formally stated the grounds of their dissent from strict Calvinism. —**re·mon′strant·ly** *adv.*

**re·mon·strate** (rĭ-mŏn′strāt′, rĕm′ən-) *v.* **-strat·ed, -strat·ing, -strates** —*tr.* To say or plead in protest, objection, or reproof. —*intr.* To reason or plead in protest; present an objection. See Synonyms at **object**. [Medieval Latin *remōnstrāre, remōnstrāt-*, to demonstrate : Latin *re-*, re- + Latin *mōnstrāre*, to show (< *mōnstrum*, portent; see MONSTER).] —**re′mon·stra′tion** (rē′mŏn-strā′shən, rĕm′ən-) *n.* —**re·mon′stra·tive** (rĭ-mŏn′strə-tĭv) *adj.* —**re·mon′stra·tive·ly** *adv.* —**re·mon′stra·tor** *n.*

**re·mo·ra** (rĕm′ər-ə, rĕm′ər-ə) *n.* Any of several marine fishes of the family Echeneidae, having on the head a sucking disk with which they attach themselves to sharks and other fishes, whales, sea turtles, or the hulls of ships. Also called *shark sucker, suckerfish.* [Latin, delay (from the belief that they could slow ships down) < *remorārī*, to delay : *re-*, re- + *morārī*, to delay (< *mora*, delay).]

**re·morse** (rĭ-môrs′) *n.* **1.** Moral anguish arising from repentance for past misdeeds; bitter regret. See Synonyms at **penitence**. **2.** *Obsolete* Compassion. [Middle English *remors* < Old French < Medieval Latin *remorsum* < neuter past participle of Latin *remordēre*, to torment : *re-*, re- + *mordēre*, to bite; see **mer-** in App. I.]

**re·morse·ful** (rĭ-môrs′fəl) *adj.* Marked by or filled with remorse. —**re·morse′ful·ly** *adv.* —**re·morse′ful·ness** *n.*

**re·morse·less** (rĭ-môrs′lĭs) *adj.* **1.** Having no pity or compassion; merciless. **2.** Unyielding; relentless. —**re·morse′less·ly** *adv.* —**re·morse′less·ness** *n.*

**re·mote** (rĭ-mōt′) *adj.* **-mot·er, -mot·est** **1a.** Located far away; distant in space. **b.** Hidden away; secluded: *a remote hamlet.* **2.** Distant in time: *the remote past.* **3.** Faint; slight: *a remote possibility; had not the remotest interest.* **4.** Far removed in connection or relevance: *a cause remote from everyday concerns.* **5.** Distantly related by blood or marriage: *a remote cousin.* **6.** Distant in manner; aloof. **7.** Operating or controlled from a distance: *remote sensors.* **8.** *Computers* Located at a distance from another computer that is accessible by cables or other communications links: *a remote terminal.* ♦ *n.* **1.** A radio or television broadcast originating from a point outside a studio. **2.** A remote control device. [Middle English < Old French *remot* < Latin *remōtus*, past participle of *removēre*, to remove; see REMOVE.] —**re·mote′ly** *adv.* —**re·mote′ness** *n.*

**remote control** *n.* **1.** The control of an activity, process, or machine from a distance, as by radioed instructions or coded signals. **2.** A device used to control an apparatus or machine from a distance. —**re·mote′-con·trol′, re·mote′-con·trolled′** (-trōld′) *adj.*




**Renaissance**
*top:* Château de Chambord
Chambord, France
*bottom: The Return of Judith to Bethulia*, c. 1469, by Sandro Botticelli

**remote sensing** *n.* The acquisition of data relating to an object by the use of sensing devices not in contact with the object, as in weather data collection by a satellite or observation of internal organs through ultrasound.

**re·mo·tion** (rĭ-mō′shən) *n.* **1.** The act of removing; removal. **2.** The state of being remote. **3.** *Obsolete* Departure. [Middle English *remocion* < Latin *remōtiō, remōtiōn-* < *remōtus*, past participle of *removēre*, to remove; see REMOVE.]

**ré·mou·lade** (rā′mōō-läd′) *n.* A piquant cold sauce made with mayonnaise, chopped pickles, capers, anchovies, and herbs. [French, alteration (perhaps influenced by *remoudre*, to grind again (in reference to the finely chopped ingredients), or *rémoudre*, to sharpen again (in reference to the sauce's sharp taste)), of earlier *ramolade*, probably of Picard origin; akin to Picard *ramolas*, large black radish (often used as a pungent condiment), ultimately < Latin *armoracia*, wild radish, of unknown origin.]

**re·mount** (rē-mount′) *tr.v.* **-mount·ed, -mount·ing, -mounts** **1.** To mount again. **2.** To supply with a fresh horse. ♦ *n.* (rē′mount′, rē-mount′) A fresh horse.

**re·mov·al** (rĭ-mōō′vəl) *n.* **1a.** The act of removing. **b.** The fact of being removed. **2.** Relocation, as of a residence or business. **3.** Dismissal, as from office.

**re·move** (rĭ-mōōv′) *v.* **-moved, -mov·ing, -moves** —*tr.* **1.** To move from a place or position occupied: *removed the cups from the table.* **2.** To transfer or convey from one place to another: *removed the family to Texas.* **3.** To take off: *removed my boots.* **4.** To take away; withdraw: *removed the candidate's name from consideration.* **5.** To do away with; eliminate: *remove a stain.* **6.** To dismiss from an office or position. —*intr.* **1.** To change one's place of residence or business; move: *"In 1751, I removed from the country to the town"* (David Hume). **2.** To go away; depart. **3.** To be removable: *paint that removes with water.* ♦ *n.* **1.** The act of removing; removal. **2.** Distance or degree of separation or remoteness: *"to spill, though at a safe remove, the blood of brave men"* (Anthony Burgess). [Middle English *removen* < Old French *removoir* < Latin *removēre* : *re-*, re- + *movēre*, to move; see MOVE.] —**re·mov′a·bil′i·ty, re·mov′a·ble·ness** *n.* —**re·mov′a·ble** *adj.* —**re·mov′a·bly** *adv.* —**re·mov′er** *n.*

**re·moved** (rĭ-mōōvd′) *adj.* **1.** Distant in space, time, or nature; remote. **2.** Separated in relationship by a given degree of descent: *A first cousin's child is one's first cousin once removed.* —**re·mov′ed·ly** (-mōō′vĭd-lē) *adv.* —**re·mov′ed·ness** *n.*

**REM sleep** *n.* A period of sleep during which dreaming takes place, characterized by rapid periodic twitching movements of the eye muscles and other physiological changes, such as accelerated respiration and heart rate, increased brain activity, and muscle relaxation. REM sleep is the fifth and last stage of sleep that occurs in the sleep cycle, preceded by four stages of non-REM sleep. Also called *paradoxical sleep.* [R(APID) E(YE) M(OVEMENT).]

**re·mu·da** (rĭ-mōō′də) *n.* *Southwestern US* A herd of horses from which ranch hands select their mounts. [American Spanish, change of horses, remuda < Spanish, exchange < *remudar*, to exchange : *re-*, in return (< Latin; see RE–) + *mudar*, to change (< Latin *mūtāre*; see **mei-¹** in App. I).]

**re·mu·ner·ate** (rĭ-myōō′nə-rāt′) *tr.v.* **-at·ed, -at·ing, -ates** **1.** To pay (a person) a suitable equivalent in return for goods provided, services rendered, or losses incurred; recompense. **2.** To compensate for; make payment for: *remunerated his efforts.* [Latin *remūnerārī, remūnerāt-* : *re-*, re- + *mūnerārī*, to give (< *mūnus, mūner-*, gift; see **mei-¹** in App. I).] —**re·mu′ner·a·bil′i·ty** (-nər-ə-bĭl′ĭ-tē) *n.* —**re·mu′ner·a·ble** *adj.* —**re·mu′ner·a′tor** *n.*

**re·mu·ner·a·tion** (rĭ-myōō′nə-rā′shən) *n.* **1.** The act of remunerating. **2.** Something, such as a payment, that remunerates.

**re·mu·ner·a·tive** (rĭ-myōō′nər-ə-tĭv, -nə-rā′tĭv) *adj.* **1.** Yielding suitable recompense; profitable. **2.** Serving to remunerate. —**re·mu′ner·a·tive·ly** *adv.* —**re·mu′ner·a·tive·ness** *n.*

**Re·mus** (rē′məs) *n.* *Roman Mythology* The twin brother of Romulus.

**ren·ais·sance** (rĕn′ĭ-säns′, -zäns′, rĭ-nā′səns) *n.* **1.** A rebirth or revival. **2. Renaissance a.** The humanistic revival of classical art, architecture, literature, and learning that originated in Italy in the 14th century and later spread throughout Europe. **b.** The period of this revival, roughly the 14th through the 16th century, marking the transition from medieval to modern times. **3.** often **Renaissance a.** A revival of intellectual or artistic achievement and vigor: *the Celtic Renaissance.* **b.** The period of such a revival. ♦ *adj.* **Renaissance 1.** Of, relating to, or characteristic of the Renaissance or its artistic and intellectual works and styles. **2.** Of or being the style of architecture and decoration, based on classical models, that originated in Italy in the 14th century and continued throughout Europe up to the end of the 16th century. [French < Old French < *renaistre*, to be born again < Vulgar Latin *\*renāscere* < Latin *renāscī* : *re-*, re- + *nāscī*, to be born; see **genə-** in App. I.]

**Renaissance man** *n.* A man who has broad intellectual interests and is accomplished in areas of both the arts and the sciences.

**Renaissance woman** *n.* A woman who has broad intellectual interests and is accomplished in areas of both the arts and the sciences.

**re·nal** (rē′nəl) *adj.* Of, relating to, or in the region of the kidneys. [Late Latin *rēnālis* < Latin *rēnēs*, kidneys.]

**renal clearance** *n.* The volume of plasma completely cleared of a specific compound per unit time and measured as a test of kidney function.

**renal corpuscle** *n.* The part of a nephron that includes the glomerulus and associated Bowman's capsule. Also called *Malpighian body, Malpighian corpuscle.*

**renal failure** *n.* Acute or chronic malfunction of the kidneys resulting from any of a number of causes, including infection, trauma, toxins,



respiratory system
A. lung
B. bronchial tubes
C. nose
D. mouth
E. trachea
F. diaphragm



rest[1]
rest (center) equivalent to the duration of an eighth note

**res·pi·ra·to·ry failure** *n.* An acute or chronic condition marked by severely impaired pulmonary function, characterized by elevated carbon dioxide or decreased oxygen, or both, in the arterial blood and often by the necessity of a ventilator to assist breathing.

**respiratory pigment** *n.* Any of various colored conjugated proteins, such as hemoglobin, that occur in living organisms and function in oxygen transfer in cellular respiration.

**respiratory quotient** *n. Abbr.* **RQ** The ratio of the volume of carbon dioxide released to the volume of oxygen consumed by a body tissue or an organism in a given period.

**respiratory syncytial virus** *n. Abbr.* **RSV** An RNA virus that causes minor respiratory infections in adults and bronchitis and bronchopneumonia in children.

**respiratory system** *n.* The system of organs and structures, such as lungs in mammals and gills in fish, involved in the exchange of oxygen and carbon dioxide between an organism and its environment.

**respiratory therapy** *n.* The treatment or management of acute and chronic breathing disorders, as through the use of respirators or medication in aerosol form. —**respiratory therapist** *n.*

**re·spire** (rĭ-spīr′) *v.* **-spired, -spir·ing, -spires** —*intr.* **1.** To breathe in and out; inhale and exhale: *respired with difficulty.* **2.** To carry out the metabolic process of respiration: *Different parts of a plant respire at different rates.* **3.** *Archaic* To regain one's spirits, as after a period of exertion or trouble. —*tr.* **1.** To inhale and exhale (air, for example); breathe. **2.** To use (a molecule or compound) for the metabolic process of respiration: *bacteria that respire sulfur compounds.* **3.** To keep (someone) breathing: *"Becky was still being respired by the ventilator"* (Robin Cook). [Middle English *respiren,* to breathe again < Latin *respīrāre* : *re-,* re- + *spīrāre,* to breathe.]

**res·pi·rom·e·ter** (rĕs′pə-rŏm′ĭ-tər) *n.* An instrument for measuring the degree and nature of respiration. —**res′pi·ro·met′ric** (-rō-mĕt′rĭk) *adj.* —**res′pi·rom′e·try** *n.*

**res·pite** (rĕs′pĭt) *n.* **1.** A usually short period of rest or relief. See Synonyms at **pause. 2.** *Law* **a.** Temporary suspension of the execution of a sentence. **b.** Forbearance or delay, as granted in the payment of a debt. ❖ *tr.v.* **-pit·ed, -pit·ing, -pites 1.** To delay (a legal sentence, for example); postpone. **2.** To grant a respite to (someone). ❖ *adj.* Relating to or being a respite: *respite care.* [Middle English < Old French *respit* < Latin *respectus,* refuge, looking back; see RESPECT.]

**re·splen·dent** (rĭ-splĕn′dənt) *adj.* Splendid or dazzling in appearance; brilliant. [Middle English < Old French < Latin *resplendēns, resplendent-,* present participle of *resplendēre,* to shine brightly : *re-,* re- + *splendēre,* to shine.] —**re·splen′dence, re·splen′den·cy** *n.* —**re·splen′dent·ly** *adv.*

**re·spond** (rĭ-spŏnd′) *v.* **-spond·ed, -spond·ing, -sponds** —*intr.* **1.** To make a reply; answer: *respond to an e-mail.* **2.** To act in return or in answer: *firefighters responding to a call.* See Synonyms at **answer. 3.** To react positively or favorably: *The patient has responded rapidly to the treatment.* —*tr.* To give as a reply; answer. ❖ *n. Architecture* A pilaster or half-pier engaged to a wall and carrying one end of an arch or groin, often at the end of an arcade. [Middle English *responden* < Old French *respondre* < Latin *respondēre* : *re-,* re- + *spondēre,* to promise; see **spend-** in App. I.] —**re·spond′er** *n.*

**re·spon·dent** (rĭ-spŏn′dənt) *n.* **1.** One who responds. **2.** *Law* The defending party in certain legal proceedings, as in a case brought by petition. ❖ *adj.* **1.** Giving or given as an answer; responsive. **2.** *Law* Of or being a respondent in a proceeding. —**re·spon′dence, re·spon′den·cy** *n.*

**re·sponse** (rĭ-spŏns′) *n.* **1.** The act of responding. **2.** A reply or an answer. **3.** A reaction, as that of an organism or a mechanism, to a specific stimulus. **4a.** *Ecclesiastical* Something that is spoken or sung by a congregation or choir in answer to the officiating minister or priest. **b.** A responsory. [Middle English *respons* < Old French < Latin *respōnsum* < neuter past participle of *respondēre,* to respond; see RESPOND.]

**re·spon·si·bil·i·ty** (rĭ-spŏn′sə-bĭl′ĭ-tē) *n., pl.* **-ties 1.** The state, quality, or fact of being responsible. **2.** Something for which one is responsible; a duty, obligation, or burden.

**re·spon·si·ble** (rĭ-spŏn′sə-bəl) *adj.* **1a.** Liable to be required to give account, as of one's actions or of the discharge of a duty or trust: *Who is responsible while their parents are away?* **b.** Required to render account; answerable: *The cabinet is responsible to the parliament.* **2.** Involving important duties, the supervision of others, or the ability to make decisions with little supervision: *a responsible position within the firm.* **3.** Being a source or cause: *Viruses are responsible for many diseases.* **4a.** Able to make moral or rational decisions on one's own and therefore answerable for one's behavior: *At what age does a person become responsible?* **b.** Able to be trusted or depended upon; trustworthy or reliable: *a responsible art dealer.* **5.** Based on or characterized by good judgment or sound thinking: *responsible journalism.* [Obsolete French *responsible,* corresponding to < Latin *respōnsus,* past participle of *respondēre,* to respond; see RESPOND.] —**re·spon′si·ble·ness** *n.* —**re·spon′si·bly** *adv.*

✦ **SYNONYMS** *responsible, answerable, liable, accountable, amenable* These adjectives share the meaning obliged to answer, as for one's actions, to an authority that may impose a penalty for failure. *Responsible* often implies the satisfactory performance of duties or the trustworthy care for or disposition of possessions: *"I am responsible for the ship's safety"* (Robert Louis Stevenson). *Answerable* suggests a moral or legal responsibility subject to review by a higher authority: *The court held the parents answerable for their minor child's acts of vandalism. Liable* refers to a legal obligation, as to pay damages: *The builder is liable for the cost of delays. Accountable* especially emphasizes giving an account of one's discharge of a responsibility: *"The liberal philosophy holds that enduring governments must be accountable to someone beside themselves"* (Walter Lippmann). *Amenable* implies being subject to the control of an authority and therefore the absence of complete autonomy: *"There is no constitutional tribunal to which [the king] is amenable"* (Alexander Hamilton). See also synonyms at **reliable.**

**re·spon·sive** (rĭ-spŏn′sĭv) *adj.* **1.** Answering or replying; responding. **2.** Readily reacting to suggestions, influences, appeals, or efforts: *a responsive student.* **3.** Containing or using responses: *responsive reading; responsive liturgy.* —**re·spon′sive·ly** *adv.* —**re·spon′sive·ness** *n.*

**re·spon·so·ry** (rĭ-spŏn′sə-rē) *n., pl.* **-ries** A chant or anthem recited or sung after a reading in a church service. [Middle English *responsorie* < Late Latin *respōnsōrium* < Latin *respōnsus,* past participle of *respondēre,* to respond; see RESPOND.] —**re·spon·so′ri·al** (-sôr′ē-əl) *adj.*

**res pu·bli·ca** (rēz pŭb′lĭ-kə, räs pōō′blē-kä′) *n., pl.* **-cae** (-kā, -kī) **1.** A state, republic, or commonwealth. **2.** The general public good or welfare. [Latin *rēs pūblica;* see REPUBLIC.]

**res·sen·ti·ment** (rə-sän′tē-män′) *n.* A generalized feeling of resentment and often hostility harbored by one individual or group against another, especially chronically and with no means of direct expression. [French, resentment < Old French *ressentement* < *resentir,* to feel strongly; see RESENT.]

**rest**[1] (rĕst) *n.* **1a.** A period of inactivity, relaxation, or sleep: *The hikers stopped for a rest.* **b.** Sleep or the refreshment resulting from inactivity or sleep: *Get plenty of rest before the race.* **c.** The repose of death: *eternal rest.* **d.** Mental or emotional calm: *The news put my mind at rest.* **2.** The state of being motionless; the absence of motion: *The car accelerates quickly from a state of rest.* **3.** The condition of being settled or resolved: *a remark that put the matter to rest.* **4.** *Music* **a.** An interval of silence corresponding to one of the possible time values within a measure. **b.** The mark or symbol indicating such a pause and its length. **5.** A short pause in a line of poetry; a caesura. **6.** A device used as a support: *a back rest.* **7.** *Games* See **bridge**[1] (sense 7a). ❖ *v.* **rest·ed, rest·ing, rests** —*intr.* **1a.** To cease motion, work, or activity, especially in order to become refreshed: *The laborers rested in the shade.* **b.** To lie down and sleep: *rested for an hour on the couch.* **2a.** To be or come to a motionless state: *The can rolled along, finally resting when it hit the curb.* **b.** To be located or be in a specified place: *The manuscript rests in the museum.* **c.** To be fixed or directed on something: *His gaze rested on the necklace.* **d.** To be unchanged or unresolved: *After arguing for an hour, we let the matter rest.* **3a.** To be supported or based; lie, lean, or sit: *The ladder rests firmly against the tree.* **b.** To be imposed or vested, as a responsibility or burden: *The final decision rests with the chairperson.* **c.** To depend or rely: *That argument rests on a false assumption.* **4.** *Law* To complete the main presentation of one's portion of a legal case: *The defense rests.* —*tr.* **1.** To cause or allow to be inactive or relaxed so as to regain energy: *The coach rested his best players. I rested my eyes before studying.* **2.** To place, lay, or lean, as for support or repose: *rested the rake against the fence.* **3.** To base or ground: *I rested my conclusion on that fact.* **4.** To fix or direct (the gaze, for example). **5.** *Law* To complete the main presentation of (one's portion of a case): *The prosecutor was not ready to rest her case.* —**idioms: at rest 1a.** Asleep. **b.** Dead. **2.** Motionless; inactive. **3.** Free from anxiety or distress. **lay (or put) to rest 1.** To bury (a dead body); inter. **2.** To resolve or settle (an issue, for example): *The judge's ruling put to rest the dispute between the neighbors.* [Middle English < Old English.] —**rest′er** *n.*

**rest**[2] (rĕst) *n.* **1.** The part that is left over after something has been removed; remainder. **2.** That or those remaining: *The beginning was boring, but the rest was interesting. The rest are arriving later.* ❖ *intr.v.* **rest·ed, rest·ing, rests 1.** To be or continue to be; remain: *Rest assured that we will finish on time.* **2.** To remain or be left over. [Middle English < Old French *reste* < *rester,* to remain < Latin *restāre,* to stay behind : *re-,* re- + *stāre,* to stand; see **stā-** in App. I.]

**rest**[3] (rĕst) *n.* A support for a lance on the side of the breastplate of medieval armor. [Middle English *reste,* short for *areste,* a stopping, holding < Old French < *arester,* to stop; see ARREST.]

**rest area** *n.* A designated area, usually along a major highway, where motorists can take a break from driving. Also called *rest stop.*

**re·start** (rē-stärt′) *v.* **-start·ed, -start·ing, -starts** —*tr.* To start again or anew: *restarted the engine after it stalled.* —*intr.* To begin operation again. —**re′start′** *n.* —**re·start′a·ble** *adj.*

**re·state** (rē-stāt′) *tr.v.* **-stat·ed, -stat·ing, -states** To state again or in a new form. See Synonyms at **repeat.** —**re·state′ment** *n.*

**res·tau·rant** (rĕs′tə-ränt′, -tər-ənt) *n.* A place where meals are served to the public. [French, restorative soup, restaurant < present participle of *restaurer,* to restore < Old French *restorer;* see RESTORE.]

**res·tau·ra·teur** (rĕs′tər-ə-tûr′) also **res·tau·ran·teur** (-tə-rän-tûr′) *n.* The manager or owner of a restaurant. [French < *restaurer,* to restore; see RESTAURANT.]

**rest energy** *n.* The energy equivalent of the rest mass of a body, equal to the rest mass multiplied by the speed of light squared.

**rest·ful** (rĕst′fəl) *adj.* Affording, marked by, or suggesting rest; tranquil. —**rest′ful·ly** *adv.* —**rest′ful·ness** *n.*

**rest·har·row** (rĕst′hăr′ō) *n.* Any of several Old World plants of the genus *Ononis* of the pea family, having woody stems, pink or purplish flowers, and trifoliolate leaves. [Obsolete *rest,* to check (short for Middle English *aresten;* see ARREST) + HARROW[1].]

**rest home** *n.* A private establishment where elderly or disabled persons are housed and cared for.

**res·ti·form body** (rĕs′tə-fôrm′) *n.* Either of two large cordlike bundles of nerve fibers in each cerebellar hemisphere that connect the cerebellum with the medulla oblongata. Also called *inferior cerebellar peduncle.* [Latin *restis,* rope + -FORM.]

SONOS-SVG2-00018276