# EXHIBIT 18



SONOS-SVG2-00018301

SONOS-SVG2-00018302

# Computer Networks And Internets

## Second Editon

### Douglas E. Comer

Department of Computer Sciences
Purdue University
West Lafayette, IN 47907



PRENTICE HALL
Upper Saddle River, New Jersey 07458

**Library of Congress Cataloging-in-Publications Data**

Comer, Douglas.
    Computer networks and internets / Douglas E. Comer. -- 2nd ed.
        p.   cm.
    Includes index.
    ISBN 0-13-083617-6
      1. Computer networks.    2. Internetworking (Telecommunication)
  I. Title.
  TK5105.5.C5897   1999
  004.6--dc21                                    98-47110
                                                                CIP

Publisher: **ALAN APT**
Development Editor: **SONDRA CHAVEZ**
Editor-in-chief: **MARCIA HORTON**
Production editor: **MIMI JETT—Interactive Composition Corporation**
Managing editor: **EILEEN CLARK**
Director of production and manufacturing: **DAVID W. RICCARDI**
Cover director: **HEATHER SCOTT**
Manufacturing buyer: **DONNA M. SULLIVAN**
Manufacturing manager: **TRUDY PISCIOTTI**
Editorial assistant: **TONI HOLM**


© 1999 by Prentice-Hall, Inc.
Simon & Schuster / A Viacom Company
Upper Saddle River, New Jersey 07458

All rights reserved. No part of this book may be
reproduced, in any form or by any means,
without permission in writing from the publisher.

The author and publisher of this book have used their best efforts in preparing this book. These efforts include the development, research, and testing of the theories and programs to determine their effectiveness. The author and publisher make no warranty of any kind, expressed or implied, with regard to these programs or the documentation contained in this book. The author and publisher shall not be liable in any event for incidental or consequential damages in connection with or arising out of the furnishing, performance, or use of these programs.

Printed in the United States of America

10  9  8  7  6  5  4  3  2  1

ISBN 0-13-083617-6

Prentice-Hall International (UK) Limited, London
Prentice-Hall of Australia Pty. Limited, Sydney
Prentice-Hall Canada Inc., Toronto
Prentice-Hall Hispanoamericana, S.A., Mexico
Prentice-Hall of India Private Limited, New Delhi
Prentice-Hall of Japan, Inc., Tokyo
Simon & Schuster Asia Pte. Ltd., Singapore
Editora Prentice-Hall do Brasil, Ltda., Rio de Janeiro

UNIX is a registered trademark of UNIX Systems
    Laboratories, Incorporated
Microsoft Windows is a trademark of Microsoft Corporation
Microsoft is a trademark of Microsoft Corporation
Windows 95 is a trademark of Microsoft Corporation
Windows 98 is a trademark of Microsoft Corporation
Windows NT is a trademark of Microsoft Corporation
Solaris is a trademark of Sun Microsystems, Incorporated
Sniffer is a trademark of Network General Corporation
Java is a trademark of Sun Microsystems, Incorporated
JavaScript is a trademark of Sun Microsystems, Incorporated
AdaMagic is a trademark of Intermetrics, Incorporated
Sparc is a trademark of Sun Microsystems, Incorporated
Alpha is a trademark of Digital Equipment Corporation
Pentium is a trademark of Intel Corporation
X Window System is a trademark of X Consortium, Inc.

SONOS-SVG2-00018304

## 7.3 Shared Communication Channels

The history of computer networking changed dramatically during the late 1960s and early 1970s when researchers developed a form of computer communication known as *Local Area Networks* (*LANs*). Devised as alternatives to expensive, dedicated point-to-point connections, the designs differ fundamentally from long-distance networks because they rely on sharing the network. Each LAN consists of a single shared medium, usually a cable, to which many computers attach. The computers take turns using the medium to send packets.

Several LAN designs emerged from the research. The designs differ in details such as the voltages and modulation techniques used, and the approach to sharing (i.e., the mechanisms used to coordinate access and transmit packets).

Because it eliminates duplication, sharing has an important economic impact on networking: it reduces cost. Consequently, Local Area Network technologies that allow a set of computers to share a medium have become popular. In fact,

> *Networks that allow multiple computers to share a communication medium are used for local communication. Point-to-point connections are used for long-distance networks and a few other special cases.*

If sharing reduces cost, why are shared networks used only for local communication? Both technical and economic reasons contribute to the answer. We said that the computers attached to a shared network must coordinate use of the network. Because coordination requires communication and the time required to communicate depends on distance, a large geographic separation between computers introduces longer delays. Thus, shared networks with long delays are inefficient because they spend more time coordinating use of the shared medium and less time sending data. In addition, engineers have learned that providing a high bandwidth communication channel over long distances is significantly more expensive than providing the same bandwidth communication over a short distance.

## 7.4 Significance Of LANs And Locality Of Reference

The significance of LANs can be stated simply:

> *Local Area Network technologies have become the most popular form of computer networks. LANs now connect more computers than any other type of network.*

One of the reasons so many LANs have been installed is economic: LAN technologies are both inexpensive and widely available. However, the main reason the demand for LANs is high can be attributed to a fundamental principle of computer networking known as *locality of reference*. The locality of reference principle states that communi-

cation among a set of computers is not random, but instead follows two patterns. First, if a pair of computers communicates once, the pair is likely to communicate again in the near future and then periodically. The pattern is called *temporal locality of reference* to imply a relationship over time. Second, a computer tends to communicate most often with other computers that are nearby. The second pattern is called *physical locality of reference*† to emphasize the geographic relationship. We can summarize:

> The locality of reference principle: *computer communication follows two distinct patterns. First, a computer is more likely to communicate with computers that are physically nearby than with computers that are far away. Second, a computer is more likely to communicate with the same set of computers repeatedly.*

The locality of reference principle is easy to understand because it applies to human communication. For example, people communicate most often with others who are physically nearby (e.g., working together). Furthermore, if an individual communicates with someone (e.g., a friend or family member), the individual is likely to communicate with the same person again.

## 7.5 LAN Topologies

Because many LAN technologies have been invented, it is important to know how specific technologies are similar and how they differ. To help understand similarities, each network is classified into a category according to its *topology* or general shape. This section describes the three topologies used most often with LANs; later sections add more detail and show specific examples.

### 7.5.1 Star Topology

A network uses a *star topology* if all computers attach to a central point. Figure 7.3 illustrates the concept.

**Figure 7.3** Illustration of the star topology in which each computer attaches to a central point called a *hub*.

---

†Physical locality of reference is sometimes referred to as *spatial locality of reference*.

Because a star-shaped network resembles the spokes of a wheel, the center of a star network is often called a *hub*. A typical hub consists of an electronic device that accepts data from a sending computer and delivers it to the appropriate destination.

Figure 7.3 illustrates an idealized star network. In practice, star networks seldom have a symmetric shape in which the hub is located an equal distance from all computers. Instead, a hub often resides in a location separate from the computers attached to it. For example, Chapter 9 will illustrate that computers can reside in individual offices, while the hub resides in a location accessible to an organization's networking staff.

### 7.5.2 Ring Topology

A network that uses a *ring topology* arranges for computers to be connected in a closed loop – a cable connects the first computer to a second computer, another cable connects the second computer to a third, and so on, until a cable connects the final computer back to the first. The name *ring* arises because one can imagine the computers and the cables connecting them arranged in a circle as Figure 7.4 illustrates.



**Figure 7.4** Illustration of a ring topology in which computers are connected in a closed loop. Each computer connects directly to two others.

It is important to understand that the *ring*, like the star topology, refers to logical connections among computers, not physical orientation – the computers and connections in a ring network need not be arranged in a circle. Instead, the cable between a pair of computers in a ring network may follow a hallway or rise vertically from one floor of a building to another. Furthermore, if one computer is far from others in the ring, the two cables that connect the distant computer may follow the same physical path.

### 7.5.3 Bus Topology

A network that uses a *bus topology* usually consists of a single, long cable to which computers attach†. Any computer attached to a bus can send a signal down the cable, and all computers receive the signal. Figure 7.5 illustrates the topology. Because all computers attached to the cable can sense an electrical signal, any computer can send

---

†In practice, the ends of a bus network must be terminated to prevent electrical signals from reflecting back along the bus.

data to any other computer. Of course, the computers attached to a bus network must coordinate to ensure that only one computer sends a signal at any time or chaos results.



**Figure 7.5** Illustration of a bus topology in which all computers attach to a single cable.

### 7.5.4 The Reason For Multiple Topologies

Each topology has advantages and disadvantages. A ring topology makes it easy for computers to coordinate access and to detect whether the network is operating correctly. However, an entire ring network is disabled if one of the cables is cut. A star topology helps protect the network from damage to a single cable because each cable connects only one machine. A bus requires fewer wires than a star, but has the same disadvantage as a ring: a network is disabled if someone accidentally cuts the main cable. In addition to later sections in this chapter, other chapters provide detailed examples of network technologies that illustrate some of the differences.

We can summarize the major points about network topologies.

> *Networks are classified into broad categories according to their general shape. The primary topologies used with LANs are star, ring, and bus; each topology has advantages and disadvantages.*

## 7.6 Example Bus Network: Ethernet

### 7.6.1 History Of The Ethernet

*Ethernet* is a well-known and widely used network technology that employs bus topology. Ethernet was invented at Xerox Corporation's Palo Alto Research Center in the early 1970s. Digital Equipment Corporation, Intel Corporation, and Xerox later cooperated to devise a production standard, which is informally called *DIX Ethernet* for the initials of the three companies. IEEE now controls Ethernet standards†. In its original version, an Ethernet LAN consisted of a single coaxial cable, called the *ether*, to which multiple computers connect. Engineers use the term *segment* to refer to the Ethernet coaxial cable. A given Ethernet segment is limited to *500* meters in length, and the standard requires a minimum separation of *3* meters between each pair of connections.

---

†Several variations of Ethernet currently exist; this section describes the original technology and leaves the discussion of alternatives until Chapter 9.

SONOS-SVG2-00018308

The original Ethernet hardware operated at a bandwidth of 10 Megabits per second (Mbps); a later version known as *Fast Ethernet* operates at 100 Mbps, and the most recent version, which is known as *Gigabit Ethernet* operates at 1000 Mbps or 1 Gigabit per second (Gbps).

### 7.6.2 Sharing On An Ethernet

The Ethernet standard specifies all details, including the format of frames that computers send across the ether†, the voltage to be used, and the method used to modulate a signal.

Because it uses a bus topology, Ethernet requires multiple computers to share access to a single medium. A sender transmits a signal, which propagates from the sender toward both ends of the cable. Figure 7.6 illustrates how data flows across an Ethernet.



**Figure 7.6** Conceptual flow of bits across an Ethernet. While transmitting a frame, a computer has exclusive use of the cable.

As the figure shows, a signal propagates from the sending computer to both ends of the shared cable. It is important to understand that sharing in local area networks technologies, does not mean that multiple frames are being sent at the same time. Instead, the sending computer has exclusive use of the entire cable during the transmission of a given frame – other computers must wait. After one computer finishes transmitting one frame, the shared cable becomes available for another computer to use. To summarize:

> *Ethernet is a bus network in which multiple computers share a single transmission medium. While one computer transmits a frame to another, all other computers must wait.*

---

†Chapter 8 discusses Ethernet frames in more detail and shows an example.

## 7.7 Carrier Sense On Multi-Access Networks (CSMA)

The most interesting aspect of Ethernet is the mechanism used to coordinate transmission. An Ethernet network does not have a centralized controller that tells each computer how to take turns using the shared cable. Instead, all computers attached to an Ethernet participate in a distributed coordination scheme called *Carrier Sense Multiple Access* (*CSMA*). The scheme uses electrical activity on the cable to determine status. When no computer is sending a frame, the ether does not contain electrical signals. During frame transmission, however, a sender transmits electrical signals used to encode bits. Although the signals differ slightly from the carrier waves described in Chapter 5, they are informally called a *carrier*. Thus, to determine whether the cable is currently being used, a computer can check for a carrier. If no carrier is present, the computer can transmit a frame. If a carrier is present, the computer must wait for the sender to finish before proceeding. Technically, checking for a carrier wave is called *carrier sense*, and the idea of using the presence of a signal to determine when to transmit is called *Carrier Sense Multiple Access* (*CSMA*).

## 7.8 Collision Detection And Backoff With CSMA/CD

Because CSMA allows each computer to determine whether a shared cable is already in use by another computer, it prevents a computer from interrupting an ongoing transmission. However, CSMA cannot prevent all possible conflicts. To understand why, imagine what happens if two computers at opposite ends of an idle cable both have a frame ready to send at the same time. When they check for a carrier, both stations find the cable idle, and both start to send frames simultaneously. The signals travel at approximately 70% of the speed of light, and when the signals transmitted by two computers reach the same point on the cable, they interfere with each other.

The interference between two signals is called a *collision*. Although a collision does not harm the hardware, it produces a garbled transmission that prevents either of the two frames from being received correctly. To ensure that no other computer transmits simultaneously, the Ethernet standard requires a sending station to monitor signals on the cable. If the signal on the cable differs from the signal that the station is sending, it means that a collision has occurred†. Whenever a collision is detected, a sending station immediately stops transmitting. Technically, monitoring a cable during transmission is known as *Collision Detect* (*CD*), and the Ethernet mechanism is known as *Carrier Sense Multiple Access with Collision Detect* (*CSMA/CD*).

CSMA/CD does more than merely detect collisions – it also recovers from them. After a collision occurs, a computer must wait for the cable to become idle again before transmitting a frame. However, if the computers begin to transmit as soon as the ether becomes idle, another collision will occur. To avoid multiple collisions, Ethernet requires each computer to delay after a collision before attempting to retransmit. The standard specifies a maximum delay, $d$, and forces each computer to choose a random delay less than $d$. In most cases, when a computer chooses a delay at random, it will

---

†To guarantee that a collision has time to reach all stations before they stop transmitting, the Ethernet standard specifies both a maximum cable length and a minimum frame size.

SONOS-SVG2-00018310

select a value that differs from any of the values chosen by the other computers – the computer that chooses the smallest delay will proceed to send a frame and the network will return to normal operation.

If two or more computers happen to choose nearly the same amount of delay after a collision, they will both begin to transmit at nearly the same time, producing a second collision. To avoid a sequence of collisions, Ethernet requires each computer to double the range from which a delay is chosen after each collision. Thus, a computer chooses a random delay from $0$ to $d$ after one collision, a random delay between $0$ and $2d$ after a second collision, between $0$ and $4d$ after a third, and so on. After a few collisions, the range from which a random value is chosen becomes large, and the probability is high that some computer will choose a short delay and transmit without a collision.

Technically, doubling the range of the random delay after each collision is known as *binary exponential backoff*. In essence, exponential backoff means that an Ethernet can recover quickly after a collision because each computer agrees to wait longer times between attempts when the cable becomes busy. In the unlikely event that two or more computers choose delays that are approximately equal, exponential backoff guarantees that contention for the cable will be reduced after a few collisions. We can summarize:

> *Computers attached to an Ethernet use CSMA/CD in which a computer waits for the ether to be idle before transmitting a frame. If two computers transmit simultaneously, a collision occurs; the computers use exponential backoff to choose which computer will proceed. Each computer delays a random time before trying to transmit again, and then doubles the delay for each successive collision.*

## 7.9 Wireless LANs And CSMA/CA

A set of *wireless LAN* technologies are available that use a modified form of CSMA/CD. The products, which are manufactured by several companies are available under a variety of trade names. For example, NCR Corporation sells *WaveLAN*, Solectek sells *AirLAN*, and Proxim Corporation sells *RangeLAN*.

Instead of transmitting signals across a cable, wireless LAN hardware uses antennas to broadcast RF signals through the air, which other computers receive. The devices use 900 MHz frequencies to permit data to be sent at 2 Mbps. Like other LAN technologies, the wireless LANs use sharing. That is, all the computers participating in a given wireless LAN are configured to the same radio frequency. Thus, they must take turns sending packets.

One difference between the way wired and wireless LANs manage sharing arises because of the way wireless transmissions propagate. Although the electromagnetic energy radiates in all directions, wireless LAN transmitters use low power, meaning that a transmission only has enough power to travel a short distance. Furthermore, metallic obstructions can block the signal. Thus, wireless units located far apart or behind obstructions will not receive each other's transmissions.

Case 3:21-cv-07559-WHA   Document 60-18   Filed 04/27/21   Page 12 of 14

SONOS-SVG2-00018311

easily carry data in two directions simultaneously, each connection uses a pair of fibers as Figure 7.11 illustrates.



**Figure 7.11** Details of a connection between an ATM switch and a computer. Each connection consists of a pair of optical fibers. One fiber carries data to the switch, and the other carries data to the computer.

Like the optical fibers used with FDDI, the pair of fibers used to connect a computer to an ATM switch are fastened together. Usually, the jacket on one fiber contains a colored stripe or is labeled; whoever installs a connection uses the label to ensure that the output of the switch connects to the input of the computer and vice versa.

To summarize:

> *An ATM network is formed from a switch to which multiple computers attach. The connection between a computer and an ATM switch consists of a pair of fibers, one carrying data in each direction.*

## 7.14 Summary

This chapter discusses an alternative to direct point-to-point communication called a Local Area Network (LAN). Designed for use over a small distance (e.g., in a building), a LAN does not need a separate wire between each pair of computers. Instead, a LAN consists of a single, shared medium to which many computers attach. The computers take turns using the medium to send data.

Although LAN technologies require computers to divide data into small packets called frames, only one packet can be transmitted on a LAN at any time. That is, while transmitting, a computer has exclusive use of the LAN. To make access fair, each computer is permitted to hold the shared medium for the transmission of one frame before allowing another computer to proceed. Thus, after it gains control, a computer sends a frame and then relinquishes control to another computer.

Each computer network can be classified into one of a few basic categories, depending on its topology. A bus topology consists of a single, shared cable to which many computers attach. When it uses a bus, a computer transmits a signal that all other computers attached to the bus receive. A ring topology consists of computers connected in a closed loop. The first computer connects to the second, the second connects to the third, and so on, until the last computer connects back to the first. Finally, a star topology resembles a wheel with the network itself corresponding to a central hub, and the links to individual computers corresponding to spokes. Each topology has advantages and disadvantages; no topology is best for all purposes.

LAN technologies exist that use each topology. An Ethernet LAN uses a bus topology, as does LocalTalk. To access an Ethernet, stations obey Carrier Sense Multiple Access with Collision Detect (CSMA/CD). That is, a station waits for the ether to be idle, and then attempts to send. If two stations transmit at the same time, a collision results, causing them to wait a random time before trying again. Successive collisions cause exponential backoff in which each station doubles its delay.

Wireless LANs such as WaveLAN, RangeLAN, or AirLAN use Carrier Sense Multiple Access With Collision Avoidance (CSMA/CA). Before transmitting a data frame, a sender transmits a small control message to which the receiver responds. The exchange of control messages notifies all stations within range of the receiver that a data transmission is about to occur. Other stations then remain silent while the transmission takes place (i.e., avoid a collision), even if they do not receive a copy of the signal.

Stations attached to a token passing ring network also share the medium. While one station transmits a frame, all other stations pass the bits around the ring, which allows the sender to verify that the bits were transmitted correctly. To coordinate use of the ring and guarantee fairness, stations on a token ring send a special message called a token. A station waits for the token to arrive, uses the complete ring to transmit one frame, and then sends the token to the next station. IBM Token Ring and FDDI networks both use token passing. FDDI differs from conventional token passing technologies because it can be configured with an extra ring that is used to recover from catastrophic failures. The extra ring is called counter-rotating because data flows the opposite direction than on the main ring. An FDDI network with a counter-rotating ring is said to be self-healing because it can detect a failure and loop back along the reverse ring to close the path.

LANs that use ATM technology have a star topology. An ATM switch forms the hub of the star to which each computer connects. Because ATM is designed to operate at high speed, the connection between a computer and an ATM switch uses a pair of optical fibers, with one fiber carrying data in each direction.