# EXHIBIT 20

US008972722B2

## (12) United States Patent
### Faaborg et al.

(10) Patent No.: **US 8,972,722 B2**

(45) Date of Patent: **Mar. 3, 2015**

(54) **CONTROLLING A CURRENT ACCESS MODE OF A COMPUTING DEVICE BASED ON A STATE OF AN ATTACHMENT MECHANISM**

(71) Applicant: **Google Inc.**, Mountain View, CA (US)

(72) Inventors: **Alexander Faaborg**, Mountain View, CA (US); **Adam William Powell**, Mountain View, CA (US)

(73) Assignee: **Google Inc.**, Mountain View, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/095,573**

(22) Filed: **Dec. 3, 2013**

(65) **Prior Publication Data**

US 2015/0040210 A1    Feb. 5, 2015

#### Related U.S. Application Data

(60) Provisional application No. 61/859,866, filed on Jul. 30, 2013.

(51) **Int. Cl.**
**G06F 21/00**        (2013.01)

(52) **U.S. Cl.**
CPC ...................................... **G06F 21/00** (2013.01)
USPC ........... **713/164**; 709/206; 709/219; 370/329; 340/568; 340/573

(58) **Field of Classification Search**
CPC ................................. G06F 21/57; G06F 21/53
USPC ........................................................ 713/164
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,536,754 A * | 8/1985 | Holce et al. | ................. 340/568.2 |
| 4,598,394 A * | 7/1986 | Nonaka | ...................... 369/44.28 |
| 4,901,291 A | 2/1990 | Kurata | |
| 7,618,260 B2 | 11/2009 | Daniel et al. | |
| 7,646,300 B2 * | 1/2010 | Stewart et al. | ............. 340/572.1 |
| 7,751,285 B1 | 7/2010 | Cain | |
| 8,143,983 B1 * | 3/2012 | Lauder et al. | ................. 335/219 |
| 8,242,868 B2 * | 8/2012 | Lauder et al. | ................. 335/219 |

(Continued)

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0829992 A2 | 3/1998 |
| EP | 2 407 948 A1 | 1/2012 |

#### OTHER PUBLICATIONS

Sten, "LiveView micro display, Extended User Guide," Sony Ericsson, Aug. 2010, Retrieved from http://www-support-downloads.sonymobile.com/mn800/userguide__EN__MN800__1245-8216.2.pdf, 28 pp.

(Continued)

*Primary Examiner* — Mahfuzur Rahman

(74) *Attorney, Agent, or Firm* — Shumaker & Sieffert, P.A.

(57) **ABSTRACT**

A computing device can receive an indication of a change in the proximity state of a first structure of an attachment mechanism and a second structure of the attachment mechanism. Responsive to receiving the indication, the computing device can be operable to change, based at least in part on the indication, a current access mode provided by the computing device. In some examples, both the computing device and the attachment mechanism may be part of a wearable computing device. In other examples, the computing device may be or be part of a physically separate device from the attachment mechanism.

**25 Claims, 6 Drawing Sheets**



US 8,972,722 B2

Page 2

(56)             **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 8,717,164 | B2* | 5/2014 | Williams et al. ......... 340/539.11 |
| 2001/0052839 | A1* | 12/2001 | Nahata et al. .............. 340/5.72 |
| 2002/0042301 | A1* | 4/2002 | Dobrusskin et al. ............ 463/43 |
| 2002/0084904 | A1* | 7/2002 | De La Huerga .......... 340/573.1 |
| 2002/0115478 | A1 | 8/2002 | Fujisawa et al. |
| 2002/0135615 | A1 | 9/2002 | Lang |
| 2003/0025603 | A1 | 2/2003 | Smith |
| 2003/0204526 | A1* | 10/2003 | Salehi-Had ............... 707/104.1 |
| 2004/0143750 | A1 | 7/2004 | Kulack et al. |
| 2004/0236752 | A1* | 11/2004 | Han et al. ....................... 707/10 |
| 2005/0071647 | A1 | 3/2005 | Fujinuma et al. |
| 2006/0136332 | A1* | 6/2006 | Ziegler ............................ 705/39 |
| 2008/0007388 | A1 | 1/2008 | Au et al. |
| 2008/0169350 | A1* | 7/2008 | Audebert et al. ............. 235/492 |
| 2010/0056340 | A1 | 3/2010 | Ellis et al. |
| 2010/0112964 | A1 | 5/2010 | Yi et al. |
| 2010/0124949 | A1 | 5/2010 | Demuynck et al. |
| 2010/0274859 | A1* | 10/2010 | Bucuk ............................ 709/206 |
| 2012/0050532 | A1 | 3/2012 | Rhyins |
| 2012/0206296 | A1 | 8/2012 | Wan |
| 2012/0243823 | A1* | 9/2012 | Giboney .......................... 385/14 |
| 2013/0069787 | A1* | 3/2013 | Petrou ........................ 340/573.1 |
| 2014/0162598 | A1* | 6/2014 | Villa-Real .................... 455/411 |

OTHER PUBLICATIONS

Lai, "Sony Ericsson LiveView review," Engadget.com, Dec. 1, 2010, Retrieved from http://www.engadget.com/2010/12/01/sony-erics-son-liveview-review/, 16 pp.
Office Action from U.S. Appl. No. 14/044,558, dated Jan. 6, 2014, 16 pp.
Dellutri et al., "Local Authentication with Bluetooth Enabled Mobile Devices," Proceedings of the Joint International Conference on Automatic and Autonomous Systems and International Conference on Networking and Services, Oct. 2005, 6 pages.
Citizen Eco-Drive Proximity Bluetooth Watch, downloadable from http://blog.princetonwatches.com/citizen-eco-drive-proximity-bluetooth-watch/, downloaded on May 5, 2013, 6 pages.
EZ Secure Proximity Computer Lock, downloadable from http://www.vupointsolutions.com/ex_proximity_computer_lock_clip_on, downloaded on May 5, 2013, 2 pages.
U.S. Appl. No. 14/044,558, filed Oct. 2, 2013.
Response to Office Action dated Jan. 6, 2014, from U.S. Appl. No. 14/044,558, filed Apr. 7, 2014, 20 pp.
International Search Report and Written Opinion from International Application No. PCT/US2014/047868, dated Nov. 10, 2014, 8 pp.
Notice of Allowance from U.S. Appl. No. 14/044,558, dated Nov. 3, 2014, 12 pp.

* cited by examiner



**FIG. 1**



**FIG. 2**



FIG. 3



**FIG. 4**



**FIG. 5**



**FIG. 6**



**FIG. 7**



**FIG. 8**

US 8,972,722 B2

**1**

## CONTROLLING A CURRENT ACCESS MODE OF A COMPUTING DEVICE BASED ON A STATE OF AN ATTACHMENT MECHANISM

The application claims the benefit of U.S. Provisional Application No. 61/859,866, filed Jul. 30, 2013, the entire content of which is hereby incorporated by reference.

### BACKGROUND

Some computing devices are configured to operate in multiple access modes, such as a reduced access mode (in which the computing device permits a user of the computing device to access a reduced set of functionality provided by the computing device) and a standard access mode (in which the computing device permits a user to access a relatively larger set of functionality provided by the computing device), and/or a full access mode (in which the computing device permits the user to access a complete set of functionality provided by the computing device). In some examples, a computing device may present one or more security challenges that a user is required to complete in order to change the operating access mode from a reduced access mode to a standard or full access mode. For example, a computing device may output, for display at a display device, a user interface screen including one or more user interface elements that prompt a user to input security information, such as a password, a personal identification number (PIN), a pattern or biometric data (e.g., fingerprint, voice, image, or the like). In response to receiving indications of the security information, the computing device and/or a remote computing device may compare the input security information to a saved copy of the security information, and, upon confirming a match, may change from the reduced access mode to the standard or full access mode.

### SUMMARY

In one example, the disclosure describes a method that includes receiving, by a computing device, an indication of a change in a proximity state between a first structure of an attachment mechanism and a second structure of the attachment mechanism. In accordance with this example, the method also includes, responsive to receiving the indication, changing, by the computing device, based at least in part on the indication, a current access mode provided by the computing device.

In another example, the disclosure describes a wearable computing device that includes an attachment mechanism comprising a first structure and a second structure, one or more processors, and an access mode module operable by the one or more processors. In accordance with this example, the access mode module can be operable by the one or more processors to receive an indication of a change in a proximity state between the first structure and the second structure from a non-proximate state to a proximate state, and, responsive to receiving the indication, output a security challenge. Additionally, the access mode module can be operable by the one or more processors to receive an indication of a response to the security challenge, and change, based at least in part on the indication that the first structure of the attachment mechanism is proximate to with the second structure of the attachment mechanism and the indication of the response to the security challenge, the current access mode provided by the wearable computing device from a reduced access mode to an increased access mode.

In an additional example, the disclosure describes a computer-readable storage device storing instructions that, when

**2**

executed, cause at least one processor to receive an indication of a change in a proximity state between a first structure of an attachment mechanism and a second structure of the attachment mechanism. In accordance with this example, the instructions also, when executed, cause the at least one processor to receive device context information relating to at least one of a geographic location of the attachment mechanism, motion of the attachment mechanism, and a time at which the at least one processor received the indication of the change in the proximity state between the first structure of the attachment mechanism and the second structure of the attachment mechanism. Additionally, the instructions, when executed, cause the at least one processor to change, based at least in part on the indication of the change in the proximity state and the device context information, a current access mode provided by the at least one processor.

The details of one or more examples are set forth in the accompanying drawings and the description below. Other features, objects, and advantages of the disclosure will be apparent from the description and drawings, and from the claims.

### BRIEF DESCRIPTION OF DRAWINGS

FIG. **1** is a conceptual block diagram illustrating an example computing device that controls a current access mode provided by the computing device based at least in part on the state of an attachment mechanism, in accordance with one or more techniques of the present disclosure.

FIG. **2** is a block diagram illustrating further details of one example of a wearable computing device as shown in FIG. **1**, in accordance with one or more techniques of the present disclosure.

FIG. **3** is a conceptual block diagram illustrating an example computing device that outputs graphical content for display at a remote device and can receive indications of a state of a remote attachment mechanism from the remote attachment mechanism, in accordance with one or more techniques of the present disclosure.

FIGS. **4-7** are flow diagrams illustrating example techniques for controlling a current access mode provided by a computing device based at least in part on the state of an attachment mechanism, in accordance with one or more techniques of the present disclosure.

FIG. **8** is a flow diagram illustrating an example technique for controlling a current access mode provided by a computing device based at least in part on detecting motion or absence of motion of an attachment mechanism, in accordance with one or more techniques of the present disclosure.

### DETAILED DESCRIPTION

Techniques according to the disclosure describe a computing device that is operable to control a current access mode provided by the computing device based at least in part on a current state of an attachment mechanism. In some examples, the computing device may be part of a wearable computing device that includes an attachment mechanism, such as a smart watch, bracelet, wrist or ankle band, etc. In some of these examples, the wearable computing device may include the computing device and the attachment mechanism. In other examples, the computing device and the attachment mechanism may be physically distinct devices and may be communicatively coupled (e.g., by a wired and/or wireless connection).

In example implementations, the attachment mechanism includes first and second structures of a clasp, clip, snap,

US 8,972,722 B2

3

buckle or other mechanism operable to physically secure the attachment mechanism when worn by the user. As described herein, the computing device may be operable to, responsive to receiving an indication of a change in proximity state between the first structure and the second structure, change a current access mode provided by the computing device. For example, the computing device can be operable to change the current access mode from a reduced access mode to an increased access mode (e.g., a standard or full access mode) in response to receiving an indication of a change of the proximity state of the first and second structures from a non-proximate state to a proximate state (e.g., an indication that the attachment mechanism is physically secured in a configuration to be worn, such as a closing or securing of a band, clasp, clip, snap, buckle or other mechanism. As another example, the computing device can be operable to change the current access mode from the increased access mode to the reduced access mode in response to receiving an indication of a change of the proximity state of the first and second structures from proximate state to non-proximate state (e.g., an indication that the attachment mechanism is no longer physically secured in the worn configuration, such as an opening of a band, clasp, clip, snap, buckle or other mechanism).

In some examples, the proximity state may be whether the first and second structures are proximate to each other or not (e.g., without touching each other). For example, the first and second structures may include a magnet and a magnetic switch such that the magnetic switch opens and closes depending upon whether the first and second structures are in a proximate state or a non-proximate state. As another example, the first and second structures may include structures that inductively or capacitively couple when brought within less than a threshold distance of each other such that, when the first and second structures are coupled, they are in the proximate state and, when the first and second structures are not coupled, they are in the non-proximate state. In other examples, the proximity state may include a contact state, where the first and second structures are physically contacting each other in the contacted state and not physically contacting each other in the non-contacted state.

In some examples, the computing device can be operable to output a security challenge in response to receiving an indication of a change of the proximity state of the first and second structures from a non-proximate state to a proximate state. The security challenge may include a user interface screen that prompts a user of the wearable computing device to input a security challenge answer, such as a password, a PIN, a pattern, biometric data (e.g., fingerprint, voice, image, or the like), etc. Responsive to receiving the input security challenge answer, the computing device (and/or a remote computing device) may compare the security challenge answer to a stored security challenge answer. Responsive to verifying the input security challenge answer in view of the stored security challenge answer or receiving an indication that the input security challenge answer has been verified, the computing device may change the current access mode provided by the computing device from the reduced access mode to the increased access mode.

In some implementations, the computing device is operable to remain in the increased access mode until receiving an indication of a change of the proximity state of the first and second structures from the proximate state to the non-proximate state, rather than reverting to the reduced access mode after a period of inactivity or a threshold time after the user has last interacted with the computing device. Because the proximate state of the first and second structures indicates that the attachment mechanism is closed or clasped and the

4

user passed the security challenge after closing the attachment mechanism, maintaining the computing device in the increased access mode until the proximity state of the first and second structures changes may not reduce security of the computing device. Moreover, by not reverting to the reduced access mode while the first and second structures are in the proximate state even after a period of inactivity, the computing device may allow the user to more easily interact with a larger or complete set of functionality provided by the computing device, e.g., without having to respond to another security challenge each time the user wants to interact with the computing device.

FIG. 1 is a conceptual block diagram illustrating an example computing device 20 that can change a current access mode based at least in part on the state of an attachment mechanism, in accordance with one or more techniques of the present disclosure. In the example of FIG. 1, a wearable computing device 36 includes a computing device 20 and the attachment mechanism, which in the example of FIG. 1 includes a band 28. In other examples, instead of a wearable computing device 36 including a computing device 20 and a band 28, the techniques described herein may be implemented using two or more physically separate devices, e.g., computing device 20 may be separate from band 28 (which is an attachment mechanism). In some such examples, band 28 may be part of an attachment mechanism, and computing device 20 may be a separate device or part of a separate device, e.g., computing device 20 may be or may be part of a separate wearable computing device or separate mobile computing device.

In the example illustrated in FIG. 1, computing device 20 includes at least one user interface (UI) device 22, a UI module 24, and an access mode module 26. In some examples, UI device 22 and other electronic components of computing device 20 may be at least partially enclosed by a housing 34. Additionally, wearable computing device 36 can include a band 28 or other member, such as a strap or frame, for physically securing wearable computing device 36 when being worn by a user. In the example of FIG. 1, band 28 is mechanically coupled to housing 34. In some examples, instead of band 28 and housing 34 being separate structures mechanically coupled to each other, band 28 and housing 34 may be a single, unitary structure. Other examples of wearable computing device 36 and/or computing device 20 that implement techniques of this disclosure may include additional components not shown in FIG. 1.

As shown in the example of FIG. 1, the first portion of band 28 and second portion of band 28 mechanically connect at clasp 32. Band 28 includes a first structure 30a and a second structure 30b, such as structures of a clasp, clip, snap, buckle or other mechanism operable to physically secure wearable computing device 36 when worn by a user. In the example shown in FIG. 1, first structure 30a includes a first portion of band 28 and second structure 30b includes a second portion of band 28. Other examples of structures of a mechanism operable to physically secure wearable computing device 36 when worn by a user include a pin and a pin contact, a pressure sensor incorporated in one portion of the mechanism operable to physically secure wearable computing device 36, a proximity structure incorporated in one portion of the mechanism operable to physically secure wearable computing device 36, a magnetic reed switch incorporated in one portion of the mechanism operable to physically secure wearable computing device 36 and a magnetic in the complementary portion of the mechanism, etc.

In other examples, first structure 30a and second structure 30b may be structures embedded in or attached to band 28, but

**5**

may not be part of a clasp, clip, snap, buckle or other mechanism operable to physically secure wearable computing device **36** when worn by the user. For example, first structure **30***a* and second structure **30***b* can include first and second portions of an electrical circuit within or attached to band **28**.

Examples of wearable computing device **36** can include, but are not limited to, a smart watch, bracelet, wrist band, ankle band, etc.

Computing device **20** can include at least one UI device **22**. A user associated with computing device **20** may interact with computing device **20** by providing various user inputs into computing device **20**, e.g., using at least one UI device **22**. In some examples, the at least one UI device **22** is configured to receive tactile, audio, or visual input. In addition to receiving input from a user, UI device **22** can be configured to output content such as a graphical user interface (GUI) for display, e.g., at a display device associated with computing device **20**. In some examples, UI device **22** can include a display and/or a presence-sensitive input device. In some examples, the display and the presence-sensitive input device may be integrated into a presence-sensitive display, which displays the GUI and receives input from the user using capacitive, inductive, and/or optical detection at or near the presence sensitive display. In other examples, the display device can be physically separate from a presence-sensitive display associated with computing device **20**.

As shown in FIG. **1**, computing device **20** also can include UI module **24**. UI module **24** can perform one or more functions to receive indication of input, such as user input, and send the indications of the input to other components associated with computing device **20**, such as access mode module **26**. For example, UI module **24** may receive an indication of a gesture performed by the user at UI device **22**. UI module **24** may also receive information from components associated with wearable computing device **20**, such as access mode module **26**. Using the information, UI module **24** may cause other components associated with computing device **20**, such as UI device **22**, to provide output based on the information. For instance, UI module **24** may receive information from access mode module **26** and cause UI device **22** to display information at a display device associated with computing device **20** (e.g., which is part of computing device **20** or is operably coupled to computing device **20**).

UI module **24** may be implemented in various ways. For example, UI module **24** can be implemented as a downloadable or pre-installed application or "app." In another example, UI module **24** can be implemented as part of a hardware unit of computing device **20**. In another example, UI module **24** can be implemented as part of an operating system provided by computing device **20**.

Computing device **20** can also include access mode module **26**. Access mode module **26** can be implemented in various ways. For example, access mode module **26** can be implemented as a downloadable or pre-installed application or "app." In other examples, access mode module **26** can be implemented as part of a hardware unit of computing device **20** or as part of an operating system provided by computing device **20**.

Band **28** includes first structure **30***a* and second structure **30***b*, which, in some examples, can be a first portion and a second portion of band **28**, respectively. For example, first structure **30***a* and second structure **30***b* may be conductive structures integral to a clasp, clip, snap, buckle or other mechanism operable to physically secure the computing device when worn by the user. Other example first and second structures may include, for example, a first portion and a second portion of an electrical circuit disposed on or within

**6**

band **28**, a pin coupled to first portion **30***a* and/or second portion **30***b* and a corresponding pin contact on the opposite portion of band **28**, etc., where the structures are in contact and form a closed connection when band **28** is in a worn configuration. In other examples, first structure **30***a* may include a magnet and second structure **30***b* may include a magnetic Reed switch, which changes state when first structure **30***a* is brought proximate to second structure **30***b*.

Access mode module **26** can receive data from components associated with computing device **20** and/or wearable computing device **36**, such as UI module **24** and/or band **28**. Access mode module **26** can be operable to perform a predetermined action in response to receiving the data. For example, access mode module **26** can be operable to receive an indication of a proximity state between first structure **30***a* and second structure **30***b*. The proximity state between first structure **30***a* and second structure **30***b* may indicate whether clasp **32** is closed or open and, therefore, provide an indication as to whether wearable computing device **20** is physically secured in a configuration to be worn. For example, when first structure **30***a* and second structure **30***b* are in a proximate state, clasp **32** is closed, as the two ends of band **28** are proximate to or contacting each other. Conversely, when first structure **30***a* and second structure **30***b* are in a non-proximate state, clasp **32** is open, as the two ends of band **28** are not proximate to or contacting each other.

In accordance with one or more aspects of this disclosure, access mode module **26** can be operable to change a current access mode provided by computing device **20** based at least in part on a received indication of the proximity state of first structure **30***a* and second structure **30***b*. In some examples, the possible access modes provided by computing device **20** can include a reduced access mode and an increased access mode (e.g., standard access mode or full access mode). In the reduced access mode, computing device **20** can be operable to allow access to a reduce set of functionality, e.g., compared to all the functionality that computing device **20** can provide. In the increased access mode, computing device **20** can be operable to allow access to a larger or complete set of functionality.

In some examples, access mode module **26** can be operable to change a current access mode provided by computing device **20** from an increased access mode to a reduced access mode responsive to receiving an indication of a change of proximity state of first structure **30***a* and second structure **30***b* from a proximate state to a non-proximate state. One or both of first structure **30***a* and second structure **30***b* may be communicatively coupled to access mode module **26**, e.g., by an electrical circuit, such that one or both of first structure **30***a* and second structure **30***b* can generate a signal that is transmitted to access mode module **26**, e.g., when the proximity state changes, or when first structure **30***a* is proximate to or contacting second structure **30***b*. Thus, in some examples, the indication that the proximity state of first structure **30***a* and second structure **30***b* from a proximate state to a non-proximate state may be the cessation of access mode module **26** receiving an electrical signal from first structure **30***a* and/or second structure **30***b*, which can indicate that first structure **30***a* is no longer proximate to or contacting second structure **30***b*. When first structure **30***a* is not proximate to or contacting second structure **30***b*, this indicates that band **28** is not closed, i.e., clasp **32** is not closed or connected, which can indicate that a user is not wearing wearable computing device **36**. Hence, responsive to receiving the indication of the change of the proximity state of first structure **30***a* and second structure **30***b* from the proximate state to the non-proximate state, access mode module **26** can be operable to change the current

7

access mode provided by computing device **20** from an increased access mode to a reduced access mode.

In some examples, access mode module **26** can be operable to change the current access mode provided by computing device **20** from a reduced access mode to an increased access mode responsive to receiving an indication of a change of proximity state of first structure **30**a and second structure **30**b from a non-proximate state to a proximate state. In some examples, the indication that the proximity state of first structure **30**a and second structure **30**b from the non-proximate state to the proximate state may be access mode module **26** beginning to receive an electrical signal from first structure **30**a and/or second structure **30**b, which can indicate that first structure **30**a is proximate to or contacting second structure **30**b. In some instances, first structure **30**a being proximate to or contacting second structure **30**b can indicate that clasp **32** is closed, which provides an indication that band **28** is physically secured in a configuration to be worn, and may provide an indication that a user is likely wearing wearable computing device **36**. Thus, access mode module **26** can be operable to change the current access mode provided by computing device **20** from the reduced access mode to the increased access mode responsive to receiving the indication of a change of proximity state of first structure **30**a and second structure **30**b from the non-proximate state to the proximate state.

In some examples, access mode module **26** can be operable to output a security challenge in response to receiving the indication of a change of the proximity state of the first and second structures from the non-proximate state to the proximate state. The security challenge may include a user interface screen, e.g., displayed at UI device **22** and/or output device(s) **46**, that prompts a user of wearable computing device **36** to input a security challenge answer, such as a password, a PIN, a pattern, biometric data (e.g., fingerprint, voice, image, or the like), etc. Responsive to receiving the input security challenge answer, access mode module **26** can be operable to compare the input security challenge answer to a stored security challenge answer. Responsive to verifying the input security challenge answer in view of the stored security challenge answer, access mode module **26** can be operable to change the current access mode provided by computing device **20** from the reduced access mode to the increased access mode.

In some implementations, once access mode module **26** receives the indication that first structure **30**a and second structure **30**b are in a proximate state, access mode module **26** can be operable to cause computing device **20** to remain in the increased access mode until access mode module **26** receives an indication of a change of the proximity state of first structure **30**a and second structure **30**b to the non-proximate state, instead of causing computing device **20** to revert to the reduced access mode after a predetermined length of inactivity. As the proximate state may indicate that a user is likely wearing wearable computing device **36**, this may allow the user to interact more completely or fully with computing device **20** (e.g., by providing user input and/or observing outputs of computing device **20** using UI device **22**) without having to pass a security challenge each time the user wishes to interact with computing device **20**. This may facilitate use of computing device **20** by the user, while maintaining security of computing device **20**, as the proximity state of first structure **30**a and second structure **30**b indicates that the wearable computing device **36** has not been removed from the user.

FIG. **2** is a block diagram illustrating further details of one example of a wearable computing device shown in FIG. **1**, in

8

accordance with one or more techniques of the present disclosure. FIG. **2** illustrates only one particular example of wearable computing device **36** as shown in FIG. **1**, and many other examples of wearable computing device **36** may be used in other instances.

As shown in the example of FIG. **2**, wearable computing device **36** includes one or more processors **40**, one or more input devices **42**, one or more communication units **44**, one or more output devices **46**, one or more storage devices **48**, and user interface (UI) device **22**. In the example of FIG. **2**, wearable computing device **36** further includes UI module **24**, access mode module **26**, and operating system **50**, which are executable by one or more processors **40**. Each of components **22**, **40**, **42**, **44**, **46**, and **48** are coupled (physically, communicatively, and/or operatively) using communication channels **52** for inter-component communications. In some examples, communication channels **52** may include a system bus, a network connection, an inter-process communication data structure, or any other method for communicating data. UI module **24**, access mode module **26**, and operating system **50** may also communicate information with one another, as well as with other components in wearable computing device **36**.

One or more processors **40**, in one example, are configured to implement functionality and/or process instructions for execution within wearable computing device **36**. For example, processors **40** may be capable of processing instructions stored by storage device **48**. Examples of one or more processors **40** may include, any one or more of a microprocessor, a controller, a digital signal processor (DSP), an application specific integrated circuit (ASIC), a field-programmable gate array (FPGA), or equivalent discrete or integrated logic circuitry.

One or more storage devices **48** may be configured to store information within wearable computing device **36** during operation. Storage devices **48**, in some examples, include a computer-readable storage medium or computer-readable storage device. In some examples, storage devices **48** include a temporary memory, meaning that a primary purpose of storage device **48** is not long-term storage. Storage devices **48**, in some examples, include a volatile memory, meaning that storage device **48** does not maintain stored contents when power is not provided to storage device **48**. Examples of volatile memories include random access memories (RAM), dynamic random access memories (DRAM), static random access memories (SRAM), and other forms of volatile memories known in the art. In some examples, storage devices **48** are used to store program instructions for execution by processors **40**. Storage devices **48**, in some examples, are used by software or applications running on wearable computing device **36** (e.g., access mode module **26**) to temporarily store information during program execution.

In some examples, storage devices **48** may further include one or more storage device **48** configured for longer-term storage of information. In some examples, storage devices **48** include non-volatile storage elements. Examples of such non-volatile storage elements include magnetic hard discs, optical discs, floppy discs, flash memories, or forms of electrically programmable memories (EPROM) or electrically erasable and programmable (EEPROM) memories.

Wearable computing device **36**, in some examples, also includes one or more communication units **44**. Wearable computing device **36**, in one example, utilizes communication unit **44** to communicate with external devices via one or more networks, such as one or more wireless networks. Communication unit **44** may be a network interface card, such as an Ethernet card, an optical transceiver, a radio frequency

9

transceiver, or any other type of device that can send and receive information. Other examples of such network interfaces may include Bluetooth, 3G, and WiFi radios computing devices as well as Universal Serial Bus (USB). In some examples, wearable computing device 36 utilizes communication unit 44 to wirelessly communicate with an external device such as a server.

Wearable computing device 36, in one example, also includes one or more input devices 42. Input device 42, in some examples, is configured to receive input from a user through tactile, audio, or video sources. Examples of input device 42 include a presence-sensitive device, such as a presence-sensitive display, a mouse, a keyboard, a voice responsive system, video camera, microphone or any other type of device for detecting a command from a user. In some examples, a presence-sensitive display includes a touch-sensitive display.

One or more output devices 46 may also be included in wearable computing device 36. Output device 46, in some examples, is configured to provide output to a user using tactile, audio, or video stimuli. Output device 46, in one example, includes a presence-sensitive display, a sound card, a video graphics adapter card, or any other type of device for converting a signal into an appropriate form understandable to humans or machines. Additional examples of output device 46 include a speaker, a cathode ray tube (CRT) monitor, a liquid crystal display (LCD), organic light emitting diode (OLED), or any other type of device that can generate intelligible output to a user. In some examples, UI device 22 may include functionality of one or more of input devices 42 and/or output devices 46.

Wearable computing device 36 also can include UI device 22. In some examples, UI device 22 is configured to receive tactile, audio, or visual input. In addition to receiving input from a user, UI device 22 can be configured to output content such as a GUI for display at a display device, such as a presence-sensitive display. In some examples, UI device 22 can include a presence-sensitive display that displays a GUI and receives input from a user using capacitive, inductive, and/or optical detection at or near the presence sensitive display. In some examples, UI device 22 is both one of input devices 44 and one of output devices 46.

In some examples, UI device 22 of wearable computing device 36 may include functionality of input devices 42 and/or output devices 46. In some examples, a presence-sensitive device may detect an object at and/or near the presence-sensitive device. As one example range, a presence-sensitive device may detect an object, such as a finger or stylus, which is within two inches or less of the presence-sensitive device. The presence-sensitive device may determine a location (e.g., an (x,y) coordinate) of the presence-sensitive device at which the object was detected. In another example range, a presence-sensitive device may detect an object six inches or less from the presence-sensitive device. Other example ranges are also possible. The presence-sensitive device may determine the location of the device by the object using capacitive, inductive, and/or optical recognition techniques. In some examples, the presence-sensitive device provides output to a user using tactile, audio, or video stimuli as described with respect to output device 46.

Wearable computing device 36 may include operating system 50. Operating system 50, in some examples, controls the operation of components of wearable computing device 36. For example, operating system 50, in one example, facilitates the communication of UI module 24 and access mode module 26 with processors 40, communication units 44, storage devices 48, input devices 42, and output devices 46. UI mod-

10

ule 24 and access mode module 26 can each include program instructions and/or data that are executable by wearable computing device 36 (e.g., by one or more processors 40). As one example, UI module 24 can include instructions that cause wearable computing device 36 to perform one or more of the operations and actions described in the present disclosure.

Wearable computing device 36 can include additional components that, for clarity, are not shown in FIG. 2. For example, wearable computing device 36 can include a battery to provide power to the components of wearable computing device 36. Similarly, the components of wearable computing device 36 shown in FIG. 2 may not be necessary in every example of wearable computing device 36. For example, in some configurations, wearable computing device 36 may not include communication unit 44.

In some examples, components of wearable computing device 36 may be divided between a computing device 20 and an attachment mechanism. For example, computing device 20 may include at least one of: one or more processors 40, one or more input devices 42, UI device 22, sensor 54, one or more communications unit(s), one or more output devices 46, and/or one or more storage devices 48. The attachment mechanism can include first structure 30a and second structure 30b. In some examples, the attachment mechanism can additionally and optionally include one or more other components illustrated in FIG. 2, such as at least one of: one or more processors 40, one or more input devices 42, UI device 22, sensor 54, one or more communications unit(s), one or more output devices 46, and/or one or more storage devices 48. In other examples, computing device 20 may be one or more processors 40, and the other components illustrated in FIG. 2 may be part of a mobile computing device, wearable computing device, etc.

In accordance with one or more aspects of this disclosure, access mode module 26 is operable by one or more processors 40 to receive, from one or both of first structure 30a and second structure 30b, an indication of change in a proximity state of first structure 30a and second structure 30b. The possible proximity states for first structure 30a and second structure 30b can include, for example, a proximate state and a non-proximate state. In some examples, the proximity state may be indicated by an electrical signal that indicates that first structure 30a and second structure 30b are in proximity or in contact, or an absence of an electrical signal, which indicates that first structure 30a and second structure 30b are not in proximity or in contact. For example, first structure 30a can include a first wire extending through band 28 from a voltage source to a first electrical contact at an end of the first portion of band 28 (e.g., proximate to clasp 32), and second structure 30b can include a second wire can include a second wire extending through band 28 from the voltage source to a second electrical contact at an end of the second portion of band 28 (e.g., proximate to clasp 32). The first electrical contact and second electrical contact can be positioned such that, when clasp 32 is closed, the first and second wires and first and second electrical contacts form a closed circuit, and an electrical current can flow. Conversely, when clasp 32 is open, the electrical circuit formed by the first and second wires and first and second electrical contacts will be open, and no current will flow through the circuit. A component of wearable computing device 36 can sense the start or end of the electrical current flowing through the circuit and generate the indication of the change in the proximity state of first structure 30a and second structure 30b. Access mode module 26 can then receive the indication.

In other examples, the change in the proximity state of first structure 30a and second structure 30b can be indicated by a

**11**

transient electrical signal generated by one or both of first structure **30***a* and second structure **30***b* when the proximity state changes. Other, similar techniques may be used to determine whether the first structure **30***a* and second structure **30***b* are in a proximate or a non-proximate state, such as a pressure-activated switch, a spring-loaded pin, a magnetic switch and magnet, etc.

Responsive to receiving the indication of the change in the proximity state of first structure **30***a* and second structure **30***b*, access mode module **26** can be operable by one or more processors **40** to change, based at least in part on the indication, a current access mode provided by one or more processors **40**, e.g., by one or more processors **40**. The access modes of wearable computing device **36** can include a reduced access mode and an increased access mode. When operating in the reduced access mode, one or more processors **40** can be operable to permit a user of wearable computing device **36** to access a reduced set of functionality provided by wearable computing device **36**, such as viewing notifications, a clock, a limited number of widgets, etc. When operating in the increased access mode, one or more processors **40** can be operable to permit the user of wearable computing device **36** to access a larger or a complete set provided by functionality of wearable computing device **36**.

For example, responsive to receiving an indication that the proximity state between first structure **30***a* and second structure **30***b* has changed from a non-proximate state to a proximate state, access mode module **26** can be operable to change the current access mode provided by one or more processors **40** from the increased access mode to the reduced access mode. Because first structure **30***a* and second structure **30***b* moving from the proximate state to the non-proximate state can indicate that wearable computing device **36** is being removed from the user (e.g., either by the user opening clasp **32** and removing wearable computing device **36** or band **28** being broken), access mode module **26** can be operable to cause one or more processors **40** to initiate the reduced access mode in order to reduce the likelihood of an unauthorized user accessing functionality of wearable computing device **36** when first structure **30***a* is not proximate to second structure **30***b*.

As another example, responsive to receiving an indication that the proximity state between first structure **30***a* and second structure **30***b* has changed from the non-proximate state to the proximate state, access mode module **26** can be operable to change the current access mode provided by one or more processors **40** from the reduced access mode to the increased access mode. In some implementations, while first structure **30***a* and second structure **30***b* remain in the proximate state (e.g., indicated by periodic indications of the proximate state from proximate to non-proximate), access mode module **26** can be operable to cause the access mode provided by one or more processors **40** to remain in the increased access mode.

In some examples, access mode module **26** can be operable to output a security challenge in response to receiving the indication of a change of the proximity state of the first and second structures from the non-proximate state to the proximate state. The security challenge may include a user interface screen, e.g., displayed at UI device **22** and/or output device(s) **46**, that prompts a user of wearable computing device **36** to input a security challenge answer, such as a password, a PIN, a pattern, biometric data (e.g., fingerprint, voice, image, or the like), etc. Responsive to receiving the input security challenge answer, access mode module **26** can be operable to compare the input security challenge answer to a stored security challenge answer. Responsive to verifying

**12**

the input security challenge answer in view of the stored security challenge answer, access mode module **26** can be operable to change the current access mode provided by one or more processors **40** from the reduced access mode to the increased access mode.

In some examples, access mode module **26** can be operable to receive at least one additional indication and to determine whether to change the current access mode based at least in part on the indication of the change in the proximity state of first structure **30***a* and second structure **30***b* and the at least one additional indication. The at least one additional indication can relate to additional device context information that may be relevant to determining whether wearable computing device **36** is being worn by a user and/or if wearable computing device **36** is located in a relatively secure or a relatively less secure location.

For example, access mode module **26** can be operable to receive location information from, e.g., a global positioning satellite (GPS) system, a wireless network with which wearable computing device **36** is communicating, e.g., using one or more of communication units **44**, etc. In situations in which the access mode module **26** is operable to collect location information, the user(s) associated with wearable computing device **36** may be provided with an opportunity to control whether access mode module **26** collects and/or uses the user's current location. In addition, certain information, such as the user's location, may be treated in one or more ways before it is stored or used, so that personally identifiable information is removed. For example, a user's identity may be treated so that no personally identifiable information can be determined for the user, or a user's location may be generalized as to where location information is obtained (such as to a city, ZIP code, or state level), so that a particular location of a user cannot be determined. Thus, the user(s) of wearable computing device **36** may have control over how information about the user is collected and used.

Access mode module **26** can be operable to base the determination of whether to change the current access mode provided by one or more processors **40** at least in part on the indication of the change in the proximity state of first structure **30***a* and second structure **30***b* and the location information. For example, access mode module **26** can receive location information that indicates that wearable computing device **36** is located in a relatively secure location, such as a location designated as the user's home or office. Based on this location information, in some examples, access mode module **26** may not immediately change the current access mode provided by one or more processors **40** responsive to receiving the indication of the change in the proximity state of first structure **30***a* and second structure **30***b*. Instead, access mode module **26** can be operable to wait for a predetermined amount of time, e.g., 1, 2, 5, or 10 minutes, after receiving the indication of the change in the proximity state of first structure **30***a* and second structure **30***b* before changing the current access mode provided by one or more processors **40** to the reduced access mode. This time delay may allow the user to temporarily remove wearable computing device **36**, e.g., to wash his or her hands, replace wearable computing device **36** in the worn configuration, and not be required to pass the security challenge again to place wearable computing device **36** in the increased access mode.

However, in some examples, when the location information indicates that wearable computing device **36** is located in a less secure location, such as away from the user's home, access mode module **26** can be operable to substantially immediately change, based at least in part on the indication of a change of the proximity state of the first and second struc-

13

14

tures from the proximate state to the non-proximate state the current access mode provided by one or more processors **40** to the reduced access mode. This may increase security of wearable computing device **36** by reducing an amount of time during which one or more processors **40** is providing an increased access mode while computing device is in a configuration that indicates wearable computing device **36** is not being worn.

In some examples, wearable computing device **36** can further include at least one sensor **54** that can output a signal indicative of movement of wearable computing device **36**. Such a sensor may include, for example, an accelerometer, a gyroscope, a camera, etc. Access mode module **26** can be operable to receive an indication, based at least in part on the output of the sensor **54**, that wearable computing device **36** is moving. In some examples, the indication may be an output of an accelerometer or a gyroscope that indicates the wearable computing device **36** is moving. In other examples, the indication may be based on a comparison (e.g., by one or more processors **40**) of two images captured by a camera at different times (e.g., separated by fractions of a second, seconds or minutes). In instances in which the images are different, the one or more processors **40** may generate an indication that wearable computing device **36** is moving or has moved. In instances in which the images are substantially the same, the one or more processors **40** may generate an indication that wearable computing device **36** is substantially stationary or has not moved.

Access mode module **26** can be operable to determine whether to change the current access mode provided by one or more processors **40** based at least in part on the indication of whether wearable computing device **36** is moving. For example, when the proximity state between first structure **30**a and second structure **30**b is proximate (indicating that wearable computing device **36** is likely being worn), movement of wearable computing device **36** detected by sensor **54** is a further indicator that wearable computing device **36** is being worn. On the other hand, an indication, received from sensor **54**, that wearable computing device **36** is not moving, combined with an indication that the proximity state between first structure **30**a and second structure **30**b is proximate, may indicate that wearable computing device **36** is clasped or closed but not being worn. In this way, the indication that wearable computing device **36** is moving may provide further information that access mode module **26** can analyze when determining whether to change the current access mode provided by one or more processors **40**.

In some examples, access mode module **26** can be operable to receive a time of day at which access mode module **26** received the indication in the change of the proximity state of first structure **30**a and second structure **30**b. In some instances, the time of day may indicate whether computing device is likely to be in a relatively secure location or a less secure location. For example, if the time of day indicates that is the middle of the night, it may be more likely that the user (and wearable computing device **36**) is located at a relatively more secure location (e.g., a location at which the user is sleeping). On the other hand, if the time of day indicates that it is the middle of the day, it may be more likely that the user (and wearable computing device **36**) is located in a relatively less secure location (e.g., away from the user's home). Thus, in some examples, during certain, predetermined times of day (e.g., the middle of the day), access mode module **26** may be operable to wait a shorter amount of time before changing the current access mode to the reduced access mode in response to receiving an indication of a change in the proximity state of first structure **30**a and second structure **30**b from the proxi-

mate state to the non-proximate state. Conversely, in some examples, during certain, predetermined times of day (e.g., the middle of the night), access mode module **26** may be operable to wait a longer amount of time before changing the current access mode to the reduced access mode in response to receiving an indication of a change in the proximity state of first structure **30**a and second structure **30**b from the proximate state to the non-proximate state.

In some examples, the information based upon which access mode module **26** makes the determination to change the current access mode provided by one or more processors **40** may be configurable by a user of wearable computing device **36**. For example, using UI device **22** and or input device(s) **42**, the user may interact with one or more user interface screen presented at a display by UI module **24** to customize the behavior of access mode module **26**. In various examples, access mode module **26** can be operable to allow the user to change the information considered (e.g., location, time of day, information from sensor **54**, etc.), the time delay between receiving an indication of a change of the proximity state from proximate to non-proximate and when access mode module **26** changes the current access mode to the reduced access mode, whether access mode module **26** outputs a security challenge in response to receiving an indication of a change of the proximity state from proximate to non-proximate, etc. In other examples, at least some of these parameters of access mode module **26** may be predefined and not user configurable.

FIG. **3** is a block diagram illustrating an example computing device (e.g., computing device **20** of FIG. **1** and/or one or more processors **40** of FIG. **2**) that outputs graphical content for display at a remote device and can receive indications of a state of a remote attachment mechanism, in accordance with one or more techniques of the present disclosure. Graphical content, generally, may include any visual information that may be output for display, such as text, images, a group of moving images, etc. The example shown in FIG. **3** includes a computing device **60**, presence-sensitive display **64**, communication unit **70**, projector **80**, projector screen **82**, mobile device **86**, visual display device **90**, and attachment mechanism **94**. Although shown for purposes of example in FIGS. **1** and **2** as a stand-alone computing device **20**, a computing device such as computing device **60** may, generally, be any component or system that includes a processor or other suitable computing environment for executing software instructions and, for example, need not include a presence-sensitive display.

As shown in the example of FIG. **3**, computing device **60** may be a processor that includes functionality as described with respect to processors **40** in FIG. **2**. In such examples, computing device **60** may be operatively coupled to presence-sensitive display **64** by a communication channel **62**A, which may be a system bus or other suitable connection. Computing device **60** may also be operatively coupled to communication unit **70**, further described below, by a communication channel **62**B, which may also be a system bus or other suitable connection. Although shown separately as an example in FIG. **3**, computing device **60** may be operatively coupled to presence-sensitive display **64** and communication unit **70** by any number of one or more communication channels.

Presence-sensitive display **64** may include display device **66** and presence-sensitive input device **68**. Display device **66** may, for example, receive data from computing device **60** and display the graphical content. In some examples, presence-sensitive input device **68** may determine one or more user inputs (e.g., continuous gestures, multi-touch gestures, single-touch gestures, etc.) at presence-sensitive display **64**

US 8,972,722 B2

15                                                        16

using capacitive, inductive, and/or optical recognition techniques and send indications of such user input to computing device **60** using communication channel **62**A. In some examples, presence-sensitive input device **68** may be physically positioned on top of display device **66** such that, when a user positions an input unit over a graphical element displayed by display device **66**, the location at which presence-sensitive input device **68** corresponds to the location of display device **66** at which the graphical element is displayed. In other examples, presence-sensitive input device **68** may be positioned physically apart from display device **66**, and locations of presence-sensitive input device **68** may correspond to locations of display device **66**, such that input can be made at presence-sensitive input device **68** for interacting with graphical elements displayed at corresponding locations of display device **66**.

As shown in FIG. **3**, computing device **60** may also include and/or be operatively coupled with communication unit **70**. Communication unit **70** may include functionality of communication unit **44** as described in FIG. **2**. Examples of communication unit **70** may include a network interface card, an Ethernet card, an optical transceiver, a radio frequency transceiver, or any other type of device that can send and receive information. Other examples of such communication units may include Bluetooth, 3G, and WiFi radios, Universal Serial Bus (USB) interfaces, etc. Computing device **60** may also include and/or be operatively coupled with one or more other devices, e.g., input devices, output devices, memory, storage devices, etc. that are not shown in FIG. **3** for purposes of brevity and illustration.

FIG. **3** also illustrates a projector **80** and projector screen **82**. Other examples of projection devices may include electronic whiteboards, holographic display devices, and any other suitable devices for displaying graphical content. Projector **80** and projector screen **82** may include one or more communication units that enable the respective devices to communicate with computing device **60**. In some examples, the one or more communication units may enable communication between projector **80** and projector screen **82**. Projector **80** may receive data from computing device **60** that includes graphical content. Projector **80**, in response to receiving the data, may project the graphical content onto projector screen **82**. In some examples, projector **80** may determine one or more user inputs (e.g., continuous gestures, multi-touch gestures, single-touch gestures, double-bezel gestures, etc.) at projector screen using optical recognition or other suitable techniques and send indications of such user input using one or more communication units to computing device **60**. In such examples, projector screen **82** may be unnecessary, and projector **80** may project graphical content on any suitable medium and detect one or more user inputs using optical recognition or other such suitable techniques.

Projector screen **82**, in some examples, may include a presence-sensitive display **84**. Presence-sensitive display **84** may include a subset of functionality or all of the functionality of UI device **22** as described in this disclosure. In some examples, presence-sensitive display **84** may include additional functionality. Projector screen **82** (e.g., an electronic whiteboard), may receive data from computing device **60** and display the graphical content. In some examples, presence-sensitive display **84** may determine one or more user inputs (e.g., continuous gestures, multi-touch gestures, single-touch gestures, double-bezel gestures, etc.) at projector screen **82** using capacitive, inductive, and/or optical recognition techniques and send indications of such user input using one or more communication units to computing device **60**.

FIG. **3** also illustrates mobile device **86** and visual display device **90**. Mobile device **86** and visual display device **90** may each include computing and connectivity capabilities. Examples of mobile device **86** may include e-reader devices, convertible notebook devices, hybrid slate devices, etc. Examples of visual display device **90** may include other semistationary devices such as televisions, computer monitors, etc. As shown in FIG. **3**, mobile device **86** may include a presence-sensitive display **88**. Visual display device **90** may include a presence-sensitive display **92**. Presence-sensitive display **92**, for example, may receive data from computing device **60** and display the graphical content. In some examples, presence-sensitive display **92** may determine one or more user inputs (e.g., continuous gestures, multi-touch gestures, single-touch gestures, double-bezel gestures, etc.) at projector screen using capacitive, inductive, and/or optical recognition techniques and send indications of such user input using one or more communication units to computing device **60**.

As described above, in some examples, computing device **60** may output graphical content for display at presence-sensitive display **64**, which is coupled to computing device **60** by a system bus or other suitable communication channel. Computing device **60** may also output graphical content for display at one or more remote devices, such as projector **80**, projector screen **82**, mobile device **86**, and visual display device **90**. For instance, computing device **60** may execute one or more instructions to generate and/or modify graphical content in accordance with techniques of the present disclosure. Computing device **60** may output the data that includes the graphical content to a communication unit of computing device **60**, such as communication unit **70**. Communication unit **70** may send the data to one or more of the remote devices, such as projector **80**, projector screen **82**, mobile device **86**, and/or visual display device **90**. In this way, computing device **60** may output the graphical content for display at one or more of the remote devices. In some examples, one or more of the remote devices may output the graphical content at a display device, such as a presence-sensitive display, that is included in and/or operatively coupled to the respective remote device.

In some examples, computing device **60** may not output graphical content at presence-sensitive display **64** that is operatively coupled to computing device **60**. In other examples, computing device **60** may output graphical content for display at both a presence-sensitive display **64** that is coupled to computing device **60** by communication channel **62**A, and at a display of one or more the remote devices. In such examples, the graphical content may be displayed substantially contemporaneously at each respective device. For instance, some delay may be introduced by the communication latency to send the data that includes the graphical content to the remote device. In some examples, graphical content generated by computing device **60** and output for display at presence-sensitive display **64** may be different than graphical content display output for display at one or more remote devices.

Computing device **60** may send and receive data using any suitable communication techniques. For example, computing device **60** may be operatively coupled to external network **74** using network link **72**A. Each of the remote devices illustrated in FIG. **3** may be operatively coupled to network external network **74** by one of respective network links **72**B, **72**C, **72**D, and **72**E. External network **74** may include network hubs, network switches, network routers, etc., that are operatively inter-coupled thereby providing for the exchange of information between computing device **60** and the remote

17                                                                                          18

devices illustrated in FIG. **3**. In some examples, network links **72**A-**72**E may be Ethernet, ATM or other network connections. Such connections may be wireless and/or wired connections.

In some examples, computing device **60** may be operatively coupled to one or more of the remote devices included in FIG. **3** using direct device communication **78**. Direct device communication **78** may include communications through which computing device **60** sends and receives data directly with a remote device, using wired or wireless communication. That is, in some examples of direct device communication **78**, data sent by computing device **60** may not be forwarded by one or more additional devices before being received at the remote device, and vice-versa. Examples of direct device communication **78** may include Bluetooth, Near-Field Communication, Universal Serial Bus, infrared, etc. One or more of the remote devices illustrated in FIG. **3** may be operatively coupled with computing device **60** by communication links **76**A-**76**E. In some examples, communication links **76**A-**76**E may be connections using Bluetooth, Near-Field Communication, Universal Serial Bus, infrared, etc. Such connections may be wireless and/or wired connections.

In accordance with techniques of the disclosure, computing device **60** can be operable to change a current access mode provided by computing device **60** based at least in part on a received indication of the proximity state of a first structure **96** and a second structure **98** of attachment mechanism **94**. For example, as described with respect to FIGS. **1** and **2**, computing device **60** may be or be part of a wearable computing device **36**. Hence, computing device **60** may be mechanically coupled to an attachment mechanism, which may include or be mechanically coupled to the first and second structures. Computing device **60** may be configured to be operable in a reduced access mode and an increased access mode, as described above. In other examples, computing device **60** may be part of another, separate device from attachment mechanism **94**. For example, computing device **60** can be part of a mobile computing device or a separate wearable computing device, or may be a mobile computing device or a separate wearable computing device.

In some examples, computing device **60** can be operable to change a current access mode provided by computing device **60** from an increased access mode to a reduced access mode responsive to receiving an indication of a change of proximity state of the first structure **96** and the second structure **98** of attachment mechanism **94** from a proximate state to a nonproximate state. Alternatively or additionally, in response, computing device **60** may control output of graphical content for display at the remote device in accordance with the change in current access mode.

In some examples, computing device **60** can be operable to receive an indication of a change in the proximity state of the first and second structures **96** and **98** of attachment mechanism **94** from the non-proximate state to the proximate state, and, responsive to receiving the indication, output a security challenge. Outputting the security challenge may include, in some examples, outputting a user interface screen, e.g., displayed at one or more of presence-sensitive displays **64**, **84**, **88**, and **92**, that prompts a user of computing device **60** to input a security challenge answer, such as a password, a PIN, a pattern, biometric data (e.g., fingerprint, voice, image, or the like), etc. Responsive to receiving the input security challenge answer, computing device **60** can be operable to compare the input security challenge answer to a stored security challenge answer. Responsive to verifying the input security challenge answer in view of the stored security challenge

answer, computing device **60** can be operable to change the current access mode provided by computing device **60** from the reduced access mode to the increased access mode.

In some implementations, once computing device **60** receives the indication that the first and second structures **96** and **98** of attachment mechanism **94** are in a proximate state, computing device **60** can be operable to cause computing device **60** to remain in the increased access mode until computing device **60** receives an indication of a change of the proximity state of the first and second structures **96** and **98** to the non-proximate state, instead of causing computing device **60** to revert to the reduced access mode after a predetermined length of inactivity. As the proximate state may indicate that a user is likely wearing attachment mechanism **94**, this may allow the user to interact more fully or completely with computing device **60** (e.g., by providing user input and/or observing outputs of computing device **60** using, for example, one or more of presence-sensitive displays **64**, **84**, **88**, and **92**) without having to pass a security challenge each time the user wishes to interact with computing device **60**. This may facilitate use of computing device **60** by the user, while maintaining security of computing device **60**, as the proximity state of the first and second structures **96** and **98** indicates that the attachment mechanism **94** has not been removed from the user.

FIG. **4** is a flow diagram illustrating an example technique for controlling a current access mode provided by a computing device based at least in part on the state of an attachment mechanism, in accordance with one or more techniques of the present disclosure. The technique of FIG. **4** may be performed by a computing device, such as computing device **20** illustrated in FIG. **1**, computing device **60** illustrated in FIG. **3**, and/or one or more processors **40** illustrated in FIG. **2**. For purposes of illustration, the technique of FIG. **4** is described below within the context of wearable computing device **36** of FIG. **1** and FIG. **2**, although the technique of FIG. **4** may be performed by computing devices having configurations different than that of wearable computing device **36**.

The technique of FIG. **4** includes receiving, by access mode module **26**, an indication of a change in a proximity state of first structure **30**a and second structure **30**b (**102**). As describe above, the indication of the change in the proximity state may include, for example, an electrical signal. In some examples, first structure **30**a and second structure **30**b are portions of an electrical circuit passing through band **28** and clasp **32**, such that when first structure **30**a and second structure **30**b are proximate, a complete electrical circuit is formed and an electrical signal can pass from a voltage source included in or associated with wearable computing device **36** through the electrical circuit. In some of these examples, the voltage source may continually, periodically, or aperiodically attempt to output the electrical signal. When the first structure **30**a is proximate to or contacting second structure **30**b, the electrical signal may pass through the circuit and be detected by a detector. However, when first structure **30**a is not proximate to or contacting second structure **30**b, the circuit is open and the electrical signal will not pass through the circuit. Hence, the indication of the change in the proximity state may be based on whether the electrical circuit is opened or closed.

In other examples, the first and second structures **30**a and **30**b can be other mechanisms that can indicate whether band **28** is closed or open. For example, first structure **30**a may be a magnet and second structure **30**b may be a magnetic switch. As other examples, first structure **30**a may be a proximity sensor and second structure **30**b may be a structure that is disposed adjacent to first structure **30**a when band **28** is closed, first structure **30**a may be a spring-loaded pin and

second structure may be a contact point or receptacle for the pin. Regardless of the nature of first structure 30a and second structure 30b, first and second structures 30a and 30b may be operable to generate or facilitate generation of one or more signals indicative of a change in proximity state between first and second structures 30a and 30b.

The change of proximity state may be, for example, between a non-proximate state and a proximate state, or between the proximate state and the non-proximate state. The technique of FIG. 4 also includes changing, by access mode module 26, based at least in part on the indication of the change in proximity state of first structure 30a and second structure 30b, a current access mode provided by computing device 20 (104). In some examples, access mode module 26 may change the current access mode from a reduced access mode to an increased access mode based at least in part on an indication that the proximity state of first structure 30a and second structure 30b has changed from a non-proximate state to a proximate state. In some examples, access mode module 26 can be operable to base the change in current access mode on other, additional information, e.g., as described below with respect to FIGS. 5 and 6. Access mode module 26 can also be operable to change the current access mode from the increased access mode to the reduced access mode based at least in part on an indication of a change in the proximity state of first structure 30a and second structure 30b from the proximate to the non-proximate states.

FIG. 5 is another flow diagram illustrating an example technique for controlling a current access mode provided by a computing device based at least in part on the state of an attachment mechanism, in accordance with one or more techniques of the present disclosure. The technique of FIG. 5 may be performed by a computing device, such as computing device 20 illustrated in FIG. 1, computing device 60 illustrated in FIG. 3, or one or more processors 40 illustrated in FIG. 2. For purposes of illustration, the technique of FIG. 5 is described below within the context of wearable computing device 36 of FIG. 1 and FIG. 2, although the technique of FIG. 5 may be performed by computing devices having configurations different than that of wearable computing device 36.

The technique of FIG. 5 includes receiving, by access mode module 26, an indication of a change in the proximity state of first structure 30a and second structure 30b from non-proximate to proximate (112). Responsive to receiving the indication of the change in the proximity state, access mode module 26 can be operable to output a security challenge or cause UI module 24 to output a security challenge (114). For example, access mode module 26 can be operable to output information that causes UI module 24 to generate and output for display a user interface screen that prompts a user of wearable computing device 36 to input a security challenge answer. The security challenge may include a prompt for one or more of a variety of identity verification information, such as a password, a PIN, a pattern, biometric data (e.g., fingerprint, voice, image, retina, or the like), etc. Responsive to receiving the input security challenge answer from the user (e.g., using UI device 22), UI module 24 can be configured to communicate an indication of the security challenge answer to access mode module 26, which receives the indication of the response to the security challenge (116).

Upon receiving the security challenge answer, access mode module 26 can be operable to validate the input security challenge answer against a stored security challenge answer (e.g., input by the user at a previous time and saved at a memory of wearable computing device 36) (118). Responsive to verifying the input security challenge answer in view of the stored security challenge answer (e.g., determining that

the input security challenge matches the saved security challenge answer exactly or within a threshold margin of error), access mode module 26 can be operable to change the current access mode provided by computing device 60 from the reduced access mode to the increased access mode (120). However, if access mode module 26 determines that the security challenge answer does not match the saved security challenge answer exactly or within a threshold margin of error, access mode module 26 may refrain from changing the current access mode (122), even in instances in which the proximity state indication indicates that first structure 30a is proximate to or contacting second structure 30a. In this way, the security challenge provides additional security, ensuring that the user wearing wearable computing device 36 is a user authorized to access the increased access mode provided by computing device 20.

FIG. 6 is a flow diagram illustrating an example technique for controlling a current access mode provided by a computing device based at least in part on the state of an attachment mechanism, in accordance with one or more techniques of the present disclosure. The technique of FIG. 6 may be performed by a computing device, such as computing device 20 illustrated in FIG. 1, computing device 60 illustrated in FIG. 3, and/or one or more processors 40 illustrated in FIG. 2. For purposes of illustration, the technique of FIG. 6 is described below within the context of wearable computing device 36 of FIG. 1 and FIG. 2, although the technique of FIG. 6 may be performed by computing devices having configurations different than that of wearable computing device 36.

The technique of FIG. 6 includes receiving, by access mode module 26, an indication of a change in the proximity state of first structure 30a and second structure 30b from proximate to non-proximate (132). Additionally, the technique of FIG. 6 includes receiving, by access mode module 26, device contextual information (134). In some examples, access mode module 26 can be operable to request device contextual information from one or more other components of wearable computing device 36 in response to receiving the indication of the change in the proximity state. In other example, access mode module 26 can be operable to periodically or aperiodically receive device context information.

As described above, device context information can include, for example, location information, time of day information, device movement information, etc. In situations in which the access mode module 26 is operable to collect device context information, the user(s) associated with wearable computing device 36 can be provided (e.g., by wearable computing device 36) with an opportunity to control whether access mode module 26 collects and/or uses the device context information. In addition, certain information, such as the location of wearable computing device 36, may be treated in one or more ways before it is stored or used, so that personally identifiable information is removed. For example, a user's identity may be treated so that no personally identifiable information can be determined for the user, or a user's location may be generalized as to where location information is obtained (such as to a city, ZIP code, or state level), so that a particular location of a user cannot be determined. Thus, the user(s) of wearable computing device 36 may have control over how information about the user is collected and used.

Access mode module 26 can be operable to determine whether wearable computing device 36 is in a relatively high security context (136) based at least in part on the device contextual information. For example, a geographical location of wearable computing device 36 may indicate whether computing device is in a context which is relatively secure or in a context which is relatively unsecure. A location designated as

21
22

the user's home or office may be considered relatively secure, while a location other than a relatively secure location may be considered relatively unsecure. For example, a location designated as associated with a store, school, stadium, or other public place may be considered relatively unsecure.

Additionally or alternatively, access mode module **26** can be operable to receive time of day information and base the determination of whether to change the current access mode to the reduced access mode based at least in part on the time of day information. The time of day information may indicate the time of day at which access mode module **26** received the indication in the change of the proximity state of first structure **30**a and second structure **30**b. The time of day also may indicate whether computing device is likely to be in a context which is relatively secure or a context that is relatively unsecure. For example, if the time of day indicates that is the middle of the night, it may be more likely that the user (and wearable computing device **36**) is located at a relatively more secure location (e.g., a location at which the user is sleeping). On the other hand, if the time of day indicates that it is the middle of the day, it may be more likely that the user (and wearable computing device **36**) is located in a relatively less secure location (e.g., away from the user's home).

Additionally or alternatively, access mode module **26** can be operable to receive information regarding whether wearable computing device **36** is moving. For example, an indication that wearable computing device **36** is not moving, combined with the indication that the proximity state has changed from proximate to non-proximate, indicates that it is likely that wearable computing device **36** is not being worn and has been left lying at a location by the user.

Access mode module **26** can be operable to analyze one or more types of device contextual information, in combination with the indication of the change in the proximity state of first structure **30**a and second structure **30**b from proximate to non-proximate, when determining whether to change the current access mode from the increased access mode to the reduced access mode. For example, if two or three of the types of device context information indicate that wearable computing device **36** is in a relatively unsecure context, access mode module **26** can be operable to change, based on the indication in the change of the proximity state and the device contextual information, the current access mode to the reduced access mode (**138**). As another example, if only one of the types of device context information indicates that wearable computing device **36** is in a relatively unsecure context (or all of the device contextual information indicates that the device is in a relatively secure context), access mode module **26** can be operable to not change the current access mode to the reduced access mode (**140**). In other examples, access mode module **26** can be operable to change the current access mode (**138**) in instances in which any of the device contextual information indicates that wearable computing device **36** is likely in a relatively unsecure context.

In some examples, instead of basing the determination of whether or not to change the current access mode at least in part on the device context information, access mode module **26** can be operable to determine a temporal delay between receiving the indication of the change in proximity state and access mode module **26** changing the current access mode. For example, in instances in which at least one type of the device context information indicates that wearable computing device **36** is likely to be in a relatively unsecure context, access mode module **26** can be operable to change the current access mode to the reduced access mode (**138**) within a relatively short time (e.g., seconds or a few minutes) of receiving the indication of the change in proximity state of first structure **30**a and second structure **30**b. As another example, in instances in which at least one type of the device context information indicates that wearable computing device **36** is likely to be in a relatively secure context, access mode module **26** can be operable to change the current access mode to the reduced access mode after a relatively longer time (e.g., a few minutes or more) of receiving the indication of the change in proximity state of first structure **30**a and second structure **30**b.

FIG. **7** is a flow diagram illustrating an controlling a current access mode provided by a computing device based at least in part on the state of an attachment mechanism, in accordance with one or more techniques of the present disclosure. The technique of FIG. **7** may be performed by a computing device, such as computing device **20** illustrated in FIG. **1**, computing device **60** illustrated in FIG. **3**, and/or one or more processors **40** illustrated in FIG. **2**. For purposes of illustration, the technique of FIG. **7** is described below within the context of wearable computing device **36** of FIG. **1** and FIG. **2**, although the technique of FIG. **7** may be performed by computing devices having configurations different than that of wearable computing device **36**.

The technique of FIG. **7** includes receiving, by access mode module **26**, an indication of a change in the proximity state of first structure **30**a and second structure **30**b from a proximate state to a non-proximate state (**142**). Responsive to receiving the indication, access mode module **26** can be operable to determine whether a threshold amount of time has elapsed (**144**). In some examples, the threshold amount of time may be predefined, e.g., within access mode module **26** or by a user of wearable computing device **36**. In other examples, as described above, access mode module **26** can be operable to determine the threshold amount of time based on device context information. For example, when the device context information indicates that wearable computing device **36** is likely in a relatively less secure context, access mode module **26** can be operable to determine the threshold amount of time to be lower (e.g., second or a few minutes). When the device context information indicates that wearable computing device **36** is likely in a relatively more secure context, access mode module **26** can be operable to determine the threshold amount of time to be longer (e.g., a few minutes or more).

Responsive to determining that the threshold amount of time has not elapsed (the "NO" branch of decision block **144**), access mode module **26** can be operable to wait (**148**) and not change the current access mode provided by computing device **20**. However, responsive to determining that the threshold amount of time has elapsed (the "YES" branch of decision block **144**) without receiving an indication of a change of the proximity state from non-proximate to proximate, access mode module **26** can be operable to change the current access mode from the increased access mode to the reduced access mode (**146**). By waiting for an amount of time before changing the current access mode, access mode module **26** may provide time, e.g., for a user to remove wearable computing device **36** to perform a short task, such as washing his or her hands, put the wearable computing device **36** back on, and not be required to pass a security challenge to access the complete set of functionality provided by computing device **20**.

FIG. **8** is a flow diagram illustrating an example technique for controlling a current access mode of a wearable computing device based at least in part on detecting motion or absence of motion of the wearable computing device, in accordance with one or more techniques of the present disclosure. The technique of FIG. **8** may be performed by a computing device, such as computing device **20** illustrated in

23

FIG. **1**, computing device **60** illustrated in FIG. **3**, and/or one or more processors **40** illustrated in FIG. **2**. For purposes of illustration, the technique of FIG. **7** is described below within the context of wearable computing device **36** of FIG. **1** and FIG. **2**, although the technique of FIG. **8** may be performed by computing devices having configurations different than that of wearable computing device **36**.

In some examples, the technique of FIG. **8** may be implemented by computing device **20** while the proximity state of first structure **30***a* and second structure **30***b* of band **30** is proxiamte. The technique of FIG. **8** includes receiving, by access mode module **26**, device context information relating to motion of wearable computing device **36** (**152**). In some examples, access mode module **26** can be operable to periodically or aperiodically request device contextual information from one or more other components of wearable computing device **36**. In other example, access mode module **26** can be operable to periodically or aperiodically receive device context information. In some examples, wearable computing device **36** includes at least one sensor **54** (FIG. **2**) that can output a signal indicative of movement of wearable computing device **36**. Such a sensor may include, for example, an accelerometer, a gyroscope, a camera, etc.

Access mode module **26** can be operable to receive the device context information (**152**) and determine, based at least in part on the device context information, whether wearable computing device **36** is moving (**154**). In some examples, access mode module **26** may determine whether wearable computing device **36** is moving based on an output of an accelerometer or a gyroscope that indicates the wearable computing device **36** is or is not moving. In other examples, access mode module **26** may determine whether wearable computing device **36** is moving based on a comparison (e.g., by one or more processors **40**) of two images captured by a camera at different times (e.g., separated by fractions of a second, seconds or minutes). In instances in which the images are different, access control module **26** may determine that wearable computing device **36** is moving or has moved. In instances in which the images are substantially the same, module **26** may determine that wearable computing device **36** is substantially stationary or has not moved.

Access mode module **26** can be operable to determine whether to change the current access mode provided by computing device **20** based at least in part on the indication of whether wearable computing device **36** is moving. For example, access mode module **26** can be operable to change the current access mode provided by computing device **20** (**156**) in response to determining that wearable computing device **36** has been substantially stationary for longer than a threshold amount of time (the "YES" branch of decision block (**154**)). As another example, access mode module **26** can be operable to not change the current access mode provided by computing device **20** (**156**) in response to determining that wearable computing device **36** is moving or has not been substantially stationary for longer than a threshold amount of time (the "NO" branch of decision block (**154**)). Hence, in some examples, even when first structure **30***a* and second structure **30***b* of band **30** are proximate, access mode module **26** can be operable to change the current access mode provided by one or more processors **40** after a threshold time period during which wearable computing device **36** is substantially stationary.

Although various examples have been described with reference to different figures, features of the examples and the examples themselves may be combined in various combinations. For example, access mode module **26** can be operable to both output a security challenge in response to receiving an

24

indication of a change in the proximity state of first structure **30***a* and second structure **30***b* from a non-proximate state to a proximate state, and to receive device context information in a single example. Other examples of combinations of features described herein are possible and within the scope of this disclosure and the claims.

In one or more examples, the functions described herein may be implemented in hardware, software, firmware, or any combination thereof. If implemented in software, the functions may be stored on or transmitted over, as one or more instructions or code, a computer-readable medium or computer-readable storage device and executed by a hardware-based processing unit. Computer-readable media may include computer-readable storage media, which corresponds to a tangible medium such as data storage media, or communication media including any medium that facilitates transfer of a computer program from one place to another, e.g., according to a communication protocol. In this manner, computer-readable media generally may correspond to (1) tangible computer-readable storage media or computer-readable storage device, which is non-transitory or (2) a communication medium such as a signal or carrier wave. Data storage media may be any available media that can be accessed by one or more computers or one or more processors to retrieve instructions, code and/or data structures for implementation of the techniques described in this disclosure. A computer program product may include a computer-readable medium.

By way of example, and not limitation, such computer-readable storage media can comprise RAM, ROM, EEPROM, CD-ROM or other optical disk storage, magnetic disk storage, or other magnetic storage devices, flash memory, or any other medium that can be used to store desired program code in the form of instructions or data structures and that can be accessed by a computer. Also, any connection is properly termed a computer-readable medium. For example, if instructions are transmitted from a website, server, or other remote source using a coaxial cable, fiber optic cable, twisted pair, digital subscriber line (DSL), or wireless technologies such as infrared, radio, and microwave, then the coaxial cable, fiber optic cable, twisted pair, DSL, or wireless technologies such as infrared, radio, and microwave are included in the definition of medium. It should be understood, however, that computer-readable storage media and data storage media do not include connections, carrier waves, signals, or other transient media, but are instead directed to non-transient, tangible storage media. Disk and disc, as used herein, include compact disc (CD), laser disc, optical disc, digital versatile disc (DVD), floppy disk and Blu-ray disc, where disks usually reproduce data magnetically, while discs reproduce data optically with lasers. Combinations of the above should also be included within the scope of computer-readable media.

Instructions may be executed by one or more processors, such as one or more digital signal processors (DSPs), general purpose microprocessors, application specific integrated circuits (ASICs), field programmable logic arrays (FPGAs), or other equivalent integrated or discrete logic circuitry. Accordingly, the term "processor," as used herein may refer to any of the foregoing structure or any other structure suitable for implementation of the techniques described herein. In addition, in some aspects, the functionality described herein may be provided within dedicated hardware and/or software modules. Also, the techniques could be fully implemented in one or more circuits or logic elements.

The techniques of this disclosure may be implemented in a wide variety of devices or apparatuses, including a wireless handset, an integrated circuit (IC) or a set of ICs (e.g., a chip

25

set). Various components, modules, or units are described in this disclosure to emphasize functional aspects of devices configured to perform the disclosed techniques, but do not necessarily require realization by different hardware units. Rather, as described above, various units may be combined in a hardware unit or provided by a collection of interoperative hardware units, including one or more processors as described above, in conjunction with suitable software and/or firmware.

Various examples have been described. These and other examples are within the scope of the following claims.

What is claimed is:

**1**. A method comprising:

receiving, by one or more processors of a wearable computing device, an indication that a first structure of a physical attachment mechanism of the wearable computing device is proximate to a second structure of the physical attachment mechanism;

responsive to receiving the indication that the first structure of the physical attachment mechanism of the wearable computing device is proximate to the second structure of the physical attachment mechanism, outputting, by the one or more processors and for display by the wearable computing device, a security challenge;

receiving, by the one or more processors, an indication of a response to the security challenge; and

responsive to receiving the indication of the response to the security challenge, changing, by the one or more processors, based at least in part on the indication that the first structure of the physical attachment mechanism of the wearable computing device is proximate to the second structure of the physical attachment mechanism, and the indication of the response to the security challenge, a current access mode of a computing environment of the wearable computing device from a reduced access mode to an increased access mode in which a user is permitted access to a larger set of functionality provided by the one or more processors of the wearable computing device than when in the reduced access security mode.

**2**. The method of claim **1**, further comprising:

receiving, by the one or more processors, an indication that the first structure is no longer proximate to the second structure; and

responsive to receiving the indication that the first structure is no longer proximate to the second structure, changing the current access mode of the computing environment of the wearable computing device from the increased access mode to the reduced access mode.

**3**. The method of claim **2**, wherein the indication that the first structure is no longer proximate to the second structure comprises an indication that the physical attachment mechanism is no longer physically intact.

**4**. The method of claim **1**, wherein the first structure comprises a first electrical circuit element and wherein the second structure comprises a second electrical circuit element.

**5**. The method of claim **1**, wherein the first structure comprises a pin and the second structure comprises a pin contact.

**6**. The method of claim **1**, further comprising:

receiving, by the one or more processors, device context information relating to at least one of a geographic location of the wearable computing device, motion of the physical attachment mechanism, and a time at which the one or more processors received the indication that the first structure of the physical attachment mechanism is proximate to the second structure of the physical attachment mechanism, and

26

wherein changing the current access mode provided by the one or more processors comprises changing, based at least in part on the indication that the first structure of the physical attachment mechanism is proximate to the second structure of the physical attachment mechanism, the indication of the response to the security challenge, and the device context information, the current access mode of the computing environment of the wearable computing device.

**7**. The method of claim **1**, further comprising:

receiving, by the one or more processors, device context information relating to motion of the computing device; and

changing, by the one or more processors, based at least in part on the device context information, the current access mode of the computing environment of the wearable computing device from the increased access mode to the reduced access mode.

**8**. A wearable computing device comprising:

a physical attachment mechanism comprising a first structure and a second structure;

one or more processors; and

an access mode module operable by the one or more processors to:

receive an indication that the first structure is proximate to the second structure,

responsive to receiving the indication that the first structure is proximate to the second structure, output a security challenge,

receive an indication of a response to the security challenge, and

change, based at least in part on the indication that the first structure is proximate to the second structure and the indication of the response to the security challenge, a current access mode of a computing environment of the wearable computing device from a reduced access mode to an increased access mode in which a user is permitted access to a larger set of functionality provided by the one or more processors of the wearable computing device than when in the reduced access security mode.

**9**. The wearable computing device of claim **8**, wherein the access mode module is further operable by the one or more processors to:

receive an indication that the first structure is no longer proximate to the second structure, and

responsive to receiving the indication that the first structure is no longer proximate to the second structure, change the current access mode of the computing environment of the wearable computing device from the increased access mode to the reduced access mode.

**10**. The wearable computing device of claim **9**, wherein receiving the indication that the first structure of the physical attachment mechanism is no longer proximate to the second structure of the physical attachment mechanism comprises receiving an indication that the physical attachment mechanism is no longer physically intact.

**11**. The wearable computing device of claim **8**, wherein the first structure comprises a first electrical circuit element and wherein the second structure comprises a second electrical circuit element.

**12**. The wearable computing device of claim **8**, wherein the first structure comprises a pin and the second structure comprises a pin contact.

**13**. The wearable computing device of claim **8**, wherein the access mode module is further operable to:

US 8,972,722 B2

27

28

receive device context information relating to at least one of a geographic location of the wearable computing device, motion of the wearable computing device, and a time at which the access mode module received the indication of the change in the proximity state between the first structure and the second structure from a non-proximate state to a proximate state, and

change, based at least in part on the indication that the first structure is proximate to the second structure, the indication of the response to the security challenge, and the device context information, the current access mode of the computing environment of the wearable computing device from the reduced access mode to the increased access mode.

**14**. The wearable computing device of claim **13**, wherein the wearable computing device further comprises an accelerometer, and wherein the device context information comprises an indication, based at least in part on an output of the accelerometer, that the device is moving.

**15**. The wearable computing device of claim **8**, wherein the access mode module is further operable to:

receive device context information relating to motion of the wearable computing device, and

change, based at least in part on the device context information, the current access mode of the computing environment of the wearable computing device from the increased access mode to the reduced access mode.

**16**. A computer-readable storage device storing instructions that, when executed, cause at least one processor to:

receive an indication that a first structure of a physical attachment mechanism is proximate to a second structure of the physical attachment mechanism;

responsive to receiving the indication that the first structure of the physical attachment mechanism is proximate to the second structure of the physical attachment mechanism, output a security challenge;

receive an indication of a response to the security challenge;

receive device context information relating to at least one of a geographic location of the physical attachment mechanism, motion of the physical attachment mechanism, and a time at which the at least one processor received the indication that the first structure of the physical attachment mechanism is proximate to the second structure of the physical attachment mechanism; and

change, based at least in part on the indication that the first structure of the physical attachment mechanism is proximate to the second structure of the physical attachment mechanism, the indication of the response to the security challenge, and the device context information, a current access mode of a computing environment associated with the at least one processor from a reduced access mode to an increased access mode.

**17**. The computer-readable storage device of claim **16**, wherein the device context information comprises first device context information, further comprising instructions that, when executed, cause the at least one processor to:

receive second device context information relating to motion of the physical attachment mechanism, and

change, based at least in part on the second device context information, the current access mode of the computing environment associated with the at least one processor from the increased access mode to the reduced access mode.

**18**. The computer-readable storage device of claim **16**, further comprising instructions that, when executed, cause the at least one processor to:

receive an indication that the first structure is no longer proximate to the second structure; and

change, based at least in part on the indication that the first structure is no longer proximate to the second structure, the current access mode of the computing environment associated with the at least one processor from an increased access mode to a reduced access mode.

**19**. The computer-readable storage device of claim **18**, wherein the indication comprises an indication that the physical attachment mechanism is no longer physically intact.

**20**. The computer-readable storage device of claim **16**, wherein the first structure comprises a first electrical circuit element and wherein the second structure comprises a second electrical circuit element.

**21**. The computer-readable storage device of claim **16**, wherein the first structure comprises a pin and the second structure comprises a pin contact.

**22**. The computer-readable storage device of claim **16**, wherein a wearable computing device comprises the at least one processor and the physical attachment mechanism.

**23**. The method of claim **2**, further comprising:

remaining, by the computing device, in the increased access mode until receiving the indication that the first structure is no longer proximate to the second structure.

**24**. The wearable computing device of claim **9**, wherein the access mode module is further operable by the one or more processors to:

cause the wearable computing device to remain in the increased access mode until receiving the indication that the first structure is no longer proximate to the second structure.

**25**. The computer-readable storage device of claim **18**, further comprising instructions that, when executed, cause the at least one processor to:

remain in the increased access mode until receiving the indication that the first structure is no longer proximate to the second structure.

* * * * *