# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 6:20-cv-00881-ADA <br><br> JURY TRIAL DEMANDED |

## **UNOPPOSED MOTION TO PARTIALLY AMEND THE SCHEDULING ORDER**

TO THE HONORABLE COURT:

Defendant Google LLC ("Google") moves to amend the Scheduling Order entered on February 11, 2021 [Dkt. 48] and amended on April 23, 2021 [Dkt. 59]. In particular, Google requests to alter the remaining claim construction briefing deadlines by two weeks to provide adequate time to complete claim construction discovery. These extensions necessitate moving the *Markman* hearing, which the Court has advised will now occur at 9:30 a.m. on July 15, 2021. No other dates or deadlines are affected. Sonos is unopposed to the requested relief. Therefore, Google requests the Court enter the proposed Amended Scheduling Order attached hereto as Exhibit A.

DATED:  May 18, 2021

By:  */s/ Paige Arnette Amstutz*
Paige Arnette Amstutz
Texas State Bar No. 00796136
SCOTT, DOUGLASS & MCCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, TX  78701
Telephone:  (512) 495-6300
Facsimile:  (512) 495-6399
pamstutz@scottdoug.com

Charles K. Verhoeven (admitted *pro hac vice*)
charlesverhoeven@quinnemanuel.com
Melissa Baily (admitted *pro hac vice*)
melissabaily@quinnemanuel.com
Jordan Jaffe (admitted *pro hac vice*)
jordanjaffe@quinnemanuel.com
Lindsay Cooper (admitted *pro hac vice*)
lindsaycooper@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA  94111-4788
Telephone:     (415) 875 6600
Facsimile:      (415) 875 6700

*Counsel for Defendant Google LLC*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on May 18, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Paige Arnette Amstutz*
Paige Arnette Amstutz