# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>  Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 6:20-cv-00881-ADA |

### AMENDED SCHEDULING ORDER AS TO CERTAIN CLAIM CONSTRUCTION BRIEFING DEADLINES AND MARKMAN HEARING

| Date | Item |
|---|---|
| **June 1, 2021** | Defendant files Responsive claim construction brief. |
| **June 15, 2021** | Plaintiff files Reply claim construction brief. |
| **June 29, 2021** | Defendant files a Sur-Reply claim construction brief. |
| **July 2, 2021**<br>(3 Business Day after submission of sur-reply) | Parties submit Joint Claim Construction Statement and provide copies of briefs to the Court. |
| **July 6, 2021** | Parties submit optional technical tutorials to the Court and technical advisor (if appointed). |
| **July 15, 2021** | *Markman* hearing at 9:30 a.m. |
| **July 16, 2021**<br>(1 business day after *Markman* hearing) | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |

### ALL OTHER DATES REMAIN UNCHANGED

ORDERED this _____ day of ____, 2021.

_____
**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**