IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>   Plaintiff,<br><br> vs.<br><br>GOOGLE LLC,<br><br>   Defendant. | Case No. 6:20-cv-00881-ADA<br><br>JURY TRIAL DEMANDED |

### DEFENDANT GOOGLE LLC'S NOTICE ON VENUE DISCOVERY AND BRIEFING DEADLINES

TO THE HONORABLE COURT:

  Defendant Google LLC ("Google") submits this Notice reflecting the agreement between the parties to adjust the Court's default venue discovery and briefing deadlines in a way that does not otherwise affect the other pre-*Markman* deadlines.

  Per the Court's Standing Order Regarding Venue and Jurisdictional Discovery Limits for Patent Cases, venue discovery must be completed no later than six months after the filing of the initial motion. The plaintiff's response is due two weeks following the completion of venue discovery.

  Google filed its Motion to Transfer on January 8, 2021 [Dkt. 34]. Thus, under the default deadline, venue discovery must be completed by no later than July 8, 2021. However, to better afford the Court sufficient time to rule on the Motion to Transfer before the *Markman* hearing set for July 15, 2021, the parties have agreed to adjust the venue discovery deadlines. In particular, the parties have agreed to the following venue discovery and briefing schedule:

Close of venue discovery:  June 7, 2021

Sonos's Response in Opposition to Motion to Transfer: June 15, 2021

Google's Reply in Support of Motion to Transfer: June 25, 2021

DATED:  May 24, 2021

By:  */s/ Paige Arnette Amstutz*
Paige Arnette Amstutz
Texas State Bar No. 00796136
SCOTT, DOUGLASS & MCCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, TX  78701
Telephone:  (512) 495-6300
Facsimile:  (512) 495-6399
pamstutz@scottdoug.com

Charles K. Verhoeven (admitted *pro hac vice*)
charlesverhoeven@quinnemanuel.com
Melissa Baily (admitted *pro hac vice*)
melissabaily@quinnemanuel.com
Jordan Jaffe (admitted *pro hac vice*)
jordanjaffe@quinnemanuel.com
Lindsay Cooper (admitted *pro hac vice*)
lindsaycooper@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA  94111-4788
Telephone:     (415) 875 6600
Facsimile:       (415) 875 6700

*Counsel for Defendant Google LLC*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on May 24, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Paige Arnette Amstutz*
Paige Arnette Amstutz