# EXHIBIT 2

**Exhibit 206-6**
**Invalidity Claim Chart for U.S. Patent No. 9,344,206 ("the '206 patent")**

**Sonos Digital Music System ("Sonos System"):**  Sonos System was publicly available at least as of August 2005.

The Sonos System anticipates at least claims 1-5, 7, 10-19 of the '206 patent under 35 U.S.C. § 102, and renders obvious claims 1-5, 7, 10-19 of the '206 patent under 35 U.S.C. § 103, alone based on the state of the art and/or in combination with one or more of the secondary references noted in the below chart, or one or more of the references noted in Riders A-H.

The Sonos System was described in a printed publication, or in public use, on sale, sold, known in this country, or otherwise available to the public before the priority date of the '206 patent.  Features of the of the Sonos System would have been apparent to a person of ordinary skill in the art using the public systems, rendering the systems themselves § 102(a), (b) and (g) prior art.

At least the following documents describe the functionality of the Sonos System:

1. Sonos Webpage, dated March 22, 2005 (e.g., http://web.archive.org/web/20050320050615/sonos.com/)
2. Sonos Digital Music System User Guide, dated April 2005.
3. Sonos Digital Music System User Guide, dated August 2005.
4. Sonos Digital Music System User Guide, dated January 2006.
5. U.S. Patent No. 7,571,014
6. WO 2005/013047
7. https://uk.pcmag.com/media-hubs-receivers/25495/sonos-zoneplayer-80
8. https://www.macworld.com/article/1051050/zp80.html
   (https://web.archive.org/web/20060711191503/http://playlistmag.com/reviews/2006/05/zp80/index.php;
   https://web.archive.org/web/20060716043328/http://playlistmag.com/reviews/2005/02/sonos/index.php)
9. http://playlistmag.com/reviews/2005/02/sonos/index.php
   (https://web.archive.org/web/20050311045455/http://playlistmag.com/reviews/2005/02/sonos/index.php)
10. https://www.prase.it/files/PDF/Sonos_zp80_Quick_Start.pdf
11. https://www.stereophile.com/mediaservers/1006sonos/index.html (all pages)
    (https://web.archive.org/web/20061112065612/http://stereophile.com/mediaservers/1006sonos/index.html)
12. https://avc.com/2006/03/sonos_rocks/ (https://web.archive.org/web/20201126151100/https://avc.com/2006/03/sonos_rocks/)
13. https://hometoys.com/sonos-wireless-media-server/
14. https://www.twice.com/news/sonos-delivers-2-zone-wireless-audio-system-40855
    (https://web.archive.org/web/20200806141001/https://www.twice.com/news/sonos-delivers-2-zone-wireless-audio-system-40855)

15. https://www.hometheaterview.com/hometheaterview/2006/05/sonos_system_re.html (https://web.archive.org/web/20200926015232/https://www.hometheaterview.com/hometheaterview/2006/05/sonos_system_re.html)
16. https://tidbits.com/2006/01/23/audio-bliss-sonos-digital-music-system/ (https://web.archive.org/web/20200813063734/https://tidbits.com/2006/01/23/audio-bliss-sonos-digital-music-system/)
17. https://www.cnet.com/reviews/sonos-digital-music-system-zp100-bundle-review/ (all pages)
18. https://www.crn.com/reviews/channel-programs/191900583/review-sonos-zp80.htm
19. https://books.google.com/books?id=FDy3L6_ofsoC&pg=PA41&lpg=PA41&dq=sonos+zone+controller+2006&source=bl&ots=Woa1Nfy4mQ&sig=ACfU3U04JauNUU0czj-kELQlxT0WH5P_fg&hl=en&sa=X&ved=2ahUKEwi71d--5I3uAhVDJ80KHV2vBnA4MhDoATANegQIEBAC#v=onepage&q=sonos%20zone%20controller%202006&f=false
20. https://www.youtube.com/watch?v=u5Uhahh0ToQ
21. https://www.forbes.com/2005/05/10/cx_ah_0510diglifeslide.html?sh=1500c65a7f5a
22. https://boingboing.net/2006/08/08/sonos-music-system-i.html
23. https://money.cnn.com/magazines/fortune/fortune_archive/2005/03/21/8254857/index.htm (https://web.archive.org/web/20060701051407/https://money.cnn.com/magazines/fortune/fortune_archive/2005/03/21/8254857/index.htm)
24. https://www.nytimes.com/2006/04/20/technology/be-the-maestro-of-the-house-with-a-remote.html (https://web.archive.org/web/20191119204424/https://www.nytimes.com/2006/04/20/technology/be-the-maestro-of-the-house-with-a-remote.html)

Google expects to supplement this chart upon production of source code and other documents produced by Sonos in discovery in this litigation relating to the Sonos System.

These documents themselves are also each individually prior art under at least one of § 102(a) and (b) and § 103 based on their dates of publication and public availability.

To avoid duplication and cumulative excerpts, exemplary quotations and citations are provided. The citations to portions of any reference in this chart are exemplary only. Google reserves the right to use the entirety of any reference cited in this chart to show that the asserted claims are anticipated and/or obvious, or to show the state of the art at the relevant time. References to figures should be understood to also refer to any accompanying text. Additional support can be found elsewhere in the prior art reference, and Google expressly reserves the right to rely on such other support and passages at a later time. The use of claim terms in the below chart is based on Sonos' construction of claim terms in its infringement contentions as understood by Google, as well as the plain and ordinary meaning of the claim terms. This chart should not be construed as consenting to or agreeing with Sonos' construction of claim terms.

Because discovery is ongoing and the Court has not completed the claim construction process, Google reserves all rights to amend its invalidity contentions based on new information produced in discovery or on the Court's constructions.

Google expressly reserves the right to supplement its invalidity contentions, including this chart, to demonstrate that the prior art invalidates the claims of the '206 patent

| Claim 1 Portion | Claim 1 Text | The Sonos System |
|---|---|---|
| [1Pre] | 1. *A multimedia controller including a processor, the controller configured to:* | The Sonos System includes a multimedia controller including a processor.   For example:<br><br><br><br>[2] at 6.[1] |

---

[1]   To avoid duplication, Sonos User Guides identified as [2], [3], and [4] generally provide the same or similar disclosures, and therefore the corresponding sections of each are fully incorporated by reference where only one is cited.

## Installing the Desktop Controller Software

1.  Insert the Sonos System Setup CD-ROM (included with your ZonePlayer) and follow the on-screen instructions.



*If the Desktop Controller software does not start automatically, run "d:\setup.exe", replacing "d" with your CD-ROM drive's letter as needed.*

[2] at 20.

## The Desktop Controller Main Menu



| | | [2] at 25. |
|---|---|---|
| | | http://web.archive.org/web/20050330091453/http://www.sonos.com/products/?tref=ghome |
| | | http://web.archive.org/web/20050403223214/http://www.sonos.com/store/?tref=gproducts |
| | | http://web.archive.org/web/20050404104245/http://www.sonos.com/products/index.htm |
| | | http://web.archive.org/web/20050404062525/http://www.sonos.com/products/how_sonos_works.htm |
| | | http://web.archive.org/web/20050325023308/http://www.sonos.com/products/zoneplayer/ |
| | | http://web.archive.org/web/20050327035400/http://www.sonos.com/products/controller/ |
| | | http://web.archive.org/web/20050406171338/http://www.sonos.com/products/loudspeaker/specs.htm |
| [1a] | *receive, via a network interface, a zone configuration from a first independent playback device of a plurality of independent playback devices,*<br><br>*wherein the zone configuration is configured via the controller and maintained at the first independent playback device, and* | The Sonos System includes receiving, via a network interface, a zone configuration from a first independent playback device of a plurality of independent playback devices, wherein the zone configuration is configured via the controller and maintained at the first independent playback device, and wherein the zone configuration characterizes one or more zone scenes, each zone scene identifying a group configuration associated with two or more of the plurality of independent playback devices.  For example: |

| | | |
|---|---|---|
| | *wherein the zone configuration characterizes one or more zone scenes, each zone scene identifying a group configuration associated with two or more of the plurality of independent playback devices; and* | 5. Choose one of the following options:<br><br>• Use the *Desktop Controller* to add the ZonePlayer to your Sonos Digital Music System by selecting **Zones**>**Set Up Zones**>**Add**.<br>Or,<br><br>• Use a *Sonos Controller* to add the ZonePlayer to your Sonos Digital Music System by selecting **System Settings**>**Add a ZonePlayer** from the **Music** menu.<br>During the setup process, you will be asked to press and release the **Mute** and **Volume Up** buttons simultaneously on the ZonePlayer you are adding to the Sonos Digital Music System.<br><br>• You may release the buttons as soon as the **Mute** indicator (green) and the **ZonePlayer Status Indicator** (white) start to blink alternately (this takes approximately 1 second.)<br>• When the ZonePlayer has been successfully added to your music system, the Mute indicator will go out and the ZonePlayer Status indicator will change to solid white.<br><br>[4] at 17.<br><br>**Renaming a ZonePlayer**<br><br>If you name a ZonePlayer incorrectly, or if you move your ZonePlayer to another room, you can rename it to suit your preference.<br><br>**To rename using Desktop Controller software**<br><br>1. From the **Zones** menu, click **Set Up Zones**. |

2. Select the ZonePlayer you wish to change, and click **Settings**.

3. From the **Zone Name** tab, select a name from the list, or type a new name for this ZonePlayer in the **Zone Name** field, and then click **OK**.

**To rename using Sonos Controller**

1. From the **Music** menu, select **System Settings**>**ZonePlayer Settings** and press **OK**.

2. Use the scroll wheel to highlight the zone you wish to change, and press **OK**.

3. Select **ZonePlayer Name**, and press **OK**.

4. Choose one of the following options:

   • Use the scroll wheel to select a new name from the list, and then press **OK**.

Or,

   • Type a different name by selecting **Enter New**.

      • Use the scroll wheel to select each letter, pressing **OK** after each entry.
      • Press **Accept** to accept the new name, or press **Cancel** to leave the screen without making a change.

[4] at 17-18.



Kitchen and Garden make up a zone group

The music queue from the added zone is automatically replaced by the music queue from the zone or zone group it was linked to so that both zones play the same music

[2] at 67.

## Controlling the Volume

You can control the volume for an individual zone, or for a zone group if you have joined more than one room together. The volume change affects the zone or zone group currently highlighted in the **Zones** pane.

**Volume Control.** Click or drag the volume control bar to increase (+) or decrease (-) the volume. If a zone group is highlighted in the Zones pane, the volume applies to all zones in the group. If a single zone is highlighted, the volume applies to that zone only.

[2] at 27.

3.  Highlight the zone you want to add, and touch **OK**. If you want to join all the zones in your house to this music queue, select **All Zones-Party Mode**. All of your ZonePlayers will then play the same music in synchrony.



Kitchen and Garden make up a zone group

The music queue from the added zone is automatically replaced by the music queue from the zone or zone group it was linked to so that both zones play the same music

[2] at 67.

**Music Equalization**

You can change the sound settings (treble, bass, loudness, or balance) for each individual ZonePlayer.

1. From the **Music** menu, select **System Settings**>**ZonePlayer Settings**, and touch **OK**.

2. Use the scroll wheel to select a zone, and touch **OK**.

3. Select **Music Equalization**, and touch **OK.**

4. Select a setting, and then use the scroll wheel to make adjustments to the control slide that appears on the screen, and then touch **OK**.

5. To change the settings for a ZonePlayer back to their original default values, select **Reset All**.

[4] at 98.

http://web.archive.org/web/20050330091453/http://www.sonos.com/products/?tref=ghome

http://web.archive.org/web/20050403223214/http://www.sonos.com/store/?tref=gproducts

http://web.archive.org/web/20050404104245/http://www.sonos.com/products/index.htm

http://web.archive.org/web/20050404062525/http://www.sonos.com/products/how_sonos_works.htm

http://web.archive.org/web/20050325023308/http://www.sonos.com/products/zoneplayer/

http://web.archive.org/web/20050327035400/http://www.sonos.com/products/controller/

http://web.archive.org/web/20050406171338/http://www.sonos.com/products/loudspeaker/specs.htm

To the extent it is argued that these references do not disclose this claim element, it would have at least been obvious to combine these references with the references cited in Rider A, B, C, D, E.  Further discussion of obviousness of this claim element is provided in Google's Invalidity Contentions Cover Pleading.

| | | |
|---|---|---|
| [1b] | *cause a selectable indication of the received zone configuration to be displayed, wherein the displayed selectable indication is selectable to cause one or more of the zone scenes to be invoked by two or more of the plurality of independent playback devices.* | The Sonos System includes causing a selectable indication of the received zone configuration to be displayed, wherein the displayed selectable indication is selectable to cause one or more of the zone scenes to be invoked by two or more of the plurality of independent playback devices.  For example:<br><br>**Managing Your Zones**<br><br>Touch the **Zones** button on your Controller to display the **Zone** menu where you can view the music selections playing in each room. From this menu, you can:<br><br>• See an alphabetical list of the zones in your household, along with the music currently playing in each zone<br>• Group zones together to play the same music across zones (create a *zone group*)<br>• Drop a zone from a zone group<br>• *Turn off* your music system<br><br><br>Touch the Zones button to view the music playing in each room<br><br>Music you select will play in the zone you highlight on the **Zone** menu. Use the scroll wheel to highlight a zone, and touch **OK**. The **Now Playing** window appears. You can then touch the **Music** button to change the music selection for this zone.<br><br>[2] at 66. |



[4] at 30.

[4] at 84.



[4] at 85.

4.  To play all songs by an artist, on an album, or in a genre, highlight the selection and click **Add to Queue**, or touch **OK**. You can change the action of the **OK** button by selecting **System Settings**>**Controller Settings**>**OK Button** from the **Music** menu. Preference settings include:

-   *Play Now.* Play the selection immediately.
-   *Add to End of Queue.* Add the selection to the end of your music queue.
-   *Show Menu.* View an options menu so that you can choose from the following:
    -   Play Now
    -   Play Next
    -   Add to End of Queue

[4] at 89.


http://web.archive.org/web/20050330091453/http://www.sonos.com/products/?tref=ghome

http://web.archive.org/web/20050403223214/http://www.sonos.com/store/?tref=gproducts

http://web.archive.org/web/20050404104245/http://www.sonos.com/products/index.htm

http://web.archive.org/web/20050404062525/http://www.sonos.com/products/how_sonos_works.htm

http://web.archive.org/web/20050325023308/http://www.sonos.com/products/zoneplayer/

http://web.archive.org/web/20050327035400/http://www.sonos.com/products/controller/

| | | |
|---|---|---|
| | | http://web.archive.org/web/20050406171338/http://www.sonos.com/products/loudspeaker/specs.htm<br><br>To the extent it is argued that these references do not disclose this claim element, it would have at least been obvious to combine these references with the references cited in Rider F. Further discussion of obviousness of this claim element is provided in Google's Invalidity Contentions Cover Pleading. |
| [2] | *The multimedia controller of claim 1, wherein causing the selectable indication of the received zone configuration to be displayed comprises causing an indication of at least one of the one or more zone scenes to be displayed.* | The disclosures in the independent claim are hereby incorporated by reference. In addition, the Sonos System includes the multimedia controller of claim 1, wherein causing the selectable indication of the received zone configuration to be displayed comprises causing an indication of at least one of the one or more zone scenes to be displayed. For example: |

**Managing Your Zones**

Touch the **Zones** button on your Controller to display the **Zone** menu where you can view the music selections playing in each room. From this menu, you can:

- See an alphabetical list of the zones in your household, along with the music currently playing in each zone
- Group zones together to play the same music across zones (create a *zone group*)
- Drop a zone from a zone group
- *Turn off* your music system



Touch the Zones button to view the music
playing in each room

Music you select will play in the zone you highlight on the **Zone** menu. Use the scroll wheel to highlight a zone, and touch **OK**. The **Now Playing** window appears. You can then touch the **Music** button to change the music selection for this zone.

[2] at 66.



[4] at 30.



[4] at 84.

http://web.archive.org/web/20050330091453/http://www.sonos.com/products/?tref=ghome

http://web.archive.org/web/20050403223214/http://www.sonos.com/store/?tref=gproducts

http://web.archive.org/web/20050404104245/http://www.sonos.com/products/index.htm

| | | |
|---|---|---|
| | | http://web.archive.org/web/20050404062525/http://www.sonos.com/products/how_sonos_works.htm<br><br>http://web.archive.org/web/20050325023308/http://www.sonos.com/products/zoneplayer/<br><br>http://web.archive.org/web/20050327035400/http://www.sonos.com/products/controller/<br><br>http://web.archive.org/web/20050406171338/http://www.sonos.com/products/loudspeaker/specs.htm<br><br>To the extent it is argued that these references do not disclose this claim element, it would have at least been obvious to combine these references with the references cited in Rider E, F. Further discussion of obviousness of this claim element is provided in Google's Invalidity Contentions Cover Pleading. |
| [3] | *The multimedia controller of claim 2, wherein causing the selectable indication of the at least one of the one or more zone scenes to be displayed comprises displaying an indication of the group configuration identified by the at least one of the one or more zone scenes to be displayed.* | The disclosures in the independent claim are hereby incorporated by reference.  In addition, the Sonos System includes causing the selectable indication of the at least one of the one or more zone scenes to be displayed comprises displaying an indication of the group configuration identified by the at least one of the one or more zone scenes to be displayed.  For example: |

**Managing Your Zones**

Touch the **Zones** [···] button on your Controller to display the **Zone** menu where you can view the music selections playing in each room. From this menu, you can:

- See an alphabetical list of the zones in your household, along with the music currently playing in each zone
- Group zones together to play the same music across zones (create a *zone group*)
- Drop a zone from a zone group
- *Turn off* your music system



Touch the Zones button to view the music
playing in each room

Music you select will play in the zone you highlight on the **Zone** menu. Use the scroll wheel to highlight a zone, and touch **OK**. The **Now Playing** window appears. You can then touch the **Music** button [···] to change the music selection for this zone.

[2] at 66.



[4] at 30.



[4] at 84.

http://web.archive.org/web/20050330091453/http://www.sonos.com/products/?tref=ghome

http://web.archive.org/web/20050403223214/http://www.sonos.com/store/?tref=gproducts

http://web.archive.org/web/20050404104245/http://www.sonos.com/products/index.htm

<table>
<tr>
<td></td>
<td></td>
<td>

http://web.archive.org/web/20050404062525/http://www.sonos.com/products/how_sonos_works.htm

http://web.archive.org/web/20050325023308/http://www.sonos.com/products/zoneplayer/

http://web.archive.org/web/20050327035400/http://www.sonos.com/products/controller/

http://web.archive.org/web/20050406171338/http://www.sonos.com/products/loudspeaker/specs.htm

To the extent it is argued that these references do not disclose this claim element, it would have at least been obvious to combine these references with the references cited in Rider E, F. Further discussion of obviousness of this claim element is provided in Google's Invalidity Contentions Cover Pleading.

</td>
</tr>
<tr>
<td>[4]</td>
<td>

*The multimedia controller of claim 3, wherein the indication of the group configuration identified by the at least one of the one or more zone scenes comprises one group of independent playback devices.*

</td>
<td>

The disclosures in the independent claim are hereby incorporated by reference.  In addition, the Sonos System includes the indication of the group configuration identified by the at least one of the one or more zone scenes comprises one group of independent playback devices.  For example:



[4] at 86.

</td>
</tr>
</table>



[4] at 30.

[4] at 84.

To the extent it is argued that these references do not disclose this claim element, it would have at least been obvious to combine these references with the references cited in Rider A.

| | | Further discussion of obviousness of this claim element is provided in Google's Invalidity Contentions Cover Pleading. |
|---|---|---|
| [5Pre] | *The multimedia controller of claim 4, further configured to:* | The disclosures in the independent claim are hereby incorporated by reference.  In addition, the Sonos System includes a multimedia controller.  For example:<br><br><br><br>[2] at 6. |

## Installing the Desktop Controller Software

1. Insert the Sonos System Setup CD-ROM (included with your ZonePlayer) and follow the on-screen instructions.



*If the Desktop Controller software does not start automatically, run "d:\setup.exe", replacing "d" with your CD-ROM drive's letter as needed.*

[2] at 20.

## The Desktop Controller Main Menu



| | | [2] at 25. |
|---|---|---|
| | | http://web.archive.org/web/20050330091453/http://www.sonos.com/products/?tref=ghome |
| | | http://web.archive.org/web/20050403223214/http://www.sonos.com/store/?tref=gproducts |
| | | http://web.archive.org/web/20050404104245/http://www.sonos.com/products/index.htm |
| | | http://web.archive.org/web/20050404062525/http://www.sonos.com/products/how_sonos_works.htm |
| | | http://web.archive.org/web/20050325023308/http://www.sonos.com/products/zoneplayer/ |
| | | http://web.archive.org/web/20050327035400/http://www.sonos.com/products/controller/ |
| | | http://web.archive.org/web/20050406171338/http://www.sonos.com/products/loudspeaker/specs.htm |
| [5a] | *after causing the indication of the received zone configuration to be displayed, cause one of the at least one of the one or more zone scenes to be activated.* | The disclosures in the independent claim are hereby incorporated by reference. In addition, the Sonos System includes after causing the indication of the received zone configuration to be displayed, cause one of the at least one of the one or more zone scenes to be activated. For example: |

**Managing Your Zones**

Touch the **Zones** button on your Controller to display the **Zone** menu where you can view the music selections playing in each room. From this menu, you can:

- See an alphabetical list of the zones in your household, along with the music currently playing in each zone
- Group zones together to play the same music across zones (create a *zone group*)
- Drop a zone from a zone group
- *Turn off* your music system



Touch the Zones button to view the music
playing in each room

Music you select will play in the zone you highlight on the **Zone** menu. Use the scroll wheel to highlight a zone, and touch **OK**. The **Now Playing** window appears. You can then touch the **Music** button to change the music selection for this zone.

[2] at 66.



[4] at 30.



[4] at 84.

http://web.archive.org/web/20050330091453/http://www.sonos.com/products/?tref=ghome

http://web.archive.org/web/20050403223214/http://www.sonos.com/store/?tref=gproducts

http://web.archive.org/web/20050404104245/http://www.sonos.com/products/index.htm

<table>
<tr>
<td></td>
<td></td>
<td>

http://web.archive.org/web/20050404062525/http://www.sonos.com/products/how_sonos_works.htm

http://web.archive.org/web/20050325023308/http://www.sonos.com/products/zoneplayer/

http://web.archive.org/web/20050327035400/http://www.sonos.com/products/controller/

http://web.archive.org/web/20050406171338/http://www.sonos.com/products/loudspeaker/specs.htm

To the extent it is argued that these references do not disclose this claim element, it would have at least been obvious to combine these references with the references cited in Rider E, F. Further discussion of obviousness of this claim element is provided in Google's Invalidity Contentions Cover Pleading.

</td>
</tr>
<tr>
<td>[7Pre]</td>
<td>*The multimedia controller claim 1, further configured to:*</td>
<td>

The disclosures in the independent claim are hereby incorporated by reference.  In addition, the Sonos System includes a multimedia controller.  For example:



</td>
</tr>
</table>

[2] at 6.

**Installing the Desktop Controller Software**

1. Insert the Sonos System Setup CD-ROM (included with your ZonePlayer) and follow the on-screen instructions.



*If the Desktop Controller software does not start automatically, run "d:\setup.exe", replacing "d" with your CD-ROM drive's letter as needed.*

[2] at 20.

**The Desktop Controller Main Menu**



[2] at 25.

http://web.archive.org/web/20050330091453/http://www.sonos.com/products/?tref=ghome

http://web.archive.org/web/20050403223214/http://www.sonos.com/store/?tref=gproducts

http://web.archive.org/web/20050404104245/http://www.sonos.com/products/index.htm

http://web.archive.org/web/20050404062525/http://www.sonos.com/products/how_sonos_works.htm

http://web.archive.org/web/20050325023308/http://www.sonos.com/products/zoneplayer/

http://web.archive.org/web/20050327035400/http://www.sonos.com/products/controller/

http://web.archive.org/web/20050406171338/http://www.sonos.com/products/loudspeaker/specs.htm

| [7a] | *before receiving the zone configuration, send, to one of the plurality of independent playback devices, a command to save at least one of the one or more zone scenes.* | The disclosures in the independent claim are hereby incorporated by reference.  In addition, the Sonos System includes before receiving the zone configuration, sending, to one of the plurality of independent playback devices, a command to save at least one of the one or more zone scenes.  For example:<br><br><br><br>[4] at 86.<br><br>http://web.archive.org/web/20050330091453/http://www.sonos.com/products/?tref=ghome<br><br>http://web.archive.org/web/20050403223214/http://www.sonos.com/store/?tref=gproducts<br><br>http://web.archive.org/web/20050404104245/http://www.sonos.com/products/index.htm<br><br>http://web.archive.org/web/20050404062525/http://www.sonos.com/products/how_sonos_works.htm<br><br>http://web.archive.org/web/20050325023308/http://www.sonos.com/products/zoneplayer/<br><br>http://web.archive.org/web/20050327035400/http://www.sonos.com/products/controller/<br><br>http://web.archive.org/web/20050406171338/http://www.sonos.com/products/loudspeaker/specs.htm |

| | | |
|---|---|---|
| | | To the extent it is argued that these references do not disclose this claim element, it would have at least been obvious to combine these references with the references cited in Rider B, C, E. Further discussion of obviousness of this claim element is provided in Google's Invalidity Contentions Cover Pleading. |
| [10Pre] | *The multimedia controller of claim 1, further configured to:* | The disclosures in the independent claim are hereby incorporated by reference. In addition, the Sonos System includes a multimedia controller. For example:<br><br><br><br>[2] at 6. |

### Installing the Desktop Controller Software

1.  Insert the Sonos System Setup CD-ROM (included with your ZonePlayer) and follow the on-screen instructions.



*If the Desktop Controller software does not start automatically, run "d:\setup.exe", replacing "d" with your CD-ROM drive's letter as needed.*

[2] at 20.

### The Desktop Controller Main Menu



| | | [2] at 25. |
|---|---|---|
| | | http://web.archive.org/web/20050330091453/http://www.sonos.com/products/?tref=ghome |
| | | http://web.archive.org/web/20050403223214/http://www.sonos.com/store/?tref=gproducts |
| | | http://web.archive.org/web/20050404104245/http://www.sonos.com/products/index.htm |
| | | http://web.archive.org/web/20050404062525/http://www.sonos.com/products/how_sonos_works.htm |
| | | http://web.archive.org/web/20050325023308/http://www.sonos.com/products/zoneplayer/ |
| | | http://web.archive.org/web/20050327035400/http://www.sonos.com/products/controller/ |
| | | http://web.archive.org/web/20050406171338/http://www.sonos.com/products/loudspeaker/specs.htm |
| [10a] | *after causing the selectable indication of the received zone configuration to be displayed, cause at least one of the one or more zone scenes to be activated.* | The disclosures in the independent claim are hereby incorporated by reference.  In addition, the Sonos System includes after causing the selectable indication of the received zone configuration to be displayed, cause at least one of the one or more zone scenes to be activated.  For example: |

**Managing Your Zones**

Touch the **Zones** button on your Controller to display the **Zone** menu where you can view the music selections playing in each room. From this menu, you can:

- See an alphabetical list of the zones in your household, along with the music currently playing in each zone
- Group zones together to play the same music across zones (create a *zone group*)
- Drop a zone from a zone group
- *Turn off* your music system



*Touch the Zones button to view the music playing in each room*

Music you select will play in the zone you highlight on the **Zone** menu. Use the scroll wheel to highlight a zone, and touch **OK**. The **Now Playing** window appears. You can then touch the **Music** button to change the music selection for this zone.

[2] at 66.



[4] at 30.



[4] at 84.

http://web.archive.org/web/20050330091453/http://www.sonos.com/products/?tref=ghome

http://web.archive.org/web/20050403223214/http://www.sonos.com/store/?tref=gproducts

http://web.archive.org/web/20050404104245/http://www.sonos.com/products/index.htm

<table>
<tr><td></td><td></td><td>

http://web.archive.org/web/20050404062525/http://www.sonos.com/products/how_sonos_works.htm

http://web.archive.org/web/20050325023308/http://www.sonos.com/products/zoneplayer/

http://web.archive.org/web/20050327035400/http://www.sonos.com/products/controller/

http://web.archive.org/web/20050406171338/http://www.sonos.com/products/loudspeaker/specs.htm

To the extent it is argued that these references do not disclose this claim element, it would have at least been obvious to combine these references with the references cited in Rider C. Further discussion of obviousness of this claim element is provided in Google's Invalidity Contentions Cover Pleading.

</td></tr>
<tr><td>[11]</td><td>

*The multimedia controller of claim 1, wherein each of the one or more zone scenes is associated with a name.*

</td><td>

The disclosures in the independent claim are hereby incorporated by reference.  In addition, the Sonos System includes a controller wherein each of the one or more zone scenes is associated with a name.  For example:



[4] at 86.

http://web.archive.org/web/20050330091453/http://www.sonos.com/products/?tref=ghome

http://web.archive.org/web/20050403223214/http://www.sonos.com/store/?tref=gproducts

</td></tr>
</table>

| | | |
|---|---|---|
| | | http://web.archive.org/web/20050404104245/http://www.sonos.com/products/index.htm |
| | | http://web.archive.org/web/20050404062525/http://www.sonos.com/products/how_sonos_works.htm |
| | | http://web.archive.org/web/20050325023308/http://www.sonos.com/products/zoneplayer/ |
| | | http://web.archive.org/web/20050327035400/http://www.sonos.com/products/controller/ |
| | | http://web.archive.org/web/20050406171338/http://www.sonos.com/products/loudspeaker/specs.htm |
| | | To the extent it is argued that these references do not disclose this claim element, it would have at least been obvious to combine these references with the references cited in Rider G. Further discussion of obviousness of this claim element is provided in Google's Invalidity Contentions Cover Pleading. |
| [12Pre] | *In a network comprising a plurality of independent playback devices, a method comprising:* | See [1Pre]. |
| [12a] | *receiving, via the network by a controller device, a zone configuration from a first independent playback device of a plurality of independent playback devices,*<br><br>*wherein the zone configuration is configured via the* | See [1a]. |

| | | |
|---|---|---|
| | *controller and maintained at the first independent playback device,* | |
| | *and wherein the zone configuration characterizes one or more zone scenes, each zone scene identifying a group configuration associated with two or more of the plurality of independent playback devices; and* | |
| [12b] | *causing, by the controller device, a selectable indication of the received zone configuration to be displayed,* | See [1b]. |
| | *wherein the displayed selectable indication is selectable to cause one or more of the zone scenes to be invoked by two or more of the plurality of independent playback devices.* | |

| [13] | *The method of claim 12, wherein causing the selectable indication of the received zone configuration to be displayed comprises causing an indication of at least one of the one or more zone scenes to be displayed.* | See [2]. |
|---|---|---|
| [14] | *The method of claim 13, wherein causing the selectable indication of the at least one of the one or more zone scenes to be displayed comprises displaying an indication of the group configuration identified by the at least one of the one or more zone scenes to be displayed.* | See [3]. |
| [15Pre] | *The method of claim 12, further comprising:* | The disclosures in the independent claim are hereby incorporated by reference. |
| [15a] | *before receiving the zone configuration, sending, to one of the plurality of independent playback devices, a command to save at least one of the one or more zone scenes.* | See [7]. |

| [16Pre] | *The method of claim 12, further comprising:* | The disclosures in the independent claim are hereby incorporated by reference. |
|---------|-----------------------------------------------|-------------------------------------------------------------------------------|
| [16a] | *after causing the selectable indication of the received zone configuration to be displayed, causing, by the controller device, at least one of the one or more zone scenes to be activated.* | See [5]. |
| [17Pre] | *A non-transitory computer-readable storage medium including a set of instructions for execution by a processor, the set of instructions, when executed, implement a controller configured to:* | See [1Pre]. |
| [17a] | *receive, via a network interface, a zone configuration from a first independent playback device of a plurality of independent playback devices,*<br><br>*wherein the zone configuration is* | See [1a]. |

| | | |
|---|---|---|
| | *configured via the controller and maintained at the first independent playback device, and* | |
| | *wherein the zone configuration characterizes one or more zone scenes, each zone scene identifying a group configuration associated with two or more of the plurality of independent playback devices; and* | |
| [17b] | *cause a selectable indication of the received zone configuration to be displayed, wherein the displayed selectable indication is selectable to cause one or more of the zone scenes to be invoked by two or more of the plurality of independent playback devices.* | See [1b]. |
| [18] | *The computer-readable medium of claim 17, wherein causing the selectable indication of* | See [2]. |

|  | | |
|---|---|---|
|  | *the received zone configuration to be displayed comprises causing an indication of at least one of the one or more zone scenes to be displayed.* |  |
| [19] | *The computer readable medium of claim 17, wherein causing the selectable indication of the at least one of the one or more zone scenes to be displayed comprises displaying an indication of the group configuration identified by the at least one of the one or more zone scenes to be displayed.* | See [3]. |