

NEWS & EVENTS

# Control YouTube on the desktop, or the TV... wit

By Kuan Yong

Senior Product Manager

Nov.09.2010

  

If you're like me, you love watching YouTube on your smartphone. My phone is always with me, which means my favorite YouTube videos are never more than a few taps away. Sometimes though, mid-watch, I wish I could get a big-screen experience of that video. What if there was a way to wirelessly "connect" my phone to a much larger screen, like a Google TV?

Cue YouTube Remote, a new Android app that we're launching in the *Android Market* today.

YouTube Remote creates a virtual connection between your phone and *YouTube Leanback*. To 'pair' your phone with your Leanback screen, simply sign into YouTube Remote on your Android phone, and to YouTube Leanback on your Google TV or computer with the same

Google serves cookies to analyze traffic to this site. Information about your use of our site is shared with Google for that purpose. See details.



forward and back and even control the sound volume.



   



YouTube Remote is currently in beta and contains new and experimental features that are not in the official YouTube Android app. Please give us your feedback and help us improve the product - we'll integrate the best features from this beta app into the official YouTube Android app in the coming months.

Again, you can download YouTube Remote now on the Android Market. It's currently available only in the US but we're working hard to make the app available in more countries very soon. To download, scan the QR code below or go to the Android Market app on your phone and search for "YouTube Remote".

Google serves cookies to analyze traffic to this site. Information about your use of our site is shared with Google for that purpose.    See details.





### Related Topics

**PRODUCTS AND FEATURES**

Google serves cookies to analyze traffic to this site. Information about your use of our site is shared with Google for that purpose.   See details.





Google serves cookies to analyze traffic to this site. Information about your use of our site is shared with Google for that purpose.   See details.   OK