IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>       Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>       Defendant. | Case No. 6:20-cv-00881-ADA<br><br>JURY TRIAL DEMANDED |

**DEFENDANT GOOGLE LLC'S STATUS REPORT ON MOTION TO TRANSFER**

TO THE HONORABLE COURT:

Pursuant to the Standing Order Regarding Motion for Inter-District Transfer, Defendant Google LLC ("Google") submits this Status Report on its pending Motion to Transfer to the Northern District of California.

Google filed its Motion to Transfer on January 8, 2021 [Dkt. 34]. Thus, under the default deadline, venue discovery must be completed by no later than July 8, 2021. The plaintiff's response would be due two weeks following the completion of venue discovery (or July 22, 2021).

As stated in Defendant Google LLC's Notice on Venue Discovery and Briefing Deadlines filed on May 24, 2021 [Dkt. 63], the parties adjusted the Court's default venue discovery and briefing to better afford the Court sufficient time to rule on the Motion to Transfer before the *Markman* hearing set for July 15, 2021, as follows:

Close of venue discovery: June 7, 2021

Deadline for Sonos's Response in Opposition to Motion to Transfer: June 15, 2021

Deadline for Google's Reply in Support of Motion to Transfer: June 25, 2021

Dated:  June 3, 2021

By:  */s/ Paige Arnette Amstutz*
Paige Arnette Amstutz
Texas State Bar No. 00796136
SCOTT, DOUGLASS & MCCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, TX  78701
Telephone:  (512) 495-6300
Facsimile:  (512) 495-6399
pamstutz@scottdoug.com

Charles K. Verhoeven (admitted *pro hac vice*)
charlesverhoeven@quinnemanuel.com
Melissa Baily (admitted *pro hac vice*)
melissabaily@quinnemanuel.com
Jordan Jaffe (admitted *pro hac vice*)
jordanjaffe@quinnemanuel.com
Lindsay Cooper (admitted *pro hac vice*)
lindsaycooper@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA  94111-4788
Telephone:     (415) 875 6600
Facsimile:     (415) 875 6700

*Counsel for Defendant Google LLC*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on June 3, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Paige Arnette Amstutz*
Paige Arnette Amstutz