# EXHIBIT 30



SONOS-SVG2-00018498



SONOS-SVG2-00018499