# EXHIBIT 2

## HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## FILED UNDER SEAL