# EXHIBIT 3

## HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# FILED UNDER SEAL