# EXHIBIT 5

## HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

# FILED UNDER SEAL