# EXHIBIT 7

## HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## FILED UNDER SEAL