# EXHIBIT 8

## HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## FILED UNDER SEAL