# EXHIBIT 9

## HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## FILED UNDER SEAL