# EXHIBIT 10

Discover our data center locations

## Discover our data center locations

We own and operate data centers around the world to keep our products running 24 hours a day, 7 days a week. You might also want to learn about Google Cloud locations.

| | |
|---|---|
| Berkeley County, South Carolina | Council Bluffs, Iowa |
| The Dalles, Oregon | Douglas County, Georgia |
| Henderson, Nevada | Jackson County, Alabama |
| Lenoir, North Carolina | Loudoun County, Virginia |
| Mayes County, Oklahoma | Midlothian, Texas |
| Montgomery County, Tennessee | New Albany, Ohio |
| Papillion, Nebraska | Storey County, Nevada |
| Quilicura, Chile | Dublin, Ireland |
| Eemshaven, Netherlands | Fredericia, Denmark |
| Hamina, Finland | Middenmeer, Netherlands |
| St. Ghislain, Belgium | Changhua County, Taiwan |
| Singapore | |

Google

Privacy    Terms    About Google    Press Corner    Careers    Sustainability    Google Cloud     ? Help    English ▼