# EXHIBIT 13

**Intel in Texas**

# Innovating and Investing in Texas

We are uniquely Austin, 100% Intel – and we're committed to creating a better tomorrow for our community.



## Innovating in Texas

Located in the capital city of Texas, Intel's Austin facility is a research and development center for more than 1,700 employees who innovate at the boundaries of technology to make amazing experiences possible for business and society, and for every person on Earth.

The Austin site is focused on supporting innovations in cloud computing, Internet of things, 5G connectivity, memory, and programmable solutions, which are key to transitioning Intel from a PC to a datacentric company.

## Intel in the Community

Our success depends on the health of our local community. Intel hires from local schools and universities, invests in research and development, and buys from Texas-based businesses. We don't just work here – we live here too. We're raising our families here, volunteering in classrooms and at nonprofits, and serving in community leadership positions.

Learn more ›





## Sustainable by Design

Intel's long-standing commitment to environmental sustainability helps us responsibly manage our environmental footprint. From investing in on-site alternative energy, green buildings, and water conservation, to implementing circular waste management practices and partnering with nonprofits on water restoration projects in the community, a focus on the environment is a focus on our future.

Learn more ›

## Innovation for Everyone

In close collaboration with our employee volunteers, the Intel Foundation, and community partners, we are working to expand access to opportunity and empower the next generation of innovators. Supporting education and other important community priorities is vital to making Texas a vibrant

community for everyone to live and work.

Learn more ›



## Intel Texas by the Numbers

## Join Intel in Texas

Whether you're looking for an internship, temporary, or full-time position in engineering, software development, and everything in between, we're always looking for the best and brightest to join our team. Come build the future with us.

Search jobs ›





Get Involved

Stay up to date on new initiatives, track our progress, and share your feedback about Intel in Texas.

- Follow us on Twitter
- View job openings
- Report an ethics concern
- Contact us

Company Information

Our Commitment

Diversity & Inclusion

Communities

Investor Relations

Contact Us

Newsroom

Jobs

© Intel Corporation

Terms of Use

*Trademarks

Privacy

Cookies

Supply Chain Transparency

Site Map

Intel technologies may require enabled hardware, software or service activation. // No product or component can be absolutely secure. // Your costs and results may vary. // Performance varies by use, configuration and other factors. // See our complete legal Notices and Disclaimers. //

Intel is committed to respecting human rights and avoiding complicity in human rights abuses. See Intel's Global Human Rights Principles. Intel's products and software are intended only to be used in applications that do not cause or contribute to a violation of an internationally recognized human right.

intel.