# EXHIBIT 14



# 2 Offices in TX, USA

Office

**Austin - AUS.B**

9600 N. Mopac, Ste 900
Stonebridge Plaza II
Austin TX 78759
USA

Get directions >

Office

**Richardson - RIC.B**

2100 Lakeside Blvd.
Suite 475
Richardson TX 75082
USA

Get directions >



🌐 Language

About Qualcomm   Careers   Offices   Contact Us   Support   Email Subscriptions

Terms of Use   Privacy   Cookies Policy

©2021 Qualcomm Technologies, Inc. and/or its affiliated companies.

References to "Qualcomm" may mean Qualcomm Incorporated, or subsidiaries or business units within the Qualcomm corporate structure, as applicable.

Qualcomm Incorporated includes Qualcomm's licensing business, QTL, and the vast majority of its patent portfolio. Qualcomm Technologies, Inc., a wholly-owned subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, substantially all of Qualcomm's engineering, research and development functions, and substantially all of its products and services businesses. Qualcomm products referenced on this page are products of Qualcomm Technologies, Inc. and/or its subsidiaries.

Materials that are as of a specific date, including but not limited to press releases, presentations, blog posts and webcasts, may have been superseded by subsequent events or disclosures.

Nothing in these materials is an offer to sell any of the components or devices referenced herein.