# EXHIBIT 15

〈 Welcome page                    Returning Candidate? Log back in!

## Job Listings

Discover the roles Synaptics has open now for your next career move.

Use this form to perform another job search

Start your job search here

| Start your job search here 🔍 | Search |

Category            Location
(All)               US-TX-Austin

**Search Results Page 1 of 1**          Sort By

                                        Sort By...

US-TX-Austin

### Senior Analog/Mixed-Signal Engineer

Synaptics is the pioneer and leader of the human interface revolution, bringing innovative and intuitive user experiences to intelligent devices. Synaptics' broad portfolio of touch, display, biometric...

**Category** R&D    **ID** 2021-1438

Application FAQs

Software Powered by iCIMS

www.icims.com

Receive the latest news



(/)

 English

©2021 Synaptics Incorporated. All rights reserved.

Website Privacy Policy (/privacy)    Information Security Disclosure (/information-security-disclosure)    Legal (/legal)

Receive the latest news