# EXHIBIT 17



### Delaware

Marvell
1000 N. West Street
Suite 1200
Wilmington, DE 19801

### Idaho

Marvell
700 South Clearwater Lane
Boise, ID 83712

### Massachusetts

Marvell
600 Nickerson Road
Marlborough, MA 01752

📞 (508) 573-3292

### Minnesota

Marvell
12900 Whitewater Dr. #140
Minnetonka, MN 55343

### New York

Marvell
2070 Route 52, Building 321
Hopewell Junction, NY  12533

### North Carolina

Marvell
3015 Carrington Mill Blvd,
Suite #500
Morrisville, NC 27560

### Texas
**AUSTIN**

Marvell
13915 Burnet Rd., #400
Austin, TX 78728

### Texas
**HOUSTON**

Marvell
20333 State Highway 249,
Suite #100
Houston, TX 77070

### Vermont

Marvell
128 Lakeside Ave
Burlington, VT 05401