# EXHIBIT 20

# ABOUT US

## Global Network



Production site(4)

R&D subsidiary(4)

Sales subsidiary(10)

Sales office(14)

# Head Office

## SK hynix Inc.

### Icheon Campus (Headquarters)

**Address** 2091, Gyeongchung-daero, Bubal-eub, Icheon-si, Gyeonggi-do, Korea

**Tel.** +82-31-5185-4114

### Cheongju Campus

**Address** 215, Daesin-ro, Heungdeok-gu, Cheongju-si, Chungcheongbuk-do, Republic of Korea (28429)

959, 2sunhwan-ro, Heungdeok-gu, Cheongju-si, Chungcheongbuk-do, Republic of Korea (28433)

337, Jikji-daero, Heungdeok-gu, Cheongju-si, Chungcheongbuk-do, Republic of Korea (28436)

120, SK-ro, Heungdeok-gu, Cheongju-si, Chungcheongbuk-do, Republic of Korea (28356)

**Tel.** +82-43-907-3114

### Bundang Campus

**Address** SK u-Tower, 9, Seongnam-daero 343beon-gil, Bundang-gu, Seongnam-si, Gyeonggi-do, Republic of Korea (13558)

**Tel.** +82-31-8093-4114

Close

# America

## SK hynix America Inc.

### Headquarters

**Address** 3101 North First Street, San Jose, CA 95134 USA

**Tel.** +1-408-232-8000    **Fax.** +1-408-232-8103

### Austin Office

**Address** 4201 W Parmer Lane, Bldg. B Suite 245, Austin, TX 78727 USA

**Tel.** +1-512-833-8166    **Fax.** +1-512-821-3730

### Houston Office

**Address**  20333 Tomball Pkwy, Suite 480, Houston, TX 77070 USA

**Tel.** +1-281-205-4914     **Fax.** +1-281-251-4292

### Raleigh office

**Address**  5511 Capital Center Drive, Suite 330, Raleigh, NC 27606 USA

**Tel.** +1-919-859-1244     **Fax.** +1-919-859-3137

### Seattle Office

**Address**  10940 NE 33rd Place, Suite 204, Bellevue, WA 98004 USA

**Tel.** +1-425-284-9220

## SK hynix memory solutions America Inc.

### Headquarters

**Address**  3103 North First Street, San Jose, CA 95134 USA

**Tel.** +1-408-987-2400     **Fax.** +1-408-987-2401

Close

**Europe**

## SK hynix Deutschland GmbH

### Headquarters

**Address**  MAC(Main Airport Center) 7F, Unterschweinstiege 2-14, 60549 Frankfurt am Main, Germany

### Paris Office

**Address**  191-195 Avenue Charles de Gaulle, 922000 Neuilly-sur-Seine, France

**Tel.** +33-1-73-09-43-49

### Helsinki Office

**Address**  Kuskinkatu 3, 20780 Kaarina, Finland

**Tel.** +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-769

## SK hynix UK Limited

**Headquarters**

**Address**  Unit 4, Horizon Business Village, 1 Brooklands Road, Weybridge, Surrey, KT13 0TJ, UK

**Tel.** +44-1932-827-700

---

**Dublin Office**

**Address**  Office 21B, BlockB, Maynoonth Business Campus, Stranffan Road, Co. Kildare, Ireland

**Tel.** +353-1-541-3704

## SK hynix memory solutions Eastern Europe, LLC.

**Headquarters**

**Address**  Nemiga str., 5, 4th floor, Office 75, Minsk 220030, Belarus

**Tel.** +375-17-308-38-00     **Fax.** +375-17-308-38-99

## SK hynix Italy S.r.l.

**Headquarters**

**Address**  Viale Colleoni, 15 20864 Agrate Brianza(MB), Italy

**Tel.** +39-039-5968-661     **Fax.** +39-039-5968-505

Close

### Asia

## SK hynix Semiconductor(China) Ltd.

**Headquarters**

**Address**  Lot K7, Wuxi High-tech Zone Comprehensive Bonded Zone in New District, Wuxi, Jiangsu Province, China (214028)

**Tel.** +86-510-8520-8888

## SK hynix Semiconductor(Chongqing) Ltd.

**Headquarters**

**Address** Xiyong Comprehensive Bonded Zone B Block v2-4/02, Shapingba district, Chongqing, China (400030)

**Tel.** +86-23-6349-3999

## SK hynix Semiconductor(Shanghai) Co. Ltd.

**Headquarters**

**Address** Room 1901~1907, TowerB Jinhongqiao International center, No. 533 loushanguan Road, Shanghai, China (200051)

**Tel.** +86-21-5208-0505    **Fax.** +86-21-5208-0805

**Beijing Office**

**Address** 2501~02, SK Tower, No. 6 Jia, Jianguomenwai Avenue, Beijing, China (100022)

**Tel.** +86-10-6590-6546    **Fax.** +86-10-6590-0908

**Shenzhen Office**

**Address** 18/F, Building B, East Pacific International Center, No.7888 Shennan Rd, Shenzhen, China (518040)

**Tel.** +86-755-8257-1591    **Fax.** +86-755-8257-1584

**Chongqing Office**

**Address** Room 1804,Xinda International Building No. 67, Middle Section of Huangshan Avenue, Chongqing, China (401121)

**Tel.** +86-23-8819-7951    **Fax.** +86-23-2219-7950

**Xian Office**

**Address** Room 1503~1504, Xi'an Center of China Railway, No. 10 Zhangba Road, Xi'an High-tech Zone, China (710077)

**Tel.** +86-29-8819-9808    **Fax.** +86-29-8819-9805

# SK hynix (Wuxi) Semiconductor Sales Ltd.

### Headquarters

**Address**  Lot K7, Wuxi High-tech Zone Comprehensive Bonded Zone in New District, Wuxi, Jiangsu Province, China (214028)

**Tel.**  86-510-8520-8779

# SK hynix Japan Inc.

### Headquarters

**Address**  23F Shiroyama Trust Tower, 4-3-1 Toranomon, minato-ku, Tokyo, Japan (105-6023)

**Tel.**  +81-3-6403-5500     **Fax.**  +81-3-6403-5590

### Osaka Office

**Address**  10F LUCID SQUARE SHIN-OSAKA Bldg. 1-19-4 Higashinakajima, Higashiyodogawa-ku, Osaka, Japan (533-0033)

**Tel.**  +81-6-4809-8851     **Fax.**  +81-6-4809-8966

### SK hynix Japan Inc. R&D Center

**Address**  5F Hamamatsu-cho Bldg. 1-1-1, Shibaura, Minato-ku, Tokyo, Japan (105-0023)

**Tel.**  +81-3-6403-5557

# SK hynix Asia Pte. Ltd.

### Headquarters

**Address**  12-07/12 at 9 Staits View, Marina One West Tower, 018937, Singapore

**Tel.**  +65-6723-9351

### Penang Office

**Address**  Ixora Hotel Plot P, No 3096, Jalan Baru, Bandar Perai Jaya, 13600 Perai, Pulau Pinang, Malaysia

**Tel.**  +60-4390-3428

### Hanoi Office

Address   2501-5 Keangnam Hanoi Landmark Tower, Plot E6, Cau Giay New Urban Area, Me Triward, South Tu Liem district, 100000 Hanoi, Vietnam

Tel.   +84-016-2945-3420

## SK hynix Semiconductor India Pvt. Ltd.

Headquarters

Address   Unit No. 3D, Uppals Plaza M6, 3rd Floor, Plot No. 6 Jasola District Centre, New Delhi 110025, India

Tel.   +91-011-41613764

## SK hynix Semiconductor Hong Kong Ltd.

Headquarters

Address   Suite 4401-02 & 11-12, 44/F, One Island East, 18 Westlands Road, Taikoo Place, Hong Kong

Tel.  +852-2971-1660     Fax.  +852-2971-1622

## SK hynix Semiconductor Taiwan Inc.

Headquarters

Address   10F, CBD Times Square Taipei Building, No. 308, Zhifu Rd., Zhongshan Dist., Taipei City 10466, Taiwan

Tel.  +886-2-3518-2300     Fax.  +886-2-3518-2366

## SK hynix memory solutions Taiwan Ltd.

Headquarters

Address   6F-1, No. 6, Taiyuen 1st St. (Taiyuen Hi-Tech Industrial Park), Zhubei City, Hsinchu County 30288, Taiwan

Tel.  +886-3-543-2300     Fax.  +886-3-543-2322

Close

Privacy Inquiries [/eng/common/privacyInquiry.do]

SK hynix

2091, Gyeongchung-daero, Bubal-eup, Icheon-si, Gyeonggi-do, Korea  T. 82-31-5185-4114

COPYRIGHT (C)2015 SK HYNIX INC. ALL RIGHTS RESERVED.