# EXHIBIT 21



https://www.micron.com/about/locations?country=USA&city=Austin