# EXHIBIT 24



**About The Job**

Technology is at the core of everything we do, especially in the world of Internet advertising. Sales Engineers are the behind-the-scenes brains for the proposals the Partner Development team pitches to our partners. Your strong software development background, detailed knowledge of web technologies and online advertising are key to working with the engineering and sales teams to create custom solutions for our partners. You are responsible for the entire technical back-end, from interpreting and writing technical specifications to the creation and implementation of the final plan. As the go-to technical expert for the team, you help design the solutions that make our partnerships successful.

As a Customer Engineer, you will work hand-in-hand with technical teams as a networking subject matter expert to differentiate Google Cloud to our customers. You will help prospective customers and partners understand the power of Google Cloud, explaining technical features, helping customers design architectures, and problem-solving. You will engage with customers to understand their business and technical requirements, and present practical and useful solutions on Google Cloud.

Google Cloud provides organizations with leading infrastructure, platform capabilities and industry solutions. We deliver enterprise-grade cloud solutions that leverage Google's cutting-edge technology to help companies operate more efficiently and adapt to changing needs, giving customers a foundation for the future. Customers in more than 150 countries turn to Google Cloud as their trusted partner to solve their most critical business problems.



Sales Engineer, Infrastructure Modernization, Retail, Google Cloud

Google · Austin, TX

Posted 2 weeks ago · 130 views

Apply    Save

See how you compare to 13 applicants
Try Premium Free for 1 Month

**About The Job**

The Google Cloud Platform team helps customers transform and build what's next for their business — all with technology built in the cloud. Our products are engineered for security, reliability and scalability, running the full stack from infrastructure to applications to devices and hardware. Our teams are dedicated to helping our customers — developers, small and large businesses, educational institutions and government agencies — see the benefits of our technology come to life. As part of an entrepreneurial team in this rapidly growing business, you will play a key role in understanding the needs of our customers and help shape the future of businesses of all sizes use technology to connect with customers, employees and partners.

The Google Cloud Platform team helps customers in the Retail vertical transform and evolve their business through the use of Google's global network, web-scale data centers and software infrastructure. As part of an entrepreneurial team in this rapidly growing business, you will help shape the future of businesses of all sizes use technology to connect with customers, employees and partners.



Smart Analytics Scale Specialist, Google Cloud

Google · Austin, TX

Posted 1 week ago · 17 views

 

See recent hiring trends for this company

Try Premium for free



**SMB Startup Success Manager, Google Cloud**

Google · Austin, TX

Posted 1 week ago · 195 views

Apply    Save

See how you compare to 12 applicants
Try Premium Free for 1 Month

**About The Job**

The Google Cloud Platform team helps customers transform and build what's next for their business — all with technology built in the cloud. Our products are engineered for security, reliability and scalability, running the full stack from infrastructure to applications to devices and hardware. Our teams are dedicated to helping our customers — developers, small and large businesses, educational institutions and government agencies — see the benefits of our technology come to life. As part of an entrepreneurial team in this rapidly growing business, you will play a key role in understanding the needs of our customers and help shape the future of businesses of all sizes use technology to connect with customers, employees and partners.

The Startups Success Team will drive growth of early stage Small- and Medium-sized Business (SMB) startups. Your core responsibility is to ensure that new and high-potential startups choose Google as their cloud provider to build and grow their business. Prioritizing the customer's experience, you will work alongside fellow team members and stakeholders to lead scaled go-to-market (GTM) sales methods to accelerate adoption and drive customer success.

You have a passion and curiosity about the next disruptors in the market and the investor landscape, have an ability to operate independently in an ambiguous environment, you prioritize the customer experience, and you can influence stakeholders for resourcing and support. You are a quick learner who can navigate initial conversations about AI, ML, and other cutting edge technologies and can thrive in a fast-paced environment.

Google Cloud provides organizations with leading infrastructure, platform capabilities and industry solutions. We deliver enterprise-grade cloud solutions that leverage Google's cutting-edge technology to help companies operate more efficiently and adapt to changing needs, giving customers a foundation for the future. Customers in more than

# Workspace Sales Specialist, Google Cloud, Enterprise

Google · Austin, TX 1 week ago · **4 applicants**

Apply Save

## About the job

Remote locations may be available in Ohio, Texas.

Note: By applying to this position your application is automatically submitted to the following locations: **Seattle, WA, USA; Austin, TX, USA; Dallas, TX, USA**

Minimum qualifications:

- Bachelor's degree or equivalent practical experience.
- 8 years of experience in SaaS, or Collaboration and Productivity tools business.
- Experience managing Enterprise accounts, reaching and exceeding quotas.

Preferred qualifications:

- 11 years of experience building strategic business partnerships with enterprise customers.
- Ability to scale the business.
- Ability to plan, pitch and execute a territory business strategy.
- Ability to build relationships and deliver results in a cross-functional/matrixed environment.
- Account management skills to identify opportunities within the existing account base.
- Excellent written and spoken communication/presentation skills, and strategic and analytical-thinking skills.

Job Details

**Industry**
Information Services , Internet

**Employment Type**
Full-time

**Job Functions**
Sales , Business Development










