# EXHIBIT 28

# Adam Howitt

iOS Tech Lead on Google Podcasts at Google
Boston

## Contact

www.linkedin.com/in/walkjogrun (LinkedIn)
www.walkjogrun.net (Personal)
www.walkjogrunapp.com (Other)

## Top Skills

Team Leadership
iOS development
Swift

## Languages

French
German

## Summary

Driven by my experience and education in software engineering, I continue to participate in and develop organizations in my spare time focussed around the continued education of mobile application developers with a focus on quality, maintainable software.

Specialties:
* iOS development and application launch marketing with a passion for fitness technology
* Mapping technologies for iOS and web including Google Maps, Apple Maps and OpenStreetMap
* SQL development and optimization for MySQL, SQL Server and Sqlite
* ColdFusion, JavaScript, AJAX
* Amazon AWS technologies including EC2, S3, RDS, SES and CloudFront
* Website optimization and online marketing strategies
* Google Analytics installation, configuration and analysis

## Experience

**Google**
3 years 8 months

iOS Tech Lead on Google Podcasts
June 2020 - Present (1 year)
Cambridge, Massachusetts, United States

iOS Software Engineer
October 2017 - June 2020 (2 years 9 months)
Cambridge, Massachusetts

**WalkJogRun**
Founder and Co-owner
September 2002 - January 2019 (16 years 5 months)

# Adam R. Smith

Google Cloud AI Platform Business Development
Greater Boston

## Contact

www.linkedin.com/in/adamrsmith
(LinkedIn)

## Top Skills

Enterprise Software
Strategic Partnerships
Sales

## Summary

Global career in Enterprise Sales and Business Development. Demonstrated ability to sell digital transformation to C Suite and hit quota.  Pivoted to ISV alliance partnerships across platforms like Chrome and Android and now own GTM for an ecosystem of top cloud partners.  People leadership experience in various alliance roles currently with a growing team.

---

## Experience

**Google**
15 years

*Product Development Engagements, Google Cloud AI*
April 2020 - Present (1 year 2 months)
Boston, Massachusetts, United States

Shape and implement Cloud AI and Industry Solutions strategy by cultivating flagship customer engagements that validate market fit and create ingenious, scalable, & profitable Google Cloud solutions that transform industries, and lives!

*Head of Global Technology Partner GTM*
April 2019 - April 2020 (1 year 1 month)

Global team driving GTM of top alliance partners.   Awareness, Enablement, Cosell, Revenue

*Head of Americas Technology Partner GTM*
September 2016 - March 2019 (2 years 7 months)
San Francisco Bay Area

Make Google Cloud Platform technologies accessible to everyone by building an ecosystem that extends and multiplies our capabilities and execution.

*Business Development, Android | Chrome for Work*
May 2011 - October 2016 (5 years 6 months)
Mountain View CA

Driving adoption of the Chrome and Android in the Enterprise.

Page 1 of 2

## Contact

www.linkedin.com/in/xsaddi
(LinkedIn)
www.alexandresaddi.com
(Personal)
www.google.com/ (Company)
meuguia.tv (Other)

## Top Skills

Accessibility
ActionScript
Usability

# Alexandre Saddi

Staff Designer at Google
New York

## Experience

**Google**
7 years 1 month

Staff Designer
May 2019 - Present (2 years 1 month)
Greater New York City Area

Google Podcasts, Google Search

Senior Designer
May 2014 - May 2019 (5 years 1 month)
Greater New York City Area

Google Podcasts, Google Search, Google Docs, Google Wallet

**meuguia.TV**
Founder
October 2008 - Present (12 years 8 months)

**Huge**
4 years 11 months

Product Design Director
July 2013 - April 2014 (10 months)

Associate Product Design Director
January 2011 - June 2013 (2 years 6 months)

Associate Product Design Lead
July 2010 - December 2010 (6 months)

Senior Interaction Designer
June 2009 - June 2010 (1 year 1 month)

**Globo.com**
Senior Interaction Designer
April 2003 - May 2009 (6 years 2 months)

**Finalboss**

Page 1 of 2

# Craig Murray

Creative Director – Branded Content, Commercials, Design; ex-Google;
Nashville Metropolitan Area

## Contact

www.linkedin.com/in/craigmurray (LinkedIn)
craig-murray.com/ (Portfolio)
www.instagram.com/craigmurray/ (Portfolio)

## Top Skills

Advertising
Creative Direction
Video Production

## Honors-Awards

Official Selection - SIFF - "Unnoticed" music video
Official Selection - The Film Collective - "Unnoticed" music video
Semi-Finalist - LA Cinefest - "Unnoticed" music video
Short Film of The Day

## Patents

Contextual help system
Contextual help system
Display screen with graphical user interface
First-screen navigation with channel surfing, backdrop reviewing and content peeking
Display screen with graphical user interface

## Summary

Award-winning creative leader, Director and filmmaker with experience in startups, advertising, technology, retail, digital, and product marketing.

I am a heartfelt creative, bringing together brand strategy and story through a cinematic lens. This perspective draws on my background as a Creative Director and Designer for brands like Google, Samsung, Lonely Planet, and JPMorgan Chase, all of which have helped inform my perception of humanity and life's complex relationships. My experience and love for film has culminated in narratives that inspire viewers with a central truth and empathy toward one another. As a Director and Cinematographer, I am known for my ability to visually immerse audiences and also craft stories with strong emotional undertones. My passion is to work on meaningful commercial and branded projects.

---

## Experience

**[self-employed]**
Creative Director | Commercials, Branded Content, and Design
November 2017 - Present (3 years 7 months)
Greater Nashville Area, TN

Director, Writer, and Cinematographer. Working on commercial, branded content, documentary, and narrative videos. Helping brands tell their stories through compelling content and visual design.
---
Representation by STOUT: creatives@wearestout.com

**JPMorgan Chase & Co.**
Executive Creative Director - Video / Design
November 2017 - November 2020 (3 years 1 month)
Tennessee (Remote)

Page 1 of 5

## Contact

www.linkedin.com/in/jimpowell22 (LinkedIn)

## Top Skills

Altera
COMINT
DSP

# Jim Powell

Software Engineering Manager at Google
Greater Pittsburgh Region

## Summary

Empowering software engineering leader with more than 20 years of experience in the data storage, networking, and defense industries.

---

## Experience

**Google**
Software Engineering Manager
May 2020 - Present (1 year 1 month)
Pittsburgh, Pennsylvania, United States

**NetApp**
7 years 2 months

Senior Software Engineering Manager
April 2019 - May 2020 (1 year 2 months)
Pittsburgh, Pennsylvania, United States

Software Engineering Manager
June 2016 - April 2019 (2 years 11 months)
Pittsburgh, Pennsylvania, United States

Hardware Engineering Manager
April 2013 - June 2016 (3 years 3 months)
Pittsburgh, Pennsylvania, United States

**Argon ST (Boeing)**
8 years 1 month

FPGA and Embedded Software Engineering Manager
March 2010 - March 2013 (3 years 1 month)
Fairfax, Virginia, United States

FPGA Development Manager
September 2005 - March 2010 (4 years 7 months)
Fairfax, Virginia, United States

Senior FPGA Engineer

## Contact

www.linkedin.com/in/jasonmfitzpatrick (LinkedIn)

# Jason Fitzpatrick

Editor in Chief at LifeSavvy
Greater Kalamazoo Area

## Experience

**LifeSavvy**
Editor in Chief
April 2019 - Present (2 years 2 months)

**How-To Geek**
10 years 8 months

Editor at Large
October 2017 - Present (3 years 8 months)

Senior Writer
October 2010 - October 2017 (7 years 1 month)

**Review Geek**
Editor In Chief
June 2017 - June 2019 (2 years 1 month)

**Gawker**
2 years 11 months

Lifehacker Weekend Editor
November 2008 - October 2010 (2 years)

Lifehacker Contributor
June 2008 - November 2008 (6 months)

Lifehacker Intern
December 2007 - June 2008 (7 months)

---

## Education

Western Michigan University

## Contact

www.linkedin.com/in/mfielbig (LinkedIn)

markfielbig.com (Personal)

## Top Skills

Java
JavaScript
C#

# Mark Fielbig

Software Engineer at Stripe
New York City Metropolitan Area

## Experience

**Stripe**
Software Engineer
October 2019 - Present (1 year 8 months)
Greater New York City Area

**Google**
Software Engineer
September 2017 - October 2019 (2 years 2 months)
Mountain View, California

**Apple**
Software Engineer
July 2016 - September 2017 (1 year 3 months)
Cupertino, California

**Google**
Software Engineer
August 2014 - June 2016 (1 year 11 months)
Mountain View, California

**Nickelodeon**
Android Developer
February 2014 - June 2014 (5 months)
New York, New York

**Google**
Software Engineering Intern
June 2013 - August 2013 (3 months)
Mountain View, California

**IBM**
Software Developer Intern
June 2012 - August 2012 (3 months)
Somers, New York

## Contact

www.linkedin.com/in/oriol-prieto-gasco (LinkedIn)

## Top Skills

Embedded Systems
ARM
SoC

## Languages

Catalan (Native or Bilingual)
English (Full Professional)
French (Full Professional)

## Certifications

AI for Healthcare Nanodegree Program
Machine Learning

# Oriol Prieto Gasco

Staff Software Engineering Manager at Google
Brookline

## Summary

Engineering manager with a passion for creating and leading highly effective teams, and for launching things that improve users' lives... by the millions!
Software engineer with 16 years of experience in embedded systems, mobile development, creating developer platforms and ecosystems, data processing and cloud services.

---

## Experience

**Google**
7 years

**Software Engineering Manager**
May 2017 - Present (4 years 1 month)
Mountain View, California, United States

Leading the teams which power the Nest entertainment ecosystem and developer platforms.

**Software Engineer**
2014 - May 2017 (3 years)
Mountain View, California, United States

GoogleCast Framework. Our software runs in most streaming apps on iOS and Android, and all Google and Nest entertainment devices.

**Sigma Designs**
9 years 8 months

**Software Engineering Manager**
January 2009 - March 2014 (5 years 3 months)
Milpitas, California, United States

Engineering lead for the integration of Microsoft Mediaroom (IPTV solution, 20M subscribers) on Sigma SoCs. Main technical point of contact between Microsoft, STB manufacturers (Samsung, Tatung, Pace) and Sigma's engineering teams. Managed a team of 5 developers in charge of development and support of Sigma's Mediaroom-specific software modules.

Page 1 of 2

## Contact

www.linkedin.com/in/sana-mithani-11418010 (LinkedIn)

## Top Skills
Java
Eclipse
C#

## Certifications
CFA Level 2

# Sana Mithani
Product Manager at YouTube
Fort Lauderdale

## Experience

YouTube
Product Manager
September 2014 - Present (6 years 9 months)

Product Manager at YouTube focusing on the Living Room experience. Building features and improving the user experience for casting YouTube from your phone to your TV.

Google
Associate Product Manager
November 2013 - August 2014 (10 months)

Associate product manager on the Google Maps team.

Microsoft
Program Manager
June 2012 - October 2013 (1 year 5 months)

• Led the C++ REST SDK from an incubation project to fully supported product, which will be shipped in the next version of Visual Studio
•  Helped to design several new features to be added to the C++ REST SDK based on customer feedback, UX studies, and surveys.
•  Reached out and presented to various developer communities to promote and educate them on cloud programming using C++
•  Submitted several proposals to the C++ ISO committee about standardizing parallel algorithms and asynchronous operations, and are candidates for a future addition to the standard

Microsoft
Program Manager Intern
May 2011 - August 2011 (4 months)
Redmond WA

•Spearheaded the 3 feature teams to implement Scenario Focused Engineering into the project plan
•Conducted user experience studies to ensure that the customer's needs were being represented in feature design decisions

# Yu He

Lead to form our digital lives
New York City Metropolitan Area

## Contact

www.linkedin.com/in/yu-he-055a1128 (LinkedIn)

## Top Skills

Machine Learning
Distributed Systems
Technical Staff Management

## Publications

Active Packets Improve Dynamic Source Routing for Ad Hoc Networks
Gathercast with Active Networks
A Semantic Matchmaker Service on the Grid
XVR: X Visiting-pattern Routing for Sensor Networks
The YouTube Video Recommendation System

## Patents

Similarity-Based Feature Set Supplementation For Classification
Determining Reachability
User interaction based related digital content items
Cross Media Type Recommendations for Media Items Based on Identified Entities
Video Content Based Quality Signal in Video Search Ranking

## Summary

Mission: Help us grow together with digital life.

Current: Head of revenue product foundations that are essential to all ecosystem parties at Twitter Inc.
Past: Head of content-related algorithms (recommendation and search discovery, ads and monetization, user growth, ecosystem) at Tencent.
Past: Head of search ads quality at Baidu Inc.
Past: Tech Lead Manager/Staff Software Engineer at Google Inc.

I have extensive experiences in the full technique stack of digital content business, including content acquisition/understanding, content discovery (search and recommendation), content monetization (ads), content user growth, and content ecosystem. And I am good at building and growing technical teams to realize business visions.

---

## Experience

**Twitter**
Director
November 2020 - Present (7 months)
New York, United States

Head of Revenue Product Foundations

**Tencent**
GM / Senior Principal
March 2017 - November 2020 (3 years 9 months)
New York, United States

In charge of all aspects of Tencent Video and Content Ecosystem algorithms.

**Baidu, Inc.**
Director
February 2014 - March 2017 (3 years 2 months)

## Contact

www.linkedin.com/in/zacharypross (LinkedIn)
okrsworkshop.com (Company)

## Top Skills

Product Management
Software Development
Project Management

# Zachary Ross

Business Strategy Consultant (OKR), Senior Technical Program Manager at VMware, and Google OKRs Coach, Leaderslab & Startup Mentor.
Atlanta Metropolitan Area

## Summary

A customer centric thought leader with over 15 years of achievement driving product success. Proven track record of defining product vision and roadmap over multiple years and multiple releases. Leading teams to execute on that roadmap. Looking forward to designing customer-centered solutions that support business goals. Aligning product planning and development efforts across functional disciplines and across groups.

Projects I've worked on:
+ Google Hardware
+ Google Assistant
+ Google Launchpad Accelerator
+ Google Launchpad Studio
+ Google OKRs
+ Google Leadership Training
+ Google Android Contacts app
+ Google Web Contacts App
+ Google People Suggestions
+ Amazon Transaction Risk Management
+ Amazon Security Initiatives
+ Amazon Fraud Detection Methodologies
+ AT&T Security Web application Security
+ AT&T DSL Network Management System

My global work experience includes leading OKRs workshops and leadership trainings in the USA, Japan, Nigeria, United Kingdom, Brazil, Brussels, Germany, Norway, Sweden, and India.

SKILLS & KNOWLEDGE:
▸ Product Development
▸ Agile Methodology
▸ Program Management

## Contact

www.linkedin.com/in/zackrw (LinkedIn)
zackrw.com (Personal)

# Zack Reneau-Wedeen

Product Manager at Google
New York City Metropolitan Area

## Experience

**Google**
Product Manager
July 2014 - Present (6 years 11 months)

PM for Google Search on laptop and desktop computers. Previously: Founding PM for Google Podcasts and Google Lens, PM for Videos on Search, Motion Stills, Knowledge Graph, and Google Docs.

**HackYale**
Program Director
December 2011 - May 2014 (2 years 6 months)
New Haven Connecticut

I prepare content and homework for lecture, coordinate and schedule workshops, and manage administrative commitments of the organization.

**Google**
Associate Product Manager Intern
May 2013 - August 2013 (4 months)
Mountain View, CA

**Yale University**
1 year 4 months

Student Technologist
January 2012 - December 2012 (1 year)
New Haven, Connecticut

Staffing the Technology Troubleshooting Office and IO (hardware office), and helping students fix computer issues.

Trumbull Buttery Manager
September 2011 - May 2012 (9 months)
New Haven, Connecticut

Stocking the buttery with foodstuffs, working my shift (making and serving food to hungry college kids), and cleaning.

**Brewster Inc**