# EXHIBIT 29

## HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# FILED UNDER SEAL