# EXHIBIT 30

## HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## FILED UNDER SEAL