# EXHIBIT 35







| eStorage | Technology | Product Finder | Exynos ↗ | Climate Action | Careers |
|---|---|---|---|---|---|
| MCP (Multi Chip Package) | | Technical Resources | ISOCELL ↗ | Reduce and Reuse | |
| Exynos Processor | | Storage TCO Calculator | LED ↗ | Preserving Nature | |
| ISOCELL Image Sensor | | OpenMPDK | Display ↗ | Safety First | |
| Security Solution | | Consumer SSD Download ↗ | Worker Safety ↗ | Staying Healthy | |
| Display IC | | Contact Us | B2B Workplace ↗ | Education for All | |
| Power IC | | | Samsung Foundry ↗ | Growing Together | |
| | | | Samsung Business ↗ | | |

Stay in the loop?    Memory    Exynos    ISOCELL

한국어  |  ENGLISH  |  中文（简体）  |  PRIVACY  LEGAL  SITEMAP

Copyrightⓒ 1995-2021 SAMSUNG ALL rights reserved.