# EXHIBIT 37

# Google Pixel Slate specifications

**Dimensions:**
Height: 7.0mm
Length: 290.85mm
Width: 202.04mm

**Weight:**
1.6 lbs

**Display:**
All-new Molecular Display™
12.3" LCD 3000x2000 LTPS
Touchscreen display with Pixelbook Pen support

**Processor:**
Powered by 8th Gen Intel® Core™ m3, i5 or i7 Processor, or Intel® Celeron® Processor

**Memory (RAM):**
Options include: 4GB, 8GB, or 16GB

**Storage:**
Options include: 32GB, 64GB, 128GB, or 256GB

**Battery:**
Up to 12 hours of use[1]
48 WHr battery
USB-C™ 45W charge adapter (5V/3A, 9V/3A, 15V/3A, 20V/2.25A) that also works with Pixel phones
Fast charging: Up to 2 hours in 15 min[2]
Included adaptor also works with Pixel phones[3]

**Materials:**
Anodized aluminum body
Corning® Gorilla® Glass 5

**Color:**
Midnight Blue

**Wireless:**
WiFi 802.11 a/b/g/n/ac, 2x2 MIMO, dual-band (2.4 GHz, 5.0 GHz)
Bluetooth® 4.2

**Audio:**
Dual front-firing speakers for better surround sound
2 mics for improved noise cancellation

**Camera:**
Front camera: Duo Cam optimized for video calling: 8MP, ƒ/1.9 aperture, 1.4um pixel size, wide field of view, 1080p video at 30fps
Rear Camera: 8MP, ƒ/1.8 aperture, 1.12um pixel size, Auto Focus, 1080p video at 30fps

**Sensors:**
3-axis Gyroscope/Accelerometer
Magnetometer[4]

Antenna Proximity Sensors[5]
Ambient Light Sensor
Magnetic Sensor

**Ports:**
Two USB-Cs for charging, 4K display output and quicker data transfer.[3]
Accessory connector for Pixel Slate Keyboard.
No charging or pairing required.

**Security:**
Pixel Imprint™ fingerprint sensor on power button with dedicated microcontroller
Titan™ C security chip for better on device security

**Operating System:**
Chrome OS

[1] Battery performance is based on a mix of standby, web browsing and other use. Charging time requires the battery to be at least 5% charged, the device to be inactive and use of included charger. Actual results may vary.

[2] Charging rate and performance may vary depending on the device.

[3] USB Type-C and USB-C are trademarks of USB Implementers Forum.

[4] Not enabled out of the box or at time of publishing.

[5] Not enabled out of the box or at time of publishing.

## Need more help?
Try these next steps:

**Ask the Help Community**
Get answers from community experts

**Contact us**
Tell us more and we'll help you get there

# Pixelbook specifications

**Dimensions**
Height: 10.3 mm aluminum unibody
Length: 290.4 mm
Width: 220.8 mm

**Weight**
1.11 kg (2.45 lbs)

**Display**
12.3" 2400x1600 (235 ppi) Quad HD LCD display for sharper images
Touchscreen display with Pixelbook Pen support
400 nits for using in bright areas
72% NTSC color

**Processor**
Powered by a 7th Gen Intel® Core$^{TM}$ i5-7Y57 or i7-7Y75 processor for faster browsing, gaming, and seamless 4K output to an external monitor. Compare i5 and i7 processors

**Memory (RAM)**
8GB or 16GB for seamless multitasking

**Storage**
128GB, 256GB, or 512GB NVMe solid state internal storage

**Battery**
Up to 10 hours of use*
41 Whr battery
45W charger (5V/3A, 9V/3A, 15V/3A, 20V/2.25A)
Fast charging: Up to 2 Hrs in 15 min., 7.5 Hrs in 60 min with USB-C™ 45W adaptor
USB-C™ 45W adaptor also works with Pixel phones

**Materials**
Aluminum unibody
Corning® Gorilla® Glass

**Color**
Silver

**Wireless**
Wi-Fi: 802.11 a/b/g/n/ac,3 2x2 (MIMO), dual-band (2.4 GHz, 5.0 GHz)
Bluetooth® 4.2

**Audio**
Dual speakers; 4 mics

**Keyboard**
Backlit keys for easier typing in low light
Full size with 19 mm pitch
0.8 mm travel
Google Assistant key

**Trackpad**
Edge-to-edge trackpad
Etched glass surface

**Camera**
720p @ 30FPS

**Sensors**
3-axis Gyroscope/Accelerometer
Accelerometer (Lid)
Magnetometer
Ambient Light Sensor
Magnetic Sensor

**Ports**
Two USB-C charging, 4k display, and quicker data transfer
3.5 mm headphone jack

**Safety and Security**
TPM Chip for better on device security

**Operating System**
Chrome OS

*Battery performance is based on a mix of standby, web browsing and other use. Charging time requires the battery to be at least 5% charged, the device to be inactive and use of included charger. Actual results may vary.

## Need more help?
Try these next steps:

**Ask the Help Community**
Get answers from community experts

**Contact us**
Tell us more and we'll help you get there