# EXHIBIT 38



# Google Pixel Repair

The Google Pixel is Google's first flagship phone, released on October 20, 2016. The 5-inch AMOLED display device comes with 32 and 128 GB storage options and is available in three colors; Very Silver, Quite Black, and Really Blue.

**Author: Scott Havard (and 10 other contributors)**

Create a Guide     I Have This

**CONTENTS**

## Replacement Guides

Battery

Daughterboard

Display

Display Adhesive

Fingerprint Scanner

Motherboard

## Popular Parts & Tools

 $14.99
 $69.99
 $29.99
 $34.99
 $19.99

 Minnow Driver Kit
 Pro Tech Toolkit
 Google Pixel Battery
 Mako Driver Kit - 64 Precision Bits
 Moray Driver Kit

## Support Questions →

 Ask a Question

**3 Answers**
**2 Score**

**Correct glue for replacement screen?**
Google Pixel

**1 Answer**
**1 Score**

**Audio output only on one side**
Google Pixel

**3 Answers**
**3 Score**

**Where is the pixel wifi antenna?**
Google Pixel

**1 Answer**
**1 Score**

**Hot air gun for 2 min (300*c) + 71mm guitar pick and still won't open**
Google Pixel

## Parts →

- Adhesive Strips (1)
- Batteries (1)
- Buttons (1)
- Cameras (2)
- Case Components (3)
- Flash (1)
- Headphone Jacks (1)
- Microphones (1)
- Motherboards (1)
- Screens (1)
- Sensors (1)
- SIM (1)
- Speakers (1)
- Vibrators (1)

## Tools →

These are some common tools used to work on this device. You might not need every tool for every procedure.

Spudger — View
Suction Handle — View
Tweezers — View
T5 Torx Screwdriver — View

| | | | | |
|---|---|---|---|---|
| | iFixit Opening Tool | View | iOpener | View |
| | iFixit Opening Picks (Set of 6) | View | SIM Card Eject Tool | View |

## Troubleshooting

Diagnose any issues you may be having with your Google Pixel using our Google Pixel Troubleshooting Page.

## Background and Identification

Announced on October 4, 2016 and released on October 20, 2016, the Google Pixel is Google's first true flagship phone. Google has previously co-developed the Nexus line of devices with other companies, but the Pixel is the first smart phone to be both fully designed and developed solely by Google.

The Pixel features a 5-inch 441 pixels per inch AMOLED display, but it is also available in an XL variant with a 5.5-inch 534 pixels per inch display. The rear mounted fingerprint sensor distinguishes the Pixel from most devices, as does the partial glass backing which allows for NFC capabilities.

There is an embossed "G" on the back of the device. The model number is G-2PW4100 in the US.

There was a known microphone issue with the device caused by a crack in the solder of the audio codec chipset on the motherboard, but Google has addressed the issue in devices manufactured after 02/2017.

## Technical Specifications

**CPU:** Qualcomm Snapdragon 821 (64 bit quad-core 2.15 GHz + 1.6 GHz)

**Memory:** 4GB LPDDR4 RAM

**Storage:** 32 GB or 128 GB

**Display:**

- 5.0 Inch Display
- FHD AMOLED at 441 ppi
- 2.5D Corning Gorilla Glass

**Cameras:**

- **Main Camera:** 12.3 megapixel, f/2.0 aperture, 1.55μm pixels, Phase detection autofocus + laser detection autofocus
- **Front Camera:** 8 megapixel, f/2.4 aperture, 1.4 μm pixels, fixed focus

**Ports and Connectivity**

- Wi-Fi 802.11 a/b/g/n/ac 2x2 MIMO
- Bluetooth 4.2
- NFC
- GPS
- Supports up to CAT 12 (600Mbps DL / 75Mbps UL) depending on carrier support
- USB Type-C
- USB 3.0
- 3.5mm headset jack
- Single Nano SIM

**Battery:** 2,770 mAh battery

**Dimensions:**

- **Size:** 142 x 68.6 x 5.08 mm (5.6 x 2.7 x 0.2 in)

## Additional Information

Google: Official Page

Google Forums: Pixel User Community

Wikipedia: Google Pixel

Amazon: Product Page

| View Statistics: | Past 24 Hours: 19 | Past 7 Days: 162 | Past 30 Days: 823 | All Time: 111,240 |