# EXHIBIT 43

# Contact Us

### Lancaster, Pennsylvania

805 Estelle Drive, Cherryhill Office Building,
Suite 104 and 106, Building No. 49
Lancaster, Pennsylvania
17601
United States

Get Directions

### Pittsburgh, Pennsylvania

750 Holiday Drive
Foster Plaza 9, Suite 300
Pittsburgh, Pennsylvania
15220
United States

Get Directions

### Austin Terrace

2901 Via Fortuna Drive
Austin, Texas
78746
United States

Get Directions

### Plano, Texas

5465 Legacy Drive
Plano, Texas
75024
United States

Get Directions

### Draper

25 East Scenic Pointe Drive
Draper, Utah
84020
United States

Get Directions

### Reston

1900 Reston Metro Plaza, Office 602
Reston, Virginia
20190
United States

Get Directions

