# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SONOS, INC. | § |
| | § CIVIL NO: |
| vs. | § WA:20-CV-00881-ADA |
| | § |
| GOOGLE LLC | § |

## ORDER RESETTING MARKMAN HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **MARKMAN HEARING** by zoom on **Friday, August 06, 2021 at 09:30 AM**.

IT IS SO ORDERED this 21st day of June, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE