## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

SONOS, INC.

vs.                                                     Case No.:  6:20-cv-00881-ADA

GOOGLE LLC

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by __Michael P. Boyea__, counsel for __Sonos, Inc.__, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and __Michale P. Boyea__ may appear on behalf of __Sonos, Inc.__ in the above case.

IT IS FURTHER ORDERED that __Michael P. Boyea__, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.