IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **SONOS, INC.,** *Plaintiff,* | § § § § § § § § § | **6-20-CV-00881-ADA** |
| *v.* | | |
| **GOOGLE LLC,** *Defendant.* | | |

### ORDER SETTING SEALED DISCOVERY HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case it set for **SEALED DISCOVERY HEARING BY ZOOM** on **TUESDAY, JUNE 22, 2021 AT 3PM.**

An email will be sent with the Zoom link.

SIGNED this 22nd day of June, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE