# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **SONOS, INC.,** | § | |
| *Plaintiff*, | § | |
| | § | |
| | § | CIVIL ACTION 6:20-cv-00881-ADA |
| **v.** | § | |
| | § | |
| | § | |
| **GOOGLE LLC** | § | |
| *Defendant.* | § | |

**[PROPOSED] ORDER ON GOOGLE'S VENUE DISCOVERY REQUESTS**

Before the Court are several requests by Google concerning venue discovery and procedural issues as outlined below. The Court held a discovery hearing on June 22, 2021. After reviewing the parties' positions, case file, and the applicable law, the Court GRANTS IN PART and DENIES IN PART Google's requested relief, as follows:

1. The Court GRANTS Google's request for extension of time to file its Reply brief in support of its pending Motion to Transfer to June 29, 2021.

2. The Court GRANTS IN PART Google's request to increase the number of pages permitted in its Reply brief in support of its pending Motion to Transfer to eight (8) pages.

3. The Court DENIES Google's request to compel Sonos to produce the following information:

    a. Documents sufficient to show the development work done by or on behalf of Service Provider in creating the Integrated Service Offering pursuant to Section 3.4 of the Content Integration Agreement ("CIA").;

    b. Documents sufficient to show the "code or other materials owned or controlled by Service Provider [Google] and included by Service Provider

      [Google] in the Integrated Service Offering" pursuant to Section 3.4 of the CIA;

c. Documents regarding "Sonos's adoption of Google's Remote Media Provider protocol" pursuant to Section 3.3 of the CIA; and

d. Describe in detail the "development work done by or on behalf of Service Provider in creating the Integrated Service Offering, and any code or other materials owned or controlled by Service Provider and included by Service Provider in the Integrated Service Offering" pursuant to Section 3.4 of the CIA.

ORDERED this _____ day of ____, 2021.

_____
**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**