# EXHIBIT C


Microsoft Academic

Network interface

  

Sign up / Sign in

 **Network interface**

 **27,574** Publications

 **344,170** Citations*

## Definition

In computing, a network interface is a software or hardware interface between two pieces of equipment or protocol layers in a computer network. A network interface will usually have some form of network address. This may consist of a node identifier and a port number or may be a unique node ID in its own right.

## Website Links

en.wikipedia.org

## Topics

**Parent Topics**

 Interface (computing)

**Child Topics**

 Primary Rate Interface | Network interface device

 Virtual Interface Architecture    View More (2+) ⌄

**Related Topics** ⓘ

 Computer network | Telecommunications network

 Network address    View More (17+) ⌄

 FOLLOW    EXPLORE

## Publications & Citations Over Time

**Microsoft Academic**　　Network interface　　　　　　　　　Sign up / Sign in

[Chart: Publications vs Year, showing publications from ~1960 to post-1980, with Y-axis 0 to 1500]

| PUBLICATIONS | RELATED TOPICS | AUTHORS | CONFERENCES |

FILTER BY:

### Time
1899-2021

### Top Topics
- ✓ Network interface
- ☐ Computer science
- ☐ Computer network
- ☐ Computer hardware
- ☐ Network packet
- ☐ Interface (computing)
- ☐ Distributed computing
- ☐ Embedded system

# Microsoft Academic

Network interface

Sign up / Sign in

### 📰 Publication Types

- Patents
- Conference publications
- Journal publications
- Other
- Books
- Repository publications
- Book chapters
- Thesis

### 👤 Top Authors

- Ian Foster
- Carl Kesselman
- Charles E. Narad
- Pradip Shankar
- Leonard M. Rand
- Jerry J. Hall
- Kevin Fall
- Neil MacAvoy
- James Scott
- Jon Crowcroft

**MORE**

### 📖 Top Journals

- IEEE Communications Magazine
- IEEE Micro
- IEEE Journal on Selected Areas in Communications
- IEEE Transactions on Mobile Computing

**Microsoft Academic**    Network interface    Sign up / Sign in

- IEEE Transactions on Parallel and Distributed Systems
- IEICE Transactions on Communications
- Wireless Networks

MORE

### 🏛 Top Institutions

- Intel
- IBM
- Argonne National Laboratory
- Microsoft
- Cisco Systems, Inc.
- University of Southern California
- Hewlett-Packard
- Broadcom
- Samsung
- Nokia

MORE

### 📍 Top Conferences

- INFOCOM: International Conference on Computer Communications
- SIGCOMM: ACM Special Interest Group on Data Communication
- ICC: International Conference on Communications
- MobiSys: International Conference on Mobile Systems, Applications, and S…
- ICCC: IEEE International Conference Computer and Communications
- SC: Conference on High Performance Computing (Supercomputing)
- ISCA: International Symposium on Computer Architecture
- USENIX ATC: USENIX Annual Technical Conference
- HOTI: High Performance Interconnects
- DATE: Design, Automation, and Test in Europe



Microsoft Academic

Network interface

Sign up / Sign in

Signal Processing, Computer-Assisted

Diagnostic Imaging

Cognitive Science

Computer Communication Networks

Equipment Design

Equipment Failure Analysis

Computer Simulation

Image Processing, Computer-Assisted

Telecommunications

Software

MORE

## Top MeSH Qualifiers

Instrumentation

Methods

Economics

Standards

1-10* of 27,573 VIEW SORT BY RELEVANCE

### The Grid 2: Blueprint for a New Computing Infrastructure

12,385 citations*

1998 THE GRID : BLUEPRINT FOR A NEW COMPUTING INFRASTRUCTURE / EDITED BY IAN FOSTER

Ian Foster [1], Carl Kesselman [2]

[1] *Argonne National Laboratory*, [2] *University of Southern California*

Grid computing | Grid Security Infrastructure | View More (8+)

Preface Foreword 1. Grids in Context 2. Computational Grids I Applications 3 Distributed Supercomputing Applications 4 Real-Time Widely Distributed Instrumentation Systems 5 Data-Intensive Computing 6 Teleimmersion II Programming Tools 7 Application-Specific Tools 8 Compilers, Languages, and Librari... View Full Abstract

Microsoft Academic | Network interface

Un dispositivo de usuario final movil (100) que comprende: un modem inalambrico (942, 946) configurable para intercambiar datos mediante una conexion a una red inalambrica (1610); un bus de comunicacion de software inter-proceso (1630) que proporciona comunicacion segura entre un agente de enlace de... View Full Abstract

**Automated Device Provisioning and Activation**
2012
745 citations*
View More

**Verifiable device assisted service policy implementation**
2010
349 citations*
View More

View More Versions

**Architecture and algorithms for an IEEE 802.11-based multi-channel wireless mesh network**
2005 INTERNATIONAL CONFERENCE ON COMPUTER COMMUNICATIONS
A. Raniwala, Tzi-cker Chiueh
State University of New York System

2,157 citations*

Wireless mesh network | Wireless ad hoc network | View More (25+)

Even though multiple non-overlapped channels exist in the 2.4 GHz and 5 GHz spectrum, most IEEE 802.11-based multi-hop ad hoc networks today use only a single channel. As a result, these networks rarely can fully exploit the aggregate bandwidth available in the radio spectrum provisioned by the stan... View Full Abstract

**Mica: a wireless platform for deeply embedded networks**
2002 IEEE MICRO
J.L. Hill, D.E. Culler
University of California, Berkeley

1,704 citations*

Block (data storage) | Distributed computing | View More (6+)

Low-power integration of sensing, communication, and computation requires a new approach



### Investigating the energy consumption of a wireless network interface in an ad hoc networking environment

**2001 INTERNATIONAL CONFERENCE ON COMPUTER COMMUNICATIONS**

L.M. Feeney , M. Nilsson

*Swedish Institute of Computer Science*

⚗ Wireless ad hoc network   ⚗ Vehicular ad hoc network   View More (22+) ⌄

2,420 citations*

Energy-aware design and evaluation of network protocols requires knowledge of the energy consumption behavior of actual wireless interfaces. But little practical information is available about the energy consumption behavior of well-known wireless network interfaces and device specifications do not ... View Full Abstract ⌄

---

### IEEE standard 802.16: a technical overview of the WirelessMAN/sup TM/ air interface for broadband wireless access

**2002 IEEE COMMUNICATIONS MAGAZINE**

C. Eklund [1], R.B. Marks [2], K.L. Stanwood [3], S. Wang [3]

[1] *Nokia* , [2] *National Institute of Standards and Technology* ,
[3] *[Ensemble Communications, Inc., USA]*

⚗ IEEE 802.11e-2005   ⚗ Inter-Access Point Protocol   View More (13+) ⌄

1,290 citations*

The broadband wireless access industry, which provides high-rate network connections to stationary sites, has matured to the point at which it now has a standard for second-generation wireless metropolitan area networks. The IEEE standard 802.16, with its WirelessMAN/sup TM/ air interface, sets the ... View Full Abstract ⌄

---

### System and method for routing, mobility, application services, discovery, and sensing in a vehicular network environment

**2015**

Sateesh K. Addepalli , Lillian Lei Dai , Raghuram S. Sudhaakar , Vina Ermagan ,
Preethi Natarajan   see all 7 authors

*Cisco Systems, Inc.*

1,058 citations* for all
138 citations*



also includes forwarding ... View Full Abstract

System and method for providing resource sharing, synchronizing, media coordination, transcoding, and traffic management in a vehicular environment

2011

246 citations*

View More

System and method for internal networking, data optimization and dynamic frequency selection in a vehicular environment

2014

154 citations*

View More

View More Versions

Greening of the internet

2003 ACM SPECIAL INTEREST GROUP ON DATA COMMUNICATION

Maruti Gupta , Suresh Singh

Portland State University

The Internet    Internet transit    View More (17+)

1,210 citations*

In this paper we examine the somewhat controversial subject of energy consumption of networking devices in the Internet, motivated by data collected by the U.S. Department of Commerce. We discuss the impact on network protocols of saving energy by putting network interfaces and other router & switch... View Full Abstract

Impact of Human Mobility on the Design of Opportunistic Forwarding Algorithms

2006 IEEE INTERNATIONAL CONFERENCE COMPUTER AND COMMUNICATIONS

A. Chaintreau , P. Hui , J. Crowcroft [1] , C. Diot [1] , R. Gass [2]   see all 6 authors

[1] University of Cambridge , [2] Intel

Mobility model    Context (language use)    View More (7+)

904 citations*

Studying transfer opportunities between wireless devices carried by humans, we observe that





**Myrinet: a gigabit-per-second local area network**  2,946 citations*

**1995 IEEE MICRO**

N.J. Boden , D. Cohen , R.E. Felderman , A.E. Kulawik , C.L. Seitz   see all 7 authors

*Myricom Inc., Arcadia, CA, USA*

Myrinet    Local area network    View More (9+)

The Myrinet local area network employs the same technology used for packet communication and switching within massively parallel processors. In realizing this distributed MPP network, we developed specialized communication channels, cut-through switches, host interfaces, and software. To our knowled... View Full Abstract

1  2  3  4  5  ...  50  >

FAQ
Contact Us
Privacy and Cookies
Terms of Use
Trademarks
Specific Terms
* Estimated Count
© 2021 Microsoft