# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>  Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 6:20-cv-00881-ADA<br><br>JURY TRIAL DEMANDED<br><br>**FILED UNDER SEAL** |

**GOOGLE LLC'S REPLY IN SUPPORT OF MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**FILED UNDER SEAL**