# EXHIBIT 25

Case 3:21-cv-07559-WHA    Document 83-9    Filed 06/29/21    Page 2 of 3

2,454 Federal district court cases for Alan D Albright of
W.D.Tex.

Lex Machina®

Page 1 of 2

# District Judge Alan D Albright of the U.S. District Court for the Western District of Texas W.D.Tex.

## Cases

Showing **2,454** federal district court cases before District Judge Alan D Albright; pending between 2009-01-01 and 2021-06-29.; sorted by most recent docket activity.

### Timing



2,454 Federal district court cases for Alan D Albright of
W.D.Tex.

Lex Machina®

| Event | Cases Reaching Event | Median Days from Case Filing to Event |
|---|:---:|---:|
| **Temporary Restraining Order (Grant)** <br> *(Remaining Federal cases are not included)* | 4 | n/a |
| **Preliminary Injunction (Grant)** <br> *(Remaining Federal cases are not included)* | 5 | n/a |
| **Preliminary Injunction (Deny)** <br> *(Remaining Federal cases are not included)* | 2 | n/a |
| **Permanent Injunction (Grant)** <br> *(Remaining Federal cases are not included)* | 15 | 365 |
| **FLSA Conditional Certification** <br> *(Remaining Federal cases are not included)* | 1 | n/a |
| **Claim Construction Hearing** <br> *(Remaining Federal cases are not included)* | 190 | 294 |