# EXHIBIT 28



# McLennan County, TX

Updated on June 24

Share

Find a vaccine

**RISK LEVEL** ● **MEDIUM**

**VACCINATION PROGRESS**

| Daily new cases | Infection rate | Positive test rate | % Vaccinated |
|---|---|---|---|
| ● 1.9 PER 100K | ● 0.68 | ● 2.2% | 37.7% 1+ DOSE |

**PAST 30 DAYS**

Cases

Hospitalizations

Deaths



% Vaccinated | Risk levels

Pop. with 1+ dose

Get the latest news and alerts about this location.

Email address | Get alerts

🚩 **Vulnerability is very high**

McLennan County is more likely to experience severe physical and economic suffering from COVID, and to face harder, longer recovery.

## Vaccine eligibility

✓ Individuals 12+

Find your vaccine and other information from these official sources:

Find a vaccine



Texas Department of Health

## Compare

Nearby | TX | USA

| | COUNTY POPULATION | DAILY NEW CASES PER 100K | INFECTION RATE | POSITIVE TEST RATE | VACCINATED (1+ I |
|---|---|---|---|---|---|
| 1 | Harris Co. 4,700,000 | 1.6 | 0.68 | 3.4% | 49% |
| 2 | Dallas Co. 2,600,000 | 3.8 | 1.01 | 2.7% | 47% |
| 3 | Tarrant Co. 2,100,000 | 4.7 | 1.05 | 3.4% | 44% |
| 4 | Bexar Co. 2,000,000 | 6.1 | 1.11 | 1.6% | 51% |
| 5 | Travis Co. 1,300,000 | 2.2 | 1.05 | 2.2% | 59% |
| 20 | McLennan Co. 260,000 | 1.9 | 0.68 | 2.2% | 38% |

See all (254)

Share

## Recommendations

**Masks** are not required in most indoor and outdoor settings for vaccinated people, except by local regulation e.g., from businesses, workplaces or local government. Unvaccinated

**Indoor gatherings** should be avoided with people outside the immediate household, unless you are fully vaccinated. See guidance for vaccinated individuals. Outdoor gatherings

More

Source: CDC

Share

## % Vaccinated

1+ DOSE
**37.7%**

FULLY VACCINATED
**32.2%**

In McLennan County, Texas, 96,686 people (37.7%) have received at least one dose and 82,638 (32.2%) are fully vaccinated. Fewer than 0.001% of people who have received a dose experienced a severe adverse reaction.

See more vaccine resources and FAQs. About this data


Share

## Cases

| DAILY NEW CASES | INFECTION RATE | POSITIVE TEST RATE |
|---|---|---|
| • 1.9 PER 100K | • 0.68 | • 2.2% |



Over the last week, McLennan County, Texas has averaged 5 new confirmed cases per day (**1.9** for every 100,000 residents). About this data


Share

## Hospitalizations

| ICU USED | ICU PATIENTS | HOSPITALIZED PATIENTS |
|---|---|---|
| • 93% | 7.0 | 15.0 |



McLennan County, Texas has reported having 50 staffed adult ICU beds. 39 are filled by non-COVID patients and 7 are filled by COVID patients. Overall, 46 out of 50 (93%) are filled. This suggests hospitals cannot absorb a wave of new COVID infections without substantial surge capacity.. About this data


Share

## Deaths

**DAILY DEATHS**

0.1



Deaths — 7 Day Average

Over the last week, McLennan County, TX has averaged 0.1 daily deaths.

About this data   Share

## Vulnerabilities

VULNERABILITY LEVEL

**VERY HIGH**



McLennan County, TX is **more vulnerable than 97%** of U.S. counties.

Communities with higher vulnerability have pre-existing economic, social, and physical

More ⌄

About this data   Share

## Trends

METRIC: Cases   |   PAST # OF DAYS: All time   |   LOCATIONS: McLennan County, TX



Cases — 7 Day Average

Share



**Alerts** →
Receive emails when your location changes risk level or vaccine eligibility

**Daily Download** →
Receive daily emails with the latest data and scientific findings

**Data API** →
Get realtime, local data including daily new cases, % vaccinated, and more.

FAQ

Can you get COVID even after being vaccinated? →

Can you transmit COVID after vaccination? →

What can you do after you are fully vaccinated? →

Vaccine FAQs

CovidActNow

The Act Now Coalition is an independent 501(c)(3) nonprofit founded by volunteers in March 2020. Covid Act Now is our COVID-focused initiative to help people make informed decisions by providing timely and accurate data about COVID in the U.S.

Learn more about us

Contact us

Terms

