# EXHIBIT 30

# Find a Google Authorized Service Provider

Visit anytime during store hours or call to make an appointment. Be sure to back up and reset your Pixel 5 before bringing it in for repair.



Map data ©2021 Google

Address, city and state, or ZIP

94111

**uBreakiFix** — 10.7 mi
470 Noor Ave, South San Francisco, CA, 94080
Open hour: 12 PM-5 PM

**uBreakiFix** — 25.3 mi
1748 Decoto Rd, Union City, CA, 94587
Open hour: 12 PM-5 PM

**uBreakiFix** — 30.9 mi
43506 Christy Street, Fremont, CA, 94538
Open hour: 12 PM-5 PM

**uBreakiFix** — 38.1 mi
10095 A Saich Way, Cupertino, CA, 95014
Open hour: 12 PM-5 PM

Open hour: 12 PM-5 PM

Placing an order

Shipping options

Tracking a package

Country availability

Repairs

Installation

Nest Legal

Nest Privacy

Financing

Device recycling

Sustainability

Gift returns

Refurbished

Trade-in

Pixel for Business

Locations

   

United States   Privacy   Google Nest Commitment to Privacy   Sales Terms   Terms of Service   Careers