**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| SONOS, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 6:20-cv-00881-ADA<br><br>JURY TRIAL DEMANDED |

**JOINT STIPULATION CONCERNING PRE-MARKMAN AND
FACT DISCOVERY DEADLINES**

TO THE HONORABLE COURT:

Plaintiff Sonos, Inc. ("Sonos") and Defendant Google LLC ("Google") (collectively, the "Parties") submit this Joint Stipulation to memorialize their agreement to adjust the Scheduling Order. On June 21, 2021, the Court reset the *Markman* hearing for August 6, 2021. ECF No. 70. Thus, the Parties have agreed to adjust the Scheduling Order to afford the Parties more time to prepare for Markman, and to better align the case schedule with the Court's OGP. The Parties have jointly agreed to modify the schedule, as follows:

Technical Tutorial deadline: July 27, 2021

Joint Claim Construction Statement deadline: July 30, 2021

Moreover, Google does not oppose Sonos's request to open Fact Discovery on August 7, 2021, which is the day following the reset *Markman* hearing.

DATED:  July 13, 2021

      By:  */s/ Paige A. Amstutz*
Paige Arnette Amstutz
Texas State Bar No. 00796136
SCOTT, DOUGLASS & MCCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, TX  78701
Telephone:  (512) 495-6300
Facsimile:  (512) 495-6399
pamstutz@scottdoug.com

Charles K. Verhoeven (admitted *pro hac vice*)
charlesverhoeven@quinnemanuel.com
Melissa Baily (admitted *pro hac vice*)
melissabaily@quinnemanuel.com
Jordan Jaffe (admitted *pro hac vice*)
jordanjaffe@quinnemanuel.com
Lindsay Cooper (admitted *pro hac vice*)
lindsaycooper@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA  94111-4788
Telephone:     (415) 875 6600
Facsimile:       (415) 875 6700

*Counsel for Defendant Google LLC*

By:  */s/ Mark D. Siegmund*
Mark D. Siegmund
Texas State Bar No. 24117055
LAW FIRM OF WALT, FAIR PLLC.
1508 North Valley Mills Drive
Waco, TX  76710
Telephone:  (254) 772-6400
Facsimile:  (254) 772-6432
mark@walfairpllc.com

Clement Seth Roberts (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105
Telephone:     (415) 773-5484
Facsimile:       (415) 773-5759
croberts@orrick.com

Bas de Blank (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Boulevard
Menlo Park, CA  94205
Telephone:     (650) 614-7343
Facsimile:       (650) 614-7401
bdeblank@orrick.com

        Alyssa Caridis (admitted *pro hac vice*)
        ORRICK, HERRINGTON & SUTCLIFFE LLP
        777 South Figueroa Street, Suite 3200
        Los Angeles, CA  90017
        Menlo Park, CA  94205
        Telephone:     (213) 612-2372
        Facsimile:      (213) 612-2499
        acaridis@orrick.com

        George I. Lee (admitted *pro hac vice*)
        Sean M. Sullivan (admitted *pro hac vice*)
        Roy P. Shea (admitted *pro hac vice*)
        J. Dan Smith (admitted *pro hac vice*)
        LEE SULLIVAN SHEA & SMITH LLP
        656 W. Randolph Street, Floor 5W
        Chicago, IL  60661
        Telephone:     (312) 754-9602
        Facsimile:      (312) 754-9603
        lee@ls3ip.com
        sullivan@ls3ip.com
        shea@ls3ip.com
        smith@ls3ip.com

        *Counsel for Plaintiff Sonos, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on July 13, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

                */s/ Mark D. Siegmund*
                Mark D. Siegmund