# EXHIBIT B

| | |
|---|---|
| **From:** | Jocelyn Ma |
| **To:** | jj@orrick.com; Roberts, Clement; de Blank, Bas; Caridis, Alyssa; lee@ls3ip.com; shea@ls3ip.com; sullivan@ls3ip.com; smith@ls3ip.com; mark.waltfairpllc.com |
| **Cc:** | QE-Sonos3; Sonos-WDTX0881-service@orrick.com; Paige Amstutz |
| **Subject:** | Sonos, Inc. v. Google LLC, Case No. 6:20-cv-00881-ADA - Google"s Second Supplemental Objections & Responses to Sonos"s First Set of RFPs |
| **Date:** | Monday, July 5, 2021 12:51:13 PM |
| **Attachments:** | 2021-07-05 Google" Second Supp. Objs&Resps to Sonos"s First Set of RFPs (Nos. 1-3, 10-15).pdf |

Counsel,

Please find attached Google LLC's Second Supplemental Objections & Responses to Sonos, Inc.'s First Set of RFPs Concerning Venue Discovery (Nos. 1-3, 10-15). Password to follow.

Best,
Jocelyn

**Jocelyn Ma**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6310 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jocelynma@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

| | |
|---|---|
| **From:** | Jocelyn Ma |
| **To:** | jj@orrick.com; Roberts, Clement; de Blank, Bas; Caridis, Alyssa; lee@ls3ip.com; shea@ls3ip.com; sullivan@ls3ip.com; smith@ls3ip.com; mark.waltfairpllc.com |
| **Cc:** | QE-Sonos3; Sonos-WDTX0881-service@orrick.com; Paige Amstutz |
| **Subject:** | Sonos, Inc. v. Google LLC, Case No. 6:20-cv-00881-ADA - Google"s Second Supp. Objections & Responses to Sonos"s Third Set of ROGs |
| **Date:** | Thursday, July 8, 2021 8:40:00 PM |
| **Attachments:** | 2021-07-08 Google"s Second Supp. Objs & Resps. to Sonos"s Third Set of ROGs (No. 11).pdf |

Counsel,

Please find attached Google LLC's Second Supplemental Objections & Responses to Sonos, Inc.'s Third Set of Interrogatories (No. 11). Password to follow.

Best,
Jocelyn

**Jocelyn Ma**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6310 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jocelynma@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.