IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SONOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | § § § § § § § § § § | NO. 6:20-cv-00881-ADA <br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING SONOS, INC.'S MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO GOOGLE'S MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(A)

On this day, came on consideration Plaintiff Sonos, Inc.'s ("Sonos") Motion for Leave to File Sur-Reply ("Motion"). The Court, having considered Sonos's Motion, the authorities cited therein, and the exhibits attached thereto, hereby GRANTS the Motion.

IT IS THEREFORE ORDERED that Sonos's request to file a Sur-Reply in opposition to Google LLC's Motion to Transfer is GRANTED.

SIGNED THIS _____ DAY OF _____, 2021.

_____
THE HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT COURT JUDGE