**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| SONOS, INC.,<br><br>      Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>      Defendant. | Case No. 6:20-cv-00881-ADA<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION FOR EXTENSION OF TIME CONCERNING PRE-MARKMAN AND FACT DISCOVERY DEADLINES**

TO THE HONORABLE COURT:

Plaintiff Sonos, Inc. ("Sonos") and Defendant Google LLC ("Google") (collectively, the "Parties") submit this Joint Motion and respectfully request the Court grant the extensions of time outlined below. On June 21, 2021, the Court reset the *Markman* hearing for August 6, 2021. ECF No. 70. Thus, the Parties respectfully request to adjust the Scheduling Order to better align the case schedule with the Court's current OGP and the Court's July 15, 2021 Order. The Parties respectfully request the Court grant an extension of time for the following deadlines:

    Technical Tutorial deadline: July 30, 2021

    Joint Claim Construction Statement deadline: July 23, 2021

    Opening of Fact Discovery: August 7, 2021

DATED:  July 20, 2021

        By:  */s/ Paige A. Amstutz*
Paige Arnette Amstutz
Texas State Bar No. 00796136
SCOTT, DOUGLASS & MCCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, TX  78701
Telephone:  (512) 495-6300
Facsimile:  (512) 495-6399
pamstutz@scottdoug.com

Charles K. Verhoeven (admitted *pro hac vice*)
charlesverhoeven@quinnemanuel.com
Melissa Baily (admitted *pro hac vice*)
melissabaily@quinnemanuel.com
Jordan Jaffe (admitted *pro hac vice*)
jordanjaffe@quinnemanuel.com
Lindsay Cooper (admitted *pro hac vice*)
lindsaycooper@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA  94111-4788
Telephone:     (415) 875 6600
Facsimile:     (415) 875 6700

*Counsel for Defendant Google LLC*


By:  */s/ Mark D. Siegmund*
Mark D. Siegmund
Texas State Bar No. 24117055
LAW FIRM OF WALT, FAIR PLLC.
1508 North Valley Mills Drive
Waco, TX  76710
Telephone:  (254) 772-6400
Facsimile:  (254) 772-6432
mark@walfairpllc.com

Clement Seth Roberts (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105
Telephone:     (415) 773-5484
Facsimile:     (415) 773-5759
croberts@orrick.com

Bas de Blank (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Boulevard
Menlo Park, CA  94205
Telephone:     (650) 614-7343
Facsimile:     (650) 614-7401
bdeblank@orrick.com

        Alyssa Caridis (admitted *pro hac vice*)
        ORRICK, HERRINGTON & SUTCLIFFE LLP
        777 South Figueroa Street, Suite 3200
        Los Angeles, CA 90017
        Menlo Park, CA 94205
        Telephone:    (213) 612-2372
        Facsimile:     (213) 612-2499
        acaridis@orrick.com

        George I. Lee (admitted *pro hac vice*)
        Sean M. Sullivan (admitted *pro hac vice*)
        Roy P. Shea (admitted *pro hac vice*)
        J. Dan Smith (admitted *pro hac vice*)
        LEE SULLIVAN SHEA & SMITH LLP
        656 W. Randolph Street, Floor 5W
        Chicago, IL 60661
        Telephone:    (312) 754-9602
        Facsimile:     (312) 754-9603
        lee@ls3ip.com
        sullivan@ls3ip.com
        shea@ls3ip.com
        smith@ls3ip.com

        *Counsel for Plaintiff Sonos, Inc.*

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on July 20, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

                                          */s/ Mark D. Siegmund*
                                          Mark D. Siegmund