# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| SONOS, INC., | § | |
| Plaintiff, | § § § | |
| v. | § § | NO. 6:20-cv-00881-ADA |
| GOOGLE LLC, | § § | JURY TRIAL DEMANDED |
| Defendant. | § § § | |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME CONCERNING PRE-MARKMAN AND FACT DISCOVERY DEADLINES

On this day, came on consideration Sonos, Inc. and Google, LLC 's (collectively, the "parties") Joint Motion for Extension of Time Concerning Pre-Markman and Fact Discovery Deadlines ("Motion"). The Court, having considered the Motion, hereby GRANTS the Motion.

IT IS THEREFORE ORDERED that the following deadlines are extended:

Technical Tutorial deadline: July 30, 2021

Joint Claim Construction Statement deadline: July 23, 2021

Opening of Fact Discovery: August 7, 2021

SIGNED THIS _____ DAY OF _____, 2021.

_____
THE HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT COURT JUDGE