**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **SONOS, INC.,** | § | |
| *Plaintiff,* | § | |
| | § | **6-20-CV-00881-ADA** |
| *v.* | § | |
| | § | |
| **GOOGLE LLC,** | § | |
| *Defendant.* | § | |
| | § | |

**ORDER**

IT IS HEREBY ORDERED that the above entitled and numbered case it set for

**SEALED MOTION HEARING BY ZOOM** on **FRIDAY, JULY 23, 2021 AT 10:30 AM.** An

email will be sent with the Zoom link.


SIGNED this 21st day of July, 2021.



ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE