# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| SONOS, INC., | § § § | |
| Plaintiff, | § § | NO. 6:20-cv-00881-ADA |
| v. | § § | JURY TRIAL DEMANDED |
| GOOGLE LLC, | § § | **FILED UNDER SEAL** |
| Defendant. | § § § | |

### SONOS, INC.'S SUR-REPLY TO GOOGLE LLC'S MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(A)

# HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# FILED UNDER SEAL

1