# EXHIBIT 4



Get started

Blog                                                                                                                                   Menu

GOOGLE CLOUD PLATFORM

# Spotify chooses Google Cloud Platform to power data infrastructure

**Guillaume Leygues**
Lead Sales Engineer, Google Cloud Platform

February 23, 2016

  

It's not every day you move a 75 million+ user company from a home-grown infrastructure to the cloud. But if you use Spotify, more and more of your musical experience will be delivered by Google Cloud Platform over the coming weeks and months — we're partnering on an ambitious project to move Spotify's backend into GCP.



Spotify aims to make music special for everyone. Today, the company hosts more than 2 billion playlists and gives consumers access to more than 30 million songs. Users can search for music across any device by artist, album, genre, playlist or record label, while features like Discover Weekly suggest personalized playlists for millions of people around the world.

While Spotify had engineers running its core infrastructure and buying or leasing data-center space, PC hardware and networking gear to provide a seamless experience for users — time and again it asked whether the tradeoff of resources that could otherwise focus on innovative features and software, was worth it.

Find an article...

- Latest stories
- Products
- Topics
- About
- RSS Feed

Blog

Get started

Menu

tools, to adopting the latest in data processing tools, including [Google Cloud Pub/Sub](#), [Google Cloud Dataflow](#), [Google BigQuery](#), and [Google Cloud Dataproc](#).

With BigQuery and Cloud Dataproc, data teams can run complex queries and get answers in a minute or two, rather than hours. This lets Spotify perform more frequent in-depth, interactive analysis, guiding product development, feature testing and more intelligent user-facing features. To gather and forward all events to its ecosystem, Spotify is using Cloud Pub/Sub, Google's global service for messaging and streaming data. This gives teams the ability to process hundreds of thousands of messages per second, in a reliable no-ops manner. And to power its ETL workloads, Spotify is deploying Cloud Dataflow, Google's data processing service. This lets the company rely on a single cloud-based managed service for both batch and stream processing.

What makes us most excited to work with Spotify is their company-wide focus on forward-looking user experiences. Now that they've begun using Google Cloud Platform, we can't wait to see what Spotify builds next.

*Join us for the GCP NEXT 2016 opening keynote, where we'll feature a talk from Nicholas Harteau, VP of Engineering and Infrastructure at Spotify. You can also attend Spotify-led technical sessions where you can learn more about how they're deploying Google Cloud BigQuery and Dataflow.*

POSTED IN: [GOOGLE CLOUD PLATFORM](#)—[CUSTOMERS](#)

Follow Us     

Google

Privacy    Terms    About Google    Google Cloud Products                    Language ▾     Help