# EXHIBIT 6

# HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# FILED UNDER SEAL