# EXHIBIT 10

| | |
|---|---|
| **From:** | mark waltfairpllc.com |
| **To:** | Lindsay Cooper; McKenna, Kristina; QE-Sonos3; pamstutz@scottdoug.com; Stephen Burbank |
| **Cc:** | Sonos-WDTX0881-service |
| **Subject:** | RE: Sonos, Inc. v. Google LLC, Case No. 6:20-cv-00881-ADA - Sonos"s Objections & Responses to Google"s Venue Discovery Requests |
| **Date:** | Wednesday, May 12, 2021 5:28:00 PM |
| **Attachments:** | image002.png |

Hi Lindsay,

Sonos agrees to the additional three days for Google's reply deadline. Thus, the tentative schedule would be as follows:

- Close of venue discovery: May 24
- Sonos's opposition: June 1
- Google's reply: June 11

Because the close of venue discovery is less than two weeks away, when can we except Google's answer to our request below and documents responsive to Interrogatory 13 and 14? All of these negotiations are assuming Google will produce all information by the May 24 deadline. Please confirm that all discovery will be produced, at the latest, by May 24th.

Finally, can you please provide dates your team is available for a meet and confer concerning Google's Responses to Sonos's Third Set of Interrogatories.

Sincerely,

Mark

**From:** Lindsay Cooper <lindsaycooper@quinnemanuel.com>
**Sent:** Tuesday, May 11, 2021 10:42 PM
**To:** mark waltfairpllc.com <mark@waltfairpllc.com>; McKenna, Kristina <kmckenna@orrick.com>; QE-Sonos3 <qe-sonos3@quinnemanuel.com>; pamstutz@scottdoug.com; Stephen Burbank <sburbank@scottdoug.com>
**Cc:** Sonos-WDTX0881-service <Sonos-WDTX0881-service@orrick.com>
**Subject:** RE: Sonos, Inc. v. Google LLC, Case No. 6:20-cv-00881-ADA - Sonos's Objections & Responses to Google's Venue Discovery Requests

Mark,

Your email below contains another expansion on what we previously discussed. During the meet and confer last week, and in all of our follow-up correspondence, Google has offered to provide information regarding "current Google employees . . . whose roles relate to the accused functionalities or the accused hardware products" – not "current Google employees . . . whose roles in the past or currently relate to the accused functionalities or the accused hardware products." We are now considering this new request.

With respect to the schedule, I understand you spoke with Paige and that Sonos is considering whether it can agree to 10 days rather than seven for Google's reply deadline. We would appreciate the accommodation. Please let us know.

Lindsay