# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| SONOS, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 6:20-cv-00881-ADA |
| GOOGLE LLC, | § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

## JOINT CLAIM CONSTRUCTION STATEMENT

**TO THE HONORABLE COURT:**

Pursuant to the scheduling orders in these cases, the Parties jointly submit this claim construction statement.

| Disputed Terms | | |
|---|---|---|
| **Claim Term/Phrase** | **Plaintiff's Construction** | **Defendant's Construction** |
| **"multimedia"** ['206 and '615 Patents] [Proposed by Sonos] | "any type of media that comprises audio (including audio alone)" | Plain and ordinary meaning; no construction necessary. |

| Disputed Terms | | |
|---|---|---|
| **Claim Term/Phrase** | **Plaintiff's Construction** | **Defendant's Construction** |
| **"network interface"** ['206, '615, '885 Patents] [Proposed by Sonos] | "a physical component of a device that provides an interconnection with a data network" | Plain and ordinary meaning; no construction necessary |
| **"playback device"** ['206, '615, '033 Patents] **"zone player"** ['966 and '885 Patents] [Proposed by Sonos] | "a data network device configured to process and output audio" | Plain and ordinary meaning; no construction necessary |
| **"zone configuration characterizes one or more zone scenes"** ['206 Patent] [Proposed by Sonos] | "configuration data that provides an indication of one or more zone scenes" | No separate construction proposed. *See* "zone" and "zone scene" terms |
| **"zone"** ['206 Patent] [Proposed by Google] | No separate construction necessary. | "an area or areas with one or more playback devices" |
| **"zone scene"** ['206 Patent] [Proposed by Google] | No separate construction necessary; *see* below construction for term in context. | "a group of two or more zones that are grouped according to a common theme by configuring the zones in a particular scene (e.g., morning, afternoon or garden)" |

| Disputed Terms | | |
| --- | --- | --- |
| **Claim Term/Phrase** | **Plaintiff's Construction** | **Defendant's Construction** |
| **"zone scene identifying a group configuration associated with two or more of the plurality of independent playback devices"** ['206 Patent] [Proposed by Sonos]  **"[first / second] zone scene comprising a [first / second] predefined grouping of zone players including at least the first zone player and a [second / third] zone player that are to be configured for synchronous playback of media when the [first / second] zone scene is invoked"** ['966 and '885 Patents] [Proposed by Sonos] | "a previously-saved grouping of [independent playback devices / zone players] that are to be configured for synchronous playback of media when the zone scene is invoked" | No separate construction proposed. See "zone" and "zone scene" terms. |
| **"group configuration"** ['206 Patent] [Proposed by Google] | No separate construction necessary. | Indefinite |
| **"causing the selectable indication of the at least one of the one or more zone scenes to be displayed"** ['206 Patent] [Proposed by Google] | Plain and ordinary meaning; no construction necessary. | Indefinite |

| Disputed Terms | | |
|---|---|---|
| **Claim Term/Phrase** | **Plaintiff's Construction** | **Defendant's Construction** |
| **"local area network"** <br> ['615 Patent] <br> [Proposed by Sonos] | "data network that interconnects devices within a limited area, such as a home or office" | Plain and ordinary meaning; no construction necessary. |
| **"cloud"** <br> ['615 and '033 Patents] <br> [Proposed by Google] | Plain and ordinary meaning; no construction necessary. | "over a network" |
| **"a media particular playback system"** <br> ['615 Patent] <br> [Proposed by both Parties] | "a media playback system" | Indefinite |
| **"data network"** <br> ['966, '033, '885 Patents] <br> [Proposed by Sonos] | "a medium that interconnects devices, enabling them to send digital data packets to and receive digital data packets from each other" | Plain and ordinary meaning; no construction necessary. |
| **"remote playback queue"** <br> ['966, '033, '885 Patents] <br> [Proposed by Google] | Plain and ordinary meaning; no construction necessary. | "remote playback queue provided by a third party application" |

| Disputed Terms | | |
|---|---|---|
| **Claim Term/Phrase** | **Plaintiff's Construction** | **Defendant's Construction** |
| **"an instruction for the at least one given playback device to take over responsibility for playback of the remote playback queue from the computing device, wherein the instruction configures the at least one given playback device to"**<br>['033 Patent]<br>[Proposed by Google] | Plain and ordinary meaning; no construction necessary. | "an instruction for the at least one given playback device…"; Instruction means one instruction. |
| **"wherein the instruction comprises an instruction"**<br>['033 Patent]<br>[Proposed by Google] | Plain and ordinary meaning; no construction necessary. | Indefinite |

DATED: July 26, 2021

By: */s/ Mark D. Siegmund*
Mark D. Siegmund
Texas State Bar No. 24117055
LAW FIRM OF WALT, FAIR PLLC.
1508 North Valley Mills Drive
Waco, TX  76710
Telephone:  (254) 772-6400
Facsimile:  (254) 772-6432
mark@walfairpllc.com

Clement Seth Roberts (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105
Telephone:     (415) 773-5484
Facsimile:      (415) 773-5759
croberts@orrick.com

Bas de Blank (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Boulevard
Menlo Park, CA  94205
Telephone:     (650) 614-7343
Facsimile:      (650) 614-7401
bdeblank@orrick.com
Alyssa Caridis (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Menlo Park, CA  94205
Telephone:     (213) 612-2372
Facsimile:      (213) 612-2499
acaridis@orrick.com

George I. Lee (admitted *pro hac vice*)
Sean M. Sullivan (admitted *pro hac vice*)
Roy P. Shea (admitted *pro hac vice*)
J. Dan Smith (admitted *pro hac vice*)
LEE SULLIVAN SHEA & SMITH LLP
656 W. Randolph Street, Floor 5W
Chicago, IL  60661
Telephone:     (312) 754-9602
Facsimile:      (312) 754-9603
lee@ls3ip.com
sullivan@ls3ip.com

shea@ls3ip.com
smith@ls3ip.com

*Counsel for Plaintiff Sonos, Inc.*


By: */s/ Paige A. Amstutz*
Paige Arnette Amstutz
Texas State Bar No. 00796136
SCOTT, DOUGLASS & McCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-630000
Facsimile: (512) 495-6399
pamstutz@scottdoug.com

Charles K. Verhoeven (admitted *pro hac vice*)
charlesverhoeven@quinnemanuel.com
Melissa Baily (admitted *pro hac vice*)
melissabaily@quinnemanuel.com
Jordan Jaffe (admitted *pro hac vice*)
jordanjaffe@quinnemanuel.com
Lindsay Cooper (admitted *pro hac vice*)
lindsaycooper@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 22nd Floor
San Francisco, CA  94111-4788
Telephone:     (415) 875 6600
Facsimile:      (415) 875 6700

*Counsel for Defendant Google LLC*