# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 6:20-cv-00881-ADA <br><br> JURY TRIAL DEMANDED |

## JOINT STIPULATION CONCERNING HEARING TRANSCRIPT

TO THE HONORABLE COURT:

Plaintiff Sonos, Inc. ("Sonos") and Defendant Google LLC ("Google") (collectively, the "Parties") submit this Joint Stipulation to supplement the record after the court reporter experienced a connectivity issue during the July 23, 2021 hearing, and was unable to record a portion of the hearing. After the connectivity issue, counsel for Sonos stated that the Google Cloud Platform was an accused functionality. Counsel for Sonos then read a passage from page eight of Sonos's Infringement contentions, which states:

> "As still a further example, for certain of the accused Cast-enabled apps (including Google's own Cast-enabled apps and third-party apps such as Spotify), the backend software that facilitates the accused Cast functionality for transferring playback of streaming media content from a Cast-enabled computing device or Cast-enabled display to a Cast-enabled media player and then controlling the Cast-enabled media player's playback via the Cast-enabled computing device or Cast-enabled display is hosted by Google on Cloud-based infrastructure that is owned and/or operated by Google (sometimes referred to as Google Cloud Platform or "GCP" for short), and by virtue of hosting this backend software, Google has actively, knowingly, and intentionally induced (and continues to actively, knowingly, and intentionally induce) others to "mak[e]" and "use" Cast-enabled computing devices and Cast-enabled displays, which constitutes direct infringement of the asserted claims of the '615 and '033 Patents under 35 U.S.C § 271(a)." Sonos's Infringement Contentions."

Sonos's Infringement Contentions at 8. Both Parties are in agreement the record should include the above cited paragraph.

DATED: July 29, 2021

By:   */s/ Paige Arnette Amstutz*
Paige Arnette Amstutz
Texas State Bar No. 00796136
SCOTT, DOUGLASS & MCCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399
pamstutz@scottdoug.com

Charles K. Verhoeven (admitted *pro hac vice*)
charlesverhoeven@quinnemanuel.com
Melissa Baily (admitted *pro hac vice*)
melissabaily@quinnemanuel.com
Jordan Jaffe (admitted *pro hac vice*)
jordanjaffe@quinnemanuel.com
Lindsay Cooper (admitted *pro hac vice*)
lindsaycooper@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111-4788
Telephone:     (415) 875 6600
Facsimile:       (415) 875 6700

*Counsel for Defendant Google LLC*


By:  */s/ Mark D. Siegmund*
Mark D. Siegmund
Texas State Bar No. 24117055
LAW FIRM OF WALT, FAIR PLLC.
1508 North Valley Mills Drive
Waco, TX 76710
Telephone: (254) 772-6400
Facsimile: (254) 772-6432
mark@walfairpllc.com

Clement Seth Roberts (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone:     (415) 773-5484
Facsimile:       (415) 773-5759
croberts@orrick.com

Bas de Blank (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Boulevard
Menlo Park, CA 94205
Telephone:     (650) 614-7343
Facsimile:       (650) 614-7401
bdeblank@orrick.com

        Alyssa Caridis (admitted *pro hac vice*)
        ORRICK, HERRINGTON & SUTCLIFFE LLP
        777 South Figueroa Street, Suite 3200
        Los Angeles, CA  90017
        Menlo Park, CA  94205
        Telephone:     (213) 612-2372
        Facsimile:      (213) 612-2499
        acaridis@orrick.com

        George I. Lee (admitted *pro hac vice*)
        Sean M. Sullivan (admitted *pro hac vice*)
        Roy P. Shea (admitted *pro hac vice*)
        J. Dan Smith (admitted *pro hac vice*)
        LEE SULLIVAN SHEA & SMITH LLP
        656 W. Randolph Street, Floor 5W
        Chicago, IL  60661
        Telephone:     (312) 754-9602
        Facsimile:      (312) 754-9603
        lee@ls3ip.com
        sullivan@ls3ip.com
        shea@ls3ip.com
        smith@ls3ip.com

        *Counsel for Plaintiff Sonos, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on July 29, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

                                            */s/Mark D. Siegmund*
                                            Mark D. Siegmund