# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **SONOS, INC.,** *Plaintiff,* | § § § § § § § § § | **6-20-CV-00881-ADA** |
| v. | | |
| **GOOGLE LLC,** *Defendant.* | | |

## ORDER RESCHEDULING MARKMAN HEARING

IT IS HEREBY ORDERED that the **MARKMAN HEARING BY ZOOM** in the above entitled and numbered case that was previously set for Friday, August 6, 2021 has been rescheduled and is now set for on **TUESDAY, AUGUST 10, 2021 AT 9:30AM.** An email will be sent with the Zoom link.

SIGNED this 2nd day of August, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE