**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

SONOS, INC.,

       Plaintiff,

  vs.

GOOGLE LLC,

       Defendant.

Case No. 6:20-cv-00881-ADA

**[PROPOSED] ORDER RE: GOOGLE'S MOTION TO EXPEDITE**

BEFORE THE COURT is Google LLC's Motion To Expedite The Briefing Schedule On Its Motion To Stay Claim Construction Proceedings Pending Resolution Of Google's *Mandamus* Petition ("Motion"). Having read and considered the Motion and all supporting papers and responses thereto, the Court concludes that the Motion should be, and is hereby GRANTED. Sonos's opposition to Google's Motion is due by 10 a.m. Central Time on Thursday, August 5, 2021.

ORDERED this _____ day of _____, 2021.

                                        ALAN D ALBRIGHT
                                        UNITED STATES DISTRICT JUDGE