# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 6:20-cv-00881-ADA |

## [PROPOSED] ORDER RE: GOOGLE'S MOTION TO STAY CLAIM CONSTRUCTION PROCEEDINGS

BEFORE THE COURT is Google LLC's Motion To Stay Claim Construction Proceedings ("Motion"). Having read and considered the Motion and all supporting papers and responses thereto, the Court concludes that the Motion should be, and is hereby GRANTED. Claim construction proceedings, including the *Markman* hearing, are stayed until the Federal Circuit rules on Google's *mandamus* petition.

ORDERED this _____ day of _____, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE