UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

SONOS, INC.,

vs.                                          Case No.: 6:20-cv-881-ADA

GOOGLE LLC,

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

   Comes now Marc L. Kaplan, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Google LLC in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Quinn Emanuel Urquhart & Sullivan LLP with offices at:

   Mailing address: 191 N. Wacker Drive, Suite 2700

   City, State, Zip Code: Chicago, IL, 60606

   Telephone: (312) 705-7400     Facsimile: (312) 705-7401

2. Since November 4, 2010, Applicant has been and presently is a member of and in good standing with the Bar of the State of Illinois. Applicant's bar license number is 6303652.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | Northern District of Illinois | 01/27/2012 |
   | USCA, Federal Circuit | 09/27/2013 |
   | Eastern District of Texas | 06/19/2015 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice): N/A

5. I [X] have [ ] have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: 6:21-cv-690 on the 7 day of July, 2021.
   Number: 6:21-cv-107 on the 20 day of July, 2021.
   Number: 6:21-cv-109 on the 20 day of July, 2021.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided: N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses): N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Paige A. Amstutz

Mailing address: 303 Colorado Street, Suite 2400

City, State, Zip Code: Austin, TX, 78701

Telephone: (512) 495-6343

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Marc L. Kaplan to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Marc L. Kaplan
[printed name of Applicant]

_[signature]_
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 9th day of August, 2021.

Marc L. Kaplan
[printed name of Applicant]

_[signature]_
[signature of Applicant]