# EXHIBIT 6

**Jocelyn Ma**

| | |
|---|---|
| **From:** | Amy Maruska <files@orrick.com> |
| **Sent:** | Tuesday, May 11, 2021 6:24 PM |
| **To:** | QE-Sonos3; Joseph LeRoy |
| **Cc:** | Sonos-WDTX0881-service@orrick.com |
| **Subject:** | Sonos v. Google (WDTX 20-cv-0881):  Sonos's Production SONOS-SVG2-004 |

**[EXTERNAL EMAIL from files@orrick.com]**

Counsel,

Sonos hereby produces documents bearing Bates numbers SONOS-SVG2-00026244 - SONOS-SVG2-00032285. The documents have been designated Highly Confidential - Attorneys' Eyes Only and Highly Confidential - Source Code pursuant to the Protective Order. The password for the encrypted container will be sent separately.

Regards,
Amy Maruska
Senior Paralegal

## Files attached to this message

| Filename | Size | Checksum (SHA256) |
|---|---|---|
| SONOS-SVG2-004.zip | 901 MB | e46e9b4ce06bed61493a8b667e45aafc602ab59a8a59b466d38efa245fff1848 |

Please click on the following link to download the attachments:
https://files.orrick.com/message/Ta9iDy1qFaAktU3nubbF7C

You will need to authenticate to view this Secure Message. If you don't have an account on files.orrick.com, you will receive a separate email with a unique **Temporary Password** that you can use to authenticate yourself. If you have recently received a **Temporary Password** from a previous message, you can re-use the Temporary Password to authenticate to this message.

This email or download link can not be forwarded to anyone else.

The attachments are available until: **Sunday, 16 May.**

Message ID: Ta9iDy1qFaAktU3nubbF7C

Download Files

Reply to this Secure Message



**Orrick, Herrington & Sutcliffe — Secure File Transfer System:** https://files.orrick.com

1