# EXHIBIT 9

Jocelyn Ma

| | |
|---|---|
| **From:** | Hannah Santasawatkul <Hannah_Santasawatkul@txwd.uscourts.gov> |
| **Sent:** | Thursday, August 19, 2021 11:50 AM |
| **To:** | Paige Amstutz |
| **Cc:** | Sonos-WDTX0881-service; McKenna, Kristina; QE-Sonos3; mark@waltfairpllc.com; Marc Kaplan; Jordan Jaffe; Cole Richter |
| **Subject:** | RE: Sonos v. Google, 6:20-cv-00881-ADA - Dispute re: Sonos's Priority Claims |
| **Categories:** | Virentem |

**[EXTERNAL EMAIL from hannah_santasawatkul@txwd.uscourts.gov]**

Good afternoon Counsel,

I apologize for our delayed response. The Court has reviewed your issue and believes that while the dispute may have arose in the context of discovery, the issue itself is not a discovery issue. The Court would like you to file a Motion to Strike and the Court will have an expedited hearing on the Motion. Please notify the Court when briefing on the motion has concluded.

Best,
Hannah



Hannah Santasawatkul
Law Clerk to the Honorable Alan D Albright
United States District Court, Western District of Texas
Direct: 254-750-1520
Hannah_Santasawatkul@txwd.uscourts.gov

**From:** Paige Amstutz <pamstutz@scottdoug.com>
**Sent:** Thursday, August 12, 2021 9:54 AM
**To:** Hannah Santasawatkul <Hannah_Santasawatkul@txwd.uscourts.gov>
**Cc:** Sonos-WDTX0881-service <Sonos-WDTX0881-service@orrick.com>; McKenna, Kristina <kmckenna@orrick.com>; QE-Sonos3 <qe-sonos3@quinnemanuel.com>; mark@waltfairpllc.com; Marc Kaplan <marckaplan@quinnemanuel.com>; Jordan Jaffe <jordanjaffe@quinnemanuel.com>; Cole Richter <richter@ls3ip.com>
**Subject:** Sonos v. Google, 6:20-cv-00881-ADA - Dispute re: Sonos's Priority Claims

**CAUTION - EXTERNAL:**

Good morning, Hannah:

The parties respectfully submit the attached dispute regarding Sonos's priority claims to the Court for consideration.

Per the Court's prior instruction, the parties kept their collective position statements to one page. However, if the Court would like additional information from the parties, please let us know.

1

All my best,

Paige Arnette Amstutz
Scott, Douglass & McConnico, LLP
Counsel for Google

---

IMPORTANT - SCOTT DOUGLASS & McCONNICO DISCLAIMER: This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by telephone at (512) 495-6300 and/or email and delete the original message. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.