# Exhibit D

# Cole Richter

| | |
|---|---|
| **From:** | Cole Richter |
| **Sent:** | Wednesday, May 12, 2021 5:29 PM |
| **To:** | Jordan Jaffe; amaruska@orrick.com; QE-Sonos3; Joseph LeRoy |
| **Cc:** | Sonos-WDTX0881-service@orrick.com; Paige Amstutz |
| **Subject:** | RE: Sonos v. Google (WDTX 20-cv-0881): Sonos's Production SONOS-SVG2-004 |

Jordan,

These are documents that you argued would be responsive to RFP Nos. 2 and 4-7.  For the avoidance of doubt, we don't intend to produce at this time prosecution file histories of "Related Patents" or prior testimony of named inventors or "prosecuting attorneys."  Some of the documents we produced evidence conception and reduction to practice.  We don't intend to produce anything further at this time, subject to Google securing written permission from the third parties with CBI interests in the ITC materials.

Best,
Cole

---

**From:** Jordan Jaffe <jordanjaffe@quinnemanuel.com>
**Sent:** Wednesday, May 12, 2021 4:23 PM
**To:** amaruska@orrick.com; QE-Sonos3 <qe-sonos3@quinnemanuel.com>; Joseph LeRoy <josephleroy@quinnemanuel.com>
**Cc:** Sonos-WDTX0881-service@orrick.com; Paige Amstutz <pamstutz@scottdoug.com>
**Subject:** RE: Sonos v. Google (WDTX 20-cv-0881): Sonos's Production SONOS-SVG2-004

Counsel,

We're in receipt of this production of another ~6k pages of documents.  A few questions:

- What RFPs are these documents responsive to?  We're not asking for document-by-document report, but rather seeking a list of what pending RFPs these documents correspond to.  This way we can figure out what disputes remain after our meet and confer this past Friday.
- Does Sonos contend any of these documents evidence conception and reduction to practice for any claimed invention reflected in an asserted claim in this case?
- Finally, given that Sonos produced approximately ~6k pages of documents on Monday and another ~6k pages on Tuesday, are further productions forthcoming?  If so when and in what volume?

Given the briefing schedule, we need to know the answers to these questions as soon as possible.

Best regards,

**Jordan R. Jaffe // Quinn Emanuel // 415.498.0556 // [jordanjaffe@quinnemanuel.com](mailto:jordanjaffe@quinnemanuel.com)**

---

**From:** Amy Maruska <[files@orrick.com](mailto:files@orrick.com)>
**Sent:** Tuesday, May 11, 2021 6:24 PM
**To:** QE-Sonos3 <[qe-sonos3@quinnemanuel.com](mailto:qe-sonos3@quinnemanuel.com)>; Joseph LeRoy <[josephleroy@quinnemanuel.com](mailto:josephleroy@quinnemanuel.com)>

1

**Cc:** Sonos-WDTX0881-service@orrick.com
**Subject:** Sonos v. Google (WDTX 20-cv-0881): Sonos's Production SONOS-SVG2-004

**[EXTERNAL EMAIL from files@orrick.com]**

Counsel,

Sonos hereby produces documents bearing Bates numbers SONOS-SVG2-00026244 - SONOS-SVG2-00032285. The documents have been designated Highly Confidential - Attorneys' Eyes Only and Highly Confidential - Source Code pursuant to the Protective Order. The password for the encrypted container will be sent separately.

Regards,
Amy Maruska
Senior Paralegal

## Files attached to this message

| Filename | Size | Checksum (SHA256) |
|---|---|---|
| SONOS-SVG2-004.zip | 901 MB | e46e9b4ce06bed61493a8b667e45aafc602ab59a8a59b466d38efa245fff1848 |

Please click on the following link to download the attachments:
https://files.orrick.com/message/Ta9iDy1qFaAktU3nubbF7C

You will need to authenticate to view this Secure Message. If you don't have an account on files.orrick.com, you will receive a separate email with a unique **Temporary Password** that you can use to authenticate yourself. If you have recently received a **Temporary Password** from a previous message, you can re-use the Temporary Password to authenticate to this message.

This email or download link can not be forwarded to anyone else.

The attachments are available until: **Sunday, 16 May.**

Message ID: Ta9iDy1qFaAktU3nubbF7C

[Download Files]

[Reply to this Secure Message]



**Orrick, Herrington & Sutcliffe — Secure File Transfer System:** https://files.orrick.com