IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 6:20-cv-00881-ADA<br><br>JURY TRIAL DEMANDED |

## JOINT STATUS REPORT

TO THE HONORABLE COURT:

Plaintiff Sonos, Inc. ("Sonos") and Defendant Google LLC ("Google") (collectively, the "Parties") submit this Joint Status Report pursuant to the Court's Order and respectfully show, as follows:

**Status of Fact Discovery and Final Contentions**

Fact discovery commenced on August 11, 2021, and is currently ongoing. On September 10, 2021, Sonos served its final infringement contentions and Google served its final invalidity contentions.

**Status of Pending Motions:**

1. ECF No. 55 – Google's Motion to Dismiss for Failure to State a Claim (briefing complete)

2. ECF No. 80 – Joint Motion to Enter Discovery Order

3. ECF No. 99 – Google's Motion to Expedite the Briefing Schedule on its Motion to Stay Claim Construction Proceedings Pending Resolution of Google's Mandamus Petition (Moot)

4. ECF No. 100 – Motion to Stay Claim Construction Proceedings (Moot)

5. ECF No. 107 – Google's Motion to Strike Sonos's Untimely Priority Claims (briefing complete)

DATED: September 20, 2021

By: */s/ Paige A. Amstutz*
Paige Arnette Amstutz
Texas State Bar No. 00796136
SCOTT, DOUGLASS & MCCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399
pamstutz@scottdoug.com

Charles K. Verhoeven (admitted *pro hac vice*)
charlesverhoeven@quinnemanuel.com
Melissa Baily (admitted *pro hac vice*)
melissabaily@quinnemanuel.com
Jordan Jaffe (admitted *pro hac vice*)
jordanjaffe@quinnemanuel.com
Lindsay Cooper (admitted *pro hac vice*)
lindsaycooper@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111-4788
Telephone:    (415) 875 6600
Facsimile:    (415) 875 6700

*Counsel for Defendant Google LLC*


By: */s/ Mark D. Siegmund*
Mark D. Siegmund
Texas State Bar No. 24117055
LAW FIRM OF WALT, FAIR PLLC.
1508 North Valley Mills Drive
Waco, TX 76710
Telephone: (254) 772-6400
Facsimile: (254) 772-6432
mark@walfairpllc.com

Clement Seth Roberts (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone:    (415) 773-5484
Facsimile:    (415) 773-5759
croberts@orrick.com

Bas de Blank (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP

        1000 Marsh Boulevard
        Menlo Park, CA  94205
        Telephone:     (650) 614-7343
        Facsimile:      (650) 614-7401
        bdeblank@orrick.com
        Alyssa Caridis (admitted *pro hac vice*)
        ORRICK, HERRINGTON & SUTCLIFFE LLP
        777 South Figueroa Street, Suite 3200
        Los Angeles, CA  90017
        Menlo Park, CA  94205
        Telephone:     (213) 612-2372
        Facsimile:      (213) 612-2499
        acaridis@orrick.com

        George I. Lee (admitted *pro hac vice*)
        Sean M. Sullivan (admitted *pro hac vice*)
        Roy P. Shea (admitted *pro hac vice*)
        J. Dan Smith (admitted *pro hac vice*)
        LEE SULLIVAN SHEA & SMITH LLP
        656 W. Randolph Street, Floor 5W
        Chicago, IL  60661
        Telephone:     (312) 754-9602
        Facsimile:      (312) 754-9603
        lee@ls3ip.com
        sullivan@ls3ip.com
        shea@ls3ip.com
        smith@ls3ip.com

        *Counsel for Plaintiff Sonos, Inc.*

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on September 20, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

        */s/ Mark D. Siegmund*
        Mark D. Siegmund