PATENT

# U.S. District Court [LIVE]
# Western District of Texas (Waco)
# CIVIL DOCKET FOR CASE #: 6:20–cv–00881–ADA

Sonos, Inc. v. Google LLC

Assigned to: Judge Alan D Albright

Case in other court:  USCA Federal Court, 21–00170

Cause: 35:271 Patent Infringement

Date Filed: 09/29/2020

Jury Demand: Both

Nature of Suit: 830 Patent

Jurisdiction: Federal Question

**Plaintiff**

**Sonos, Inc.**                            represented by   **Cole B. Richter**
Lee Sullivan Shea & Smith LLP
656 W Randolph Street, Sie 5w
Chicago, IL 60661
(312) 754–0002
Fax: (312) 754–0003
Email: richter@ls3ip.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David R. Grosby**
Lee Sullivan Shea & Smith LLP
656 W Randolph Street, Ste 5W
Chicago, IL 60661
(312) 754–0002
Fax: (312) 754–0003
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jae Y. Pak**
Lee Sullivan Shea & Smith LLP
656 W Randolph Street, Ste 5W
Chicago, IL 60661
(312) 754–0002
Fax: (312) 754–0003
Email: pak@ls3ip.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristina DiBenedetto McKenna**
Orrick Herrington & Sutcliffe LLP
222 Berkeley Street, Suite 2000
Boston, MA 02116
(617) 880–1802
Fax: (617) 880–1801
Email: kmckenna@orrick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew J. Sampson**
Lee Sullivan Shea & Smith LLP
656 W. Randolph Street, Floor 5w
Chicago, IL 60661
(312) 754–9602
Fax: (312) 754–9603
Email: sampson@ls3ip.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael P. Boyea**
Lee Sullivan Shea & Smith LLP
656 W Randolph Street, Ste 5w
Chicago, IL 60661
(312) 754–0002
Fax: (312) 754–0003
Email: boyea@ls3ip.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alyssa Caridis**
Orrick Herrinton & Sutcliffe Llp
777 South Figueroa St., Suite 3200
Los Angeles, CA 90017
213.612.2372
Fax: 213.612.2499
Email: acaridis@orrick.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bas de Blank**
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Rd.
Menlo Park, CA 94205
(650) 614–7343
Fax: (650) 614–7401
Email: bdeblank@orrick.com
*ATTORNEY TO BE NOTICED*

**Clement Seth Roberts**
Orrick Herrington & Sutcliffe Llp
405 Howard Street
San Francisco, CA 90071
(415) 773–5700
Fax: (415) 773–5701
Email: croberts@orrick.com
*ATTORNEY TO BE NOTICED*

**George I. Lee**
Lee Sullivan Shea & Smith LLP
656 W. Randolph St., Floor 5W
Chicago, IL 60661
312.754.9602
Fax: 312.754.9603

Email: LEE@LS3ip.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Dan Smith , III**
Lee Sullivan Shea & Smith LLP
656 W. Randolph St., Floor 5w
Chicago, IL 60661
312.754.9602
Fax: 312.754.9603
Email: smith@ls3ip.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark D. Siegmund**
Law Firm of Walt Fair, PLLC
1508 North Valley Mills Drive
Waco, TX 76710
254–772–6400
Fax: 254–772–6432
Email: mark@waltfairpllc.com
*ATTORNEY TO BE NOTICED*

**Rory P. Shea**
Lee Sullivan Shea & Smith
656 W. Randolph St., Floor 5w
Chicago, IL 60661
312–754–9602
Fax: 312–754–9603
Email: shea@ls3ip.com
*ATTORNEY TO BE NOTICED*

**Sean M. Sullivan**
Lee Sullivan Shea & Smith LLP
656 W. Randolph St., Floor 5w
Chicago, IL 60661
312–754–9602
Fax: 312–754–9603
Email: sullivan@ls3ip.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey Lance Johnson**
Orrick, Herrington & Sutcliffe LLP
609 Main, 40th Floor
Houston, TX 77002
713–658–6450
Fax: 713–658–6401
Email: jj@orrick.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Google LLC**                    represented by **Charles K. Verhoeven**
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875–6600
Fax: (415) 875–6700
Email: charlesverhoeven@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan R. Jaffe**
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875–6600
Fax: (415) 875–6700
Email: jordanjaffe@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lindsay M. Cooper**
Quinn Emanuel & Sullivan LLP
50 California Street, 22nd Floor
San Francisco, CA 94105
(415) 875–6449
Fax: (415) 875–6700
Email: lindsaycooper@quinnemanuel.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Melissa J. Baily**
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 22nd Floor
San Francisco, CA 94105
(415) 875–6336
Fax: (415) 875–6700
Email: melissabaily@quinnemanuel.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paige Arnette Amstutz**
Scott, Douglass & McConnico, LLP
303 Colorado Street
Suite 2400
Austin, TX 78701
(512) 495–6300
Fax: 512–495–6399
Email: pamstutz@scottdoug.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc L. Kaplan**
Quinn Emanuel Urquhart & Sullivan LLP

191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705–7400
Fax: (312) 705–7401
Email: marckaplan@quinnemanuel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Plaintiff**

**Google LLC**                              represented by    **Charles K. Verhoeven**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Jordan R. Jaffe**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Lindsay M. Cooper**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Melissa J. Baily**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Paige Arnette Amstutz**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Marc L. Kaplan**
                                                              (See above for address)
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Sonos, Inc.**                             represented by    **Cole B. Richter**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **David R. Grosby**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jae Y. Pak**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristina DiBenedetto McKenna**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew J. Sampson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael P. Boyea**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alyssa Caridis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bas de Blank**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Clement Seth Roberts**
(See above for address)
*ATTORNEY TO BE NOTICED*

**George I. Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Dan Smith , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark D. Siegmund**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rory P. Shea**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean M. Sullivan**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Jeffrey Lance Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/22/2020 | Ï 15 | Standing Order Regarding Notice of Readiness in Patent Cases (Entered: 10/05/2020) |
| 09/29/2020 | Ï 1 | COMPLAINT ( Filing fee $ 400 receipt number 0542−14014950), filed by Sonos, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Civil Cover Sheet)(Johnson, Jeffrey) (Entered: 09/29/2020) |
| 09/29/2020 | Ï 2 | REQUEST FOR ISSUANCE OF SUMMONS by Sonos, Inc.. (Johnson, Jeffrey) (Entered: 09/29/2020) |
| 09/29/2020 | Ï 3 | RULE 7 DISCLOSURE STATEMENT filed by Sonos, Inc.. (Johnson, Jeffrey) (Entered: 09/29/2020) |
| 09/29/2020 | Ï | Case assigned to Judge Alan D Albright. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (am) (Entered: 09/29/2020) |
| 09/29/2020 | Ï 4 | Pursuant to the Standing Order Regarding Patent/Trademark Cases effective 12/9/19, Attorneys filing Patent/Trademark cases in TXWD Waco division must prepare the attached form AO120 and e−file using the "Notice of Filing of Patent/Trademark Form" event upon opening of the case. (am) (Entered: 09/29/2020) |
| 09/29/2020 | Ï 5 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 forwarded to the Director of the U.S. Patent and Trademark Office. (Johnson, Jeffrey) (Entered: 09/29/2020) |
| 09/29/2020 | Ï 6 | MOTION to Appear Pro Hac Vice by Jeffrey Lance Johnson *(Clement Seth Roberts)* ( Filing fee $ 100 receipt number 0542−14015452) by on behalf of Sonos, Inc.. (Attachments: # 1 Proposed Order)(Johnson, Jeffrey) (Entered: 09/29/2020) |
| 09/29/2020 | Ï 7 | MOTION to Appear Pro Hac Vice by Jeffrey Lance Johnson *(Bas de Blank)* ( Filing fee $ 100 receipt number 0542−14015521) by on behalf of Sonos, Inc.. (Attachments: # 1 Proposed Order)(Johnson, Jeffrey) (Entered: 09/29/2020) |
| 09/29/2020 | Ï 8 | MOTION to Appear Pro Hac Vice by Jeffrey Lance Johnson *(Alyssa Caridis)* ( Filing fee $ 100 receipt number 0542−14015605) by on behalf of Sonos, Inc.. (Attachments: # 1 Proposed Order)(Johnson, Jeffrey) (Entered: 09/29/2020) |
| 09/29/2020 | Ï 9 | MOTION to Appear Pro Hac Vice by Jeffrey Lance Johnson *(George I. Lee)* ( Filing fee $ 100 receipt number 0542−14015642) by on behalf of Sonos, Inc.. (Attachments: # 1 Proposed Order)(Johnson, Jeffrey) (Entered: 09/29/2020) |

| 09/29/2020 | Ï 10 | MOTION to Appear Pro Hac Vice by Jeffrey Lance Johnson *(Sean M. Sullivan)* ( Filing fee $ 100 receipt number 0542−14015688) by on behalf of Sonos, Inc.. (Attachments: # 1 Proposed Order)(Johnson, Jeffrey) (Entered: 09/29/2020) |
|---|---|---|
| 09/29/2020 | Ï 11 | MOTION to Appear Pro Hac Vice by Jeffrey Lance Johnson *(John D. Smith III)* ( Filing fee $ 100 receipt number 0542−14015767) by on behalf of Sonos, Inc.. (Attachments: # 1 Proposed Order)(Johnson, Jeffrey) (Entered: 09/29/2020) |
| 09/29/2020 | Ï 12 | Summons Issued as to Google LLC. (am) (Entered: 09/29/2020) |
| 09/29/2020 | Ï 13 | SUMMONS Returned Executed by Sonos, Inc.. Google LLC served on 9/29/2020, answer due 10/20/2020. (Johnson, Jeffrey) (Entered: 09/29/2020) |
| 10/01/2020 | Ï 14 | MOTION to Appear Pro Hac Vice (Receipt #0542−14015727) by Jeffrey Lance Johnson *(Rory Shea)* by on behalf of Sonos, Inc.. (Attachments: # 1 Proposed Order)(Johnson, Jeffrey) (Entered: 10/01/2020) |
| 10/01/2020 | Ï | Text Order GRANTING 6 Motion to Appear Pro Hac Vice. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall apply for admission to the bar of this court in compliance with Local Rule AT−1(f)(1). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 10/01/2020) |
| 10/01/2020 | Ï | Text Order GRANTING 7 Motion to Appear Pro Hac Vice. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall apply for admission to the bar of this court in compliance with Local Rule AT−1(f)(1). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 10/01/2020) |
| 10/01/2020 | Ï | Text Order GRANTING 8 Motion to Appear Pro Hac Vice. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall apply for admission to the bar of this court in compliance with Local Rule AT−1(f)(1). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 10/01/2020) |

| 10/01/2020 | Ï | Text Order GRANTING 9 Motion to Appear Pro Hac Vice. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall apply for admission to the bar of this court in compliance with Local Rule AT−1(f)(1). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 10/01/2020) |
| 10/01/2020 | Ï | Text Order GRANTING 10 Motion to Appear Pro Hac Vice. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall apply for admission to the bar of this court in compliance with Local Rule AT−1(f)(1). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 10/01/2020) |
| 10/01/2020 | Ï | Text Order GRANTING 11 Motion to Appear Pro Hac Vice. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall apply for admission to the bar of this court in compliance with Local Rule AT−1(f)(1). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 10/01/2020) |
| 10/01/2020 | Ï | Text Order GRANTING 14 Motion to Appear Pro Hac Vice. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall apply for admission to the bar of this court in compliance with Local Rule AT−1(f)(1). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 10/01/2020) |
| 10/14/2020 | Ï 16 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint,,, by Google LLC. (Attachments: # 1 Proposed Order)(Amstutz, Paige) (Entered: 10/14/2020) |

| 10/19/2020 | ￼ | Text Order GRANTING 16 Motion for Extension of Time to Answer entered by Judge Alan D Albright. Came on for consideration is Defendant's Motion. Noting that it is unopposed, the Court GRANTS the Motion. Defendant shall have up to and including November 19, 2020 to answer or otherwise respond to Plaintiff's Complaint. (This is a text−only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 10/19/2020) |
|---|---|---|
| 10/19/2020 | ￼ | Reset Deadlines: Google LLC answer due 11/19/2020. (am) (Entered: 10/19/2020) |
| 11/19/2020 | ￼ 17 | RULE 7 DISCLOSURE STATEMENT filed by Google LLC. (Amstutz, Paige) (Entered: 11/19/2020) |
| 11/19/2020 | ￼ 18 | MOTION to Appear Pro Hac Vice by Paige Arnette Amstutz *for Charles K. Verhoeven* ( Filing fee $ 100 receipt number 0542−14199446) by on behalf of Google LLC. (Attachments: # 1 Proposed Order)(Amstutz, Paige) (Entered: 11/19/2020) |
| 11/19/2020 | ￼ 19 | MOTION to Appear Pro Hac Vice by Paige Arnette Amstutz *for Jordan R. Jaffe* ( Filing fee $ 100 receipt number 0542−14199465) by on behalf of Google LLC. (Attachments: # 1 Proposed Order)(Amstutz, Paige) (Entered: 11/19/2020) |
| 11/19/2020 | ￼ 20 | MOTION to Appear Pro Hac Vice by Paige Arnette Amstutz *for Lindsay M. Cooper* ( Filing fee $ 100 receipt number 0542−14199474) by on behalf of Google LLC. (Attachments: # 1 Proposed Order)(Amstutz, Paige) (Entered: 11/19/2020) |
| 11/19/2020 | ￼ 21 | MOTION to Appear Pro Hac Vice by Paige Arnette Amstutz *for Melissa J. Baily* ( Filing fee $ 100 receipt number 0542−14199508) by on behalf of Google LLC. (Attachments: # 1 Proposed Order)(Amstutz, Paige) (Entered: 11/19/2020) |
| 11/19/2020 | ￼ | Text Order GRANTING 18 Motion to Appear Pro Hac Vice for Attorney Charles K. Verhoeven for Google LLC. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (mm6) (Entered: 11/19/2020) |
| 11/19/2020 | ￼ 22 | MOTION to Dismiss *Google LLC's Rule 12(B)(3) Motion to Stay or Dismiss Pursuant to the First−to−File Rule* by Google LLC. (Attachments: # 1 Affidavit Declaration of D. Friedland, # 2 Affidavit Declaration of J. Judah, # 3 Affidavit Declaration of L. Cooper, # 4 Exhibit 1 to Decl. of L. Cooper, # 5 Exhibit 2 to Decl. of L. Cooper, # 6 Exhibit 3 to Decl. of L. Cooper, # 7 Exhibit 4 to Decl. of L. Cooper, # 8 Exhibit 5 to Decl. of L. Cooper, # 9 Exhibit 6 to Decl. of L. Cooper, # 10 Exhibit 7 to Decl. of L. Cooper, # 11 Exhibit 8 to Decl. of L. Cooper, # 12 Exhibit 9 to Decl. of L. Cooper, # 13 Exhibit 10 to Decl. of L. Cooper, # 14 Exhibit 11 to Decl. of L. Cooper, # 15 Exhibit 12 to Decl. of L. Cooper, # 16 Exhibit 13 to Decl. of L. Cooper, # 17 Exhibit 14 to Decl. of L. Cooper, # 18 Exhibit 15 to Decl. of L. Cooper, # 19 Exhibit 16 to Decl. of L. Cooper, # 20 Exhibit 17 to Decl. of L. Cooper, # 21 Exhibit 18 to Decl. of L. Cooper, # 22 Exhibit 19 to Decl. of L. Cooper, # 23 Exhibit 20 to Decl. of L. Cooper, # 24 Exhibit 21 to Decl. of L. Cooper, # 25 Exhibit 22 to Decl. of L. Cooper, # 26 Exhibit 23 to Decl. of L. Cooper, # 27 Exhibit 24 to Decl. of L. Cooper, # 28 Exhibit 25 to Decl. of L. Cooper, # 29 Exhibit 26 to Decl. of L. Cooper, # 30 Exhibit 27 to Decl. of L. Cooper)(Amstutz, Paige) Modified on 9/23/2021 (ir). (Entered: 11/19/2020) |
| 11/19/2020 | ￼ 23 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Proposed Order) (Amstutz, Paige) (Entered: 11/19/2020) |

| 11/19/2020 | Ï | Text Order GRANTING 19 Motion to Appear Pro Hac Vice for Attorney Jordan R. Jaffe for Google LLC. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT–I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text–only entry generated by the court. There is no document associated with this entry.) (mm6) (Entered: 11/19/2020) |
| 11/19/2020 | Ï | Text Order GRANTING 20 Motion to Appear Pro Hac Vice for Attorney Lindsay M. Cooper for Google LLC. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT–I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text–only entry generated by the court. There is no document associated with this entry.) (mm6) (Entered: 11/19/2020) |
| 11/19/2020 | Ï | Text Order GRANTING 21 Motion to Appear Pro Hac Vice for Attorney Melissa J. Baily for Google LLC. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT–I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text–only entry generated by the court. There is no document associated with this entry.) (mm6) (Entered: 11/19/2020) |
| 11/25/2020 | Ï 24 | NOTICE of Attorney Appearance by Mark D. Siegmund on behalf of Sonos, Inc.. Attorney Mark D. Siegmund added to party Sonos, Inc.(pty:pla) (Siegmund, Mark) (Entered: 11/25/2020) |
| 11/30/2020 | Ï 25 | STATUS REPORT *Case Readiness Status Report* by Sonos, Inc.. (Attachments: # 1 Exhibit A – NDCA Order on Motion to Dismiss, # 2 Exhibit B – Transcript of Telephonic Proceedings)(Siegmund, Mark) (Entered: 11/30/2020) |
| 12/03/2020 | Ï 26 | Response in Opposition to Motion, filed by Sonos, Inc., re 22 MOTION to Dismiss *Google LLC's Rule 12(B)(3) Motion to Stay or Dismiss Pursuant to the First–to–File Rule* filed by Defendant Google LLC (Attachments: # 1 Declaration of Mark D. Siegmund, # 2 Exhibit A – Email Chain Between Sonos and Google Counsel, # 3 Exhibit B – Judge Alsup's Order)(Siegmund, Mark) (Entered: 12/03/2020) |
| 12/10/2020 | Ï 27 | RESPONSE in Support, filed by Google LLC, re 22 MOTION to Dismiss *Google LLC's Rule 12(B)(3) Motion to Stay or Dismiss Pursuant to the First–to–File Rule* filed by Defendant Google LLC (Attachments: # 1 Affidavit Declaration of Lindsay Cooper, # 2 Exhibit Ex. 1 to Decl. of Lindsay Cooper)(Amstutz, Paige) (Entered: 12/10/2020) |
| 12/12/2020 | Ï 28 | NOTICE *OF COMPLIANCE REGARDING SERVICE OF PRELIMINARY INFRINGEMENT CONTENTIONS* by Sonos, Inc. (Siegmund, Mark) (Entered: 12/12/2020) |
| 12/14/2020 | Ï | Text Order GRANTING 23 Motion for Leave to File Sealed Document entered by Judge Alan D Albright. The Motion is GRANTED, and the Clerk 's Office is directed to file the attached |

| | | documents under seal. If it has not already done so, Google is ordered to file a redacted version of the sealed civil document within 7 days after the filing of this order.(This is a text−only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 12/14/2020) |
|---|---|---|
| 12/15/2020 | Ï 29 | Google LLC's Rule 12(B)(3) Motion to Stay or Dismiss Pursuant to the First−to File Rule (Attachments: # 1 Declaration of James Judah, # 2 Declaration of Daniel S. Friedland, # 3 Exhibit 4, # 4 Exhibit 7, # 5 Exhibit 8) (am) Modified on 9/22/2021 (ir). (Entered: 12/15/2020) |
| 12/18/2020 | Ï 30 | Joint MOTION *to Enter Scheduling Order* by Sonos, Inc.. (Attachments: # 1 Exhibit A)(Siegmund, Mark) (Entered: 12/18/2020) |
| 01/05/2021 | Ï 31 | SCHEDULING ORDER: Markman Hearing set for 6/4/2021 09:00 AM before Judge Alan D Albright, Joinder of Parties due by 7/16/2021, Amended Pleadings due by 9/24/2021, Motions due by 3/11/2022,Pretrial Conference set for 5/13/2022 before Judge Alan D Albright, Jury Selection and Trial set for 6/6/2022 before Judge Alan D Albright. Signed by Judge Alan D Albright. (lad) (Entered: 01/05/2021) |
| 01/08/2021 | Ï 32 | ANSWER to 1 Complaint,,, with Jury Demand , COUNTERCLAIM against Sonos, Inc. by Google LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2 (sealed))(Verhoeven, Charles) (Entered: 01/08/2021) |
| 01/08/2021 | Ï 33 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Order) (Verhoeven, Charles) (Entered: 01/08/2021) |
| 01/08/2021 | Ï 34 | MOTION to Transfer Case *to the Northern District of California* by Google LLC. (Attachments: # 1 Affidavit Declaration of Daniel Friedland, # 2 Affidavit Declaration of James Judah, # 3 Affidavit Declaration of Lindsay Cooper, # 4 Exhibit 1 to Decl. of Lindsay Cooper (sealed), # 5 Exhibit 2 to Decl. of Lindsay Cooper (sealed), # 6 Exhibit 3 to Decl. of Lindsay Cooper (sealed), # 7 Exhibit 4 to Decl. of Lindsay Cooper, # 8 Exhibit 5 to Decl. of Lindsay Cooper, # 9 Exhibit 6 to Decl. of Lindsay Cooper, # 10 Exhibit 7 to Decl. of Lindsay Cooper (sealed), # 11 Exhibit 8 to Decl. of Lindsay Cooper (sealed), # 12 Exhibit 9 to Decl. of Lindsay Cooper (sealed), # 13 Exhibit 10 to Decl. of Lindsay Cooper (sealed), # 14 Exhibit 11 to Decl. of Lindsay Cooper, # 15 Exhibit 12 to Decl. of Lindsay Cooper, # 16 Exhibit 13 to Decl. of Lindsay Cooper, # 17 Exhibit 14 to Decl. of Lindsay Cooper, # 18 Exhibit 15 to Decl. of Lindsay Cooper, # 19 Exhibit 16 to Decl. of Lindsay Cooper, # 20 Exhibit 17 to Decl. of Lindsay Cooper, # 21 Exhibit 18 to Decl. of Lindsay Cooper, # 22 Exhibit 19 to Decl. of Lindsay Cooper, # 23 Exhibit 20 to Decl. of Lindsay Cooper, # 24 Exhibit 21 to Decl. of Lindsay Cooper, # 25 Exhibit 22 to Decl. of Lindsay Cooper, # 26 Exhibit 23 to Decl. of Lindsay Cooper, # 27 Exhibit 24 to Decl. of Lindsay Cooper, # 28 Exhibit 25 to Decl. of Lindsay Cooper, # 29 Exhibit 26 to Decl. of Lindsay Cooper, # 30 Exhibit 27 to Decl. of Lindsay Cooper, # 31 Exhibit 28 to Decl. of Lindsay Cooper, # 32 Exhibit 29 to Decl. of Lindsay Cooper, # 33 Exhibit 30 to Decl. of Lindsay Cooper, # 34 Exhibit 31 to Decl. of Lindsay Cooper, # 35 Exhibit 32 to Decl. of Lindsay Cooper, # 36 Proposed Order)(Verhoeven, Charles) Modified on 9/22/2021 (ir). (Entered: 01/08/2021) |
| 01/08/2021 | Ï 35 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Proposed Order) (Verhoeven, Charles) (Entered: 01/08/2021) |
| 01/14/2021 | Ï | Text Order GRANTING 33 Motion for Leave to File Sealed Document entered by Judge Alan D Albright. The Motion is GRANTED, and the Clerk 's Office is directed to file the attached documents under seal.(This is a text−only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 01/14/2021) |
| 01/14/2021 | Ï | Text Order GRANTING 35 Motion for Leave to File Sealed Document entered by Judge Alan D Albright. The Motion is GRANTED, and the Clerk 's Office is directed to file the attached documents under seal. (This is a text−only entry generated by the court. There is no document |

| | | associated with this entry.) (hs) (Entered: 01/14/2021) |
|---|---|---|
| 01/14/2021 | Ï 36 | Sealed Document filed: Unredacted copy of 32 Answer and (Attachments: # 1 Exhibit B) (lad) (Entered: 01/14/2021) |
| 01/14/2021 | Ï 37 | Sealed Motion filed: GOOGLE LLCS MOTION TO TRANSFER (Attachments: # 1 Declaration in Support, # 2 Declaration in Support, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 7, # 7 Exhibit 8, # 8 Exhibit, # 9 Exhibit) (lad) (Entered: 01/14/2021) |
| 01/14/2021 | Ï 38 | SCHEDULING ORDER: Motions due by 3/11/2022 Joinder of Parties due by 7/16/2021. Amended Pleadings due by 9/24/2021. Markman Hearing set for 6/4/2021 09:00 AM before Judge Alan D Albright. Pretrial Conference set for 5/13/2022 before Judge Alan D Albright. Jury Selection and Jury Trial set for 6/6/2022 09:00 AM before Judge Alan D Albright..Motions terminated: 30 Joint MOTION *to Enter Scheduling Order* filed by Sonos, Inc.. Signed by Judge Alan D Albright. (am) (Entered: 01/14/2021) |
| 01/14/2021 | Ï 39 | MOTION for Leave to File TO AMEND OR SUPPLEMENT COMPLAINT by Sonos, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Proposed Order)(Caridis, Alyssa) (Entered: 01/14/2021) |
| 01/21/2021 | Ï 40 | RESPONSE to Motion, filed by Google LLC, re 39 MOTION for Leave to File TO AMEND OR SUPPLEMENT COMPLAINT filed by Plaintiff Sonos, Inc. (Attachments: # 1 Affidavit Declaration of Lindsay Cooper, # 2 Exhibit 1 to Cooper Decl., # 3 Exhibit 2 to Cooper Decl., # 4 Proposed Order)(Verhoeven, Charles) (Entered: 01/21/2021) |
| 01/27/2021 | Ï 41 | RESPONSE in Support, filed by Sonos, Inc., re 39 MOTION for Leave to File TO AMEND OR SUPPLEMENT COMPLAINT filed by Plaintiff Sonos, Inc. (Siegmund, Mark) (Entered: 01/27/2021) |
| 01/27/2021 | Ï 42 | MOTION to Stay *Proceedings Pending Resolution of Google's Motion To Transfer, Or in the Alternative, Motion To Modify The Case Schedule* by Google LLC. (Attachments: # 1 Affidavit Declaration of Lindsay Cooper, # 2 Exhibit 1 to Cooper Decl., # 3 Exhibit 2 to Cooper Decl., # 4 Proposed Order)(Verhoeven, Charles) Modified on 9/22/2021 (ir). (Entered: 01/27/2021) |
| 01/28/2021 | Ï 43 | ORDER Setting Zoom Discovery Hearing for 1/29/2021 03:30 PM before Judge Alan D Albright. Signed by Judge Alan D Albright. (bot1) (Entered: 01/28/2021) |
| 01/29/2021 | Ï 44 | *SONOS, INC.S* ANSWER to 32 Answer to Complaint, Counterclaim *TO GOOGLE LLCS COUNTERCLAIMS* by Sonos, Inc..(Caridis, Alyssa) (Entered: 01/29/2021) |
| 01/29/2021 | Ï 45 | Minute Entry for proceedings held before Judge Alan D Albright: Discovery Hearing held on 1/29/2021. Case called for Discovery Hearing. Parties announce ready. Plaintiff argues their (dkt #39) Motion for Leave to Amend or Supplement the Complaint to add the 885 patent which are of the same family of the already existing 206 and 966 patent. Google agrees as long as they can extend all deadlines by 8 weeks, but plaintiff does not agree to that stipulation. The court announces that the Motion will be Granted; the Markman will be moved from June 4, 2021 to July 1, 2021 (time yet unset); all dates are shifted accordingly. It is the courts intent to address Defendants SEALED (dkt #37) motion before the Markman hearing and requests that Google notify the court once the motion is ripe. Plaintiff announces to the court their intention to drop the 406 patent from the suit and will be filing a pleading with the court in short order. Written Order forthcoming. Hearing concluded (Minute entry documents are not available electronically.). (Court Reporter Kristie Davis.)(am) Modified on 2/1/2021 (am). (Entered: 02/01/2021) |
| 02/08/2021 | Ï 46 | Transcript filed of Proceedings held on 1–29–21, Proceedings Transcribed: Discovery Hearing (Zoom). Court Reporter/Transcriber: Kristie Davis, Telephone number: 254–340–6114. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public |

| | | |
|---|---|---|
| | | terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/1/2021, Redacted Transcript Deadline set for 3/11/2021, Release of Transcript Restriction set for 5/10/2021, (kd) (Entered: 02/08/2021) |
| 02/10/2021 | Ï 47 | Joint MOTION *to Enter Amended Scheduling Order* by Google LLC. (Attachments: # 1 Exhibit A)(Verhoeven, Charles) (Entered: 02/10/2021) |
| 02/11/2021 | Ï 48 | SCHEDULING ORDER: Markman Hearing set for 7/1/2021 09:00 AM before Judge Alan D Albright. Joinder of Parties due by 8/13/2021. Amended Pleadings due by 10/22/2021. Motions due by 4/8/2022. Pretrial Conference set for 6/1/2022 09:00 AM before Judge Alan D Albright. Jury Selection and Jury Trial set for 6/6/2022 09:00 AM before Judge Alan D Albright. Motions terminated: 47 Joint MOTION *to Enter Amended Scheduling Order* filed by Google LLC. Signed by Judge Alan D Albright. (am) (Entered: 02/11/2021) |
| 02/12/2021 | Ï | Text Order GRANTING 39 Motion for Leave to File entered by Judge Alan D Albright. Came on for consideration is Plaintiff's Motion. On January 29, 2021, the Court held a hearing and GRANTED this Motion. Therefore, the Clerk's office is directed to file the attached Amended Complaint and exhibits. (This is a text−only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 02/12/2021) |
| 02/12/2021 | Ï 52 | Standing Order Regarding Filing Documents Under Seal and Redacted Pleadings in Patent Cases. Signed by Judge Alan D Albright. as of 2/12/2021. (bot1) (Entered: 02/24/2021) |
| 02/17/2021 | Ï 49 | AMENDED COMPLAINT against Google LLC filed by Sonos, Inc.. (Attachments: # 1 Exhibit Supplemental Preliminary Infringement Contentions and Identification of Priority Dates)(am) (Additional attachment(s) added on 2/17/2021: # 2 Exhibit) (am). (Entered: 02/17/2021) |
| 02/18/2021 | Ï 50 | Unopposed MOTION for Leave to File SECOND AMENDED COMPLAINT by Sonos, Inc.. (Attachments: # 1 Proposed Order, # 2 Second Amended Complaint, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18, # 21 Exhibit 19, # 22 Exhibit 20, # 23 Exhibit 21, # 24 Exhibit 22, # 25 Exhibit 23, # 26 Exhibit 24, # 27 Exhibit 25, # 28 Exhibit 26, # 29 Exhibit 27, # 30 Exhibit 28, # 31 Exhibit 29, # 32 Exhibit 30, # 33 Exhibit 31, # 34 Exhibit 32, # 35 Exhibit 33, # 36 Exhibit 34, # 37 Exhibit 35, # 38 Exhibit 36, # 39 Exhibit 37, # 40 Exhibit 38, # 41 Exhibit 39, # 42 Exhibit 40, # 43 Exhibit 41, # 44 Exhibit 42, # 45 Exhibit 43, # 46 Exhibit 44, # 47 Exhibit 45)(Caridis, Alyssa) (Entered: 02/18/2021) |
| 02/23/2021 | Ï | Text Order GRANTING 50 Motion for Leave to File entered by Judge Alan D Albright. Before the Court is Plaintiff's Motion for Leave to File its Second Amended Complaint. Noting that the Motion is unopposed, the Court GRANTS the Motion. Accordingly, Plaintiff's Second Amended Complaint is hereby accepted for filing and entered into the record.(This is a text−only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 02/23/2021) |
| 02/23/2021 | Ï 51 | SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT against Google LLC filed by Sonos, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit |

| | | 45)(am) (Entered: 02/23/2021) |
|---|---|---|
| 02/24/2021 | ℹ 53 | MOTION to Appear Pro Hac Vice by Jeffrey Lance Johnson *[Kristina McKenna]* ( Filing fee $ 100 receipt number 0542–14523312) by on behalf of Sonos, Inc.. (Attachments: # 1 Proposed Order)(Johnson, Jeffrey) (Entered: 02/24/2021) |
| 02/26/2021 | ℹ | Text Order GRANTING 53 Motion to Appear Pro Hac Vice for Attorney Kristina DiBenedetto McKenna for Sonos, Inc. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT–I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text–only entry generated by the court. There is no document associated with this entry.) (mm6) (Entered: 02/26/2021) |
| 03/03/2021 | ℹ 54 | MOTION to Appear Pro Hac Vice by Mark D. Siegmund *on behalf of Matthew J. Sampson* ( Filing fee $ 100 receipt number 0542–14547997) by on behalf of Sonos, Inc.. (Attachments: # 1 Proposed Order)(Siegmund, Mark) (Entered: 03/03/2021) |
| 03/05/2021 | ℹ | Text Order GRANTING 54 Motion to Appear Pro Hac Vice for Attorney Matthew J. Sampson for Sonos, Inc. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT–I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text–only entry generated by the court. There is no document associated with this entry.) (mm6) (Entered: 03/05/2021) |
| 03/09/2021 | ℹ 55 | Motion to Dismiss for Failure to State a Claim by Google LLC. (Verhoeven, Charles) (Entered: 03/09/2021) |
| 03/23/2021 | ℹ 56 | RESPONSE to Motion, filed by Sonos, Inc., re 55 Motion to Dismiss for Failure to State a Claim filed by Google LLC (Johnson, Jeffrey) (Entered: 03/23/2021) |
| 03/30/2021 | ℹ 57 | RESPONSE in Support, filed by Google LLC, re 55 Motion to Dismiss for Failure to State a Claim filed by Google LLC (Verhoeven, Charles) (Entered: 03/30/2021) |
| 04/22/2021 | ℹ 58 | Joint MOTION *TO PARTIALLY AMEND THE SCHEDULING ORDER* by Sonos, Inc.. (Attachments: # 1 Exhibit A)(Siegmund, Mark) (Entered: 04/22/2021) |
| 04/23/2021 | ℹ 59 | ORDER GRANTING 58 Motion TO PARTIALLY AMEND THE SCHEDULING ORDER. Signed by Judge Alan D Albright. (bw) (Entered: 04/23/2021) |
| 04/27/2021 | ℹ 60 | BRIEF by Sonos, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25)(Siegmund, Mark) (Entered: 04/27/2021) |
| 05/18/2021 | ℹ 61 | Unopposed MOTION *to Partially Amend the Scheduling Order* by Google LLC. (Attachments: # 1 Exhibit A)(Amstutz, Paige) (Entered: 05/18/2021) |
| 05/19/2021 | ℹ 62 | |

| | | |
|---|---|---|
| | | ORDER GRANTING 61 Motion partially Amend Scheduling Order Signed by Judge Alan D Albright. (lad) (Entered: 05/20/2021) |
| 05/19/2021 | Ï | Reset Hearings: Markman Hearing set for 7/15/2021 09:30 AM before Judge Alan D Albright, (lad) (Entered: 05/20/2021) |
| 05/24/2021 | Ï 63 | NOTICE *Defendant Google LLC's Notice on Venue Discovery and Briefing Deadlines* by Google LLC (Amstutz, Paige) (Entered: 05/24/2021) |
| 06/01/2021 | Ï 64 | RESPONSE to Motion, filed by Google LLC, re 61 Unopposed MOTION *to Partially Amend the Scheduling Order* filed by Defendant Google LLC *Google's Response Claim Construction Brief* (Attachments: # 1 Declaration of J. Jaffe, # 2 Ex. 1, # 3 Ex. 2, # 4 Ex. 3, # 5 Ex. 4, # 6 Ex. 5, # 7 Ex. 6, # 8 Ex. 7, # 9 Ex. 8, # 10 Ex. 9, # 11 Ex. 10, # 12 Ex. 11, # 13 Ex. 12, # 14 Ex. 13, # 15 Ex. 14, # 16 Ex. 15, # 17 Ex. 16, # 18 Ex. 17)(Verhoeven, Charles) (Entered: 06/01/2021) |
| 06/03/2021 | Ï 65 | STATUS REPORT *Defendant Google LLC's Status Report on Motion to Transfer* by Google LLC. (Amstutz, Paige) (Entered: 06/03/2021) |
| 06/15/2021 | Ï 66 | BRIEF regarding 60 Brief,, by Sonos, Inc.. (Attachments: # 1 Exhibit 26, # 2 Exhibit 27, # 3 Exhibit 28, # 4 Exhibit 29, # 5 Exhibit 30, # 6 Exhibit 31)(Siegmund, Mark) (Entered: 06/15/2021) |
| 06/15/2021 | Ï 67 | Sealed Document: Sonos's Response to Google's Motion to Transfer of 34 MOTION to Transfer Case *to the Northern District of California* by Sonos, Inc. (Attachments: # 1 Ex. 2, # 2 Ex. 3, # 3 Ex. 5, # 4 Ex. 7, # 5 Ex. 8, # 6 Ex. 9, # 7 Ex. 26, # 8 Ex. 29, # 9 Ex. 30) (Siegmund, Mark) (Entered: 06/15/2021) |
| 06/15/2021 | Ï 68 | ATTACHMENT: Unsealed exhibits to 67 Sealed Document, by Sonos, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Declaration of Mark Siegmund)(Siegmund, Mark) Modified on 6/16/2021 (lad). (Entered: 06/15/2021) |
| 06/16/2021 | Ï 69 | Standing Order regarding Scheduling Order. Signed by Judge Alan D Albright. (Entered: 06/17/2021) |
| 06/21/2021 | Ï 70 | ORDER RESETTING Zoom Markman Hearing for 8/6/2021 09:30 AM before Judge Alan D Albright. Signed by Judge Alan D Albright. (bot1) (Entered: 06/21/2021) |
| 06/22/2021 | Ï 71 | MOTION to Appear Pro Hac Vice by Mark D. Siegmund *for Cole B. Richter* ( Filing fee $ 100 receipt number 0542–14936997) by on behalf of Sonos, Inc.. (Attachments: # 1 Proposed Order)(Siegmund, Mark) (Entered: 06/22/2021) |
| 06/22/2021 | Ï 72 | MOTION to Appear Pro Hac Vice by Mark D. Siegmund *for David R. Grosby* ( Filing fee $ 100 receipt number 0542–14937019) by on behalf of Sonos, Inc.. (Attachments: # 1 Proposed Order)(Siegmund, Mark) (Main Document 72 replaced on 6/22/2021) (ir). (Attachment 1 replaced on 6/22/2021) (ir). (Entered: 06/22/2021) |
| 06/22/2021 | Ï 73 | MOTION to Appear Pro Hac Vice by Mark D. Siegmund *for Jae Y. Pak* ( Filing fee $ 100 receipt number 0542–14937034) by on behalf of Sonos, Inc.. (Attachments: # 1 Proposed Order)(Siegmund, Mark) (Entered: 06/22/2021) |
| 06/22/2021 | Ï 74 | MOTION to Appear Pro Hac Vice by Mark D. Siegmund *for Michael P. Boyea* ( Filing fee $ 100 receipt number 0542–14937065) by on behalf of Sonos, Inc.. (Attachments: # 1 Proposed |

|  |  | Order)(Siegmund, Mark) (Main Document 74 replaced on 6/23/2021) (lad). (Entered: 06/22/2021) |
|---|---|---|
| 06/22/2021 | Ï 75 | ORDER SETTING SEALED DISCOVERY HEARING. SEALED DISCOVERY HEARING BY ZOOM set for 6/22/2021 03:00 PM before Judge Alan D Albright. Signed by Judge Alan D Albright. (ir) (Entered: 06/22/2021) |
| 06/22/2021 | Ï 76 | Minute Entry for proceedings held before Judge Alan D Albright: Discovery Hearing held on 6/22/2021 (Minute entry documents are not available electronically.)Case called for Discovery Hearing. Parties argued their issues regarding discovery. The Court heardall arguments and will be issuing an Order as soon as possible. (Court Reporter Kristie Davis.)(ab4) (Entered: 06/22/2021) |
| 06/22/2021 | Ï 77 | Redacted Copy *Sonos's Response to Google's Motion to Transfer* of 67 Sealed Document, by Sonos, Inc.. (Siegmund, Mark) (Entered: 06/22/2021) |
| 06/23/2021 | Ï 78 | Transcript filed of Proceedings held on 6–22–21, Proceedings Transcribed: Discovery Hearing (Zoom). Court Reporter/Transcriber: Kristie Davis, Telephone number: 254–340–6114. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 7/14/2021, Redacted Transcript Deadline set for 7/26/2021, Release of Transcript Restriction set for 9/21/2021, (kd) (Entered: 06/23/2021) |
| 06/23/2021 | Ï 79 | TRANSCRIPT REQUEST by Sonos, Inc. for proceedings held on 6/22/2021. Proceedings Transcribed: Discovery Hearing. Court Reporter: Kristie Davis. (Caridis, Alyssa) (Entered: 06/23/2021) |
| 06/25/2021 | Ï 80 | Joint MOTION *to Enter Discovery Order* re 76 Discovery Hearing, by Sonos, Inc.. (Attachments: # 1 Proposed Order)(Siegmund, Mark) Modified on 9/23/2021 (ir). (Entered: 06/25/2021) |
| 06/29/2021 | Ï 81 | RESPONSE *(Surreply Claim Construction Brief)* to 66 Brief by Google LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Verhoeven, Charles) (Entered: 06/29/2021) |
| 06/29/2021 | Ï 82 | Sealed Document: *Google's Reply in Support* of 34 MOTION to Transfer Case *to the Northern District of California* by Google LLC (Attachments: # 1 Affidavit Declaration of Umesh Patil, # 2 Affidavit Declaration of James Judah, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 19, # 19 Exhibit 20) (Verhoeven, Charles) (Entered: 06/29/2021) |
| 06/29/2021 | Ï 83 | ATTACHMENT *Public Exhibits* to 82 Sealed Document,, by Google LLC. (Attachments: # 1 Affidavit Declaration of Lindsay Cooper, # 2 Exhibit 1, # 3 Exhibit 17, # 4 Exhibit 18, # 5 Exhibit 21, # 6 Exhibit 22, # 7 Exhibit 23, # 8 Exhibit 24, # 9 Exhibit 25, # 10 Exhibit 26, # 11 Exhibit 27, # 12 Exhibit 28, # 13 Exhibit 29, # 14 Exhibit 30, # 15 Exhibit 31)(Verhoeven, Charles) (Entered: 06/29/2021) |
| 07/06/2021 | Ï 84 | Redacted Copy –– *Google's Reply in Support of Motion to Transfer* of 82 Sealed Document,, by Google LLC. (Verhoeven, Charles) (Entered: 07/06/2021) |
| 07/13/2021 | Ï 85 | STIPULATION *Concerning Pre–Markman and Fact Discovery Deadlines* by Sonos, Inc.. (Siegmund, Mark) (Entered: 07/13/2021) |
| 07/14/2021 | Ï | Text Order GRANTING 71 Motion to Appear Pro Hac Vice for Attorney Cole B. Richter for Sonos, Inc. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS |

| | | |
|---|---|---|
| | | ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT–I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text–only entry generated by the court. There is no document associated with this entry.) (mm6) (Entered: 07/14/2021) |
| 07/14/2021 | Ï | Text Order GRANTING 72 Motion to Appear Pro Hac Vice for Attorney David R. Grosby for Sonos, Inc. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT–I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text–only entry generated by the court. There is no document associated with this entry.) (mm6) (Entered: 07/14/2021) |
| 07/14/2021 | Ï | Text Order GRANTING 73 Motion to Appear Pro Hac Vice for Attorney Jae Y. Pak for Sonos, Inc. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT–I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text–only entry generated by the court. There is no document associated with this entry.) (mm6) (Entered: 07/14/2021) |
| 07/14/2021 | Ï | Text Order GRANTING 74 Motion to Appear Pro Hac Vice for Attorney Michael P. Boyea for Sonos, Inc. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT–I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text–only entry generated by the court. There is no document associated with this entry.) (mm6) (Entered: 07/14/2021) |
| 07/16/2021 | Ï 86 | Unopposed MOTION *for Leave to File Sur–Reply* by Sonos, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Order)(Siegmund, Mark) (Entered: 07/16/2021) |
| 07/20/2021 | Ï 87 | Joint MOTION *for Extension of Time Concerning Pre–Markman and Fact Discovery Deadlines* by Sonos, Inc.. (Attachments: # 1 Proposed Order)(Siegmund, Mark) (Entered: 07/20/2021) |
| 07/21/2021 | Ï | Text Order GRANTING 86 Motion entered by Judge Alan D Albright. Came on for consideration is Plaintiff's Motion for Leave to File Sur–Reply. The Court GRANTS the Motion. Plaintiff shall have up to and including July 21, 2021 to file a seven (7) page sur–reply. (This is a text–only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 07/21/2021) |
| 07/21/2021 | Ï 88 | ORDER ON GOOGLES VENUE DISCOVERY REQUESTS. Signed by Judge Alan D Albright. (ir) (Entered: 07/21/2021) |

| 07/21/2021 | Ï 89 | ORDER GRANTING 87 MOTION for Extension of Time filed by Sonos, Inc. Signed by Judge Alan D Albright. (ir) (Entered: 07/21/2021) |
|---|---|---|
| 07/21/2021 | Ï 90 | ORDER on SEALED MOTION HEARING BY ZOOM. Motion Hearing set for 7/23/2021 10:30 AM before Judge Alan D Albright. Signed by Judge Alan D Albright. (ir) (Entered: 07/21/2021) |
| 07/21/2021 | Ï 91 | Sealed Motion Sonos, Inc.'s Sur–Reply to Google LLC's Motion to Transfer by Sonos, Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11) (Siegmund, Mark) Modified on 9/23/2021 (ir). (Entered: 07/21/2021) |
| 07/21/2021 | Ï 92 | ATTACHMENT *Public Exhibits* to 91 Sealed Motion Sonos, Inc.'s Sur–Reply to Google LLC's Motion to Transfer by Sonos, Inc. by Sonos, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11)(Siegmund, Mark) (Entered: 07/21/2021) |
| 07/23/2021 | Ï 93 | Minute Entry for proceedings held before Judge Alan D Albright: Motion Hearing held on 7/23/2021 re 91 Sealed Motion Sonos, Inc.'s Sur–Reply to Google LLC's Motion to Transfer by Sonos, Inc. filed by Sonos, Inc. Case called for a Motion Hearing. The Court heard argument on the motion at issue. After hearing theargument, the Court took pending motion under advisement and will issue and Order as soon aspossible. (Minute entry documents are not available electronically.). (Court Reporter Shelly Holmes.)(ab4) (Entered: 07/23/2021) |
| 07/26/2021 | Ï 94 | STATUS REPORT *Joint Claim Construction Statement* by Sonos, Inc.. (Siegmund, Mark) (Entered: 07/26/2021) |
| 07/28/2021 | Ï 95 | Sealed Transcript filed (This transcript is not available electronically) (kd) (Entered: 07/28/2021) |
| 07/29/2021 | Ï 96 | STIPULATION *Concerning Hearing Transcript* by Sonos, Inc.. (Siegmund, Mark) Modified on 7/30/2021 (lad). Modified on 9/23/2021 to terminate motion per JG (ir). (Entered: 07/29/2021) |
| 08/02/2021 | Ï 97 | ***VACATED BY 116 *** Order DENYING DEFENDANT GOOGLES MOTION TO TRANSFER. Copies will be sent via USPS or are available for local pickup. Signed by Judge Alan D Albright. (bw) Modified on 8/19/2021 (mc5). Modified on 9/27/2021 (lad). (Entered: 08/02/2021) |
| 08/02/2021 | Ï 98 | ORDER RESCHEDULING MARKMAN HEARING. Markman Hearing reset for 8/10/2021 09:30 AM before Judge Alan D Albright. Signed by Judge Alan D Albright. (ir) (Entered: 08/02/2021) |
| 08/03/2021 | Ï 99 | MOTION to Expedite *THE BRIEFING SCHEDULE ON ITS MOTION TO STAY CLAIM CONSTRUCTION PROCEEDINGS PENDING RESOLUTION OF GOOGLES MANDAMUS PETITION* by Google LLC. (Attachments: # 1 Proposed Order)(Verhoeven, Charles) (Entered: 08/03/2021) |
| 08/04/2021 | Ï 100 | MOTION to Stay *Claim Construction Proceedings* by Google LLC. (Attachments: # 1 Proposed Order)(Verhoeven, Charles) (Entered: 08/04/2021) |
| 08/05/2021 | Ï 101 | STATUS REPORT *Amended Joint Claim Construction Statement* by Google LLC. (Amstutz, Paige) (Entered: 08/05/2021) |
| 08/05/2021 | Ï 102 | Response in Opposition to Motion, filed by Sonos, Inc., re 100 MOTION to Stay *Claim Construction Proceedings* filed by Defendant Google LLC (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Siegmund, Mark) (Entered: 08/05/2021) |
| 08/06/2021 | Ï 104 | Federal Circuit ORDER denying it's document #5 Motion for stay pending appeal under Rule 8/18 filed by Google LLC. (re 99 MOTION to Expedite *THE BRIEFING SCHEDULE ON ITS MOTION TO STAY CLAIM CONSTRUCTION PROCEEDINGS PENDING RESOLUTION OF* |

|  |  | *GOOGLES MANDAMUS PETITION* filed by Google LLC, 100 MOTION to Stay *Claim Construction Proceedings* filed by Google LLC ). (lad) (Entered: 08/09/2021) |
|---|---|---|
| 08/09/2021 | Ï 103 | MOTION to Appear Pro Hac Vice by Paige Arnette Amstutz *for Marc L. Kaplan* ( Filing fee $ 100 receipt number 0542–15093621) by on behalf of Google LLC. (Attachments: # 1 Proposed Order)(Amstutz, Paige) (Entered: 08/09/2021) |
| 08/09/2021 | Ï | Text Order GRANTING 103 Motion to Appear Pro Hac Vice for Attorney Marc L. Kaplan for Google LLC. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT–I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text–only entry generated by the court. There is no document associated with this entry.) (jc5) (Entered: 08/09/2021) |
| 08/10/2021 | Ï 105 | Minute Entry for proceedings held before Judge Alan D Albright: Markman Hearing held on 8/10/2021. Case called for Markman Hearing by Zoom. Parties announce ready. Parties argue term Zone Scene; term Zone Configuration v Group Configuration. Parties argue claims. Rulings made on the record, to be followed up with an order. Hearing concluded. (Minute entry documents are not available electronically.). (Court Reporter Kristie Davis.)(ir) (Entered: 08/10/2021) |
| 08/11/2021 | Ï 106 | Transcript filed of Proceedings held on 8–10–21, Proceedings Transcribed: Markman hearing. Court Reporter/Transcriber: Kristie Davis, Telephone number: 254–340–6114. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 9/1/2021, Redacted Transcript Deadline set for 9/13/2021, Release of Transcript Restriction set for 11/9/2021, (kd) (Entered: 08/11/2021) |
| 08/26/2021 | Ï 107 | MOTION to Strike *Sonos's Untimely Priority Claims* by Google LLC. (Attachments: # 1 Affidavit Declaration of Jordan Jaffe, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9)(Verhoeven, Charles) (Entered: 08/26/2021) |
| 08/26/2021 | Ï 108 | CORRECTED MOTION to Strike *Sonos's Untimely Priority Claims* by Google LLC. (Attachments: # 1 Affidavit Declaration of Jordan Jaffe, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10)(Verhoeven, Charles) (Entered: 08/26/2021) |
| 08/27/2021 | Ï 109 | NOTICE *Regarding Unopposed Amendment to the Scheduling Order* by Sonos, Inc. (Siegmund, Mark) (Entered: 08/27/2021) |
| 09/09/2021 | Ï 110 | Response in Opposition to Motion, filed by Sonos, Inc., re 108 CORRECTED MOTION to Strike *Sonos's Untimely Priority Claims* filed by Google LLC (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Siegmund, Mark) (Entered: 09/09/2021) |
| 09/09/2021 | Ï 111 | Sealed Document: *Exhibit F* of 110 Response in Opposition to Motion, by Sonos, Inc. (Siegmund, Mark) (Entered: 09/09/2021) |
| 09/15/2021 | Ï 112 | Joint MOTION for Protective Order *Joint Motion for Entry of Stipulated Protective Order* by Google LLC. (Attachments: # 1 Exhibit 1)(Amstutz, Paige) (Entered: 09/15/2021) |

| 09/16/2021 | Ï 113 | STIPULATED PROTECTIVE ORDER. Signed by Judge Alan D Albright. (ir) (Entered: 09/16/2021) |
|---|---|---|
| 09/16/2021 | Ï 114 | REPLY to Response to Motion, filed by Google LLC, re 108 CORRECTED MOTION to Strike *Sonos's Untimely Priority Claims* filed by Google LLC (Verhoeven, Charles) (Entered: 09/16/2021) |
| 09/20/2021 | Ï 115 | STATUS REPORT by Sonos, Inc.. (Siegmund, Mark) (Entered: 09/20/2021) |
| 09/23/2021 | Ï | Text Order MOOTING 99 Motion to Expedite entered by Judge Alan D Albright. The Court held a Markman hearing on August 10, 2021, rendering this Motion MOOT. (This is a text–only entry generated by the court. There is no document associated with this entry.) (JGlc) (Entered: 09/23/2021) |
| 09/23/2021 | Ï | Text Order MOOTING 100 Motion to Stay entered by Judge Alan D Albright. The Court held a Markman hearing on August 10, 2021, rendering this Motion MOOT. (This is a text–only entry generated by the court. There is no document associated with this entry.) (JGlc) (Entered: 09/23/2021) |
| 09/27/2021 | Ï 116 | Federal Circuit ORDER granting Petition for Writ of Mandamus filed by Petitioner Google LLC. The district courts order 97 denying Googles motion to transfer is vacated, and the district court is directed to grant the transfer motion. Googles motion to waive the requirements of Federal Circuit Rule 25.1(d)(1) is granted. (lad) (Entered: 09/27/2021) |
| 09/27/2021 | Ï 117 | ORDER TRANSFERRING CASE TO THE NORTHERN DISTRICT OF CALIFORNIA. Signed by Judge Alan D Albright. (ir) (Entered: 09/27/2021) |