

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

1301 Clay Street
Oakland, CA 94612
*cand.uscourts.gov*

September 29, 2021

Cole B. Richter, David R Grosby, Jae Y. Pak, Matthew J. Sampson, Michael P. Boyea
Lee Sullivan Shea & Smith LLP
656 W Randolph Street, Floor 5W
Chicago, IL 60661

Kristina DiBenedetto McKenna
Orrick Herrington Sutcliffe LLP
222 Berkeley St, Ste. 2000
Boston, MA 02116

Re:    Sonos, Inc. v. Google LLC
Case Number: 21-cv-07559-KAW

Dear Counsel/Parties:

This matter has been randomly assigned to United States Magistrate Judge Kandis A. Westmore for all purposes including trial.

The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

A review of our records discloses that the Consent or Declination to Magistrate Judge Jurisdiction has not been filed in this case. All parties are requested to complete the attached form documenting either consent or declination and e-file it with the Court by **October 13, 2021.** This form can be found on the Court's website at cand.uscourts.gov/civilforms.

Please note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences.

                                    Susan Y. Soong
                                    Clerk, United States District Court
                                    By _____

                                    William F. Tabunut, Deputy Clerk to the
                                    Honorable KANDIS A. WESTMORE

*REV. 9-19*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No. 21-cv-07559-KAW<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

　　( )　**Consent to Magistrate Judge Jurisdiction**

　　　　In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

　　　　**OR**

　　( )　**Decline Magistrate Judge Jurisdiction**

　　　　In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:　　　　　　　　　　　　　　　NAME: _____

　　　　　　　　　　　　　　　　　　COUNSEL FOR (OR "PRO SE"):

　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Signature

*REV. 9-19*