UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SONOS, INC.,

        Plaintiff,

    v.

GOOGLE LLC,

        Defendant.

No.  C 21-07559 WHA

**REQUEST FOR MORE INFORMATION REGARDING GOOGLE'S PRÉCIS REQUEST**

Google requests permission to file a Rule 12 motion to dismiss Sonos's pre-suit willfulness and indirect infringement claims.  Sonos has opposed (Dkt. Nos. 125, 126).  The parties shall please provide the following information:  (1) whether Sonos sent written cease-and-desist letters to Google regarding the patents-in-suit prior to Google's receipt of a pre-filing copy of Sonos's complaint that served to put Google on notice of infringement; (2) whether Sonos sent Google any other written cease-and-desist letters regarding the allegedly infringing instrumentalities at issue here asserting other patents prior to the filing of Sonos's complaint.

Responses are due **THURSDAY, DECEMBER 16, 2021, AT 5:00 P.M.**

Dated:  December 14, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California