QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC., | CASE NO. 3:21-cv-07559-WHA |
| Plaintiff, | **NOTICE OF APPEARANCE OF JOCELYN MA** |
| vs. | |
| GOOGLE LLC, | |
| Defendant. | |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 5-1(c)(2), Jocelyn Ma, an attorney with the firm of Quinn Emanuel Urquhart & Sullivan, LLP admitted to practice before this Court, hereby appears as an attorney of record for Google LLC in the above-captioned matter. Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

> Jocelyn Ma (Bar No. 319878)
> QUINN EMANUEL URQUHART & SULLIVAN, LLP
> jocelynma@quinnemanuel.com
> 50 California Street, 22nd Floor
> San Francisco, California 94111-4788
> Telephone:   (415) 875-6600
> Facsimile:   (415) 875-6700

DATED:  December 20, 2021         QUINN EMANUEL URQUHART & SULLIVAN, LLP


By _____ */s/ Jocelyn Ma* _____
   JOCELYN MA
   Attorney for GOOGLE LLC