QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC., | CASE NO. 3:21-cv-07559-WHA |
| Plaintiff, | **NOTICE OF APPEARANCE OF NIMA HEFAZI** |
| vs. | |
| GOOGLE LLC, | |
| Defendant. | |

1 **TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS**
2 **OF RECORD:**

3     **PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 5-1(c)(2), Nima Hefazi, an
4 attorney with the firm of Quinn Emanuel Urquhart & Sullivan, LLP admitted to practice before this
5 Court, hereby appears as an attorney of record for Google LLC in the above-captioned matter.
6 Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

> Nima Hefazi (Bar No. 272816)
> QUINN EMANUEL URQUHART & SULLIVAN, LLP
> nimahefazi@quinnemanuel.com
> 865 S. Figueroa Street, 10th Floor
> Los Angeles, California 90017
> Telephone:  (213) 443-3879
> Facsimile:  (213) 443-3100

DATED: December 20, 2021    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By    */s/ Nima Hefazi*
    NIMA HEFAZI
    Attorney for GOOGLE LLC