UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SONOS, INC.,

    Plaintiff,

v.

GOOGLE LLC,

    Defendant.

No. C 21-07559 WHA

**ORDER RE PRÉCIS REQUEST TO FILE MOTION TO DISMISS**

Having considered the parties' positions, Google's précis request to file a Rule 12 motion to dismiss Sonos's claims of willful and indirect infringement as to the '885, '033, and '966 patents is **GRANTED** to the following extent. The proposed motion shall be filed no later than **MONDAY, JANUARY 10, 2022** on a standard 35-day track. Our hearing is tentatively scheduled for **FEBRUARY 24, 2022 AT 8:00 AM**.

The parties shall please be as precise as possible in describing which claims-in-suit were called out in the correspondence between the parties and which were not. And, if a particular patent claim was called out in correspondence, the parties shall describe with specificity how close the correspondence came to stating that the accused product infringed it.

**IT IS SO ORDERED.**

Dated: December 30, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE