UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>  Plaintiff,<br><br>  vs.<br><br>GOOGLE LLC,<br><br>  Defendant. | CASE NO. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE'S MOTION TO DISMISS SONOS'S SECOND AMENDED COMPLAINT** |

1    Before the Court is Google LLC's Motion to Dismiss Sonos's Second Amended Complaint
2    ("Motion").  Having reviewed the Motion, and good cause appearing therefor, this Court concludes
3    that the Motion should be, and is hereby, **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____, 2022

_____<br>
HON. WILLIAM ALSUP<br>
United States District Court Judge