1  CLEMENT SETH ROBERTS (State Bar No. 209203)
   croberts@orrick.com
2  ALYSSA CARIDIS (State Bar No. 260103)
   acaridis@orrick.com
3  EVAN D. BREWER (State Bar No. 304411)
   ebrewer@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105-2669
6  Telephone: (415) 773-5700; Facsimile: (415) 773-5759

7  GEORGE I. LEE (*pro hac vice*)
   lee@ls3ip.com
8  SEAN M. SULLIVAN (*pro hac vice*)
   sullivan@ls3ip.com
9  RORY P. SHEA (*pro hac vice*)
   shea@ls3ip.com
10 J. DAN SMITH (*pro hac vice*)
   smith@ls3ip.com
11 MICHAEL P. BOYEA (*pro hac vice*)
   boyea@ls3ip.com
12 COLE B. RICHTER (*pro hac vice*)
   richter@ls3ip.com
13 LEE SULLIVAN SHEA & SMITH LLP
   656 W Randolph St., Floor 5W
14 Chicago, IL 60661
   Telephone: (312) 754-0002; Facsimile: (312) 754-0003
15

16 *Attorneys for Sonos, Inc.*

17                    UNITED STATES DISTRICT COURT

18        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

19

| 20 | GOOGLE LLC, | Case No. 3:20-cv-06754-WHA |
|---|---|---|
| 21 | Plaintiff, | **NOTICE OF APPEARANCE OF** |
| 22 | v. | **EVAN D. BREWER PURSUANT TO** |
| 23 | SONOS, INC., | **CIVIL L.R. 5-1(c)(2)** |
| 24 | Defendant. | |
| 25 | SONOS, INC., | Case No. 3:21-cv-07559-WHA |
| 26 | Plaintiff, | |
| 27 | v. | |
| 28 | GOOGLE LLC, | |
|  | Defendant. | |

TO THE CLERK OF THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that Evan D. Brewer of Orrick, Herrington & Sutcliffe LLP, does hereby enter his appearance on behalf of Sonos, Inc. ("Sonos") and requests that notice of all further papers and proceedings, except original process, be served upon him at the following address:

    Evan D. Brewer
    Orrick, Herrington & Sutcliffe LLP
    701 5th Avenue, Suite 5600
    Seattle, WA  98104-7097
    Telephone: (206) 839-4397
    Facsimile: (206) 839-4301
    E-mail: ebrewer@orrick.com

This appearance is without prejudice to, or waiver of, any defense that Sonos may have, including, but not limited to, defenses based on lack of personal jurisdiction, improper venue, insufficient process, and insufficient service of process.


Dated: January 24, 2022

                                    By:  */s/ Evan D. Brewer*
                                    CLEMENT SETH ROBERTS
                                    ALYSSA CARIDIS
                                    EVAN D. BREWER

                                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                                    GEORGE I. LEE
                                    SEAN M. SULLIVAN
                                    RORY P. SHEA
                                    J. DAN SMITH
                                    MICHAEL BOYEA
                                    COLE B. RICHTER

                                    LEE SULLIVAN SHEA & SMITH LLP

                                    *Attorneys for Sonos, Inc.*