CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
EVAN D. BREWER (STATE BAR NO. 304411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Tel.: (415) 773-5700; Fax: (415) 773-5759

GEORGE I. LEE (*pro hac vice*)
lee@ls3ip.com
SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
RORY P. SHEA (*pro hac vice*)
shea@ls3ip.com
J. DAN SMITH (*pro hac vice*)
smith@ls3ip.com
MICHAEL P. BOYEA (*pro hac vice*)
boyea@ls3ip.com
COLE B. RICHTER  (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Tel.: (312) 754-0002; Fax: (312) 754-0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC., | Case No. 21-cv-07559-WHA |
| Plaintiff, | **DECLARATION OF EVAN D. BREWER IN SUPPORT OF SONOS, INC.'S OPPOSITION TO GOOGLE LLC'S MOTION TO DISMISS SONOS'S SECOND AMENDED COMPLAINT** |
| v. | |
| GOOGLE LLC, | |
| Defendant. | Date:  February 24, 2022 |
| | Time:  8:00 a.m. |
| | Place:  Courtroom 12, 9th Floor |
| | Judge:  Hon. William Alsup |
| | Second Amnd. Complaint Filed: 02/23/2021 |

I, Evan D. Brewer, declare as follows and would so testify under oath if called upon to do so:

1.      I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record to Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good standing of the Bar of the State of California. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2.      I make this declaration in support of Sonos's Opposition to Google's Motion to Dismiss the Second Amended Complaint.

3.      Attached hereto as **Exhibit A** is a true and correct excerpted copy of an email and attachment sent by Mark Triplett of Sonos to John LaBarre and Allen Lo of Google on October 13, 2016, attaching a document titled "Sonos: Overview of Selected Sonos Patent Assets Relevant to Google October 2016."

4.      Attached hereto as **Exhibit B** is a true and correct excerpted copy of an email and attachment sent by Willy Chen of Sonos to Matthew Gubiotti of Google on January 31, 2018, attaching a document titled "Sonos and Google with Google Home Max Analysis.".

5.      Attached hereto as **Exhibit C** is a true and correct copy of Sonos's Claim Chart for U.S. Patent No. 9,654,821, sent by Sonos to Google on February 22, 2019 as part of a set of 100 claim charts.

6.      Attached hereto as **Exhibit D** is a true and correct excerpted copy of an email and attachment sent by Alaina Kwasizur of Sonos to Tim Kowalski and Bradley Riel of Google on June 13, 2019, attaching a document titled "Sonos-Google IP License Discussion June 11, 2019.".

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 24th day of January, 2022 in Mercer Island, Washington.

_____
EVAN D. BREWER

Decl. of Brewer iso Sonos's Opp. to Google's
Mot. to Dismiss Sonos's Second Amd. Complaint
21-cv-07559-WHA

# EXHIBIT A

**To:** John LaBarre[jlabarre@google.com]; Allen Lo[alo@google.com]; lsorell@google.com[lsorell@google.com]
**Cc:** Tom Cullen[Tom.Cullen@sonos.com]; Alaina Kwasizur[Alaina.Kwasizur@sonos.com]; Craig Shelburne[Craig.Shelburne@sonos.com]
**From:** Mark Triplett[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=694E76097D884EE989D4D92F32BBE9B4-MARK TRIPLE]
**Sent:** Thur 10/13/2016 2:39:48 PM Eastern Standard Time
**Subject:** RE: Sonos Meeting Follow Up
**Attachment:** Google Education Material 10_13_06.pdf

Hi John and Lou,

Attached is the other round of educational material that I mentioned in my email below. I apologize for not sending it last week. It should be helpful to better understand how certain Sonos patents relate to Google.

Also, please confirm our meeting on Tuesday, the 25th in sunny Santa Barbara and suggest a time that works best for you and Lou.

My Best,
Mark

---

**From:** Mark Triplett
**Sent:** Thursday, October 06, 2016 10:51 AM
**To:** 'John LaBarre'; Allen Lo; lsorell@google.com
**Cc:** Tom Cullen; Alaina Kwasizur; Craig Shelburne
**Subject:** RE: Sonos Meeting Follow Up

Okay – sounds good John. It's fine if you can't get me the list beforehand…we should meet either way. So, let's plan on Tuesday, the 25th in Santa Barbara.
See you soon.
-mark

**From:** John LaBarre [mailto:jlabarre@google.com]
**Sent:** Wednesday, October 05, 2016 5:52 PM
**To:** Mark Triplett; Allen Lo; lsorell@google.com
**Cc:** Tom Cullen; Alaina Kwasizur; Craig Shelburne
**Subject:** Re: Sonos Meeting Follow Up

Thanks for the note, Mark.  Let me confer with Lou, but I think we can make Tuesday work.

We are working towards providing you a preliminary list of relevant Google patents and was planning on providing that list to you at the meeting (or perhaps a few days in advance).  If that doesn't suit your needs, we can commit to providing you the list that week, and then we could have our follow-up meeting at some later point (e.g., two-three weeks after that).

Please just let me know your preference (*i.e.*, work towards a meeting on the 25th with us providing you our list on the 21st OR provide you our list on the 21st and set up a meeting for sometime in November).

Best,

John

On Wed, Oct 5, 2016 at 3:00 PM Mark Triplett <Mark.Triplett@sonos.com> wrote:
Hi John,

Thanks for the note. I happen to be in SB the week of the 24th. How about either Tuesday or Wednesday? Tuesday is probably best for me. If those days don't work, then please propose another day/time that week and I can rearrange flights.

Your last note mentioned looking to the relevancy of Google's patent portfolio to Sonos's line of business. If you have any Google patents to discuss, I'd kindly ask for the list and their relevance to Sonos products this week so that we can be prepared at some level to discuss them.

We will be sending another round of educational material this week. It should help connect the Sonos patents to more specific features of the Google products.

Thanks,
Mark

**From:** John LaBarre [mailto:jlabarre@google.com]
**Sent:** Tuesday, October 04, 2016 1:53 PM
**To:** Mark Triplett; Allen Lo; lsorell@google.com

**Cc:** Tom Cullen; Alaina Kwasizur; Craig Shelburne
**Subject:** Re: Sonos Meeting Follow Up

Hi Mark -

I wanted to reach back out to you regarding setting up a time for our meeting. Perhaps the week of October 24th or the week of November 7 (during the intervening week, Lou is overseas on business) works for you? My suggestion is that I could join in person (Santa Barbara?) and that Lou could join via video conference. We are, of course, open to other suggestions as well.

Let us know what works for you.

Best,

John

On Fri, Sep 2, 2016 at 5:46 PM John LaBarre <jlabarre@google.com> wrote:
+Louis Sorell

Thanks, Mark. I've added Lou to the thread.

As for a next meeting, the week of the 19th will, unfortunately, not work (at least for me) as I will be attending a conference overseas that week.

In addition, I feel that at our next meeting, we should be in a position to discuss with you in reciprocal detail our thoughts on the relevancy of Google's patent portfolio to Sonos's lines of business. Based on our conversation this week, we are preparing to undertake such an assessment, but probably will need several weeks before we will even be in a initial place to have such discussions.

I will confer with Lou and propose alternative dates next week.

Regards,

John

On Fri, Sep 2, 2016 at 5:25 PM Mark Triplett <Mark.Triplett@sonos.com> wrote:
Hi all,

Thanks again for meeting on Wednesday. I appreciate your willingness to understand what Sonos has invented and protected over the years, and how that IP is relevant to Google. Pursuant to your request, my team and I will prepare material to educate Lou and/or John (I don't have Lou's email, so please forward to him) at a level between what I presented at the meeting and claim charts. We can also show the top 20 most interesting prior art references, if that's of interest to you. I and a member from my team will be able to walk you through that material the week of September 19th.

Please let me know what days/times work best and I can calendar the time. In the meantime, you have my 3 overview slides and I further included a document that specifically lists:
(1) 16 patents (directly relevant today)
(2) 4 allowed patent applications (directly relevant today)
(3) 8 other patent specifications that those folks close to Cast should readily understand the relevance by reading the overview sections at a minimum.

Again, we seek to reach a licensing agreement with Google for the Sonos portfolio of utility patents. My team works hard to maximize the value of each of our patents and the value is evidenced by our finding that over 50% of them are practiced today. To drive the continued value of our patents, we interview every case with the Patent Office and we are interested in always learning. If you have something to share with us about any particular patent(s) as it relates to Google, we are all ears. We keep the patent families alive to ensure over time that we accurately and precisely protect all the patentable innovations brought to this world by Sonos.

To reiterate, I don't view any of this information as confidential – I value a transparent and open approach to our continued work together.

Enjoy a nice, long weekend in observance of the Labor Day holiday!

My Best,
Mark

**Mark Triplett**
Sonos Intellectual Property | 630.297.9099 | mark.triplett@sonos.com

--

John LaBarre | Patent Transactions | Google Inc. | 917-971-5593

PRIVILEGE AND CONFIDENTIALITY NOTICE: If you received this communication by mistake, please don't forward it to anyone else (it may contain confidential or privileged information), please erase all copies of it, including all attachments, and please let the sender know it went to the wrong person. Thanks.

--

John LaBarre | Patent Transactions | Google Inc. | 917-971-5593

PRIVILEGE AND CONFIDENTIALITY NOTICE:  If you received this communication by mistake, please don't forward it to anyone else (it may contain confidential or privileged information), please erase all copies of it, including all attachments, and please let the sender know it went to the wrong person. Thanks.

--

John LaBarre | Patent Transactions | Google Inc. | 917-971-5593

PRIVILEGE AND CONFIDENTIALITY NOTICE:  If you received this communication by mistake, please don't forward it to anyone else (it may contain confidential or privileged information), please erase all copies of it, including all attachments, and please let the sender know it went to the wrong person.  Thanks.

Senior Counsel / Registered In-House Counsel (CA) / Licensed in New York

# SONOS

**Overview of Selected Sonos Patent Assets Relevant to Google**

**October 2016**

FOR DISCUSSION PURPOSES ONLY – SUBJECT TO FRE 408

## <u>TABLE OF CONTENTS</u>

2................... Summary of Relevant Google Features
4................... Chromecast Audio Dongle
10................... Google Cast Application
16................... Google Play Music Application
20................... Google Cast SDK, Partner Speakers and Applications

Appendix A   Index According to Example Google Product

---

*"For years, Sonos has been synonymous with the concept of multi-room audio, so much so that it's almost hard to know which came first.  At the very least, Sonos spotted a trend long before its competitors – at most, it's responsible for making the market what it is today*." - What Hi-Fi

---

# Summary of Relevant Google Features

The table below identifies patents and allowed patent applications containing claims that are believed to be relevant to one or more Google products.

Sonos notes that the identified patents and patent applications may also be relevant to other existing and/or future Google products that incorporate similar features and/or functionality, including but not limited to, e.g., Google Pixel.

| Google Feature | Patent or Allowed Application | Relevant Google Products |
|---|---|---|
| **Audio Distribution Between Devices**<br>Playback device distributes audio to another playback device. | 9,213,357; 9,189,011 | • Google Chromecast Audio Dongle devices<br>• Google Home<br>• Google Cast SDK and Google Cast Speaker Product devices |
| **Synchronization of Playback Between Devices**<br>Synchronize playback of the same audio between playback devices. | 8,938,637; 8,370,678; 8,689,036; 9,348,354 | • Google Chromecast Audio Dongle devices<br>• Google Home<br>• Google Cast SDK and Google Speaker Product devices |
| **Group Formation of Devices**<br>Dynamically form groups of multiple playback devices. | 9,182,777; 9,288,596; 9,164,532; 9,218,017<br><br>*14/041,989 | • Google Chromecast Audio Dongle devices<br>• Google Home<br>• Google Cast SDK and Google Cast Speaker Product devices<br>• Google Cast Application<br>• Google Android Devices with Cast and/or Play Applications |
| **Group Maintenance/Status Information**<br>The playback system (including a controller device) is aware of the playback devices and groups of playback devices within the playback system. | 9,195,258; 9,207,905; 9,170,600; 9,213,356; 9,348,824 | • Google Chromecast Audio Dongle devices<br>• Google Home<br>• Google Cast SDK and Google Cast Speaker Product devices<br>• Google Cast Application<br>• Google Play Music Application<br>• Google Android Devices with Cast and/or Play Applications |
| **Group Volume Control**<br>Control the volume level of playback devices and groups of playback devices within the playback system. | 8,588,949[1]; 7,571,014 | • Google Cast SDK and Google Cast Partner Control Applications<br>• Google Cast Application<br>• Google Play Music Application<br>• Google Android Devices with Cast and/or Play Applications |
| **Setup Using Inaudible Tones**<br>Use inaudible tones to set up and provide access to control playback devices (e.g., quick guest access). | 8,930,005<br><br>*14/558,944<br>*14/679,815 | • Google Chromecast Audio Dongle devices<br>• Google Cast SDK and Google Cast Partner Control Applications<br>• Google Cast Application |

[1] Reexamination Certificate issued Nov. 5, 2015.  Reexamination Request No. 90/013,423.

| | | • Google Play Music Application |
| --- | --- | --- |
| | | • Google Android Devices with Cast and/or Play Applications |
| **Fault Tolerance** <br> A playback device goes offline (e.g., lose power) and returns online (e.g., gain power) and returns to its original playback state. | *14/521,682 | • Google Chromecast Audio Dongle devices <br> • Google Home <br> • Google Cast SDK and Google Cast Speaker Product devices |
| **Playback Transfer** <br> Transfer playback of a song from a music service application (e.g., Google Play) to a playback device (e.g., Google Chromecast Audio Dongle device). | *14/520,566 | • Google Cast SDK and Google Cast Partner Control Applications <br> • Google Cast Application <br> • Google Play Music Application <br> • Google YouTube Application <br> • Google YT Music Application <br> • Google Android Devices with Cast and/or Play Applications |
| **Silent Connect** <br> Automatically reconnect a controller application to control a playback device (e.g., Google Chromecast device) upon returning to the proximity of the playback device. | *13/904,949 | • Google Cast SDK and Google Cast Partner Control Applications <br> • Google YouTube Application <br> • Google YT Music Application <br> • Google Android Devices with YouTube and/or YT Music Applications |
| **Additional Selected/Representative Patents Relevant to Cast Partner Speaker Product "Vertical" Features** <br> Various selected "vertical" playback system features including, e.g., stereo pair, line-in processing, establishing a secure wireless network, instantiation of zone scenes (including alarms), and cloud-based queues that are believed to be practiced by Google Cast Speaker Product devices and/or Google. | 9,219,959[2]; 9,202,509; 8,938,312; 8,483,853 | • Google Cast SDK and Google Cast Speaker Product devices |

*Allowed claims

---

[2] Order Granting Request for Ex Parte Reexamination entered in Reexamination Request No. 90/013,756.

## Google Cast SDK, Partner Speakers and Applications

For Discussion Purposes Only – Subject to FRE 408

## Google Cast SDK, Partner Speakers and Applications



### 1. Audio Distribution Between Devices

*Sonos Website, 2004*

*LG MusicFlow with Cast, 2016*

The following **2 patents** include claims relevant to the distribution of audio between Google Partner Speaker devices implementing the Google Cast SDK.

- Pat. No. 9,213,357
- Pat. No. 9,189,011

## 2. *Synchronization of Playback Between Devices*



**Sonos Website, 2004**

**Vizio SmartCast with Cast, 2016**

The following *4 patents* include patent claims relevant to synchronization of playback between Google Partner Speaker devices implementing the Google Cast SDK.

- Pat. No. 9,938,637
- Pat. No. 8,370,678
- Pat. No. 8,689,036
- Pat. No. 9,348,354

For Discussion Purposes Only – Subject to FRE 408

## 3. Group Formation of Devices



To add a zone to a zone group
1.  Touch the **Zones** button on your Controller.

*Select zone where desired music is playing*

*Select zone to add to group*

***Sonos User Guide, 2005***

Turn Your Phone Into The Ultimate Remote.

Download the VIZIO SmartCast App for free on the App Store and Google Play. Easily set up and control your multi-room speaker like never before.

***Vizio SmartCast with Cast, 2016***

The following *1 patent* includes patent claims relevant to group formation of Google Partner Speaker devices implementing the Google Cast SDK.

- Pat. No. 9,182,777

The following *1 patent* includes patent claims relevant to group formation of Google Partner Speaker devices implementing the Google Cast SDK, including specifically the election of a master device for the group.

- Pat. No. 9,288,596

The following *2 patents* include patent claims relevant to the creation of groups using Google Partner Speaker applications implementing the Google Cast SDK.

*Some claim limitations may be additionally and/or alternatively relevant to the Google Cast application.

- Pat. No. 9,164,532
- Pat. No. 9,218,017

The following *1 additional disclosure* includes disclosure and/or patent claims believed to be relevant to group formation of Google Partner Speaker devices implementing the Google Cast SDK, including specifically the election of a master device for the group.

- App. No. 14/041,989



## 4. Group Maintenance/Status Information

*Sonos User Guide, 2005*

*Vizio SmartCast with Cast, 2016*

The following **4 patents** include patent claims relevant to the maintenance of and status of groups of Google Partner Speaker devices implementing the Google Cast SDK.

- Pat. No. 9,195,258
- Pat. No. 9,207,905
- Pat. No. 9,170,600
- Pat. No. 9,213,356

The following **1 patent** includes patent claims relevant to the maintenance of and status of groups of Google Partner Speaker devices implementing the Google Cast SDK, including identification of particular devices according to group identification.

- Pat. No. 9,348,824

## 5. Setup Over WiFi



**1-2-3 Setup**

It takes just 3 steps to get your Sonos Digital Music System up and running:

1. Connect speakers to your ZonePlayer
2. Connect the first Sonos ZonePlayer (with Ethernet cable supplied) to your hom network
3. Install the computer software (or use a Controller) to configure your music syst

*Sonos User Guide, 2005*

Simple Setup

*LG MusicFlow with Cast, 2016*

The following ***patent disclosure*** includes disclosure believed to be relevant to the setup of Google Partner Speaker devices implementing the Google Cast SDK on a WiFi LAN now or in the future.

- Pat. No. 8,326,951

## 6. Fault Tolerance



*Sonos Pat. App. No. 14/679,815, 2012*

*LG MusicFlow with Cast, 2016*

The following **allowed patent application** includes patent claims relevant the fault tolerance of Google Partner Speaker devices implementing the Google Cast SDK, including when a given device goes offline and returns online.

- App. No. 14/679,815



### 7. Playback Transfer

*Sonos Pat. App. No. 14/520,566, 2011*

*Vizio SmartCast with Cast, 2016*

The following ***allowed patent application*** includes patent claims relevant to the transfer of playback from Google Partner Speaker applications implementing the Google Cast SDK.

- App. No. 14/520,566

## 8. Stereo Pairing [EXAMPLE "VERTICAL" FEATURE]



Sonos 3.2 update and S5 stereo pairing put to the test

**Engadget on Sonos, 2010**

Even better together

**Sony with Cast, 2016**

The following **patent disclosures** includes disclosure and/or patent claims believed to be relevant, now or in the future, to arranging, in a Stereo Pair, Google Partner Speaker devices implementing the Google Cast SDK.

- Pat. No. 9,219,959
- Pat. No. 9,202,509

## 9. Line-In Processing [EXAMPLE "VERTICAL" FEATURE]

**Autoplay**

Line-In Autoplay feature will allow you to automatically play music when a signal is being sent to the Line-In port. Connect the audio line-in cable provided with your Sonos product (or a standard RCA cable) from the Audio out connection(s) on the external source to the analog Audio In connection(s) on the back of your Sonos product. The source device will automatically be detected and displayed on the Sonos controller.

*Sonos, 2012*

CONNECTION HUB

## HASSLE-FREE CONNECTIVITY

The B&O PLAY Connection Hub* allows you to hook up Beoplay S8 to almost any TV and audio sources, using optical or analogue cables.

No extra remotes are needed, as the Connection Hub learns the IR commands from your TV remote or any other remote.

The Connection Hub handles up to 3 connections at a time, and automatically changes to the last audio source to play, so if you're listening to music, and the TV is turned on, the sound of the TV will take over. It's as easy as that!

*B&O with Cast, 2016*

The following **patent disclosure** includes disclosure and/or patent claims believed to be relevant, now or in the future, to line-in switching with Google Partner Speaker devices implementing the Google Cast SDK.

- Pat. No. 8,938,312

## 10.     Zone Scenes (Alarms) [EXAMPLE "VERTICAL" FEATURE]



*Sonos, Today*

Add the alarm

1. Run Music Flow Player application.
2. Tap [Settings] > [Alarm/Sleep Timer] > [Alarm].
3. Tap [⬛] ; Alarm setting screen appears.
4. Set the alarm items such as time of day, day of week, speakers, alarm sound, alarm duration, shuffle, volume.
5. Tap [Set]. Designated speaker plays the music at a set time.
If the alarm sound is from the playlist in the devices turned off, default alarm sound is played.

*LG MusicFlow with Cast, 2016*

The following **patent disclosure** includes disclosure and/or patent claims believed to be relevant, now or in the future, to implementing zone scenes, such as an Alarm, using Google Partner Speaker devices implementing the Google Cast SDK.

- Pat. No. 8,483,853

# APPENDIX A

# Index According to Example Google Product

| Page | Example Google Product | Relevant Patents Identified |
|---|---|---|
| 4 | Chromecast Audio Dongle | *Issued Patents*<br>9,213,357; 9,189,011; 8,938,637; 8,370,678; 8,689,036; 9,348,354; 9,182,777; 9,288,596; 9,195,258; 9,207,905; 9,170,600; 9,213,356; 9,348,824; 8,930,005<br><br>*Allowed Applications*<br>14/558,944; 14/679,815; 14/041,989 |
| 11 | Google Cast Application | *Issued Patents*<br>9,164,532; 9,218,017; 8,588,949; 7,571,014; 8,930,005; 9,348,824<br><br>*Allowed Applications*<br>14/679,815 |
| 17 | Google Play Music Application | *Issued Patents*<br>8,588,949; 7,571,014; 9,348,824<br><br>*Allowed Applications*<br>14/520,566 |
| 21 | Google Cast SDK, Partner Speakers and Applications | *Issued Patents*<br>9,213,357; 9,189,011; 8,938,637; 8,370,678; 8,689,036; 9,348,354; 9,182,777; 9,288,596; 9,195,258; 9,207,905; 9,170,600; 9,213,356; 9,348,824; 9,164,532; 9,218,017<br><br>*Allowed Applications*<br>14/679,815; 14/520,566; 14/041,989<br><br>*Disclosures Pertaining to "Vertical" Features*<br>9,219,959; 9,202,509; 8,938,312; 9,130,771; 8,483,853; 9,363,255 |

For Discussion Purposes Only – Subject to FRE 408

# EXHIBIT B

**To:** Matthew Gubiotti[gubiotti@google.com]
**Cc:** Tanya Moore[tanya.moore@sonos.com]; Paul Kafadar[paul.kafadar@sonos.com]; Chris Butts[chris.butts@sonos.com]
**From:** Willy Chen[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=51BC14060C884322BEB988ABD07CE47B-WILLY CHEN]
**Sent:** Wed 1/31/2018 5:04:26 PM Eastern Standard Time
**Subject:** Re: Patent Discussion
**Attachment:** Sonos and Google Home (Max) - 2018.1.31.pdf

CONFIDENTIAL AND SUBJECT TO FRE 408

Hi Matt,

It was nice meeting you and Kevin today. Please see attached the pdf of the presentation we went through today. We're available if you have any questions or would like to discuss the slides further.

Please forward this on to Kevin for us (we don't have his email address).

Thanks,

**Y. Willy Chen** | Sonos, Inc. | 773.954.6339 | willy.chen@sonos.com

**From:** tanya.moore@sonos.com
**When:** 12:00 PM - 1:00 PM January 31, 2018
**Subject:** Patent Discussion
**Location:** https://sonos.zoom.us/j/441325891

Matt, please forward to your colleague who will be joining us. Thanks.

Hi there,

Tanya Moore is inviting you to a scheduled Zoom meeting.

## Join Zoom Meeting

iPhone one-tap :       US: +16699006833,,441325891# or
                       +16465588656,,441325891#

Meeting URL:           https://sonos.zoom.us/j/441325891

**Join by Telephone**

Dial :                 +1 646 558 8656 (US Toll) or +1 669 900 6833 (US
                       Toll)
                       +1 877 369 0926 (US Toll Free)
                       +1 877 853 5247 (US Toll Free)
                       China Toll-free: +86 400 669 9381
                       Netherlands: +31 20 241 0288
                       Australia: +61 (0) 2 8015 2088
                       Germany: +49 30 3080 6188
                       United Kingdom: +44 20 3695 0088
                       France: +33 1 8288 0188
                       Denmark: +45 8988 3788
                       India: 00 800 001 4002

Meeting ID:            441 325 891

International numbers

**Join from an H.323/SIP room system**

SONOS

# Sonos and Google
## with Google Home Max analysis

January 31, 2018

1/31/18

Confidential and Subject to FRE 408

1

# Agenda

- **Sonos and its Patent Portfolio**

- **Sonos and Google (2016-present)**

- **Sonos innovation relevant to Google Home, including Max**

- **Representative features relevant to all Google Home/Cast**

- **Representative features currently relevant to Max**

- **Next steps**

1/31/18                                    Confidential and Subject to FRE 408                                    2

# Sonos' Homegrown Portfolio

**Sonos Patent Portfolio:**
- **450+** U.S. Patents Issued or Allowed
- **1100+** WW Assets, **700+** US Assets
- **~3** new U.S. Patents/Week
- **>50%** Practiced

**IEEE Patent Power 2017**
- **2nd** in "Electronics"
- **Top 20** in "All" Technologies



**IEEE Patent Power 2017 - Electronics**



**Company by Pipeline Power**

| Company/Organization | Country of Headquarters | Pipeline Power |
|---|---|---|
| Apple Inc. | United States | 14,285 |
| Sonos Inc. | United States | 2,235 |
| LG Electronics Inc. | South Korea | 1,960 |
| GoPro Inc. | United States | 1,692 |
| iRobot Corp. | United States | 1,221 |
| Dolby Laboratories Inc. | United States | 1,129 |
| Sony Corp. | Japan | 1,101 |
| Canon Inc. | Japan | 1,030 |

https://spectrum.ieee.org/static/interactive-patent-power-2017



Confidential and Subject to FRE 408



Chromecast Audio

Google Home Mini     Google Home     Google Home Max

**_At least 50 Sonos patents_ across 15 patent families**
**are known to be relevant to the Google Home ecosystem _today_.**

# Sonos patent subject matter relevant to Google Home:

| Audio Content | Platform | Player | Control | Outside Household |
|---|---|---|---|---|
| Audio from controller | Group management | Antennae switching | Discover/Find content | Cloud queue |
| Audio from LAN device | Master selection | Audio calibration | Group management | Cross-service integration |
| Audio via WAN | Networking | Audio processing | Playback control | Retail and marketing |
| Line-in audio switch | Queue management | Industrial Design | Queue management | Social queues |
| | Setup | Fault tolerance | Setup | |
| | Stereo pair | Microphone switching | Social (Party mode) | |
| | Synchronized playback | Networking | User interface design | |
| | Voice assistant | Orientation-based audio | Volume control | |
| | | Orientation check | | |
| | | Playback control | | |
| | | Power management | | |
| | | Queue management | | |

Confidential and Subject to FRE 408

# Selected Sonos patent subject matter:

| Audio Content | Platform | Player | Control | Outside Household |
|---|---|---|---|---|
| Audio from controller | Group management | Antennae switching | Discover/Find content | Cloud queue |
| Audio from LAN device | Master selection | **Audio calibration** | Group management | Cross-service integration |
| Audio via WAN | Networking | Audio processing | Playback control | Retail and marketing |
| Line-in audio switch | Queue management | **Industrial Design** | Queue management | Social queues |
| | Setup | Fault tolerance | Setup | |
| | **Stereo pair** | Microphone switching | Social (Party mode) | |
| | Synchronized playback | Networking | User interface design | |
| | Voice assistant | **Orientation-based audio** | Volume control | |
| | | **Orientation check** | | |
| | | Playback control | | |
| | | **Power management** | | |
| | | Queue management | | |

\* Subject matter in bold became relevant with release of Google Home Max

# Selected Sonos patents for discussion:

| Audio Content | Platform | Player | Control | Outside Household |
|---|---|---|---|---|
| Audio via WAN | Group management | **Audio calibration** | Group management | |
| US9,727,302 | US9,348,824 | US9,219,460 | US8,843,228 | |
| | **Stereo pair** | **Industrial Design** | **Volume control** | |
| | US9,202,509 | D768,602 | US8,588,949 | |
| | US9,219,959 | D796,447 | | |
| | 15/228,685 (Allowed) | **Orientation-based audio** | | |
| | **Voice assistant** | US9,042,556 | | |
| | US9,826,306 | US9,748,647 | | |
| | US9,820,039 | **Orientation check** | | |
| | | US9,367,611 | | |
| | | Playback control | | |
| | | US9,671,780 | | |
| | | **Power management** | | |
| | | US9,252,721 | | |

1/31/18

Confidential and Subject to FRE 408

13

# US Patent No.: 8,843,228

SONOS

# Title: Method and apparatus for updating zone configurations in a multi-zone system

## Priority Date: 9/12/2006

## Issue Date: 9/23/2014

This patent involves a controller device:

1. Receiving zone configuration characterizing one or more zone scenes.
2. Receiving an input to invoke one of the one or more zone scenes.
3. Based on the input, instructing two or more playback devices to form a group based on the invoked zone scene.



Confidential and Subject to FRE 408

# Method and apparatus for updating zone configurations in a multi-zone system

## U.S. Patent No. 8,843,228; 9/12/2006

1.   In a network comprising a plurality of independent playback devices, a method comprising:

receiving via the network by a controller device, a zone configuration from one of the plurality of independent playback devices, wherein the zone configuration is maintained at one or more of the plurality of independent playback devices, and wherein the zone configuration characterizes one or more zone scenes, each zone scene identifying a group configuration associated with two or more of the plurality of independent playback devices;

receiving, by the controller device, an input to invoke a zone scene of the one or more zone scenes; and

based on the input, instructing, by the controller device, two or more of the plurality of independent playback devices to be grouped in accordance with the invoked zone scene.

 

Zone scenes are populated on screen based on zone configuration information received from the playback device(s).

\* see claim 1 of U.S. Patent 8,843,228 for complete claim language

Confidential and Subject to FRE 408

# Method and apparatus for updating zone configurations in a multi-zone system

## U.S. Patent No. 8,843,228; 9/12/2006

1.   In a network comprising a plurality of independent playback devices, a method comprising:
    receiving via the network by a controller device, a zone configuration from one of the plurality of independent playback devices, wherein the zone configuration is maintained at one or more of the plurality of independent playback devices, and wherein the zone configuration characterizes one or more zone scenes, each zone scene identifying a group configuration associated with two or more of the plurality of independent playback devices;
    receiving, by the controller device, an input to invoke a zone scene of the one or more zone scenes; and
    based on the input, instructing, by the controller device, two or more of the plurality of independent playback devices to be grouped in accordance with the invoked zone scene.




An input on the controller can invoke a zone scene of the one or more zone scenes.

\* see claim 1 of U.S. Patent 8,843,228 for complete claim language

Confidential and Subject to FRE 408

# Method and apparatus for updating zone configurations in a multi-zone system

## U.S. Patent No. 8,843,228; 9/12/2006

1.   In a network comprising a plurality of independent playback devices, a method comprising:

   receiving via the network by a controller device, a zone configuration from one of the plurality of independent playback devices, wherein the zone configuration is maintained at one or more of the plurality of independent playback devices, and wherein the zone configuration characterizes one or more zone scenes, each zone scene identifying a group configuration associated with two or more of the plurality of independent playback devices;

   receiving, by the controller device, an input to invoke a zone scene of the one or more zone scenes; and

   based on the input, instructing, by the controller device, two or more of the plurality of independent playback devices to be grouped in accordance with the invoked zone scene.



The playback devices in the invoked zone scene begin playing back audio as a group.

\* see claim 1 of U.S. Patent 8,843,228 for complete claim language

1/31/18                             Confidential and Subject to FRE 408                             **30**

# Subject matter of interest but not touched upon today:

| Audio Content | Platform | Player | Control | Outside Household |
|---|---|---|---|---|
| Audio from controller | Group management | Antennae switching | Discover/Find content | Cloud queue |
| Audio from LAN device | Master selection | Audio calibration | Group management | Cross-service integration |
| Audio via WAN | Networking | Audio processing | Playback control | Retail and marketing |
| Line-in audio switch | Queue management | Industrial Design | Queue management | Social queues |
| | Setup | Fault tolerance | Setup | |
| | Stereo pair | Microphone switching | Social (Party mode) | |
| | Synchronized playback | Networking | User interface design | |
| | Voice assistant | Orientation-based audio | Volume control | |
| | | Orientation check | | |
| | | Playback control | | |
| | | Power management | | |
| | | Queue management | | |

# EXHIBIT C

**Sonos's Claim Chart**
**U.S. Patent No. 9,654,821**

| Claim: 1 | Chromecast-Enabled Computing Devices |
|---|---|
| A method comprising: | Google's line of Chromecast-enabled audio players includes, *inter alia*, the Google Home Mini, the Google Home, the Google Home Max, the Google Home Hub, and the Chromecast dongles, and these Chromecast-enabled audio players are controlled by smartphones, tablets, and computers installed with the Google Home app, the Google Play Music app, and/or other Chromecast-enabled apps (where a computing device installed with at least one of these apps is referred to herein as a "Chromecast-enabled computing device").  Each of the foregoing Chromecast-enabled audio players comprises a "playback device" as recited in claim 1, and each Chromecast-enabled computing device comprises a "controller" as recited in claim 1. |
| causing, via a controller, a graphical interface to display a control interface including one or more transport controls to control playback by the controller; | A Chromecast-enabled computing device is programmed with the capability to cause its graphical interface to display a control interface including one or more transport controls to control playback by the Chromecast-enabled computing device.<br><br>For instance, a Chromecast-enabled computing device is programmed with the capability to display a control interface that includes one or more transport controls that, at times, control the Chromecast-enabled computing device's playback of audio content from a streaming music service (e.g., the Spotify music service).  An example of this functionality is illustrated in the following screenshot: |

**Sonos's Claim Chart**
**U.S. Patent No. 9,654,821**

| | |
|---|---|
| |  |
| after connecting to a local area network via a network interface, identifying a particular zone group of at least two playback devices connected to the local area network; | A Chromecast-enabled computing device is programmed with the capability to, after connecting to a local area network (LAN) via a network interface, identify a particular zone group of at least two Chromecast-enabled audio players connected to the LAN.<br><br>For instance, a Chromecast-enabled computing device is programmed such that, after connecting to a LAN, the Chromecast-enabled computing device is configured to identify each Chromecast-enabled audio player connected to that same LAN as well as each group of such Chromecast-enabled audio players that has previously been created. |

**Sonos's Claim Chart**
**U.S. Patent No. 9,654,821**

| | |
|---|---|
| causing, via the controller, the graphical interface to display a selectable option for transferring playback from the controller; | A Chromecast-enabled computing device is programmed with the capability to cause its graphical interface to display a selectable option for transferring playback from the Chromecast-enabled computing device.<br><br>For instance, **a Chromecast-enabled computing device is programmed with the capability to** cause its graphical interface to display a selectable option for transferring playback of audio content from the Chromecast-enabled computing device to another device (e.g., a selectable "Connected State" indicator). This functionality is illustrated in the following screenshot:<br><br> |
| detecting, via the controller, a set of inputs to transfer playback from the controller to a particular zone group of at least two playback devices, wherein the set of inputs comprises: (i) a selection of the selectable option for transferring playback from the controller and (ii) a selection of the particular zone group connected to the local area network; | A Chromecast-enabled computing device is programmed with the capability to detect a set of inputs to transfer playback from the Chromecast-enabled computing device to a particular zone group of at least two Chromecast-enabled audio players, where the set of inputs comprises: (i) a selection of the selectable option for transferring playback from the Chromecast-enabled computing device and (ii) a selection of the particular zone group connected to the LAN.<br><br>For instance, a Chromecast-enabled computing device is programmed with the capability to (i) **detect a selection of a displayed** selectable option for transferring playback of audio content from the Chromecast-enabled computing device to another device (e.g., a selectable "Connected State" indicator), **which triggers the Chromecast-enabled computing device to display a list of available "devices" for transferring playback that includes each identified Chromecast-enabled audio player connected to the same LAN as well as each identified group of such Chromecast-enabled audio players, and then (ii) detect a selection of a particular group of Chromecast-enabled audio players connected to the same LAN. This functionality is illustrated in the following screenshots: |

**Confidential – Subject to FRE 408**              3

**Sonos's Claim Chart**
**U.S. Patent No. 9,654,821**



*Cf.* https://support.google.com/googlehome/answer/7181830?hl=en ("Tap the Cast button . . . . Tap the Google Home you'd like to cast to.").

| | |
|---|---|
| after detecting the set of inputs to transfer playback from the controller to the particular zone group, causing playback to be transferred from the | A Chromecast-enabled computing device is programmed with the capability to, after detecting the set of inputs to transfer playback from the Chromecast-enabled computing device to a particular zone group, cause playback to be transferred from the Chromecast-enabled computing device to the particular zone group. |

**Sonos's Claim Chart**
**U.S. Patent No. 9,654,821**

| | |
|---|---|
| controller to the particular zone group, | For instance, a Chromecast-enabled computing device is programmed such that, after detecting a set of inputs to transfer the device's playback of audio content from a streaming music service (e.g. Spotify) to a particular group of Chromecast-enabled audio players, the Chromecast-enabled computing device causes the playback of the audio content to be transferred to the particular group. *Cf.* https://support.google.com/googlehome/answer/7181830?hl=en; https://support.google.com/googlehome/answer/7559493?hl=en; https://support.google.com/googlehome/answer/7174267?hl=en. This functionality is illustrated in the following screenshot:<br><br> |
| wherein transferring playback from the controller | A Chromecast-enabled computing device is configured to cause playback to be transferred from the Chromecast-enabled computing device to a particular zone group by: (a) causing one or more first |

**Sonos's Claim Chart**
**U.S. Patent No. 9,654,821**

| | |
|---|---|
| to the particular zone group comprises: (a) causing one or more first cloud servers to add multimedia content to a local playback queue of the particular zone group; (b) causing playback at the controller to be stopped; and (c) modifying the one or more transport controls of the control interface to control playback by the particular zone group; and | cloud servers to add multimedia content to a local playback queue of the particular zone group, (b) causing playback at the Chromecast-enabled computing device to be stopped, and (c) modifying the one or more transport controls of the control interface to control playback by the particular zone group.<br><br>For instance, a Chromecast-enabled computing device is programmed such that, after detecting a set of inputs to transfer the device's playback of audio content from a streaming music service (e.g. Spotify) to a particular group of Chromecast-enabled audio players, the Chromecast-enabled computing device functions to (i) cause one or more cloud servers associated with the streaming music service (e.g., the Spotify cloud servers) to add URIs for such audio content to a local playback queue of the particular group of Chromecast-enabled audio players, (ii) stop its own playback of audio content from the streaming music service, and (iii) modify the transport controls of its control interface such that those transport controls are configured to control playback by the particular group of Chromecast-enabled audio players rather than playback by the Chromecast-enabled computing device. *Cf.* https://support.google.com/googleplaymusic/answer/4415504?hl=en. |
| causing the particular zone group to play back the multimedia content, wherein the particular zone group playing back the multimedia content comprises at least one of the playback devices in the particular zone group retrieving the multimedia content from one or more second cloud servers of a streaming content service and playing back the retrieved multimedia content in synchrony with at least one other of the at least two playback devices in the particular zone group. | A Chromecast-enabled computing device is programmed with the capability to cause the particular zone group to play back the multimedia content, where the particular zone group playing back the multimedia content comprises at least one of the Chromecast-enabled audio players in the particular zone group retrieving the multimedia content from one or more second cloud servers of a streaming content service and playing back the retrieved multimedia content in synchrony with at least one other of the at least two Chromecast-enabled audio players in the particular zone group.<br><br>For instance, a Chromecast-enabled computing device is programmed such that, after causing the device's playback to be transferred to a particular group of Chromecast-enabled audio players, the Chromecast-enabled computing device is capable of causing the particular group of Chromecast-enabled audio players to play back audio content from a streaming music service (e.g., the Spotify music service), which involves a "master" Chromecast-enabled audio player in the particular group retrieving the audio content from one or more cloud servers associated with the streaming music service (e.g., Spotify cloud servers) and playing back the retrieved audio content in synchrony with each "slave" Chromecast-enabled audio player in the particular group of Chromecast-enabled audio players. *See, e.g.,* https://support.google.com/googlehome/answer/7174267?hl=en; https://support.google.com/googlehome/answer/7559493?hl=en. |

**Confidential – Subject to FRE 408**                    6

# EXHIBIT D

**To:** Tim Kowalski[timkow@google.com]; Bradley Riel[bradriel@google.com]
**Cc:** Neha Kumar[neha.kumar@sonos.com]; Mark Triplett[mark.triplett@sonos.com]; Chris Butts[chris.butts@sonos.com]
**From:** Alaina Kwasizur[alaina.kwasizur@sonos.com]
**Sent on behalf of:** Alaina Kwasizur <alaina.kwasizur@sonos.com>
**Sent:** Thur 6/13/2019 9:15:23 AM Eastern Standard Time
**Subject:** Follow up from our meeting
**Attachment:** 2019.06.10 Sonos-Google Term Sheet.docx
**Attachment:** Sonos and Google Base Deck [SHARED AND DISTRIBUTED].pdf
**Attachment:** 2019.06.10 Sonos-Google Business collaboration ideas.docx

Hey Tim and Brad,
Thanks for the time Tuesday.  Attached please find a copy of the slides that were presented, the term sheet we discussed, and a list of some initial ideas (not meant to be exhaustive) around potential business engagements to partially offset the licensing royalties.
We'd like to get the next meeting scheduled.  I know you mentioned that Gisela is out until Monday, but we look forward to hearing back from you early next week on some possible dates/times that could work on the Google side.
Best,
Alaina



**Sonos-Google IP License Discussion**
**June 11, 2019**

Confidential and Subject to FRE 408



PRIOR SONOS/GOOGLE DISCUSSION OF RELEVANT PATENTS

Total Sonos Patents Identified

Google Home Hub
Oct 2018

100

Claim Charts
Feb 2019

Google Home Mini
Oct 2017

Google Home
Nov 2016

53

Google Home Max
Dec 2017

Sonos Licensing Model + Rates
July 2018

40

Chromecast Audio for Multiroom
Dec 2015

Education Meeting
Jan 2018

28

Introductory Meeting
Aug 2016

Education Meeting
Oct 2016

0

10/1/2015        10/1/2016        10/1/2017        10/1/2018

Confidential and Subject to FRE 408

3

## Google's Use of Sonos IP



# Full Portfolio – The Taxonomy

**Control** (26%)
**Controlling an Audio System**

**Platform** (38%)
**Getting Players and Controllers to Work Together**

**Audio Content** (5%)
**Accessing Audio Within and Outside the Household**

**Player** (23%)
**Optimizing Player Setup and Performance**

**Sonos Beyond** (8%)
**Innovation Outside of the Household Sound Platform**








**634 Total U.S. Patents**
**375 Pending U.S. Patent Applications**

Confidential and Subject to FRE 408

5

# Licensing Model – Commercially Relevant Features

| a. PLAYBACK DEVICE<br>Feature Characteristics | Feature Descriptions |
|---|---|
| (1) Connected Playback Device Setup | (i) Player Setup & (ii) Streaming Service Setup |
| (2) Wi-Fi Streaming | (i) LAN/local source & (ii) Remote source |
| (3) Support for a streaming service | (i) Register a single service with a playback device & (ii) Cloud queue |
| (4) Support for 2+ streaming services | (i) Switching between music services & (ii) Universal search |
| (5) Line-in | (i) Physical line-in source switching & (ii) Virtual line-in (e.g., Bluetooth) source switching |
| (6) Line-out | Audio output port |
| (7) Bluetooth | (i) Setup & (ii) Real-time streaming |
| (8) Control Interface (SW) | (i) Guest Access, (ii) Native Control, & (iii) Direct control |
| (9) Control Interface (HW) | Hardware control interface |
| (10) Power and Power Management | Power save technology |
| (11) Fault Detection Recovery | Fault detection and recovery (e.g., physical and playback) |
| (12) Feature Updates (SW) | (i) Firmware/configuration & (ii) App store |

| b. VOICE ASSISTANT<br>Feature Characteristics | Feature Descriptions |
|---|---|
| (1) Smart Assistant (SW) | (i) Machine Learning & (ii) Search Expertise |
| (2) Voice Detection | (i) Mic array, (ii) Beamforming (SW), (iii) Wake-word engine (SW), & (iv) Voice capture processing |

| c. MULTI DEVICE<br>Feature Characteristics | Feature Descriptions |
|---|---|
| (1) Multi-Device Playback Control | (i) Group content/playback control, (ii) Group formation, (iii) Group volume, (iv) Zone Scenes, (v) Group navigation and maintenance, (vi) Source switching, & (vii) Multiple controllers |
| (2) Multi-Device Playback (SW) | (i) Synchronized playback & (ii) audio distribution |
| (3) Multi-Device Voice | (i) Multi-device output & (ii) Multi-device input, including arbitration |
| (4) Smart home integration (SW) | (i) Output/action devices, (ii) IOT scenes, & (iii) educational and entertainment functions |
| (5) Multi-Device networking | (i) Ad hoc/STP configurations (SW), (ii) Directing routing/comm. From GC to GM (SW), (iii) Fault tolerance, (iv) Designating GC, (v) Changing GC, and (vi) Setup |

| d. PREMIUM SOUND<br>Feature Characteristics | Feature Descriptions |
|---|---|
| (1) Orientation | Sound shaping based on orientation |
| (2) Bonded Zones | (i) Stereo pair & (ii) Bonded players (SUB; HT 5.2, etc.) |
| (3) Custom Transducers | (i) Woofers & (ii) Tweeters |
| (4) Calibration | (i) Calibration using built-in mics, (ii) calibration using external mics, & (iii) audio processing algorithm calculation |
| (5) Lossless Streaming | (i) Processing power and networking and (ii) compatible DSP |
| (6) Sound field control | (i) Purpose designed transducers, (ii) audio signal processing (SW), & (iii) acoustic baffle |
| (7) Custom amplifiers | Custom amplifier audio processing |
| (8) Enclosure | Speaker grill |

Confidential and Subject to FRE 408

6

| 27 Total | Max (17 of 25) | Home, Hub, Mini (9 of 16) | Chromecast (9 of 15) |
|---|---|---|---|
| **Playback Device (Standalone)** | | | |
| Playback Device Setup | setup | setup | setup |
| Wi-Fi Streaming | | | |
| Support for only one streaming service | cloud queue | cloud queue | cloud queue |
| Support for multiple streaming services | service switch | service switch | service switch |
| Line-in | direct (Bluetooth switch) | direct (Bluetooth switch) | |
| Line-out | | | |
| Bluetooth | | | |
| Control Interface (SW) | guest access | guest access | guest access |
| | direct control | direct control | direct control |
| Control Interface (HW) | control based on orientation | | |
| Power and Power Management | power save | | |
| Fault Detection/Recovery | fault based on orientation | | |
| Features Update (SW) | | | |
| | | | |
| **Voice Assistant Device** | | | |
| Smart Assistant | | | |
| Voice Detection | mic based on orientation | | |
| | | | |
| **Multi-device Platform** | | | |
| Multi-device Playback Control (SW) | grouping/synchronization | grouping/synchronization | grouping/synchronization |
| | group volume | group volume | group volume |
| | zone scenes | zone scenes | zone scenes |
| | direct control to group | direct control to group | direct control to group |
| | group ID | group ID | group ID |
| Multi-device Playback (SW) | grouping/synchronization | grouping/synchronization | grouping/synchronization |
| Multi-device Voice | default device | default device | default device |
| | meta data channel | meta data channel | meta data channel |
| Smart-home Integration | | | |
| Multi-device Networking | GC selection | GC selection | GC selection |
| | GC switching | GC switching | GC switching |
| | | | |
| **Premium Sound** | | | |
| Orientation | sound based on orientation | | |
| Bonded Zones | bonded pair | | |
| Custom Transducers | | | |
| Calibration | self calibration | | |
| Lossless Streaming | | | |
| Sound Field Control | multi-channel sound field | | |
| Custom Amplifiers | | | |
| Enclosure | | | |

Confidential and Subject to FRE 408

7

# Sonos's 100 Claim Charts

| Feature Category | Family Name | Total Patents |
|---|---|---|
| Multi-Device Platform | SYNCHRONIZING OPERATIONS AMONG A PLURALITY OF INDEPENDENTLY CLOCKED DIGITAL DATA PROCESSING DEVICES | 41 |
| Connected Playback Device | CONTROLLING AMPLIFIERS [POWER SAVE] | 2 |
| Multi-Device Platform | CONTROLLING MULTIMEDIA PLAYERS IN A MULTIZONE SYSTEM [GROUP VOLUME] | 2 |
| Connected Playback Device | PLAYBACK DEVICE CONNECTION [SETUP] | 2 |
| Multi-Device Platform | CONTROLLING AND MANIPULATING GROUPINGS IN A MULTI-ZONE MEDIA SYSTEM [ZONE SCENES] | 5 |
| Premium Sound | Multi-Channel Pairing in a Media System | 6 |
| Connected Playback Device | SMART LINE-IN PROCESSING | 2 |
| Connected Playback Device | Leaving Group Based on Message From Audio Source | 2 |
| Premium Sound | SHAPING SOUND RESPONSIVE TO SPEAKER ORIENTATION | 2 |
| Connected Playback Device | NETWORKED MUSIC PLAYBACK [DIRECT CONTROL - 2011] | 4 |
| Connected Playback Device | ACOUSTIC SIGNATURES [GUEST ACCESS] | 3 |
| Connected Playback Device | PLAYBACK QUEUE CONTROL VIA A PLAYLIST [DIRECT CONTROL – 2013] | 6 |
| Connected Playback Device | DETECTING IMPROPER POSITION OF A PLAYBACK DEVICE | 1 |
| Premium Sound | AUDIO SETTINGS BASED ON ENVIRONMENT | 3 |
| Connected Playback Device | CLOUD QUEUE | 8 |
| Multi-Device Platform | DEVICE GROUP IDENTIFICATION | 1 |
| Premium Sound | MULTI-CHANNEL PLAYBACK OF AUDIO CONTENT | 1 |
| Multi-Device Platform | GROUP COORDINATOR SELECTION BASED ON NETWORK PERFORMANCE METRICS | 3 |
| Voice Assistant Device | Orientation-Based Playback Device Microphone Selection | 1 |
| Connected Playback Device | Orientation-Based Touch Control | 1 |
| Multi-Device Platform | Metadata exchange involving a networked playback system and a networked microphone System | 1 |
| Multi-Device Platform | DEFAULT PLAYBACK DEVICE | 3 |

Confidential and Subject to FRE 408

9

# Sonos's 100 Claim Charts

| Feature Category | Family Name | Total Patents |
|---|---|---|
| Multi-Device Platform | SYNCHRONIZING OPERATIONS AMONG A PLURALITY OF INDEPENDENTLY CLOCKED DIGITAL DATA PROCESSING DEVICES | 41 |
| Connected Playback Device | CONTROLLING AMPLIFIERS [POWER SAVE] | 2 |
| Multi-Device Platform | CONTROLLING MULTIMEDIA PLAYERS IN A MULTIZONE SYSTEM [GROUP VOLUME] | 2 |
| Connected Playback Device | PLAYBACK DEVICE CONNECTION [SETUP] | 2 |
| Multi-Device Platform | CONTROLLING AND MANIPULATING GROUPINGS IN A MULTI-ZONE MEDIA SYSTEM [ZONE SCENES] | 5 |
| Premium Sound | Multi-Channel Pairing in a Media System | 6 |
| Connected Playback Device | SMART LINE-IN PROCESSING | 2 |
| Connected Playback Device | Leaving Group Based on Message From Audio Source | 2 |
| Premium Sound | SHAPING SOUND RESPONSIVE TO SPEAKER ORIENTATION | 2 |
| Connected Playback Device | NETWORKED MUSIC PLAYBACK [DIRECT CONTROL - 2011] | 4 |
| Connected Playback Device | ACOUSTIC SIGNATURES [GUEST ACCESS] | 3 |
| Connected Playback Device | PLAYBACK QUEUE CONTROL VIA A PLAYLIST [DIRECT CONTROL – 2013] | 6 |
| Connected Playback Device | DETECTING IMPROPER POSITION OF A PLAYBACK DEVICE | 1 |
| Premium Sound | AUDIO SETTINGS BASED ON ENVIRONMENT | 3 |
| Connected Playback Device | CLOUD QUEUE | 8 |
| Multi-Device Platform | DEVICE GROUP IDENTIFICATION | 1 |
| Premium Sound | MULTI-CHANNEL PLAYBACK OF AUDIO CONTENT | 1 |
| Multi-Device Platform | GROUP COORDINATOR SELECTION BASED ON NETWORK PERFORMANCE METRICS | 3 |
| Voice Assistant Device | Orientation-Based Playback Device Microphone Selection | 1 |
| Connected Playback Device | Orientation-Based Touch Control | 1 |
| Multi-Device Platform | Metadata exchange involving a networked playback system and a networked microphone System | 1 |
| Multi-Device Platform | DEFAULT PLAYBACK DEVICE | 3 |

Confidential and Subject to FRE 408

10

| | Max (17 of 25) | Home, Hub, Mini (9 of 16) | Chromecast (9 of 15) |
|---|---|---|---|
| **Playback Device (Standalone)** | | | |
| Playback Device Setup | setup | Setup | setup |
| Wi-Fi Streaming | | | |
| Support for only one streaming service | cloud queue | cloud queue | cloud queue |
| Support for multiple streaming services | service switch | service switch | service switch |
| Line-in | direct (Bluetooth switch) | direct (Bluetooth switch) | |
| Line-out | | | |
| Bluetooth | | | |
| Control Interface (SW) | guest access | guest access | guest access |
| | direct control | direct control | direct control |
| Control Interface (HW) | control based on orientation | | |
| Power and Power Management | power save | | |
| Fault Detection/Recovery | fault based on orientation | | |
| Features Update (SW) | | | |
| | | | |
| **Voice Assistant Device** | | | |
| Smart Assistant | | | |
| Voice Detection | mic based on orientation | | |
| | | | |
| **Multi-device Platform** | | | |
| Multi-device Playback Control (SW) | grouping/synchronization | grouping/synchronization | grouping/synchronization |
| | group volume | group volume | group volume |
| | zone scenes | zone scenes | zone scenes |
| | direct control to group | direct control to group | direct control to group |
| | group ID | group ID | group ID |
| Multi-device Playback (SW) | grouping/synchronization | grouping/synchronization | grouping/synchronization |
| Multi-device Voice | default device | default device | default device |
| | meta data channel | meta data channel | meta data channel |
| Smart-home Integration | | | |
| Multi-device Networking | GC selection | GC selection | GC selection |
| | GC switching | GC switching | GC switching |
| | | | |
| **Premium Sound** | | | |
| Orientation | sound based on orientation | | |
| Bonded Zones | bonded pair | | |
| Custom Transducers | | | |
| Calibration | self calibration | | |
| Lossless Streaming | | | |
| Sound Field Control | multi-channel sound field | | |
| Custom Amplifiers | | | |
| Enclosure | | | |

**Device Setup**

2 patents +pending

**Control Interface (Direct Control)**

10 patents +pending

**Multi-Device Playback (Synchronization)**

10 patents +pending

Confidential and Subject to FRE 408

11

# US Patent No.: 9,195,258 

**SONOS**

## Title: System and method for synchronizing operations among a plurality of independently clocked digital data processing devices

**Priority Date: 4/1/2004**

**Issue Date: 11/24/2015**

This patent involves a first independently clocked zone player capable of:

1. Receiving, from a controller, a direction to enter into a synchrony group.
2. Entering into a synchrony group, where the zone players in the group are configured to playback audio in sync based at least on (i) audio content, (ii) playback timing information corresponding to the audio, and (iii) clock time information of the first zone player.
3. Transmitting status information to a controller that indicates a status of the synchrony group.



**Multi-Device Playback (Synchronization)**

### Create and manage speaker groups

Group any combination of Google Home devices, Chromecast devices, and speakers with Chromecast built-in together for synchronous music throughout the home. Your favorite music and audio from Chromecast-enabled apps are instantly available to stream.

Confidential and Subject to FRE 408

12

# US Patent No.: 9,960,969
# Title: Playback Device Connection
## Priority Date: 6/5/2004
## Issue Date: 5/1/2018

SONOS

This patent involves a playback device capable of:

1. Broadcasting a message indicating a network name of a first network.
2. Receiving a message indicating a selection of the first network.
3. Responsively outputting audio.
4. Receiving a message indicating parameters of a second network.
5. Joining the second network.
6. Receiving audio for playback over the second network and outputting the audio

**Device Setup**




Set up your Google Home speaker or Google Nest display
The Google Home app will walk you through the steps to set up your Google Home speaker or Google Nest display.

Confidential and Subject to FRE 408

13

# US Patent No.: 9,735,978

**SONOS**

# Title: Playback queue control via a playlist on a mobile device

## Priority Date: 5/29/2013

## Issue Date: 8/15/2017

This patent involves a controller device capable of:

1. Displaying an indication that a selection of a zone will cause actions associated with a playlist to be extended to the zone in a connected state.
2. Establishing the connected state between the controller device and the zone.
3. Dynamically updating a playback queue of the zone in response to modifications of the playlist.



Confidential and Subject to FRE 408

14

| | Max (17 of 25) | Home, Hub, Mini (9 of 16) | Chromecast (9 of 15) |
|---|---|---|---|
| **Playback Device (Standalone)** | | | |
| Playback Device Setup | setup | Setup | setup |
| Wi-Fi Streaming | | | |
| Support for only one streaming service | cloud queue | cloud queue | cloud queue |
| Support for multiple streaming services | service switch | service switch | service switch |
| Line-in | direct (Bluetooth switch) | direct (Bluetooth switch) | |
| Line-out | | | |
| Bluetooth | | | |
| Control Interface (SW) | guest access | guest access | guest access |
| | direct control | direct control | direct control |
| Control Interface (HW) | control based on orientation | | |
| Power and Power Management | power save | | |
| Fault Detection/Recovery | fault based on orientation | | |
| Features Update (SW) | | | |
| | | | |
| **Voice Assistant Device** | | | |
| Smart Assistant | | | |
| Voice Detection | mic based on orientation | | |
| | | | |
| **Multi-device Platform** | | | |
| Multi-device Playback Control (SW) | grouping/synchronization | grouping/synchronization | grouping/synchronization |
| | group volume | group volume | group volume |
| | zone scenes | zone scenes | zone scenes |
| | direct control to group | direct control to group | direct control to group |
| | group ID | group ID | group ID |
| Multi-device Playback (SW) | grouping/synchronization | grouping/synchronization | grouping/synchronization |
| Multi-device Voice | default device | default device | default device |
| | meta data channel | meta data channel | meta data channel |
| Smart-home Integration | | | |
| Multi-device Networking | GC selection | GC selection | GC selection |
| | GC switching | GC switching | GC switching |
| | | | |
| **Premium Sound** | | | |
| Orientation | sound based on orientation | | |
| Bonded Zones | bonded pair | | |
| Custom Transducers | | | |
| Calibration | self calibration | | |
| Lossless Streaming | | | |
| Sound Field Control | multi-channel sound field | | |
| Custom Amplifiers | | | |
| Enclosure | | | |

**Cloud Queue**

**Zone Scenes (Grouping)**

**Group Volume Control**

Confidential and Subject to FRE 408

15

# US Patent No.: 8,588,949 *Litigated* *Re-Examined*  SONOS

## Title: Method and apparatus for adjusting volume levels in a multi-zone system

## Priority Date: 6/5/2004

## Issue Date: 11/19/2013; 11/5/2015

This patent involves a controller device capable of:

1. Providing an interface for a player group.
2. Accepting input to facilitate forming a player group.
3. Accepting input to adjust a volume of an individual player in the player group.
4. Accepting input to adjust a volume of the player group.

**Multi-Device Playback Control**





How to change the volume of an audio group

When casting to a group, there are two ways to change the volume:

1. Changing the **group volume**. This action will change the volume of all speakers within the group.
2. Changing a **single speaker's volume** when it's part of a group. This action will only change that individual speaker.

Confidential and Subject to FRE 408

16

# US Patent No.: 8,843,228

**SONOS**

## Title: Method and apparatus for updating zone configurations in a multi-zone system

## Priority Date: 9/12/2006

## Issue Date: 9/23/2014

This patent involves a controller device capable of:

1. Receiving from a playback device a zone configuration characterizing one or more zone scenes.
2. Receiving an input to invoke one of the one or more zone scenes.
3. Based on the input, instructing two or more playback devices to form a group based on the invoked zone scene.

**Multi-Device Playback Control**





Step 2. Control speaker groups

Note: Changing the volume of an individual speaker in a group will change the group's volume.

Using your voice

From the Google Home app ⌂

1. Open the Google Home app ⌂.
2. Make sure your mobile device or tablet is connected to the same Wi-Fi as your Google Home device.
3. From Home ⌂, tap the speaker group you want to control.

Confidential and Subject to FRE 408

17

## US Patent No.: 9,654,459

## Title: Cloud Queue Synchronization Protocol

**SONOS**

### Priority Date: 6/4/2014

### Issue Date: 5/16/2017

This patent involves a playback device capable of:

1. While playing an audio track from a local queue, sending a request for an indication of audio tracks identified in a cloud queue and an indication of the audio track currently being played by the playback device.
2. Receiving an indication of two or more audio tracks from the cloud queue.
3. Incorporating an indication of at least one of the received audio tracks into the local queue.



### Queueing

#### Overview

Queueing allows partner applications to better integrate with Cast by providing the following features:

- Support of Google's and partner's cloud queue implementation so externally stored and created queue can be directly loaded into Cast devices.
- Mechanisms that allows pagination of items in the queue rather than loading everything at once, solving our Receiver v2 message size limit issue.
- Support for new messaging such as going to the next item, the previous item, fetching a window of items, as well as getting media information related to a set of queue items.
- Better integration with the Cast eco-system such as Google Home and Google Assistant through new queueing data.
- An easy-to-use QueueManager API that allows insertion, removal, and update of queue items.

Confidential and Subject to FRE 408

18