UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>   Plaintiff,<br><br> v.<br><br>SONOS, INC.,<br><br>   Defendant. | No. C 20-06754 WHA<br>No. C 21-07559 WHA<br><br><br>**ORDER RE TECHNOLOGY TUTORIAL** |
| SONOS, INC.,<br><br>   Plaintiff,<br><br> v.<br><br>GOOGLE LLC,<br><br>   Defendant. | |

  The parties noted in their joint case management statement that they each had already prepared a fifteen-minute, self-contained electronic technology tutorial for the Texas action. The parties shall please submit these tutorials for review by **FEBRUARY 4 AT NOON**. Should additional technical tutorials be necessary, they will take place in-person at a later date.

Dated: January 26, 2022.

*/s/ William Alsup*
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE