CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
EVAN D. BREWER (STATE BAR NO. 304411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:    +1 415 773 5759

SEAN M. SULLIVAN (admitted *pro hac vice*)
sullivan@ls3ip.com
COLE B. RICHTER (admitted *pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:   +1 312 754 0002
Facsimile:    +1 312 754 0003

*Attorneys for Plaintiff Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>GOOGLE LLC,<br><br>          Defendant. | Case No. 3:21-cv-07559-WHA<br><br>**DECLARATION OF COLE B. RICHTER IN SUPPORT OF SONOS, INC.'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**<br><br>Date: May 12, 2022<br>Time: 8:00 a.m.<br>Place: Courtroom 12, 19th Floor<br>Judge: Hon. William Alsup<br><br>Second Amended Complaint Filed: February 23, 2021 |

I, Cole B. Richter, declare as follows and would so testify under oath if called upon to do so:

1. I am an attorney with the law firm of Lee Sullivan Shea & Smith LLP, counsel of record to Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good standing of the Bar of the State of Illinois. I have been admitted *pro hac vice* in this matter. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. I make this declaration in support of Sonos, Inc.'s Motion for Leave to File Third Amended Complaint.

3. Attached as **Exhibit 1** is a true and correct copy of excerpts from the October 7, 2021 Transcript of Remote Teleconference Proceedings in *Google LLC v. Sonos, Inc.*, Case No. 3:20-cv-06754-WHA.

4. Attached as **Exhibit 2** is a true and correct copy of excerpts from Sonos, Inc.'s Third Supplemental Responses and Objections to Google's First Set of Interrogatories [1-20].

5. Attached as **Exhibit 3** is a true and correct copy of excerpts from Google LLC's First Objections and Responses to Plaintiff Sonos, Inc.'s First Set of Fact Discovery Interrogatories.

6. Attached as **Exhibit 4** is a true and correct copy of excerpts from Plaintiff Sonos, Inc.'s Preliminary Infringement Contentions and Identification of Priority Dates dated December 11, 2020, while this action was in the Western District of Texas.

7. Attached as **Exhibit 5** is a true and correct copy of excerpts from Plaintiff Sonos, Inc.'s Supplemental Preliminary Infringement Contentions and Identification of Priority Dates dated on February 17, 2021, while this action was in the Western District of Texas.

8. Attached as **Exhibit 6** is a true and correct copy of excerpts from Plaintiff Sonos, Inc.'s Final Infringement Contentions dated September 10, 2021, while this action was in the Western District of Texas.

9. Attached as **Exhibit 7** is a true and correct copy of excerpts from Sonos, Inc.'s Disclosure of Asserted Claims and Infringement Contentions dated October 21, 2021.

1   10. Attached as **Exhibit 8** is a true and correct copy of the redlined version of the proposed Third Amended Complaint and ten (10) new exhibits labeled Exhibits CM through CW. In addition, the other exhibits referenced in the Third Amended Complaint are numbered to match the same documents that are exhibits to Sonos, Inc.'s Answer to Google LLC's Second Amended Complaint and Sonos, Inc.'s Counterclaim in *Google LLC v. Sonos, Inc.*, Case No. 3:20-cv-06754-WHA.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 30th day of March, 2022 in Chicago, Illinois.

*/s/ Cole B. Richter*
COLE B. RICHTER