| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

SONOS, INC.,

        Plaintiff,

  v.

GOOGLE LLC,

        Defendant.

Case No. 3:21-cv-07559-WHA

**[PROPOSED] ORDER GRANTING SONOS, INC.'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

Before the Court is Sonos, Inc.'s Motion for Leave to File Third Amended Complaint. Accordingly, having reviewed the parties' submissions, and good cause having been shown, the Court grants Sonos, Inc.'s Motion.

**IT IS SO ORDERED.**

Dated: _____, 2022

```
                                        _____
                                        HON. WILLIAM H. ALSUP
                                        United States District Judge
```