1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   Melissa Baily (Bar No. 237649)
3  melissabaily@quinnemanuel.com
   Lindsay Cooper (Bar No. 287125)
4  lindsaycooper@quinnemanuel.com
   50 California Street, 22nd Floor
5  San Francisco, California 94111-4788
   Telephone:    (415) 875-6600
6  Facsimile:    (415) 875-6700

7  *Attorneys for Google LLC*

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11 | SONOS, INC.,                    | CASE NO. 3:21-cv-07559-WHA
12 |          Plaintiff,             | Related to CASE NO. 3:20-cv-06754-WHA
13 |     vs.                         | **DECLARATION OF JOCELYN MA IN SUPPORT OF SONOS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. NO. 160)**
14 | GOOGLE LLC,                     |
15 |          Defendant.             |

1  I, Jocelyn Ma, declare and state as follows:

2  1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at Quinn Emanuel Urquhart & Sullivan LLP representing Google LLC ("Google") in this matter. I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Sonos, Inc.'s ("Sonos") Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion") (Dkt. No. 160) filed in connection with Sonos's Motion for Leave to File a Third Amended Complaint (Dkt. No. 159). If called as a witness, I could and would testify competently to the information contained herein.

3. Google seeks an order sealing the materials as listed below:

| Document | Portions Sonos Sought to Be Filed Under Seal | Portions Google Seeks to Be Filed Under Seal | Designating Party |
|---|---|---|---|
| Exhibit 2 to the Declaration of Cole Richter in Support of Sonos's Motion for Leave to File a Third Amended Complaint ("Exhibit 2") | Entire Document | Portions outlined in red boxes | Google |
| Exhibit 3 to the Declaration of Cole Richter in Support of Sonos's Motion for Leave to File a Third Amended Complaint ("Exhibit 3") | Entire Document | None | Google |

4. I understand that the Court applies a "compelling reasons" standard to a sealing request made in connection with a motion for leave to amend a complaint. *See, e.g.*, *Space Data Corp. v. Alphabet Inc.*, No. 16-CV-03260-BLF, 2019 WL 285799, at *1 (N.D. Cal. Jan. 22, 2019); *Sumotext Corp. v. Zoove, Inc.*, No. 16-CV-01370-BLF, 2017 WL 8294292, at *1 (N.D. Cal. Aug. 15, 2017).

5. The portions of Exhibit 2 outlined in red boxes contain references to Google's confidential business information and trade secrets, including details regarding the architecture, technical operations, and work flow strategies and processes of Google's products. The specifics of

how these functionalities operate is confidential information that Google does not share publicly. Thus, I understand that the public disclosure of such information could lead to competitive harm to Google, as competitors could use these details regarding the architecture and functionality of Google's products to gain a competitive advantage in the marketplace with respect to their competing products. A less restrictive alternative than sealing would not be sufficient because the information sought to be sealed is Google's confidential business information and trade secrets but has been utilized by Sonos in support of Sonos's Motion for Leave to File a Third Amended Complaint.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct. Executed on April 6, 2022, in San Francisco, California.

DATED: April 6, 2022

By: /s/ Jocelyn Ma
Jocelyn Ma