1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SONOS, INC., | | Case No. 3:21-cv-07559-WHA |
| | Plaintiff, | Related to Case No. 3:20-cv-06754-WHA |
| | vs. | **[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO STAY ISSUES RELATING TO SONOS, INC.'S MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT PENDING INTERLOCUTORY APPEAL** |
| GOOGLE LLC, | | |
| | Defendant. | |

Before the Court is Google LLC's Motion to Stay Issues Relating to Sonos, Inc.'s Motion for Leave to File a Third Amended Complaint Pending Interlocutory Appeal ("Motion to Stay"). Having reviewed the Motion to Stay, and good cause appearing therefor, this Court concludes that the Motion to Stay should be, and is hereby, **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____, 2022

HON. WILLIAM ALSUP
United States District Court Judge