1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
     Melissa Baily (Bar No. 237649)
3    melissabaily@quinnemanuel.com
     Lindsay Cooper (Bar No. 287125)
4    lindsaycooper@quinnemanuel.com
   50 California Street, 22nd Floor
5  San Francisco, California 94111-4788
   Telephone:    (415) 875-6600
6  Facsimile:    (415) 875-6700

7  *Attorneys for GOOGLE, LLC*

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11 | SONOS, INC.,                          | Case No. 3:21-cv-07559-WHA
   |                                        | Related to Case No. 3:20-cv-06754-WHA
12 |         Plaintiff,                     |
   |                                        | **DECLARATION OF LINDSAY COOPER
13 |     vs.                                | IN SUPPORT OF GOOGLE LLC'S
   |                                        | MOTION TO STAY ISSUES RELATING
14 | GOOGLE LLC,                            | TO SONOS, INC.'S MOTION FOR
   |                                        | LEAVE TO FILE A THIRD AMENDED
15 |         Defendant.                     | COMPLAINT PENDING
   |                                        | INTERLOCUTORY APPEAL**

I, Lindsay Cooper, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am a partner at Quinn Emanuel Urquhart & Sullivan LLP representing Google LLC ("Google") in this matter. I make this declaration in support of Google's Motion to Stay Issues Relating to Sonos, Inc.'s ("Sonos") Motion for Leave to File a Third Amended Complaint ("Motion to Stay"). If called as a witness, I could and would testify competently to the information contained herein.

2. Attached as Exhibit 1 is a true and correct copy of Sonos's Petition for Permission to Appeal Pursuant to 28 U.S.C. § 1292(b) filed in *Sonos, Inc. v. Google LLC*, No. 2022-134 (Fed. Cir. Mar. 28, 2022) on March 28, 2022.

3. Attached as Exhibit 2 is a true and correct copy of Google's Cross-Petition for Permission to Appeal Pursuant to 28 U.S.C. § 1292(b) filed in *Sonos, Inc. v. Google LLC*, No. 2022-144 (Fed. Cir. Apr. 7, 2022) on April 7, 2022.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on April 13, 2022, in Mill Valley, California.

DATED: April 13, 2022

By: */s/ Lindsay Cooper*
    Lindsay Cooper

CASE NO. 3:20-cv-06754-WHA
DECLARATION OF LINDSAY COOPER

## ATTESTATION

I, Charles K. Verhoeven, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(h)(3), I hereby attest that Lindsay Cooper has concurred in the aforementioned filing.

DATED: April 13, 2022

                                        */s/ Charles K. Verhoeven*
                                        Charles K. Verhoeven