QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

*Attorneys for GOOGLE, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 3:21-cv-07559-WHA <br> Related to Case No. 3:20-cv-06754-WHA <br><br> **DECLARATION OF LINDSAY COOPER IN SUPPORT OF GOOGLE LLC'S RESPONSE TO SONOS, INC.'S MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT** |

1   I, Lindsay Cooper, declare and state as follows:

2   1.   I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am a partner at Quinn Emanuel Urquhart & Sullivan LLP representing Google LLC ("Google") in this matter. I make this declaration in support of Google's Response to Sonos, Inc.'s ("Sonos") Motion for Leave to File a Third Amended Complaint. If called as a witness, I could and would testify competently to the information contained herein.

2.   Attached as Exhibit 1 is a true and correct copy of excerpts of the Final Infringement Contentions Sonos served in this case on September 10, 2021.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on April 13, 2022, in Mill Valley, California.

DATED:  April 13, 2022

By: _/s/ Lindsay Cooper_
Lindsay Cooper

**ATTESTATION**

I, Charles K. Verhoeven, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(h)(3), I hereby attest that Lindsay Cooper has concurred in the aforementioned filing.

DATED: April 13, 2022

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven