UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Sonos, Inc.                    ,

        Plaintiff(s),

     v.

Google LLC                    ,

        Defendant(s).

Case No. 3:21-cv-07559-WHA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jaeyoung Pak              , an active member in good standing of the bar of Supreme Court of Illinois            , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Sonos, Inc.              in the above-entitled action. My local co-counsel in this case is Alyssa M. Caridis            , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 260103            .

| | |
|---|---|
| 656 W Randolph St., Floor 5W | 777 S. Figueroa St., Suite 3200 |
| Chicago, Illinois 60661 | Los Angeles, California 90017 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (312) 754-0002 | (213) 612-2372 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| pak@ls3ip.com | acaridis@orrick.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6321249        .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0       times in the 12 months preceding this application.

United States District Court
Northern District of California

United States District Court
Northern District of California

1       I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: _April 25, 2022_                        _Jaeyoung Pak_
                                                APPLICANT

5

6  ══════════════════════════════════════════

7

8                             ORDER GRANTING APPLICATION

9                 FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11       IT IS HEREBY ORDERED THAT the application of _Jaeyoung Pak_       is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: _April 29, 2022_

16

17  

                     UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite
1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
3/7/2022

Re: Jaeyoung Pak
        Attorney No. 6321249

To Whom It May Concern:

   The records of the Clerk of the Supreme Court of Illinois and this office reflect that
Jaeyoung Pak was admitted to practice law in Illinois on 11/5/2015; is currently registered on
the master roll of attorneys entitled to practice law in this state; has never been disciplined
and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
     Andrew Oliva
     Registrar