Reset Form

CAND Pay.gov Application for Refund (rev. 10/19)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

***IMPORTANT***:
- Complete all required fields (shown in *red\**); otherwise, your request may be denied and require resubmission.
- In fields **3-6**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | | |
|---|---|---|
| 1. **Your Name:\*** John Dan Smith, III | 7. **Your Phone Number:** (312) 754-9602 | |
| 2. **Your Email Address: \*** smith@ls3ip.com | 8. **Full Case Number (if applicable):** 3:21-cv-07559 | |
| 3. **Receipt Number:\*** ACANDC17119590 | 9. **Fee Type:\*** | ☐ Attorney Admission <br> ☐ Civil Case Filing <br> ☐ FTR Audio Recording <br> ☐ Notice of Appeal <br> ☑ Pro Hac Vice <br> ☐ Writ of Habeas Corpus |
| 4. **Transaction Date:\*** 04/26/2022 | | |
| 5. **Transaction Time:\*** 12:23 pm | | |
| 6. **Transaction Amount (Amount to be refunded):\*** $ 317.00 | | |

10. **Reason for Refund Request:\*** Explain in detail what happened to cause duplicate charges or no fee required.
- For a duplicate charge, provide the **correct** receipt number in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

Duplicate charge: Receipt No. ACANDC17119590

✓ ***Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.**

View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: ☐ Approved <br> ☐ Denied <br> ☐ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: | Request approved/denied by: |
| Pay.gov refund tracking ID refunded: | Agency refund tracking ID number: 0971- |
| Date refund processed: | Refund processed by: |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |