Reset Form

CAND Pay.gov Application for Refund (rev. 10/19)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

***IMPORTANT***:
- *Complete all required fields (shown in red\*); otherwise, your request may be denied and require resubmission.*
- ✓ *In fields **3-6**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.*

| | | | |
|---|---|---|---|
| 1. **Your Name:*** | John Dan Smith, III | 7. **Your Phone Number:** | (312) 754-9602 |
| 2. **Your Email Address: *** | smith@ls3ip.com | 8. **Full Case Number (if applicable):** | 3:21-cv-07559 |
| 3. ✓ **Receipt Number:*** | ACANDC17119590 | 9. **Fee Type:*** | ☐ Attorney Admission<br>☐ Civil Case Filing<br>☐ FTR Audio Recording<br>☐ Notice of Appeal<br>☑ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| 4. **Transaction Date:*** | 04/26/2022 | | |
| 5. **Transaction Time:*** | 12:23 pm | | |
| 6. **Transaction Amount (Amount to be refunded):*** | $ 317.00 | | |

✓ 10. **Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- *For a duplicate charge, provide the **correct** receipt number in this field.*
- *If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).*

Duplicate charge:  Receipt No. ACANDC17119590

✓ *Efile this form using* **OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.**

View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: ☐ Approved  ☐ Denied  ✗ Denied – Resubmit amended application (see reason for denial) | |
| Approval/denial date: | Request approved/denied by: Ana Banares *(Digitally signed by Ana Banares, Date: 2022.05.04 17:44:08 -07'00')* |
| Pay.gov refund tracking ID refunded: | Agency refund tracking ID number: 0971- |
| Date refund processed: | Refund processed by: |
| Reason for denial (if applicable): Please state the incorrect receipt number in #3. Please explain in detail what happened that cause the duplicate charge and provide the correct receipt number in #10 | |
| Referred for OSC date (if applicable): | |