[PROPOSED] ORDER GRANTING OPPOSED MOTION REQUESTING PATENT SHOWDOWN TRIAL DATE TO BE MOVED

1
2
3
4
5
6
7
8  UNITED STATES DISTRICT COURT
9  NORTHERN DISTRICT OF CALIFORNIA,
10  SAN FRANCISCO DIVISION
11
12 GOOGLE LLC,

Case No. 3:20-cv-06754-WHA
Related Case No. 3:21-cv-07559-WHA

13       Plaintiff and Counterdefendant,

**[PROPOSED] ORDER GRANTING OPPOSED MOTION REQUESTING PATENT SHOWDOWN TRIAL DATE TO BE MOVED**

14    v.
15 SONOS, INC.,
16       Defendant and Counterclaimant
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Northern District of California Local Rule 6-3, Sonos, Inc. filed a motion requesting that the July 18, 2022 patent showdown trial date be moved to another date convenient for the Court and the parties' retained experts. Having considered Sonos's Motion, and good cause having been shown, the Court GRANTS Sonos's Motion and ORDERS that the July 18, 2022 patent showdown trial date is moved.

Dated: _____

HON. WILLIAM H. ALSUP
United States District Judge