UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SONOS, INC.,

    Plaintiff,

  v.

GOOGLE LLC,

    Defendant.

GOOGLE LLC,

    Plaintiff,

  v.

SONOS, INC.,

    Defendant.

No. C 21-07559 WHA
No. C 20-06754 WHA

**ORDER RE SONOS'S REQUEST FOR ADDITIONAL INFORMATION**

Although the Court allowed questions during telephone conference, that was not intended to invite further questions after the fact. The Court feels adequate disclosure has been made. Any motion to disqualify must be made by Friday at Noon. **IT IS SO ORDERED.**

Dated: May 25, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE