CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
EVAN D. BREWER (STATE BAR NO. 304411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

SEAN M. SULLIVAN (admitted *pro hac vice*)
sullivan@ls3ip.com
COLE RICHTER (admitted *pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:   +1 312 754 0002
Facsimile:   +1 312 754 0003

*Attorneys for Plaintiff Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | Case No. 3:21-cv-07559-WHA <br> Related to Case No. 3:20-cv-06754-WHA <br><br> **SONOS, INC.'S RESPONSE TO ORDER (DKT. 204)** <br><br> Second Amended Complaint Filed: February 23, 2021 |

Your Honor, we find ourselves in a vexing situation. The law clerk on this case has assisted you in important decisions despite an ethical conflict that he has belatedly sought to cure, albeit in a way that the law does not recognize as a cure. *See* Dkt. 203 at 2-4. Based on our own inquiries we have reason to believe that this clerk also previously worked for opposing counsel, including with a senior member of the trial team for this case, during the pendency of this dispute. This is a hard-fought litigation to say the least. So we trust that you can imagine our concerns regarding this abrupt development, which is compounded by our uncertainty regarding the relevant facts. That said, as your Honor has satisfied yourself that, notwithstanding some appearances, your clerk can handle his duties impartially, we will not be filing a recusal motion. We have emphasized from the outset that our hope is to move towards trial expeditiously and we look forward to doing so.

Dated: May 27, 2022

By:  /s/ *Clement Seth Roberts*

CLEMENT SETH ROBERTS
BAS DE BLANK
ALYSSA CARIDIS
EVAN D. BREWER

ORRICK, HERRINGTON & SUTCLIFFE LLP

SEAN M. SULLIVAN
COLE B. RICHTER

LEE SULLIVAN SHEA & SMITH LLP

*Attorneys for Plaintiff Sonos, Inc.*