# EXHIBIT R