# EXHIBIT AB











Shop gifts for family and friends this holiday season. See Offers

## Pixel Slate by the numbers.

## Powerful and portable.

### Molecular Display™ for the sharpest picture.

12.3" Molecular Display™ comes with 293 ppi and 6 million pixels. Plus, premium audio with dual front-firing speakers.

### Video calls with Duo Cam.

### Intel® processor.

### Long-lasting battery. Fast recharge.

### Thin and lightweight.

Intel® processors

**Memory & Storage**
8GB or 16GB RAM

**Dimensions & Weight**
11.45 in (290.85 mm) • 7.95 in (202.04 m...

**Materials & Color**
Midnight Blue

**Battery**
48Wh battery

**Camera**
8 MP with wide FOV

**Wireless**
Wi-Fi: 802.11 a/b/g/n/ac, 2x2 (MIMO), dua...

**Security**
Fingerprint Sensor

**Sensors**
3-axis Gyroscope/ Accelerometer

**Ports**
Two USB-Cs for charging, 4K display out...

**What's in the box**

Power adapter and cable

Quick Start Guide

USB-C Charge Cable

¹Battery performance is based on a mix of standby, web browsing and other use. Charging time requires the battery to be at least 5% charged, the device to be inactive and use of included charger. Actual results may vary.

²Pixelbook Pen sold separately.

³Battery performance is based on a mix of standby, web browsing and other use. Charging time requires the battery to be at least 5% charged, the device to be inactive and use of included charger. Actual results may vary.

⁴USB-Type C™ and USB-C™ are trademarks of USB Implementers Forum.

⁵Storage specifications refer to capacity before formatting; Actual formatted capacity will be less.

⁶Not enabled out of box or at the time of publishing

* Google Store Financing is a credit card account issued and serviced solely by Synchrony Bank and can be used only for purchases at store.google.com. At times, we may offer a 24-month Equal Pay Financing promotion with 0% APR on identified Qualifying Purchases (and all other items purchased in the same sales transaction). No interest will be charged on these Qualifying Purchases and equal monthly payments are required equal to the total Qualifying Purchase amount divided by 24, rounded to the whole cent. For Qualifying Purchases and

Phone Purchases, any monthly payments shown only apply with the use of a Google Store Financing credit card account. If you make your payments by the due date each month, the monthly payment shown (adjusted for taxes, shipping and other items purchased in the same sales transaction) should allow you to pay off the Qualifying Purchase or Phone Purchase advertised within 24 months if this balance is the only balance on your account during that period. If you have other balances on your account, this monthly payment will be added to the monthly payment applicable to those balances. For new accounts: Phone Purchases (any transaction that includes a phone) APR is 0.00%. All other (regular) purchases APR is 29.99%. Minimum interest charge is $2.00. APRs are accurate as of 3/7/2017. Subject to credit approval.

