# EXHIBIT AC

Shop gifts for family and friends this holiday season. See Offers

 Phones   Connected Home   Gaming   Laptops   Tablets   Accessories   Special Offers    

# Compare Pixelbook Go and Pixelbook



## Pixelbook Go

Made to move, with a lightweight design and long-lasting battery.[1]

Buy now



Available Colors



## Pixelbook

Super thin, 4-in-1 design with 360° hinge and Pixelbook Pen support.[3]

Buy now

Available Colors

              

| | |
|---|---|
| **Operating system** | **Operating system** |
| Chrome OS with security and OS updates[2] | Chrome OS with security and OS updates[2] |
| **Display size** | **Display size** |
| 13.3" touchscreen | 12.3" touchscreen with Google Pixelbook Pen support[3] |
| **Display resolution** | **Display resolution** |
| Full HD 1920x1080 (166 ppi) or 4K Ultra HD Molecular Display™ 3840x2160 (331 ppi) | Quad HD 2400x1600 (235 ppi) |
| **Processor** | **Processor** |
| 8th Gen Intel® Core™ m3, i5, or i7[4] | 7th Gen Intel® Core™ i5 or i7[4] |
| **Memory** | **Memory** |

| | |
|---|---|
| 8 GB or 16 GB | 8 GB or 16 GB |

### Storage

| | |
|---|---|
| 64 GB, 128 GB, or 256 GB SSD[5] | 128 GB, 256 GB, or 512 GB SSD[5] |

### Camera

| | |
|---|---|
| Front 1080p Duo Cam | Front 720p Cam |

### Battery

| | |
|---|---|
| Up to 12 hours[1] | Up to 10 hours[1] |

### Height

| | |
|---|---|
| 13.4mm (.5in) | 10.3mm (.4in) |

### Weight

| | |
|---|---|
| Full HD: 2.3 lbs (1061g)[7]<br><br>4K Ultra HD Molecular Display: 2.4 lbs (1090g)[7] | 2.4 lbs (1.1kg)[7] |

**Ports**

2 USB-C™[6]

3.5 mm headphone jack

**Ports**

2 USB-C™[6]

3.5 mm headphone jack

[1]Battery performance is based on a mix of video, web browsing, productivity and other uses. Actual results may vary.

[2]Auto-updates require Internet connection.

[3]Pixelbook Pen sold separately.

[4]Intel and Intel Core are trademarks of Intel Corporation in the U.S. and/or other countries.

[5]Storage specifications before formatting; actual formatted capacity will be less.

[6]USB-C is a trademark of USB Implementers Forum.

[7]Weight may vary by configuration and manufacturing process.



| Placing an order | Financing |
| Shipping options | Device recycling |

| | |
|---|---|
| Tracking a package | Sustainability |
| Country availability | Gift returns |
| Repairs | Refurbished |
| Find a Nest Pro | |

tates          Privacy          Google Nest Commitment to Privacy          Sales Terms          Terms of Service          Careers