# EXHIBIT AO



Google Nest Help

Describe your issue

Help Centre | Community | Google Nest | Contact us

Speakers and Displays | Thermostats | Cameras and Doorbell | Lock | Smoke alarms | Wi-Fi | Your privacy

Warranty & manual > Google Nest and Google Home device firmware versions

Please expect a longer than normal response time as a result of recent and current events. We appreciate your patience and understanding as we work to provide support as quickly as possible. We encourage you to use our online Help Centre and Community Forum for additional options during this time.

# Google Nest and Google Home device firmware versions

Here's an overview of the fixes and improvements included in the latest firmware update for Google Nest and Google Home speakers and displays.

## Current Preview Program firmware version

Firmware version **1.49.222572** is currently available to all Google Home devices.
Firmware version **1.46a.200660** is currently available to all Google Nest Mini devices
Firmware version **1.49.222572** is currently available to all Google Home Mini devices.
Firmware version **1.49.222572** is currently available to all Google Home Max devices.
Firmware version **1.46.203796** is currently available to all Google Nest displays.

## Current production firmware version

Firmware version **1.49.222572** is currently available to all Google Home devices.
Firmware version **1.46a.200660** is currently available to all Google Nest Mini devices
Firmware version **1.49.222572** is currently available to all Google Home Mini devices.
Firmware version **1.49.222572** is currently available to all Google Home Max devices.
Firmware version **1.46.203796** is currently available to all Google Nest displays.

## How to check your firmware version

Android | iPhone & iPad

To check which firmware version you're on:

1. Make sure thatyour mobile device or tablet is connected to the same Wi-Fi network or linked to the same account as your Google Nest or Home speaker or display.
2. Open the Google Home app.
3. Select your device.
4. At the top right, tap **Settings**.
5. Scroll to the bottom and look for **Cast firmware version: X.XXX.XXXXX**.

Give feedback about this article

Was this helpful? Yes No

### Warranty & manual

- Explore what you can do with Google Nest devices
- **Google Nest and Google Home device firmware versions**
- Find Google Nest or Google Home device's serial number
- Google Home manual — United Kingdom
- Google Nest and Google Home device warranties
- EU Declaration of Conformity (2014/53/EU)
- EU test summary reports for ecodesign requirements for energy-related products, Directive (2009/125/EC)
- Where Google Nest and Google Home devices are sold

©2020 Google - Privacy Policy - Terms of Service

English (United Kingdom)