# EXHIBIT CM

154 - System requirements & availability - Android - YouTube Music He...   moz-extension://0648b267-c4e5-4d22-8b6b-bef93dec7476/fsCaptured.html

Case 3:21-cv-07559-WHA     Document 211-55     Filed 07/08/22     Page 2 of 3



# System requirements & availability

## Available locations

The YouTube Music app is currently available in the following locations.

| | |
|---|---|
| American Samoa | Lebanon |
| Argentina | Liechtenstein |
| Aruba | Lithuania |
| Australia | Luxembourg |
| Austria | Malaysia |
| Bahrain | Malta |
| Belarus | Mexico |
| Belgium | Netherlands |
| Bermuda | New Zealand |
| Bolivia | Nicaragua |
| Bosnia & Herzegovina | Nigeria |
| Brazil | North Macedonia |
| Bulgaria | Northern Mariana Islands |
| Canada | Norway |
| Cayman Islands | Oman |
| Chile | Panama |
| Colombia | Papua New Guinea |
| Costa Rica | Paraguay |
| Croatia | Peru |
| Cyprus | Philippines |
| Czech Republic | Poland |
| Denmark | Portugal |
| Dominican Republic | Puerto Rico |
| Ecuador | Qatar |
| Egypt | Romania |
| El Salvador | Russia - temporarily unavailable |
| Estonia | Saudi Arabia |
| Finland | Serbia |
| France | Singapore |
| French Guyana | Slovakia |
| French Polynesia | Slovenia |
| Germany | South Africa |
| Greece | South Korea |
| Guadeloupe | Spain |
| Guam | Sweden |
| Guatemala | Switzerland |
| Honduras | Taiwan |
| Hong Kong | Thailand |
| Hungary | Turkey |
| Iceland | Turks and Caicos Islands |
| India | U.S. Virgin Islands |
| Indonesia | Ukraine |
| Ireland | United Arab Emirates |
| Israel | United Kingdom |
| Italy | United States |
| Japan | Uruguay |
| Kuwait | Venezuela |
| Latvia | |

## System requirements

You can use YouTube Music on your mobile device and computer.

**Help**

- Get started with YouTube Music
- Customize your music
- Explore YouTube Music Premium benefits
- Download music to listen to offline
- Play music in the background
- Choose between song and video mode
- View, delete, or pause watch history
- Shuffle or repeat songs
- **System requirements & availability**
- Create or edit a playlist
- Share Music
- Download music to an SD card
- Troubleshooting YouTube Music
- Use YouTube Music with other apps and services
- Change or turn off music video previews
- Enjoy your top songs with 2021 Recap

154 - System requirements & availability - Android - YouTube Music He... moz-extension://0648b267-c4e5-4d22-8b6b-bef93dec7476/fsCaptured.html

Case 3:21-cv-07559-WHA   Document 211-55   Filed 07/08/22   Page 3 of 3

Computer   **Android**   iPhone & iPad

**Android phones:** Android phones and tablets running version 4.4 or above.

Give feedback about this article

Was this helpful?   Yes   No

©2022 Google - Privacy Policy - Terms of Service     English