# EXHIBIT CN

Google Nest Help
Describe your issue
Sign in
Google Nest
Speakers and Displays
Thermostats
Cameras and Doorbell
Locks and Alarm Systems
Smoke Alarms
Wi-Fi
Subscriptions and Services
Your privacy
Change your settings > Change Google Nest device settings > Locate firmware version & settings
To get the most out of Google Home, choose your Help Center: U.S. Help Center, U.K Help Center, Canada Help Center, Australia Help Center.
Locate firmware version & settings
Firmware is the software installed on Google Nest or Home speaker or display. When a firmware update is available, your device will automatically download the update via an Over-the-Air (OTA) update.
Your speaker or display must be set up and connected to the internet to receive the firmware update.
Find the current firmware version
Android
iPhone & iPad
To check which firmware version you're on, follow these steps:
1. Make sure your mobile device or tablet is linked to the same account as your speaker or display.
2. Open the Google Home app.
3. Select your device.
4. At the top right, tap Settings > Device information.
5. Under "Technical information," find Cast firmware: X.XXX.XXXXX.
Give feedback about this article
Was this helpful?
Yes
No
Need more help?
Try these next steps:
Ask the Help Community
Get answers from community experts
Contact us
Tell us more and we'll help you get there
Change Google Nest device settings
Ambient EQ of your Google Nest display
Change the device name
Change the home address
Change the language of your Google Assistant
Turn Nest displays notifications on or off
Change volume of alarms and timers
Turn Do not disturb on or off
Manage volume and LED brightness with Night mode
Locate firmware version & settings
Get sound after you say "Hey Google"
Wall mount your Google Nest Mini
Change your sound settings
How to correct group playback delay
Google Nest display accessibility settings
Dark theme for Nest displays
©2022 Google - Privacy Policy - Terms of Service
English (Canada)