# EXHIBIT CO



SONOS-SVG2-00062711