# EXHIBIT CQ



GOOG-SONOSWDTX-00005824

## Move media from one cast device to another

Move music, podcasts, radio, and YouTube videos currently streaming from your Google Nest, Google Home, or Chromecast device to another Nest speaker, speaker group, display, or Chromecast-connected device.

**Devices you can transfer media to and from**
- Google Home, Google Nest Mini (2nd gen), Google Home Mini (1st gen), Google Home Max, Google Nest Audio
- Google Nest Hub or Google Nest Hub Max
- Chromecast with Google TV, Chromecast (2nd or 3rd gen), Chromecast Ultra, or Chromecast Audio
- Speaker groups

**Supported media**
- Any audio (except news and media playing via Bluetooth)
- YouTube for videos

## With the Google Assistant

Here are some ways to talk with your Google Assistant on your speaker or display when moving media from one device to another.

**Note**: This feature is currently only available in English.

| To do this: | Say "Ok Google" or "Hey Google," then: |
|---|---|
| Transfer media to another device | "Transfer to <device name>"<br>"Move the music to <device name>"<br>"Cast to <device name>" |

### From your Nest display



**Google Nest Hub**

1. On your Nest Hub's Home screen, tap the active media card to bring up the media player.
2. At the bottom left corner of the screen, tap Devices ▭ to find the list of available devices and speaker groups.
3. Select the device(s) you want to move your media to.
4. Deselect the device(s) you want to move your media from.

**Google Nest Hub Max**

1. On your Nest Hub Max's Home screen, tap the active media card to bring up the media player.
2. At the bottom left corner of the screen, tap Devices ▭ to find the list of available devices and speaker groups.
3. Select the device(s) you want to move your media to.
4. Deselect the device(s) you want to move your media from.

**Android** | iPhone & iPad

### From the Google Home app

1. Make sure your mobile device or tablet is connected to the same Wi-Fi or linked to the same account as your Chromecast, or speaker or display.
2. Open the Google Home app 🏠.
3. Tap Media 🎵. A controller for what's currently playing should appear. If there are multiple things playing in the home, scroll to the controller you want.
4. Select the device(s) you want to move your media to. If you have more than 3 devices in your home, tap **More devices** ⌄ to display all of your devices.
5. Uncheck the device(s) you want to move your media from.

 Give feedback about this article

---

Was this helpful?   [ Yes ]   [ No ]

## Need more help?

Sign in for additional support options to quickly solve your issue

[ Sign in ]

GOOG-SONOSWDTX-00005825

©2020 Google - Privacy Policy - Terms of Service     English

GOOG-SONOSWDTX-00005826