# EXHIBIT CR

# Cloud locations

Google Cloud has added a new region: Santiago. Our private, software-defined network provides fast and reliable connections to users around the world.

**Contact sales** (/contact)     **Free trial** (https://console.cloud.google.com/freetrial)



**29**
REGIONS



**88**
ZONES



**146** (/VPC/DOCS/EDGE-LOCATIONS)
NETWORK EDGE LOCATIONS

AVAILABLE IN



**200+**
COUNTRIES AND TERRITORIES

COMING SOON! Google Cloud will continue expanding into the following regions: Doha (Qatar), Paris (France), Milan (Italy), Madrid (Spain), Turin (Italy), Columbus (US), Berlin (Germany), Dammam (Kingdom of Saudi Arabia), Dallas (Texas), and Tel Aviv (Israel).

# Meet our network

REGIONS
(#REGIONS)     NETWORK (#NETWORK)



Current region with 3 zones

◯ Future region with 3 zones

*Exception: region has 4 zones.

# Products available by location

Deploy resources in specific zones, regions and multi-regions.

AMERICAS
(#AMERICAS)     EUROPE (#EUROPE)     ASIA PACIFIC (#ASIA-PACIFIC)     MULTI-REGION (#MULTI-REGION)



| Products | Oregon (us-west1) Low carbon (/sustainability/region-carbon) | Los Angeles (us-west2) | Salt (us |
|---|---|---|---|
| COMPUTE | | | |
| Compute Engine (https://cloud.google.com/compute) [5] (#regions-notes) | | | |
| App Engine (https://cloud.google.com/appengine) | | | |
| Google Kubernetes Engine (https://cloud.google.com/kubernetes-engine) | | | |

At a minimum, all regions will offer the following products at launch: Compute Engine, Google Kubernetes Engine, Cloud Storage, Persistent Disk, CloudSQL, Virtual Private Cloud, Key Management System, Cloud Identity and Secret manager. This minimum product group will continue to evolve based on customer demand. Typically, within three months of a new region launch, additional products are made available based on customer demand.

The above product availability is updated on a monthly basis. To request additional products for a specific location or to discuss product availability, please contact us (/contact).

1. Service is offered with a global location option in addition to region locations denoted.

2. Service is offered with multi-region location options in addition to region locations denoted. Check multi-region tab for details.

3. Service is offered with varying functionality by region.

4. Service is the next generation of Datastore. Available in either Datastore mode or Native mode.

5. Service provides a data location commitment in the Service Specific Terms for available regions/multi-regions.

# Global products

The following products are available with no dependence on location.

### NETWORKING

Cloud Load Balancing  (/load-balancing)

Cloud CDN (/cdn)

Cloud Interconnect (/network-connectivity/docs/interconnect)

Cloud DNS (/dns)

Cloud Armor (/armor)

Network Intelligence Center (/network-intelligence-center)

Traffic Director  (/traffic-director)

### DATA ANALYTICS

Data Studio (https://datastudio.google.com)

Datalab (/datalab)

### MANAGEMENT TOOLS

Cloud Recommendations API (/recommendations)

Cloud Deployment Manager (/deployment-manager)

Cloud Endpoints (/endpoints)

Cloud Shell (/shell)

Cloud Billing API (/billing/docs)
Resource Manager (/resource-manager)

### OPERATIONS

Cloud Monitoring (/monitoring) [1] (#global-products-notes)

Cloud Trace (/trace)

Cloud Profiler (/profiler/docs)

Cloud Debugger (/debugger/docs)

Error Reporting (/error-reporting)

### DEVELOPERS TOOLS

Cloud Source Repositories (/source-repositories)

Cloud Build (/build)

### SECURITY

Cloud Data Loss Prevention (/dlp)

Security Command Center (/security-command-center)

Identity and Access Management (/iam)

### MEDIA AND GAMING

Game Servers (/game-servers)

1. Please review the Cloud Monitoring (/monitoring/docs/region-support) documentation for regional scenarios.

# We help keep your data safe and secure

GCP meets rigorous privacy and compliance standards that test for data safety, privacy, and security. We've earned the trust of many third-party auditors.

Learn more  →  (/security)



ISO/IEC 27001

(/security/compliance/iso-27001)



ISO/IEC 27017

(/security/compliance/iso-27017)



ISO/IEC 27018

(/security/compliance/iso-27018)



SOC 1 (/security/compliance/soc-1)



FISC (Japan)

(/security/compliance/fisc-japan)



FedRAMP (/security/compliance/fedramp)

\* Exact list of certifications and standards may vary for specific data center, please contact sales to request additional information.

# Resources



### Regions and Zones

Learn more → (/docs/geography-and-regions)



### Best practices for Compute Engine region selection

Learn more → (/solutions/best-practices-compute-engine-region-selection)



### The latest blog posts for infrastructure updates

Read blog → (/blog/products/infrastructure)



### Cloud Pathfinder by Cloudscene

Find a Google Cloud partner ↗ (https://gpf.find.cloud/)



Google Cloud infrastructure

Learn more  →  (/infrastructure)



Next '19: An Insider's Look—
Google's Data Centers

Watch
video    ▶  (https://www.youtube.com
/watch?v=yfF3pOzdmlE)



# Get started

### Learn and build

New to GCP? Get started with qualifying GCP products for free with a $300 credit.

**try free** (https://console.cloud.google.com/freetrial)

### Need more help?

Our experts will help you build the right solution or find the right partner for your needs.

Contact sales (/contact)

Find a partner (https://cloud.withgoogle.com/partners/)