# EXHIBIT CS















