# EXHIBIT CT



**In your home**
Devices that are part of your home, but are not currently assigned to any room will be listed here. Tap on a device to open the controls for that device. You will also be able to assign them to a room.

**Groups**
Speaker groups on your local Wi-Fi network will appear here. Tap on a group to open the controls for the speaker group.

**Other cast devices**
Devices that are connected to your local Wi-Fi network, but aren't added to your home can be found here.

**Device controls**
From **Home** 🏠, tap on a device to control your device or access its settings. Different types of devices will have different controls.

- **Google Nest and Home speakers and displays** - Control the speaker's volume and EQ, or access settings. You can also play, pause, skip forward or backward in a song, podcast or audiobook, or stop casting.
- **Chromecast devices** - Control the display's volume, or access settings. You can also play, pause, skip forward or backward in a video, movie or TV show or stop casting.
- **Lights** - Turn your smart lights on and off and adjust their brightness (if supported).
- **Thermostat** - Adjust your thermostat's set point, change modes, and see the ambient temperature.
- **Smart Plugs** - Turn your smart plug on and off.
- **Cameras** - View the stream from cameras.
- **Speaker Groups** - Control the volume and EQ of all devices in the speaker group, or access the group's settings. You can also play, pause, skip forward or backward in a song, podcast or audiobook, or stop casting.

## Feed 📖

The **Feed** 📖 tab is where you can get alerts about important device activities and reminders.

- **Priority events** – See highlights from the last 30 days.
- **48-hour recap** – Get an overview of your device events for the past 48 hours.
- **Discover** – Learn about new features, supported queries, Chromecast-enabled apps, and offers available for your devices.

## Account menu

Select your photo on the upper right corner of your Google Home app to access the following settings:

👤+ **Add another account** - Set up devices and services, add household members, and create speaker groups and homes.

👥 **Manage accounts on this device** - Add or remove accounts.

⚙️ **Home app settings** - Manage your General Privacy & Legal, and app settings.

- Email notifications - Manage your email notifications.
- Clear saved Wi-Fi networks - Clear all saved Wi-Fi networks.
- Clear app locations - Remove your saved locations.
- Partner Connections - Choose which data you share with Google Nest partners.
- Search and watch history - Manage your search and watch history.
- Google Nest privacy FAQs - Read privacy FAQs.
- Supplemental Nest Terms of Service.
- Open Source licenses.
- App info - View the app version.
- Google app settings - View your Google app settings.
- Rate the app - Rate the app in the Google Play store.

 **Assistant settings** - Manage your Google Assistant settings, services, and linked devices.

🧭 **My Activity** - See and manage your Google Assistant activity.

❓ **Help & Feedback** - Access the Chromecast and Google Nest Help Centers. Get answers to questions and find troubleshooting information. Submit a feedback report for your Google Nest, Google Home, Chromecast, and Chromecast Built-In devices.

## Home Settings ⚙️

### General

- **Home information** - Manage your home nickname and address.
- [Household](Household) - Manage home members.
- **Rooms and devices** - View your existing rooms and devices.

### Features

- [Notifications](Notifications) - Choose which app notifications you want to receive.
- [Digital Wellbeing](Digital Wellbeing) - Manage your Digital Wellbeing settings.
- [Routines](Routines) - Create and manage routines for your device.
- **Nest Wifi** - Manage your Nest Wifi, Google Wifi, or OnHub network name, password, and settings.
- [Nest Aware](Nest Aware) - Manage subscription and features (migrated accounts only).

### Services

- [Video](Video) - Set your preferred photo and video providers.
- [Music](Music) - Choose from popular music providers.
- [Radio](Radio) - Choose your preferred radio service.
- **Live TV** - Link Live TV services.
- **Voice and video calls** - View and manage your calling preferences.

GOOG-SONOSWDTX-00007539



GOOG-SONOSWDTX-00007540