# EXHIBIT CU

# Devices & services country availability

Here's where you can find devices available for purchase on the Google Store today.

To buy a device from the Google Store, your shipping address must be in the same region as the Google Store you purchased it from. See the list of regions where Google Store operates ⬈ .

**Note:** If an item is out of stock, join the waitlist to be notified as soon as it's available for purchase. For the most current information, we recommend joining the waitlist instead of contacting Google Store support. Stock is limited, if a waitlist is not available, check back regularly for new units.

## Phones



### Pixel 6 Pro
Australia, Canada, France, Germany, Ireland, Italy, Japan, Singapore, Spain, Taiwan, United Kingdom, United States



### Pixel 6
Australia, Canada, France, Germany, Ireland, Italy, Japan, Singapore, Spain, Taiwan, United Kingdom, United States



### Pixel 5a (5G)
Japan, United States (except Puerto Rico)



### Pixel 3
Certified refurbished might be available on the Google Store in the United States.

## Home & Entertainment



### Google Wifi
Austria, Belgium, Canada, Denmark, Finland, France, Germany, Ireland, Italy, Netherlands, Norway, Portugal, Spain, Sweden, Switzerland, United Kingdom, United States (except Puerto Rico)



### Google Nest Audio

Australia, Austria, Belgium, Canada, Denmark, France, Germany, Ireland, Italy, Japan, Netherlands, Norway, Singapore, South Korea, Spain, Sweden, Switzerland, Taiwan, United Kingdom, United States (except Puerto Rico)



### Google Nest Hub Max

Australia, Canada, France, Japan, United Kingdom, United States (except Puerto Rico)



### Google Nest Hub (2nd gen)

Australia, Austria, Belgium, Canada, Denmark, France, Germany, Ireland, Italy Japan, Netherlands, New Zealand, Norway, Singapore, South Korea, Spain, Sweden, Switzerland, Taiwan, United Kingdom, United States (except for Puerto Rico)



### Google Home Max

Australia, Canada, France, Germany, United Kingdom, United States (except Puerto Rico)



### Google Nest Mini

Australia, Austria, Belgium, Canada, Denmark, France, Germany, Ireland, Italy, Japan, Netherlands, Norway, Singapore, South Korea, Spain, Sweden, Switzerland, Taiwan, United Kingdom, United States (except Puerto Rico)



### Google Home

Australia, Austria, Canada, Denmark, France, Germany, Ireland, Italy, Japan, Netherlands, Norway, Singapore, South Korea, Spain, Sweden, United Kingdom, United States (except Puerto Rico)



### Google Nest Wifi Router

Australia, Canada, France, Germany, Japan, Singapore, United Kingdom, United States (except Puerto Rico)



### Google Nest Wifi Point

Australia, Canada, France, Germany, Japan, Singapore, United Kingdom, United States (except Puerto Rico)

---



### Nest x Yale Lock with Google Nest connect

Canada, United States (except Puerto Rico)

---



### Nest Doorbell (wired)

Austria, Belgium, Canada, Denmark, Finland, France, Germany, Ireland, Italy, Netherlands, Spain, Sweden, Switzerland, United Kingdom, United States (except Puerto Rico)

---



### Nest Doorbell (battery)

Australia, Austria, Belgium, Canada, Denmark, Finland, Ireland, Italy, France, Germany, Japan, Netherlands, New Zealand, Norway, Spain, Sweden, Switzerland, United Kingdom, United States

---



### Google Nest Thermostat

Canada, United States (except Puerto Rico)

---



### Google Nest Learning Thermostat (3rd gen)

Belgium, Canada, France, Ireland, Italy, Netherlands, Spain, United Kingdom, United States (except Puerto Rico)

---



### Google Nest Temperature Sensor

Canada, United States (except Puerto Rico)



### Google Nest Thermostat E

Belgium, Canada, France, Ireland, Italy, Netherlands, Spain, United Kingdom, United States (except Puerto Rico)



### Google Nest Protect (2nd gen)

Austria, Belgium, Canada, Denmark, Finland, France, Germany, Ireland, Italy, Netherlands, Spain, Sweden, Switzerland, United Kingdom, United States (except Puerto Rico)



### Google Nest Connect

United States (except Puerto Rico)



### Nest Cam (outdoor or indoor, battery)

Australia, Austria, Belgium, Canada, Denmark, Finland, India, Ireland, Italy, France, Germany, Japan, Netherlands, New Zealand, Norway, Spain, Sweden, Switzerland, United Kingdom, United States



### Nest Cam (indoor, wired)

Australia, Austria, Belgium, Canada, Denmark, Finland, Ireland, Italy, France, Germany, Japan, Netherlands, New Zealand, Norway, Spain, Sweden, Switzerland, United Kingdom, United States (except Puerto Rico)



### Nest Cam with Floodlight

Australia, Austria, Belgium, Canada, Denmark, Finland, France, Ireland, Germany, Netherlands, New Zealand, Norway, Sweden, United Kingdom, United States (except Puerto Rico)



### Voice Remote for Chromecast with Google TV



Australia, Canada, France, Germany, Ireland, Italy, Japan, Spain, United Kingdom, United States (except Puerto Rico)



### Chromecast with Google TV

Australia, Canada, France, Germany, Ireland, Italy, Japan, Spain, United Kingdom, United States (except Puerto Rico)



### Ethernet Adapter for Chromecast (4K Google TV)

Australia, Canada, France, Germany, Ireland, Italy, Japan, Spain, United Kingdom, United States (except Puerto Rico)



### Chromecast (3rd generation)

Australia, Canada, Denmark, Finland, Japan, Netherlands, New Zealand, Norway, Singapore, South Korea, Sweden, France, Germany, Italy, Spain, United Kingdom, United States (except Puerto Rico)



### Chromecast (2nd generation)

Austria, Belgium, Ireland, Hong Kong, South Korea, Portugal, Switzerland, Taiwan



### Chromecast Ultra

Denmark, Finland, Netherlands, New Zealand, Norway, Sweden



### Chromecast Audio

Australia, Austria, Belgium, Canada, Denmark, Finland, France, Germany, Hong Kong, Ireland, Italy, Japan, South Korea, Netherlands, New Zealand, Norway, Portugal, Spain, Sweden, Switzerland, Taiwan, United Kingdom, United States (except Puerto Rico)

## Gaming



### Stadia

Austria, Belgium, Canada, Denmark, Finland, France, Germany, Ireland, Italy, Netherlands, Norway, Spain, Sweden, Switzerland, United Kingdom, United States (except Hawaii and Puerto Rico)

## Laptops & Tablets



### Google Pixelbook Go

Canada, United Kingdom, United States (except Puerto Rico)



### Google Pixelbook

Canada (except Quebec), United Kingdom, United States (except Puerto Rico)

## Fitbit



### Fitbit Charge 5

Australia, Canada, France, Germany, Ireland, Italy, Japan, Singapore, Spain, Taiwan, United Kingdom, United States



### Fitbit Inspire 2

Australia, Canada, France, Germany, Ireland, Italy, Japan, Singapore, Spain, Taiwan, United Kingdom, United States



### Fitbit Luxe

Australia, Canada, France, Germany, Ireland, Italy, Japan, Singapore, Spain, Taiwan, United Kingdom, United States



### Fitbit Sense

Australia, Canada, France, Germany, Ireland, Italy, Japan, Singapore, Spain, Taiwan, United Kingdom, United States



### Fitbit Versa 3

Australia, Canada, France, Germany, Ireland, Italy, Japan, Singapore, Spain, Taiwan, United Kingdom, United States

## Programs & Subscriptions



### Nest Aware

Australia, Austria, Belgium, Canada, Denmark, Finland, France, Germany, Ireland, Italy, Japan, Netherlands, New Zealand, Norway, Spain, Sweden, Switzerland, United Kingdom, United States (except Puerto Rico)



### Pixel Pass

United States (except Puerto Rico)



### Preferred Care

Canada, United States

## Accessories



### Google Pixel Stand (2nd gen)

Australia, Canada, France, Germany, Ireland, Italy, Japan, Singapore, Spain, Taiwan, United Kingdom, United States



### Google Pixel Buds (2nd generation)

Australia, France, Germany, Ireland, Italy, Japan, Singapore, Spain, United Kingdom



### Pixel Buds A-Series

Australia, Canada, France, Germany, Ireland, Italy, Japan, Singapore, Spain, Taiwan, United Kingdom, United States



### Titan Security Key USB-C/NFC

Austria, Belgium, Canada, France, Germany, Italy, Japan, Spain, Switzerland, United Kingdom, United States (except Puerto Rico)



### Titan Security Key USB-A/NFC

Austria, Belgium, Canada, France, Germany, Italy, Japan, Spain, Switzerland, United Kingdom, United States (except Puerto Rico)

# Delivery restrictions

You can't buy devices on the Google Store in the following regions:

**Note:** This list is a sample of places we know we can't deliver. It may not include all undeliverable territories.

- Andorra
- Canada: Nunavut, Northwestern Territories, Yukon
- Finland: Aland Islands
- France: Guadeloupe, Martinique, Réunion, St. Pierre and Miquelon, and French Guiana
- Germany: Busingen and the Isle of Heligoland
- Hong Kong: Sha Tau Kok, Ta Kwu Ling, Man Kam To, Mai Po, Lok Ma Chau, Closed area, Lo Wu, Po Toi, Tung Lung Chau, Grass Island, Crooked Island (Kat O), Tung Ping Chau, Mui Wo, Lamma Island, Peng Chau, Cheung Chau, Tai O, Lantau Island
- Italy: Vatican City, Livigno, San Marino, Campione d'Italia
- Monaco
- Portugal: Madeira, Azores
- Spain: Ceuta, Melilla, and the Canary Islands
- United Kingdom: Isle of Man, Channel Islands, Gibraltar
- United States: Virgin Islands, Guam

## Need more help?
Try these next steps:

 **Contact us**
Tell us more and we'll help you get there