# EXHIBIT CV





**Nest Hub Max Smart Display with Google Assistant - Chalk**
Model: GA00426-US   SKU: 6348560

★★★★★ (3,646)

$229.99

Add to Cart

Get it today

🏬 **Pickup:** Ready in 1 hour at South Loop
Act Fast – Only 1 left at your store!
See all pickup locations

🚚 **FREE Shipping:** Get it by tomorrow
See all shipping options for 60607

🔧 **Installation:** As soon as Tue, Apr 5

☐ Compare      🔖 Save

---

**Nest Hub Max Smart Display with Google Assistant - Chalk**
Model: GA00426-US   SKU: 6348560
Color: Chalk

★★★★★ (2,546)

$229.99
Free item with purchase

Add to Cart

Act Fast – Only 2 left at your store!
See all pickup locations

🚚 **FREE Shipping:** Get it by tomorrow
See all shipping options for 60607

🔧 **Installation:** As soon as Tue, Apr 5

☐ Compare      🔖 Save

---

**Google - Nest Audio - Smart Speaker - Chalk**
Model: GA01420-US   SKU: 6428305
Color: Chalk

★★★★★ (950)

$99.99

Add to Cart

---

**Google - Nest Cam Battery 2 Pack - Snow**
Model: GA01894-US   SKU: 6473265

★★★★☆ (596)

$329.99

Add to Cart

See More Options       ☐ Compare      🔖 Save

---

**Google - Nest Cam (Wired) - Snow**
Model: GA01998-US   SKU: 6473271

★★★★☆ (300)

$99.99

Add to Cart

---

**Google - Geek Squad Certified Refurbished AC1200 Dual-Band Mesh Wi-Fi Router (3-Pack) - White**
Model: GSRF GA02434-US   SKU: 6468007

★★★★★ (42)

$104.99
Save $95   Was $199.99

Add to Cart

---

**Google - Geek Squad Certified Refurbished AC1200 Dual-Band Mesh Wi-Fi Router (3-Pack) - White**
Model: GSRF GA02434-US   SKU: 6468007

★★★★★ (42)

$104.99
Save $95   Was $199.99

Add to Cart



Nest Wifi - Mesh Router (AC2200) and 2 points with Google Assistant - 3 pack - Snow
Model: GA00823-US   SKU: 6382518
(5,637)
$249.00
Save $100  Was $349.00
Add to Cart

Nest Wifi - Mesh Router (AC2200) and 1 point with Google Assistant - 2 pack - Snow
Model: GA00822-US   SKU: 6382512
Color: Snow
Model: GA00822-US   SKU: 6382512
Color: Snow
(5,637)
$189.00
Save $80  Was $269.00
Add to Cart

Add to Cart

ADVERTISEMENT

Chromecast with Google TV - 4K - Snow
Model: GA01919-US   SKU: 6425976
(6,466)
$49.99
Add to Cart

Google - Nest Wifi - Mesh Router (AC2200) - Snow - Snow
Model: GA00595-US   SKU: 6382499
(995)
$139.00
Save $30  Was $169.00
Add to Cart

Google - Nest Doorbell (Wired) Smart Wi-Fi Video Doorbell
Model: NC5100US   SKU: 6172796
(4,901)
$229.99
Add to Cart

Google - Pixel 6 Pro 128GB (Unlocked) - Stormy Black
Model: GA03149-US   SKU: 6483636
$899.00
with activation today

Google - Pixel 6 Pro 128GB (Unlocked) - Stormy Black
Model: GA03149-US   SKU: 6483636
Color: Stormy Black
$899.00
with activation today



**Color:** Stormy Black

(206)

See Details

---

**Google - Pixel Buds A-Series True Wireless In-Ear Headphones - Clearly White**

**Model:** GA02213-US    **SKU:** 6461033

**Color:** Clearly White

(594)

**$99.99**

Add to Cart

---

**Google - Nest Cam with Floodlight - Snow**

**Model:** GA02411-US    **SKU:** 6473270

(242)

**$279.99**

Add to Cart

---

**Google - Nest Cam Battery - Snow**

**Model:** GA01317-US    **SKU:** 6473262

(596)

See More Options

**$179.99**

Add to Cart

---

See More Options

---

**Google - Wifi - Mesh Router (AC1200) - 3 pack - White**

**Model:** GA02434-US    **SKU:** 6427176

(2,022)

**$180.00**

Save $19.99    Was $199.99

Add to Cart

---

**Google - Geek Squad Certified Refurbished Nest Wifi AC2200 Router - Snow**

**Model:** GSRF GA00595-US    **SKU:** 6467858

(19)

**$84.99**

Save $84.01    Was $169.00

Add to Cart

---

**Google - Pixel 6 128GB (Unlocked) - Stormy Black**

**Model:** GA02900-US    **SKU:** 6483635

**Color:** Stormy Black

(622)

**$599.00**

with activation today

See Details



Google - Nest Doorbell Battery - Snow
**Model:** GA01318-US  **SKU:** 6473256
**Color:** Snow

(561)

(561)

$179.99

Add to Cart

Google - Nest Learning Smart Wifi Thermostat - Black
**Model:** T3018US  **SKU:** 6345162
**Color:** Black

(13,913)

$249.99

Add to Cart

Google - Geek Squad Certified Refurbished AC1200 Dual-Band Mesh Wi-Fi Router - White
**Model:** GSRF GA02430-US  **SKU:** 6468004

(18)

$49.99
Save $50  Was $99.99

Add to Cart

Google - Chromecast Streaming Media Player - Charcoal

(18)

$29.99

Google - Chromecast Streaming Media Player - Charcoal
**Model:** GA00439-US  **SKU:** 6288362

(8,934)

$29.99

Add to Cart

Package - Google - Nest Protect 2nd Generation (Battery) Smart Smoke/Carbon Monoxide Alarm - White (2 pack)

(2,732)

$224.98
Package Price
Save $15  Reg $239.98

Add to Cart

1-24 of 170 items           1  **2**  3  ...  8

Related Searches  alexa | chromecast | nest | roku

**Search Feedback:** Did you find what you were looking for?