# EXHIBIT CW

# FILED UNDER SEAL