UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] ORDER GRANTING SONOS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE DOCUMENTS FILED IN SUPPORT OF SONOS'S THIRD AMENDED COMPLAINT** |

Pursuant to Civil Local Rule 79-5, Plaintiff Sonos, Inc. ("Sonos") has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion") in connection with Sonos, Inc.'s Third Amended Complaint ("Sonos's TAC").  Having considered Sonos's Administrative Motion, and good cause to seal having been shown, the Court GRANTS Sonos's Administrative Motion and ORDERS sealed the following:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Exhibit CD to Sonos's TAC | Entire Document | Google |
| Exhibit CI to Sonos's TAC | Entire Document | Google |
| Exhibit CJ to Sonos's TAC | Entire Document | Google |
| Exhibit CK to Sonos's TAC | Entire Document | Google |
| Exhibit CL to Sonos's TAC | Entire Document | Google |
| Exhibit CW to Sonos's TAC | Entire Document | Google |

Dated: _____, 2022

HON. WILLIAM H. ALSUP
United States District Judge

1

[Proposed] Order Granting Sonos's Administrative Motion to Consider Whether Another Party's Material Should be Sealed
3:21-cv-07559-WHA