CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
EVAN D. BREWER (STATE BAR NO. 304411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

SEAN M. SULLIVAN (admitted *pro hac vice*)
sullivan@ls3ip.com
RORY P. SHEA (admitted *pro hac vice*)
shea@ls3ip.com
J. DAN SMITH, III (admitted *pro hac vice*)
smith@ls3ip.com
COLE RICHTER (admitted *pro hac vice*)
richter@ls3ip.com
MICHAEL P. BOYEA (admitted *pro hac vice*)
boyea@ls3ip.com
JAE Y. PAK (admitted *pro hac vice*)
pak@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:    +1 312 754 0002
Facsimile:    +1 312 754 0003

*Attorneys for Plaintiff Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>                Plaintiff,<br><br>        v.<br><br>GOOGLE LLC,<br><br>                Defendant. | Case No. 3:21-cv-07559-WHA<br><br>**DECLARATION OF COLE B. RICHTER IN SUPPORT OF SONOS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS FILED IN SUPPORT OF SONOS'S THIRD AMENDED COMPLAINT** |

I, Cole B. Richter, declare as follows and would so testify under oath if called upon to do so:

1. I am an attorney with the law firm of Lee Sullivan Shea & Smith LLP, counsel of record to Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good standing of the Bar of the State of Illinois. I have been admitted *pro hac vice* in this matter. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. I make this declaration in support of Sonos's Administrative Motion to File Under Seal Documents Filed in Support of Sonos, Inc.'s Third Amended Complaint ("Administrative Motion") ("Sonos's TAC").

3. As indicated in the Administrative Motion, Sonos seeks an order sealing the entirety of Exhibits CC and CE. See the table in the Administrative Motion.

4. Exhibits CC and CE reference Sonos's confidential business information and include confidential business agreements and licensing negotiations that are not public. Public disclosure of this information would harm Sonos's competitive standing and its ability to negotiate future business agreements because it would give competitors access to Sonos's confidential business strategies. If such information were made publicly available, I understand that Sonos's competitive standing would be significantly harmed. A less restrictive alternative than sealing the highlighted portions of Sonos's TAC and the exhibits in their entirety would not be sufficient because the information sought to be sealed is Sonos's confidential business information but is integral to the defenses in Sonos's TAC.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 8th day of July, 2022 in Chicago, Illinois.

*/s/ Cole B. Richter*
COLE B. RICHTER