1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA,

10

SAN FRANCISCO DIVISION

11

12   SONOS, INC.,                              Case No. 3:21-cv-07559-WHA

13              Plaintiff,                      **[PROPOSED] ORDER GRANTING
                                               SONOS, INC.'S ADMINISTRATIVE**
14        v.                                   **MOTION TO FILE UNDER SEAL
                                               DOCUMENTS FILED IN SUPPORT OF**
15   GOOGLE LLC,                               **SONOS'S THIRD AMENDED
                                               COMPLAINT**
16              Defendant.

17
18
19
20
21
22
23
24
25
26
27
28

1        Pursuant to Civil Local Rule 79-5, Plaintiff Sonos, Inc. ("Sonos") has filed an

2    Administrative Motion to File Under Seal ("Administrative Motion") in connection with Sonos,

3    Inc.'s Third Amended Complaint ("Sonos's TAC").  Having considered Sonos's Administrative

4    Motion, and good cause to seal having been shown, the Court GRANTS Sonos's Administrative

5    Motion and ORDERS sealed the following:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Exhibit CC to Sonos's TAC | Entire Document | Sonos |
| Exhibit CE to Sonos's TAC | Entire Document | Sonos |

Dated: _____, 2022

_____
HON. WILLIAM H. ALSUP
United States District Judge