1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA,

10                         SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  SONOS, INC., | Case No. 3:21-cv-07559-WHA |
| 13          Plaintiff, | **[PROPOSED] ORDER GRANTING SONOS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS FILED IN SUPPORT OF SONOS'S THIRD AMENDED COMPLAINT** |
| 14      v. | |
| 15  GOOGLE LLC, | |
| 16          Defendant. | |

17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Civil Local Rule 79-5, Plaintiff Sonos, Inc. ("Sonos") has filed an Administrative Motion to File Under Seal ("Administrative Motion") in connection with Sonos, Inc.'s Third Amended Complaint ("Sonos's TAC"). Having considered Sonos's Administrative Motion, and good cause to seal having been shown, the Court GRANTS Sonos's Administrative Motion and ORDERS sealed the following:

| DOCUMENT | PORTIONS TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| Exhibit CC to Sonos's TAC | Entire Document | Sonos |
| Exhibit CE to Sonos's TAC | Entire Document | Sonos |

Dated: _______________, 2022

_________________________________
HON. WILLIAM H. ALSUP
United States District Judge