1  CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
   croberts@orrick.com
2  BAS DE BLANK (STATE BAR NO. 191487)
   basdeblank@orrick.com
3  ALYSSA CARIDIS (STATE BAR NO. 260103)
   acaridis@orrick.com
4  EVAN D. BREWER (STATE BAR NO. 304411)
   ebrewer@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
6  405 Howard Street
   San Francisco, CA 94105-2669
7  Telephone:    +1 415 773 5700
   Facsimile:    +1 415 773 5759
8
9  SEAN M. SULLIVAN (admitted *pro hac vice*)
   sullivan@ls3ip.com
10 COLE B. RICHTER (admitted *pro hac vice*)
   richter@ls3ip.com
11 LEE SULLIVAN SHEA & SMITH LLP
   656 W Randolph St., Floor 5W
12 Chicago, IL 60661
   Telephone:    +1 312 754 0002
13 Facsimile:    +1 312 754 0003

*Attorneys for Plaintiff Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| SONOS, INC., | Case No. 3:21-cv-07559-WHA |
|---|---|
| Plaintiff, | **PROOF OF SERVICE OF SEALED MATERIAL RE SONOS, INC.'S THIRD AMENDED COMPLAINT** |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

PROOF OF SERVICE
3:21-cv-07559-WHA

4150-7136-3386

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is Orrick, Herrington, & Sutcliffe, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017.

On July 8, 2022, I served the following document(s) on the interested parties in this action:

1. Exhibits CD, CI, CJ, CK, CL and CW filed in support of Sonos, Inc.'s Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Re Documents Filed In Support of Sonos's Third Amended Complaint (sealed versions); and

2. Exhibits CC and CE filed in support of Sonos, Inc.'s Administration Motion to File Under Seal Documents Filed In Support of Sonos's Third Amended Complaint (sealed versions).

on the following service list as indicated below:

> Charles K. Verhoeven
> Lindsay Cooper
> QUINN EMANUEL URQUHART & SULLIVAN, LLP
> 50 California Street, 22nd Floor
> San Francisco, California 94111-478
> qe-sonos3@quinnemanuel.com
>
> Attorneys for GOOGLE LLC

(BY E-MAIL OR ELECTRONIC TRANSMISSION) by electronically transmitting a true and correct copy of the document(s) in pdf format from email address amaruska@orrick.com to the email address(es) set forth in the service list. I did not receive, within a reasonable time after the transmission, any electronic message or indication that the transmission was unsuccessful or incomplete.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 8, 2022, in Los Angeles, California.

_____
Amy Maruska

4150-7136-3386