| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | CLEMENT SETH ROBERTS (BAR NO. 209203) |
|   Charles K. Verhoeven (Bar No. 170151) | croberts@orrick.com |
|   charlesverhoeven@quinnemanuel.com | BAS DE BLANK (BAR NO. 191487) |
|   Melissa Baily (Bar No. 237649) | basdeblank@orrick.com |
|   melissabaily@quinnemanuel.com | ALYSSA CARIDIS (BAR NO. 260103) |
|   Lindsay Cooper (Bar No. 287125) | acaridis@orrick.com |
|   lindsaycooper@quinnemanuel.com | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 50 California Street, 22nd Floor | The Orrick Building |
| San Francisco, California 94111-4788 | 405 Howard Street |
| Telephone:   (415) 875-6600 | San Francisco, CA 94105-2669 |
| Facsimile:    (415) 875-6700 | Telephone: (415) 773-5700 |
| | Facsimile: (415) 773-5759 |

*Attorneys for Google LLC*

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
COLE RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:   (312) 754-0002
Facsimile:    (312) 754-0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff and Counter-defendant,<br><br>vs.<br><br>SONOS, INC.,<br><br>    Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br>Related to Case No. 3:21-cv-07559-WHA<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO AMEND EXPERT PRETRIAL DEADLINES** |

1  Google LLC and Sonos, Inc. (collectively "the Parties") through their respective attorneys
2  of record, hereby request that the Court modify the Order Re Pretrial Deadlines (Dkt. Nos. 285 and
3  290) in accordance with the stipulated schedule set forth herein:
4  WHEREAS, the current deadline for Rebuttal Expert Reports is July 20, 2022;
5  WHEREAS, the current deadline for the Close of Expert Discovery is August 3, 2022;
6  WHEREAS, the Parties have met and conferred in good faith and agreed, subject to the
7  Court's approval, that extensions of the Rebuttal Expert Reports and Close of Expert Discovery
8  dates are necessary and desirable to ensure adequate time for the Parties to conduct relevant
9  discovery and finalize the rebuttal reports;
10 WHEREAS, the Parties agree that continuing the deadlines for Expert rebuttal and Expert
11 discovery will not affect the Parties' ability to comply with the other deadlines set forth in this case;
12 THE PARTIES HEREBY STIPULATE, AGREE, AND REQUEST, that the Court modify
13 pretrial deadlines as follows:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Rebuttal Expert Reports | July 20, 2022 | July 27, 2022 |
| Close of Expert Discovery | August 3, 2022 | August 17, 2022 |

18  IT IS SO STIPULATED.

19  Dated: July 15, 2022                            Respectfully submitted,

20  */s/ Lindsay Cooper*                            */s/ Alyssa Caridis*
    Attorneys for GOOGLE LLC                        Attorneys for SONOS INC.
21
22  QUINN EMANUEL URQUHART &                        ORRICK, HERRINGTON &
    SULLIVAN, LLP                                   SUTCLIFFE LLP
23
24  *Counsel for Google LLC*                        *Counsel for Sonos Inc.*

**ECF ATTESTATION**

I, Alyssa Caridis, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with Civil Local Rule 5-1, I hereby attest that Lindsay Cooper, counsel for Google, has concurred in this filing.

Dated: July 15, 2022

By:   */s/ Alyssa Caridis*
      Alyssa Caridis

**[PROPOSED] ORDER**

The Court, having considered the Stipulation to Amend Pretrial Expert Deadlines, finds there is good cause to order:

Rebuttal Expert Reports will now be due July 27, 2022.

Close of Expert Discovery will now be August 17, 2022.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __July 15__, 2022          By: _____

Hon. William Alsup
United States District Judge