1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
     Melissa Baily (Bar No. 237649)
3    melissabaily@quinnemanuel.com
     Lindsay Cooper (Bar No. 287125)
4    lindsaycooper@quinnemanuel.com
5  50 California Street, 22nd Floor
   San Francisco, California 94111-4788
6  Telephone:    (415) 875-6600
   Facsimile:    (415) 875-6700
7
8  *Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SONOS, INC., | CASE NO. 3:21-cv-07559-WHA |
|---|---|
| Plaintiff, | Related to CASE NO. 3:20-cv-06754-WHA |
| vs. | **[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| GOOGLE LLC, | |
| Defendant. | |

Plaintiff Google LLC ("Google") has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Google's Administrative Motion").

Having considered Google's Administrative Motion, and compelling reasons to seal having been shown, the Court **GRANTS** Google's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Google's Answer to Sonos, Inc.'s Third Amended Complaint ("Sonos's TAC") | Portions highlighted in green | Sonos |
| Exhibit 2 to Google's Answer to Sonos's TAC | Entire Document | Sonos |
| Exhibit 3 to Google's Answer to Sonos's TAC | Entire Document | Sonos |

IT IS SO ORDERED.

DATED:

The Honorable William Alsup
United States District Court Judge