QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
Lindsay Cooper (Bar No. 287125)
lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

*Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>GOOGLE LLC,<br><br>    Defendant. | CASE NO. 3:21-cv-07559-WHA<br>Related to CASE NO. 3:20-cv-06754-WHA<br><br>**NOTICE OF APPEARANCE OF JAMES D. JUDAH** |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 5-1(c)(2), James D. Judah, an attorney with the firm of Quinn Emanuel Urquhart & Sullivan, LLP admitted to practice before this Court, hereby appears as an attorney of record for Google LLC in the above-captioned matter. Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

> James D. Judah (Bar No. 257112)
> QUINN EMANUEL URQUHART & SULLIVAN, LLP
> jamesjudah@quinnemanuel.com
> 50 California Street, 22nd Floor
> San Francisco, California 94111-4788
> Telephone:   (415) 875-6600
> Facsimile:    (415) 875-6700

DATED: August 11, 2022         QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ James D. Judah*
     James D. Judah
     Attorney for GOOGLE LLC