CLEMENT SETH ROBERTS (State Bar No. 209203)
croberts@orrick.com
ALYSSA CARIDIS (State Bar No. 260103)
acaridis@orrick.com
ELIZABETH R. MOULTON (State Bar No. 286937)
emoulton@orrick.com
EVAN D. BREWER (State Bar No. 304411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700; Facsimile: (415) 773-5759

GEORGE I. LEE (*pro hac vice*)
lee@ls3ip.com
SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
RORY P. SHEA (*pro hac vice*)
shea@ls3ip.com
J. DAN SMITH (*pro hac vice*)
smith@ls3ip.com
MICHAEL P. BOYEA (*pro hac vice*)
boyea@ls3ip.com
COLE B. RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone: (312) 754-0002; Facsimile: (312) 754-0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>      Plaintiff and Counterdefendant,<br>v.<br><br>GOOGLE LLC,<br><br>      Defendant and Counterclaimant. | Case No. 3:21-cv-07559-WHA<br>Related to Case No. 3:20-cv-06754-WHA<br><br>**NOTICE OF APPEARANCE OF ELIZABETH R. MOULTON PURSUANT TO CIVIL L.R. 5-1(c)(2)** |

NOTICE OF APPEARANCE OF E. MOULTON
3:21-CV-07559-WHA

4127-6463-2125

1  TO THE CLERK OF THE COURT AND ALL PARTIES:

2  PLEASE TAKE NOTICE that Elizabeth R. Moulton (State Bar No. 286937) of Orrick, Herrington & Sutcliffe LLP, does hereby enter her appearance on behalf of Sonos, Inc. ("Sonos") and requests that notice of all further papers and proceedings, except original process, be served upon her at the following address:

> Elizabeth R. Moulton
> Orrick, Herrington & Sutcliffe LLP
> 405 Howard Street
> San Francisco, CA  94105-2669
> Telephone: 415-773-5673
> Facsimile: 415-773-5759
> E-mail: emoulton@orrick.com

This appearance is without prejudice to, or waiver of, any defense that Sonos may have, including, but not limited to, defenses based on lack of personal jurisdiction, improper venue, insufficient process, and insufficient service of process.

Dated:  August 25, 2022

By: */s/ Elizabeth R. Moulton*
CLEMENT SETH ROBERTS
ALYSSA CARIDIS
ELIZABETH R. MOULTON
EVAN D. BREWER

ORRICK, HERRINGTON & SUTCLIFFE LLP

GEORGE I. LEE
SEAN M. SULLIVAN
RORY P. SHEA
J. DAN SMITH
MICHAEL BOYEA
COLE B. RICHTER

LEE SULLIVAN SHEA & SMITH LLP

*Attorneys for Sonos, Inc.*