1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   Melissa Baily (Bar No. 237649)
3  melissabaily@quinnemanuel.com
   James Judah (Bar No. 257112)
4  jamesjudah@quinnemanuel.com
   Lindsay Cooper (Bar No. 287125)
5  lindsaycooper@quinnemanuel.com
   50 California Street, 22nd Floor
6  San Francisco, California 94111
   Telephone:     (415) 875-6600
7  Facsimile:     (415) 875-6700

8

   Marc Kaplan (*pro hac vice*)
9  marckaplan@quinnemanuel.com
   191 N. Wacker Drive, Ste 2700
10 Chicago, Illinois 60606
   Telephone:     (312) 705-7400
11 Facsimile:     (312) 705-7401

12 *Attorneys for GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SONOS, INC., | CASE NO. 3:21-cv-07559-WHA |
| --- | --- |
| Plaintiff, | Related to CASE NO. 3:20-cv-06754-WHA |
| vs. | **NOTICE OF APPEARANCE OF SEAN S. PAK** |
| GOOGLE LLC, | |
| Defendant. | |

Case No. 3:21-cv-07559-WHA
NOTICE OF APPEARANCE OF SEAN S. PAK

1   **TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS**

2   **OF RECORD:**

3   **PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 5-1(c)(2), Sean S. Pak, an attorney with the firm of Quinn Emanuel Urquhart & Sullivan, LLP admitted to practice before this Court, hereby appears as an attorney of record for Google LLC in the above-captioned matter. Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

>   Sean S. Pak
>   QUINN EMANUEL URQUHART & SULLIVAN, LLP
>   seanpak@quinnemanuel.com
>   50 California Street, 22nd Floor
>   San Francisco, California 94111-4788
>   Telephone:    (415) 875-6600
>   Facsimile:    (415) 875-6700

DATED:  March 24, 2023                          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ Sean S. Pak*
     Sean S. Pak
     Attorney for GOOGLE LLC