UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE LLC,<br><br>    Defendant. | No. C 20-06754 WHA<br>No. C 21-07559 WHA<br><br>(Consolidated)<br><br>**CASE MANAGEMENT ORDER** |

The Court has reviewed the correspondence filed by the parties. A telephonic case management conference is hereby scheduled for **TOMORROW, APRIL 20, 2023, at 11:00 A.M.** Conference line information will be provided separately. Sonos shall please file the proposed consent judgment that it would accede to by **TOMORROW, APRIL 20, 2023, at 9:00 A.M.** The parties shall also be prepared to discuss damages and their damages expert reports.

**IT IS SO ORDERED.**

Dated: April 19, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE