United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SONOS, INC.,

          Plaintiff,

    v.

GOOGLE LLC,

          Defendant.

No. C 20-06754 WHA
No. C 21-07559 WHA

(Consolidated)

**REFERRAL TO JUDGE THOMAS HIXSON FOR MEDIATION**

This action was originally referred to a private mediator for settlement, but the private mediation has become bogged down in larger world-wide disputes. This action, however, can and should be settled on its own merits, regardless of those other disputes. Consequently, this consolidated case is hereby **REFERRED** to Judge Thomas Hixson for mediation. Judge Hixson's chambers will contact counsel to schedule. This is mandatory, not optional.

**IT IS SO ORDERED.**

Dated: April 20, 2023.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE