1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Melissa Baily (Bar No. 237649)
3  melissabaily@quinnemanuel.com

4  50 California Street, 22nd Floor
   San Francisco, California 94111-4788
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
7  Attorneys for GOOGLE LLC

8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| SONOS, INC., | CASE NO. 3:21-07559 WHA |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE OF JEFF NARDINELLI** |
| vs. | |
| GOOGLE LLC, | |
| Defendant. | |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Jeff Nardinelli, an attorney with the firm of Quinn Emanuel Urquhart & Sullivan, LLP, and admitted to practice before this Court, hereby appears as an attorney of record for Google LLC in the above-captioned matter. Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

>   Jeff Nardinelli (SBN 295932)
>   jeffnardinelli@quinnemanuel.com
>   50 California Street, 22nd Floor
>   San Francisco, California 94111
>   (415) 875-6600
>   (415) 875-6700 facsimile

DATED: May 5, 2023                             QUINN EMANUEL URQUHART &
                                                              SULLIVAN, LLP


                                                              By /s/ *Jeff Nardinelli*
                                                                  Jeff Nardinelli
                                                                  Attorney for Google, LLC