UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cv-06754-WHA
Case Name: Sonos, Inc. v. Google, LLC

## *AMENDED TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: **William Alsup** | PLAINTIFFS ATTORNEYS: Sean Sullivan, Alyssa Caridis, Dan Smith, Rory Shea, Cole Richter, Clem Roberts | DEFENSE ATTORNEYS: Sean Pak, Melissa Baily, Iman Lordgooei, James Judah |
|---|---|---|
| TRIAL DATE: 05/10/2023 | REPORTER(S): Marla Knox | CLERK: Angella Meuleman |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:26 a.m. | | | Court in session. Housekeeping matters discussed outside presence of jury. | |
| | | 7:55 a.m. | | | Jury present. Court instructs jury re: copies of patents. | |
| | | 8:06 a.m. | | | Cross-examination of witness, **Robert Lambourne**, by Sean Pak. | |
| | | 8:10 a.m. | | | Re-direct examination of witness by Alyssa Caridis. | |
| | | 8:30 a.m. | | | Re-cross examination of witness by Sean Pak. | |
| | | 8:55 a.m. | | | Court thanks and excuses witness. | |
| | | 8:56 a.m. | | | Statement made from Sean Pak, on behalf of Google, LLC, re: glimpse of issues thus far in case. | |
| | | 9:02 a.m. | | | Statement made from Sean Sullivan, on behalf of Sonos, Inc., re: glimpse of issues thus far in case. | |
| | | 9:07 a.m. | | | Jury excused for break. Housekeeping matters discussed outside presence of jury. | |
| | | 9:10 a.m. | | | Court in recess. | |
| | | 9:32 a.m. | | | Court reconvened. Court instructs parties to be present at 7:00am tomorrow and to file briefs as stated on the record. | |
| | | 9:35 a.m. | | | Jury present. Court instructs jury re: witness depositions. | |
| | | 9:39 a.m. | | | Deposition excerpt of witness, **Tomer Sheken**. | |
| TX0125 | | | X | X | Presentation: Cast For Audio by Google. | |
| | | 9:52 a.m. | | | Deposition excerpt of witness, **Justin Pedro**. | |
| TX0042 | | | X | X | Speaker Group Creation screenshots. | |
| TX0078 | | | X | X | Google Source Code. | |
| TX0081 | | | X | X | Screenshots. | |
| TX0082 | | | X | X | Google Source Code. | |
| TX0084 | | | X | X | Sonos, Inc.'s First Rule 30(B)(6) Notice of Deposition. | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 10:15 a.m. | | | Deposition excerpt concluded. Dates of depositions are confirmed and stipulated to. | |
| | | 10:18 a.m. | | | Deposition excerpt of witness, **Kenneth MacKay** (earlier product) | |
| | | 10:45 a.m. | | | Jury excused for break. Housekeeping matters discussed outside presence of the jury. | |
| | | 10:47 a.m. | | | Court in recess. | |
| | | 11:02 a.m. | | | Court reconvened. Housekeeping matters discussed outside presence of jury. | |
| | | 11:13 a.m. | | | Jury present. | |
| | | 11:15 a.m. | | | Deposition excerpt of witness, **Kenneth MacKay**, continues. | |
| TX0036 | | | X | X | Webpage: Google Nest Help. | |
| TX0038 | | | X | X | Multizone Audio Design. | |
| TX0041 | | | X | X | GC4A Technical Specification. | |
| TX0043 | | | X | X | Google Source Code. | |
| TX0044 | | | X | X | Google Source Code. | |
| TX0045 | | | X | X | Speaker Group Launch Screenshots. | |
| TX0048 | | | X | X | Email from Matt Stuart to Tomer Shekel. | |
| | | 11:31 a.m. | | | Deposition excerpt of witness, **Kenneth MacKay**, continues. (redesigned product) | |
| TX0155 | | | X | X | Google Source Code. | |
| TX0156 | | | X | X | Google Source Code. | |
| | | | | | Parties stipulate to the following times assessed for video depositions played: 88 minutes assessed to Sonos, 11 minutes assessed to Google | |
| | | 12:02 p.m. | | | Witness, **Kevin Almeroth, Ph.D.**, approached the witness stand and sworn for testimony. Direct examination of witness by Rory Shea. | |
| TX0466 | | | X | X | Apple IPhone 12Pro (physical). | |
| TX0440 | | | X | X | Screenshots. | |
| TX0464 | | | X | X | Google Pixle 7 Phone (physical). | |
| | | 12:57 p.m. | | | Jury admonished, thanked and excused for the day. | |
| | | 1:01 p.m. | | | Parties directed to file 3-page brief by 8pm today as stated on the record. Court adjourned. | |