UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

| **Date:** 5/16/2023 | **Time:** 7:33 – 1:04 = 4 Hours; 55 Minutes | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.:** 20-cv-06754-WHA | **Case Name:** Sonos, Inc. v. Google, LLC | |
| **Deputy Clerk:** Angella Meuleman | **Court Reporter:** Marla Knox | |

**Attorneys for Plaintiff:** Sean Sullivan, Alyssa Caridis, Dan Smith, Cole Richter, Rory Shea, Clem Roberts, Geoff Moss, David Grosby.

**Attorneys for Defendant:** Sean Pak, Melissa Baily, Iman Lordgooei, James Judah, Jason Williams.

PROCEEDINGS

JURY TRIAL – Held.

SUMMARY

Witnesses: James Maleckowski. Christopher Chan (video deposition), Kenneth MacKay, Tavis MacLellan, Justin Pedro, Dan Schonfeld, Ph.D.

Admitted Exhibits: TX6016, TX0128, TX0130, TX0138, TX0139, TX6454, TX2426, TX6000, TX3923.

Plaintiff RESTS.

See Trial Log for further details.