UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cv-06754-WHA
Case Name: Sonos, Inc. v. Google, LLC

### TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: **William Alsup** | PLAINTIFFS ATTORNEYS: Sean Sullivan, Alyssa Caridis, Dan Smith, Cole Richter, Rory Shea, Clem Roberts, Elizabeth Moulton | DEFENSE ATTORNEYS: Sean Pak, Melissa Baily, Iman Lordgooei, James Judah. |
|---|---|---|
| TRIAL DATE: 05/18/2023 | REPORTER(S): Marla Knox | CLERK: Angella Meuleman |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:31 a.m. | | | Court in session.  Housekeeping matters discussed outside presence of jury. | |
| | TX3928 | | X | X | Sonos Community: Macro/presets. | |
| | | 8:00 a.m. | | | Jury present.  Rebuttal Witness, **Kevin Almeroth, Ph.D.**, on witness stand.  Direct examination of witness by Rory Shea. | |
| TX6958 | | | X | X | Webpage: Sonos Community post. | |
| TX6788 | | | X | X | Webpage: TechHive. | |
| | | 8:56 a.m. | | | Cross-examination of witness by Sean Pak. | |
| | | 9:17 a.m. | | | Re-direct examination of witness by Rory Shea. | |
| TX6787 | | | X | X | Webpage: macobserver, Sonos S2 Arrives. | |
| | | 9:25 a.m. | | | Re-cross examination of witness by Sean Pak. | |
| | TX2651 | | X | X | U.S. Patent Application No. 61/825,407. | |
| | | 9:29 a.m. | | | Re-direct examination of witness by Rory Shea. | |
| | | 9:30 a.m. | | | Witness thanked and excused.  End of Rebuttal. | |
| | | 9:30 a.m. | | | Court discussed with jury re: remaining trial time. | |
| | | 9:32 a.m. | | | Jury excused for break.  Housekeeping matters discussed outside presence of jury. | |
| | | 9:33 a.m | | | Court in recess. | |
| | | 9:49 a.m. | | | Court reconvened. | |
| | | 9:51 a.m. | | | Jury present.  Rebuttal Witness, **Dan Schonfeld**, **Ph.D.**, on witness stand.  Direct examination of witness by Sean Pak. | |
| | | 9:55 a.m. | | | Cross-examination of witness by Rory Shea. | |
| | | 9:56 a.m. | | | Court thanks the witness. | |
| | | 9:57 a.m. | | | Court instructs jury to be here tomorrow and to be aware of messages from the Court, in the event of unexpected changes. | |
| | | 10:00 a.m. | | | Jury excused for the day. | |

1

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | 10:03 a.m. |  |  | Court discusses jury instructions and verdict form with parties outside presence of jury. |
|  |  | 10:20 a.m. |  |  | Court in recess. |
|  |  | 12:08 p.m. |  |  | Court reconvened.  Court discussed verdict form with parties. |
|  |  | 12:20 p.m. |  |  | Court in recess. |
|  |  | 12:42 p.m. |  |  | Court reconvened.  Court discussed jury instructions with parties. |
|  |  | 12:58 p.m. |  |  | Court set further charging conference for **6:45AM** tomorrow.  Objections may consist of 4 pages only no later than 8PM.  No attachments; no declarations; double-spaced. |
|  |  | 1:04 p.m. |  |  | Court adjourned. |