UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE HONORABLE WILLIAM ALSUP

CASE NO. C20-6754-WHA

CASE NAME: Sonos, Inc. v. Google, LLC

## NOTE FROM THE JURY

Note No. __1__

Date __5/26/2003__

Time __9:35 am__

1. The Jury has reached a unanimous verdict ( )

   Or

2. The Jury has the following question:

   We would like clarification of Jury Instruction p10 section 17 "Conversely, if you find that an independent claim is not infringed, you must also find that its dependent claims are not infringed." If we answer Verdict 4A(i) = No, do we still consider 4A(ii)-(v) separately, or do the answers for 4A(ii)-(v) automatically become "No"?

   If we consider 4A(ii)-(v) separately, do you have guidance on how to take the portion of Claim 1 we consider, causing noninfringement, into account?

   _____
   Foreperson of the Jury

If you answer "no" to Question 4(A)(i), indicating that you have found claim 1 of the '966 patent is not infringed, then the answer to Question 4(A)(ii)–(v) must be "no" because a dependent claim cannot be infringed if the independent claim is not infringed.

*Above is the answer to Your Question in Note No. 1*

*Judge WmAls*
*5/26/23  10:10 AM*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE HONORABLE WILLIAM ALSUP

CASE NO. C20-6754-WHA

CASE NAME: Sonos, Inc. v. Google, LLC

## NOTE FROM THE JURY

Note No. 2

Date 5/26/2023

Time 11:06 am

1. The Jury has reached a unanimous verdict ( )

   Or

2. The Jury has the following question:

   Did either side provide a breakdown on affected units that were ≥ $100 vs < $100? If so, can we have those numbers (or an indication of which IX?)

   _____
   Foreperson of the Jury

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE HONORABLE WILLIAM ALSUP

CASE NO. C20-6754-WHA

CASE NAME: Sonos, Inc. v. Google, LLC

## NOTE FROM THE JURY

Note No. 2

Date 5/26/2023

Time 11:06 am

1. The Jury has reached a unanimous verdict ( )

   Or

2. The Jury has the following question:

Did either side provide a breakdown on affected units that were ≥ $100 vs < $100? If so, can we have those numbers (or an indication of which IX?)

_____
Foreperson of the Jury

---

The trial record does not include a breakdown of the number of units of speakers sold for ≥ $100 vs. < $100.

Judge Alsup
5-26-23
11:50 AM

The same is true for computing devices. WHA 5.26.23 11:50 AM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE HONORABLE WILLIAM ALSUP

CASE NO: C20-6754-WHA

CASE NAME: Sonos, Inc. v. Google, LLC

## NOTE FROM THE JURY

Note No. __3__

Date __5/26/2023__

Time __11:33a__

1. The Jury has reached a unanimous verdict (   )

    Or

2. The Jury has the following question:

    Are any of Mr. Malakowski's Non-IFTTT G+ calculations in evidence? If so, please provide references.

    _____
    Foreperson of the Jury

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE HONORABLE WILLIAM ALSUP

CASE NO: C20-6754-WHA

CASE NAME: Sonos, Inc. v. Google, LLC

## NOTE FROM THE JURY

Note No. 3

Date 5/26/2023

Time 11:33a

*[Judge's handwritten note:]* "all of his 'calculations' were based on IFTTT, so the answer is 'No.'"
WHA
5.26.23
12:15 pm

1. The Jury has reached a unanimous verdict ( )

   Or

2. The Jury has the following question:

   Are any of Mr. Malakowski's Non-IFTTT GP calculations in evidence? If so, please provide references.

   *[signed]* Foreperson of the Jury