UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOS, INC., <br>     Plaintiff, <br>   v. <br> GOOGLE LLC, <br>     Defendant. | No. C 20-06754 WHA <br> No. C 21-07559 WHA <br> (Consolidated) <br> **FINAL JUDGMENT** |

Based on the unanimous verdict, judgment **IN FAVOR** of Sonos, Inc. and **AGAINST** Google LLC is entered in the amount of $32,507,183.40.

**IT IS SO ORDERED.**

Dated: May 26, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE