UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | No. C 20-06754 WHA <br> No. C 21-07559 WHA <br><br> **FINAL JUDGMENT** |

For the reasons stated in the accompanying order, final judgment is hereby entered in favor of Google LLC and against Sonos, Inc. in No. C 21-07559 WHA.

In No. C 20-06754 WHA, declaratory relief is hereby entered in favor of Google LLC and against Sonos, Inc. that: (1) United States Patent Nos. 10,848,885 and 10,469,966 are unenforceable due to prosecution laches, and (2) United States Patent Nos. 10,848,885 and 10,469,966 are invalid as anticipated by the accused products as measured by the adjusted priority date on account of new matter having been inserted into the specification.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October 10, 2023.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE